UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELTIC WOMAN LTD.,

    Plaintiff,

v.

CELTIC THUNDER LTD.,
CELTIC MAN LTD., SHARON
BROWNE, WLIW LLC,
ALIGN ENTERTAINMENT GROUP LLC,
and GUSTAVO SAGASTUME,

    Defendants.

**JUDGE GRIESA**

**08 CV 0066**

Civil Action No. _____

### CELTIC WOMAN LTD.'S RULE 7.1
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Plaintiff Celtic Woman Ltd. hereby states that no publicly held corporation in the United States owns 10% or more of its stock and that it has no corporate parents.

Dated: New York, New York
       January 2, 2008

           Respectfully submitted,

           CELTIC WOMAN LTD.

           By its attorneys,

           _____
           Peter A. Herbert (PH-2581)
           Deborah Benson
           Eric D. Levin
           Amy B. Spagnole
           HINCKLEY, ALLEN & SNYDER LLP
           28 State Street
           Boston, Massachusetts 02109
           Tel: (617) 345-9000
           Fax: (617) 345-9020