UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Celtic Woman Ltd.<br>      Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- | |
| Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne, WLIW LLC, Align Entertainment group LLC, and Gustavo Sagastume<br>      Defendants, | 08 CV 0066 (TPG) |

FILED JAN 0 8 2008 S.D. OF N.Y.

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 8th day of January, 2008

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 4th day of January, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8604 6070 2337**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

Richard S. Mandel

**FedEx Express — International Air Waybill**
For FedEx services worldwide.

**1 From**
Date: 1/8/08
Sender's FedEx Account Number: 0101-0074-7
Sender's Name: CLERK OF COURT
Phone: 212-805-0136
Company: U.S. District Court - SDNY
Address: 500 Pearl Street
City: New York
State/Province: NY
ZIP/Postal Code: 10007
Country: USA

**2 To**
Recipient's Name: Master of the High Court
Company: —
Address: Four Courts
Address: —
City: Dublin
Country: Ireland
ZIP: 7

**3 Shipment Information**

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Pak

**6 Special Handling**

**7a Payment** Bill transportation charges to:
☒ Third Party
FedEx Acct. No.: 0101-0074-7

**7b Payment** Bill duties and taxes to:
☒ Third Party
FedEx Acct. No.: 0101-0074-7

**8 Your Internal Billing Reference:** 27891.000

**9 Required Signature**

FedEx Tracking Number: 8604 6070 2337

521
PART 158410-Rev. Date
©1994–2006 FedEx
PRINTED IN U.S.A.
Form ID No. 0402

JOHN F. KENNEDY INTERNATIONAL AIRPORT OFFICE • JAPAN AIRLINES BUILDING 14, SUITE 11B • (718) 244-8595

27891/000/815861.1