UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT FILED JAN 0 3 2008 S.D. OF N.Y.*

| | |
|---|---|
| Celtic Woman Ltd.<br>  Plaintiff,<br><br>-V-<br><br>Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne, WLIW LLC, Align Entertainment group LLC, and Gustavo Sagastume<br>  Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 0066 (TPG) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**8th day of January, 2008**

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4th day of January, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8604 6070 2348**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# FedEx Express International Air Waybill
For FedEx services worldwide.  Sender's Copy

**1 From** *Please print and press hard.*

Date: 1/8/08
Sender's FedEx Account Number: 0101-0074-7

Sender's Name: [illegible] Clerk of Court
Phone: 212-805-0136

Company: U.S. District Court - SDNY

Address: 500 Pearl Street

City: New York
State/Province: NY
Country: USA
ZIP/Postal Code: 10007

**2 To**

Recipient's Name: Master of the High Court

Company: —

Address: Four Courts

Address: —

City: Dublin

Country: Ireland
ZIP/Postal Code: 7

**3 Shipment Information**

(blank)

**4 Express Package Service**

[X] FedEx Intl. Priority

**5 Packaging**

[X] FedEx Pak

**7a Payment** *Bill transportation charges to:*
[X] Third Party
FedEx Acct. No.: 0101-0074-7

**7b Payment** *Bill duties and taxes to:*
[X] Third Party
FedEx Acct. No.: 0101-0074-7

**8 Your Internal Billing Reference:** 2789.00

FedEx Tracking Number: 8604 6070 2348

Form ID No.: 0402

521