UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Celtic Woman Ltd.
                          Plaintiff,

-V-

Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne, WLIW LLC, Align Entertainment group LLC, and Gustavo Sagastume
                          Defendants,

**CERTIFICATE OF MAILING**

08 CV 0066 (TPG)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**8th day of January, 2008**

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4th day of January, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8604 6070 2360**

_____
                           CLERK

Dated: New York, NY

# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

Richard S. Mandel
Direct (212) 790-9291
rsm@cll.com

January 8, 2008

J. Michael McMahon

---

**FedEx Express — International Air Waybill**

**1 From**
Date: 1/8/08
Sender's FedEx Account Number: 0101-0074-7
Sender's Name: Clerk of Court
Phone: 212-805-0136
Company: U.S. District Court - SDNY
Address: 500 Pearl Street
City: New York   State/Province: NY
Country: USA   ZIP/Postal Code: 10007

**2 To**
Recipient's Name: Master of the High Court
Address: Four Courts
City: Dublin
Country: Ireland

**4 Express Package Service:** ☒ FedEx Intl. Priority

**5 Packaging:** ☒ FedEx Pak

**7a Payment Bill transportation charges to:** ☒ Third Party
FedEx Acct. No.: 0101-0074-7

**7b Payment Bill duties and taxes to:** ☒ Third Party
FedEx Acct. No.: 0101-0074-7

**8 Your Internal Billing Reference:** 27891/000

**FedEx Tracking Number:** 8604 6070 2360

521