Cowan Liebowitz & Latman, P.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CELTIC WOMAN LTD.,
                    Plaintiff,

-against-

CELTIC THUNDER LTD., CELTIC MAN LTD., SHARON
BROWNE, WLIW LLC, ALIGN ENTERTAINMENT GROUP LLC,
And GUSTAVO SAGASTUME,
                    Defendant.
------------------------------------------------------------X

Case No.: 2008 CV 0066 (GRIESA)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF NEW YORK  )

       **DARREN HINDS**, being duly sworn, deposes and says:

1. That I am not a party to this non-action, am over eighteen years of age and reside in the State of New Jersey;

2. That on <u>January 04, 2008,</u> at approximately <u>4:19 p.m.</u>, I served by hand a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CELTIC WOMAN LTD.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT, CIVIL COVER SHEET, Individual Practices of Judge Thomas P. Griesa and Individual Practices of Magistrate Henry Pitman,** all upon **WLIW LLC,** by Personal Delivery, via Mr. Ranfi Rivera, who identified himself as the "Counsel of Senior Business Affairs" as well as being authorized, as Agent to accept service on behalf of WLIW LLC, which service was effected at the actual place of business indicated below:

            WLIW LLC
            450 West 33rd Street / 6th Floor
            New York, New York 10001

3. **Mr. Ranfi Rivera** can best be described as:

Hispanic Male - Light Brown skin – Black hair - Brown eyes - Approximately 33 – 43 years of age 5'7" – 5'11" and 155 – 195 lbs.

Dated:  January 04, 2008.
            New York, New York

                                                    _____
                                                    DARREN HINDS
                                                    License No: 1194970

Sworn to before me on this the 04th day of January 2008.

_____
NOTARY PUBLIC

JENIQUE TORRES
Notary Public, State of New York
No: 01TO6092182
Qualified in New York County
Commission Expires May 12, 2011

---

**Rapid & Reliable Attorney Service, Inc.**
-A Full-Service Litigation Support Corporation-

Post Office Box 858
New York, New York 10268
212-608-1555

*'We've built our service on your satisfaction'*

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Celtic Woman Ltd.

V.

Celtic Thunder Ltd., Celtic
Man Ltd., Sharon Browne,
WLIW LLC, Align Entertainment
Group LLC, and Gustavo Sagastume

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0066**

**JUDGE GRIESA**

TO: (Name and address of Defendant)

WLIW, LLC
450 W. 33rd Street
New York, NY 10001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter A. Herbert, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

JAN 0 4 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date             *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.