UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELTIC WOMAN LTD., | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Civil Action No. 08-CV-0066 |
| | ) |
| CELTIC THUNDER, LTD., | )  **DECLARATION OF DAVID** |
| CELTIC MAN LTD., SHARON | )  **KAVANAGH** |
| BROWNE, WLIW LLC, | ) |
| ALIGN ENTERTAINMENT GROUP LLC, | ) |
| and GUSTAVO SAGASTUME, | ) |
| | ) |
| Defendants. | ) |
| | ) |

David Kavanagh, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declares:

1.    I am the Chief Executive Officer and largest shareholder of plaintiff, Celtic

Woman Ltd.  I also am the Chief Executive Officer and sole owner of Liffey Records Ltd.  The

information herein is based upon my own personal knowledge and my review of corporate

records.

**Nature of the Claim and Injury**

2.    Celtic Woman Ltd. is the owner and producer of the highly acclaimed

internationally recognized musical stage production known as CELTIC WOMAN.  The

production features five female singers performing a mix of traditional Celtic, classical,

theatrical and popular music, and is performed in a large theatrical setting supported by

orchestral and choral ensembles and enhanced by highly professional and complex stage and

lighting designs.

3.    The CELTIC WOMAN production has spawned a variety of stage performances

that have resulted in a series of enormously popular and hugely successful CDs and DVDs,

including three CELTIC WOMAN albums: *Celtic Woman, Celtic Woman: A Christmas Celebration* and *Celtic Woman: A New Journey* released on the Manhattan Records label of EMI Music. The three albums have sold more than 2.3 million copies in the United States. True and accurate copies of these CDs are attached as Exhibits 1, 2, and 3.

4.     The recorded performances contained on the three CELTIC WOMAN recordings have also been released and sold as audiovisual DVDs, which have sold over 750,000 copies in the United States. True and accurate copies of the corresponding DVDs are attached as Exhibits 4, 5, and 6.

5.     The CELTIC WOMAN show has been performed extensively in theaters and at venues throughout the United States.

6.     By way of background, in 2003, a company known as Celtic Collections Ltd. then owned by Defendant Sharon Browne ("Browne") and Declan Browne, designed the concept of CELTIC WOMAN as a means to promote some of its female recording artists. At the time, CELTIC WOMAN was merely a name given to a compilation of recorded solo performances of musical compositions by various female artists. At the same time, Celtic Collections Ltd. had an idea for a companion concept known as CELTIC MAN. Attached hereto as Exhibit 7 is a true and accurate copy of Sharon Browne's "MySpace" profile in which she describes the simultaneous conception of the CELTIC WOMAN and CELTIC MAN concepts and her decision to reserve the development of the CELTIC MAN concept for the future.

7.     On July 27, 2004, my company, Liffey Records Limited ("Liffey Records"), purchased from Defendant Browne all the shares of Celtic Collections Ltd. for 850,000 Euros (the 2004 equivalent of $1,036,000.11 US) in a "Stock Purchase Agreement." This stock purchase included all of the assets and liabilities of Celtic Collections Ltd., including all

intellectual property rights to the names and concepts CELTIC WOMAN and CELTIC MAN. A true and accurate copy of the Stock Purchase Agreement is attached as Exhibit 8.

8.    In conjunction with this acquisition, Defendant Browne continued as an employee of the newly-acquired Celtic Collections Ltd. under the ownership of Liffey Records, and remained an employee of Celtic Collections Ltd. until December 31, 2006. During the term of her employment with Celtic Collections Ltd., Browne worked on the development and marketing of the CELTIC WOMAN show with a team of producers, composers, performers, and promoters which transformed the CELTIC WOMAN concept into a full-scale theatrical production uniquely presenting Celtic music in a grand theatrical setting. During that same period, it was discussed and agreed that the companion concept CELTIC MAN would not be developed until possibly at a later point in time when the CELTIC WOMAN production had achieved widespread success.

9.    Since our company's acquisition of Celtic Collection Ltd. in 2004, and during the term of Browne's employment with Celtic Collections Ltd., the CELTIC WOMAN show has flourished and achieved international recognition and acclaim, including widespread popularity in the United States.

10.    Following her departure from our company, Browne and her collaborators proceeded to pursue a project named CELTIC MAN that replicated the CELTIC WOMAN production in a masculine format, which features five male singers similarly performing a mix of traditional Celtic, theatrical and popular music in a large theatrical setting with an orchestra, choral singers, and complex stage and lighting designs. Defendants also are using Celtic Woman Ltd.'s trademark CELTIC WOMAN to promote their CELTIC MAN show without permission from us. As described herein, Defendants' actions have caused enormous actual confusion and

will continue to cause widespread deception and confusion throughout the trade and among the general public by casting the misleading impression that CELTIC MAN is sponsored by, affiliated with, or associated with the famous CELTIC WOMAN production. Defendants are wrongfully trading off the name and reputation of CELTIC WOMAN as a springboard for the marketing of CELTIC MAN, in order to ensure its successful entry into the United States marketplace. This deception irreparably harms the reputation of CELTIC WOMAN by, among other things, causing it to be dependent upon and affected by the success or failure of another substantially similar Celtic production with which it has no association, and fraudulently deceives the same market of PBS station and viewers that have been the core fan base for the CELTIC WOMAN show in the United States.

11.    What makes matters worse is that the injury to CELTIC WOMAN is being perpetrated by CELTIC MAN, a property that our organization acquired from Celtic Collections Ltd., which we took steps to protect during Browne's term of employment with us, and that Browne wrongfully misappropriated when she departed our company.

12.    I respectfully beg the Court to restrain the continuing wrongful association of CELTIC MAN with CELTIC WOMAN that threatens to irreparably harm the hard-earned and invaluable reputation and goodwill of CELTIC WOMAN by misleading the public to believe that CELTIC WOMAN and CELTIC MAN emanate from the source. As more particularly described herein, such irreparable harm has occurred as the result of actual confusion among the Public Broadcasting System ("PBS") delegation at a recent national conference where a CELTIC MAN promotional DVD with an opening on-screen credit to Browne was distributed, a press release dated December 11, 2007 for the new CELTIC MAN show, a recent full-page advertisement for the CELTIC MAN show in the *Current Newspaper* (which is directed to

public television and radio stations in the United States) -- all of which wrongfully associate the CELTIC MAN show with CELTIC WOMAN -- and most recently a three-story advertisement of the CELTIC MAN show on a billboard in Times Square. This irreparable harm will be expanded in a devastating manner in March 2008 when a PBS station, defendant WLIW LLC, is scheduled to broadcast the new CELTIC MAN show.

**Background**

13. On September 15, 2004, following our acquisition of Celtic Collections Ltd. from Defendant Browne, and under the auspices of our newly acquired company, the first stage show entitled *"Celtic Woman"* was filmed for PBS television at The Helix Theater in Dublin, Ireland to a capacity audience.

14. On January 4, 2005, Liffey Records and Celtic Collections Ltd. assigned all rights in the CELTIC WOMAN production to Celtic Woman Ltd., a company we formed specifically for the purpose of developing and marketing CELTIC WOMAN.

15. On March 1, 2005, the CELTIC WOMAN debut album entitled *Celtic Woman* was released on CD and DVD through EMI Music's "Manhattan Records" label. (Exhibits 1, 4 hereto). *Celtic Woman* reached number one on Billboard's World Music Chart, eventually breaking a long-standing record on July 22, 2006 by staying at number one for 68 weeks. *Celtic Woman* held the number one position on the World Music Chart for a total of 81 weeks.

16. Also in March 2005, the CELTIC WOMAN stage show recorded at The Helix Theater in September 2004 (Exhibit 4 hereto) was broadcast on numerous PBS stations throughout the United States.

17. At the same time, I had several discussions with Defendant Sharon Browne, who was then an employee of Celtic Collections Ltd., regarding the pursuit of the natural extension

concept – CELTIC MAN.  I also met with members of EMI Music to discuss the development of CELTIC MAN.  Browne was present at this meeting in her capacity as an employee of Celtic Collections Ltd.  In these discussions and meetings, it was determined that the CELTIC MAN concept would not be pursued at that time.  Thereafter, on May 26, 2006 and November 2, 2006, respectively, Celtic Woman Ltd. obtained registrations for the domain names <celticman.eu> and <celticman.com> in contemplation of producing a stage show by the name CELTIC MAN in the future after CELTIC WOMAN had been firmly established.

18.    In July 2006, Browne tendered an offer to resign as an employee of Celtic Collections Ltd., which resignation became effective on December 31, 2006.  During the period July 2006 through December 2006, Browne, while technically employed by Celtic Collections Ltd., no longer performed services for Celtic Collections Ltd.

19.    On October 19, 2006, a second CELTIC WOMAN album entitled "*Celtic Woman: A Christmas Celebration*" was released (Exhibit 2 hereto).  This album debuted at number one on the World Music Chart, bumping the first CELTIC WOMAN album to number two on the chart.

20.    Two months earlier, in August 2006, the TV special entitled "*Celtic Woman: A New Journey: Live at Slane Castle*" was filmed at Slane Castle on the banks of the Boyne River.  This TV special premiered on PBS on December 6, 2006 with more than 90% of all PBS stations broadcasting during PBS's December 2006 pledge period, and set fundraising records for the stations.

21.    On January 30, 2007, a third CELTIC WOMAN album entitled "*Celtic Woman: A New Journey*" was released (Exhibit 3 hereto), which debuted at number one on the World Music Chart and number four on the Billboard Top 200 Music Chart.

22.     CDs and DVDs of CELTIC WOMAN productions have sold over 3 million copies in the United States. The album *Celtic Woman* has gone platinum in the U.S. (selling over 1 million copies), and the albums *Celtic Woman: A Christmas Celebration* and *Celtic Woman: A New Journey* have attained gold status (selling over 500,000 copies). DVDs of three CELTIC WOMAN shows have sold over 750,000 copies in the United States.

23.     To date, there have been six triumphant CELTIC WOMAN tours in the United States, which have sold out venues such as New York's Radio City Music Hall and Carnegie Hall, Boston's Opera House and Los Angeles' Greek Theatre.

24.     The March 2005 PBS Special of the CELTIC WOMAN show recorded at the Helix Theater has aired over 3,400 times on 316 different PBS stations since its debut.

25.     The performers in the CELTIC WOMAN show have appeared on many television shows with nationwide audiences such as *The Today Show*, *Live with Regis & Kelly*, *The Megan Mullaly Show*, *The Martha Stewart Show* and on *Brian Boitano's NBC Skating Spectacular on New Year's Day 2007*.

26.     On March 17, 2007, the CELTIC WOMAN show was performed at the White House in front of President Bush and his guests at a St. Patrick's Day celebration.

27.     CELTIC WOMAN has an active presence on the Internet. Celtic Woman Ltd. acquired the <celticwoman.com> domain name and has operated a website at this Internet address since at least as early as March 2005. The CELTIC WOMAN name and mark is prominently featured on Celtic Woman Ltd.'s website and has been so featured since it went live.

28.     The CELTIC WOMAN branded website receives an average of 35,000 to 42,000 hits per week, and had 215,920 visitors and 1,427,950 "pageviews" in December 2007 alone.

29.    Celtic Woman Ltd. uses its CELTIC WOMAN website to advertise and promote CELTIC WOMAN CDs and DVDs and provide information about upcoming appearances, concerts and tours.  The website also provides information about CELTIC WOMAN performers and permits consumers to purchase CELTIC WOMAN branded products such as concert programs, t-shirts, coffee mugs, key chains, posters, paperweights, bookmarks, and other related merchandise.

30.    To date, Celtic Woman Ltd. has sold over 4,500 items of CELTIC WOMAN branded merchandise to consumers in the United States through its <celticwoman.com> website. These sales do not include sales of CELTIC WOMAN branded merchandise during CELTIC WOMAN tours or through other channels of trade.

31.    The enormous success of CELTIC WOMAN was achieved through a huge expenditure of time and money by Celtic Woman Ltd., which has spent approximately $10 million to produce and promote CELTIC WOMAN tours, television broadcasts, CDs, DVDs, and merchandise.

32.    The popularity of CELTIC WOMAN in the United States also was due in substantial part to the national exposure it received each year through PBS television station broadcasts, where CELTIC WOMAN set fundraising records for pledge drives and developed a national following.

33.    Celtic Woman Ltd. continues to promote CELTIC WOMAN with tours planned throughout Western Europe and new recordings.

**Plaintiff's Registration of the CELTIC WOMAN Trademark and Attempt to Register the CELTIC MAN Mark**

34.    Celtic Woman Ltd. owns the following United States trademark registrations issued on the Principal Register:

| Mark | Reg. No. | Reg. Date | Goods |
|------|----------|-----------|-------|
| CELTIC WOMAN | 3,290,299 | 9/11/2007 | Series of musical sound recordings and prerecorded compact discs, videotapes, CD-ROMs, DVSs, all featuring music and/or dance; downloadable audio and video recordings featuring music and/or dance. |
| CELTIC WOMAN | 3,290,300 | 9/11/2007 | Printed matter, paper and stationery products, namely, posters, poster books, calendars, concert souvenir programs, stickers, bumper stickers, decals, postcards, picture postcards, stationery, photographs, printed paper signs, and tickets. |
| CELTIC WOMAN | 3,306,488 | 10/9/2007 | Clothing, namely, shirts, polo shirts, T-shirts, athletic uniforms, tops, sweat pants, jackets, caps, hats, aprons, scarves, singlets, socks, loungewear. |

35.     True and accurate copies of the above trademark registration certificates are attached as Exhibits 9, 10, and 11.

36.     On May 3, 2007, Celtic Woman Ltd. filed four United States trademark applications for the mark CELTIC MAN with the United States Patent and Trademark Office ("PTO"), which are currently blocked due to the prior application for the same mark by Defendant Browne.

**Defendants' CELTIC MAN Show**

37.     In March 2007, I learned that the Company Register Office ("CRO") in Dublin, Ireland had issued the company name "Celtic Man Ltd." Upon information and belief, Browne is the Director of Celtic Man Ltd.

38.     In or around March or April 2007, I also learned that Browne was intending to replicate the CELTIC WOMAN stage production in Ireland using males as featured performers under the tentative working title CELTIC MAN.

39.     On April 4, 2007, Celtic Woman Ltd. objected to Defendant Browne's company being formed under the name Celtic Man Ltd. on the grounds that such name is confusingly similar to Celtic Woman Ltd. and would cause confusion among the general public and suppliers.  The letter also informed the CRO that Celtic Woman Ltd. owns the domain name <celticman.com> which is identical to the company name Celtic Man Ltd., and that Browne, the director of Celtic Man Ltd., was formerly an employee of Celtic Collections Ltd.  A true and accurate copy of the letter of objection is attached as Exhibit 12.

40.     Attorneys in Ireland for Celtic Woman Ltd. immediately sent a letter to Browne on April 11, 2007, demanding that she "cease and desist from all of the breaches of our client's intellectual property rights . . . and in any way attempting to associate yourself on a current basis with the very successful stage show, Celtic Woman," and to not use "the Celtic Woman trademark to promote any products or services in the live stage or audio or audio visual areas of activity."  A true and accurate copy of this letter is attached as Exhibit 13.

41.     On April 19, 2007, our attorneys in Ireland sent another letter to Browne to address an Irish newspaper report stating that Browne had teamed up with Phil Coulter to embark on a search for talent singers to form a group called "Celtic Man" and to address Browne's registration of the domain name <celticman.ie.>.  Among other things, this letter informed Browne that Celtic Woman Ltd. already had registered the domain name <celticman.com> while Browne was an employee of Celtic Collections Ltd and that Browne had "no right to propose using the name Celtic Man in connection with the promotion of a group of

performers whether for the purposes of live stage shows or for sound or audiovisual recordings or otherwise." The letter further demanded that Browne cancel or transfer her registration to <celticman.ie>. Finally, the letter informed Browne that Celtic Woman Ltd. owned the "rights to trading name Celtic Man." A true and accurate copy of this letter is attached as Exhibit 14.

42.    On April 26, 2007, our attorneys in Ireland sent another letter to Browne, again demanding that she "cease and desist from all breaches of our client's intellectual property rights . . . and from giving any impression that . . . [she] is working with or for Celtic Woman or in any way attempting to associate herself on a current basis with the very successful stage [show] of Celtic Woman." A true and accurate copy of this letter is attached as Exhibit 15.

43.    In March, May, June and November 2007, Browne registered the domain names <celticman.ie>, <celticman.net>, <celticmen.eu>, <celticmen.ie>, <celticmen.net> and <celticman.mobi>. True and accurate copies of these registrations are attached as Exhibits 16, 17, and 18.

44.    On June 19, 2007, our attorneys in Ireland sent two additional letters to Browne, that, among other things, demanded that she transfer registrations for the domain names set forth above. True and accurate copies of these letters are attached as Exhibits 19 and 20.

45.    On June 22, 2007, following Celtic Woman Ltd.'s objection to the registration of Celtic Man Ltd. and the letters referred to above, Browne registered the company name "Celtic Thunder Limited" with the CRO. A true and accurate copy of this registration is attached as Exhibit 21.

46.    On July 31, 2007, the PTO issued an Office Action denying Celtic Man Ltd.'s prior application to register CELTIC MAN as a trademark in the United States on the grounds that such mark is confusingly similar to Celtic Woman Ltd.'s registered trademark CELTIC

WOMAN for virtually identical entertainment activities and related merchandise. A true and accurate copy of the PTO Office Action issued July 31, 2007 is attached as Exhibit 22.

47.     On October 3-5, 2007, I attended a PBS Development Conference in Palm Desert, California (the "Conference") for the purpose of promoting an upcoming CELTIC WOMAN tour in the United States. The Conference was attended by 800-900 people, comprised of representatives and television programmers from hundreds of independent PBS stations in the United States, and people seeking to sell goods and services to PBS stations.

48.     CELTIC WOMAN had a booth at the Conference, which was operated by me, as well as Jonathan Hochwald and Maggie Seidel of Madstone Productions, the North American Tour Promoter for the CELTIC WOMAN show.

49.     At the Conference, defendant WLIW distributed a promotional DVD and other promotional materials regarding the CELTIC MAN production (the "CELTIC MAN Promo Video") that caused widespread mistaken belief among the PBS delegate stations in attendance that the CELTIC MAN production was Celtic Woman Ltd.'s new project. Approximately 50 PBS delegates approached the CELTIC WOMAN booth expressing actual confusion over the association of CELTIC WOMAN and CELTIC MAN, and I spent most of my time at the conference attempting to dispel the confusion among the delegates that the CELTIC MAN and CELTIC WOMAN productions were associated.

50.     During the Conference, approximately 50 different PBS delegates approached the CELTIC WOMAN booth and made statements such as:

- Do you have any more information on CELTIC MAN?

- We saw the materials for your new show.

- Don't you think concepts are too close to one another to work?

- Is there going to be a tour with tickets?

- Is it the same kind of music?

- Can we expect the same deal?

- Congratulations on your new show.

51.     These PBS delegates had mistakenly assumed that CELTIC MAN was associated

with, sponsored by, or affiliated with CELTIC WOMAN and Celtic Woman Ltd.  They had

assumed the CELTIC MAN was a "spin-off" of CELTIC WOMAN.

52.     When Mr. Hochwald, Ms. Seidel, or I informed the PBS delegates that CELTIC

MAN and CELTIC WOMAN were not affiliated, and that we did not know any details about the

CELTIC MAN show, the PBS delegates reacted with incredulity and amazement.  The PBS

delegates told us that they could not believe that CELTIC MAN and CELTIC WOMAN were

not affiliated because the names, entertainment services and products and genre of music were so

similar.

53.     The CELTIC MAN Promo Video that makes prominent use of the trademark

CELTIC WOMAN as well as prominent use of CELTIC MAN, includes an opening screen

credit that recites the following:

| | |
|---|---|
| Frame 1: | CELTIC MAN |
| | IN CELTIC THUNDER THE SHOW |
| Frame 2: | BROUGHT TO YOU BY WLIW AND PEP |
| Frame 3: | AND SHARON BROWNE, ORIGINAL CREATOR AND PRODUCER OF CELTIC WOMAN |

A true and accurate copy of the CELTIC MAN Promo Video distributed to the PBS delegates at

the Conference is attached as Exhibit 23.  It advertises a debut performance of CELTIC MAN

scheduled to be aired in the United States by Defendant WLIW in March 2008.

54.    Defendants' use of the name CELTIC MAN caused enormous actual confusion among the PBS delegates at the Conference. Confusion among such experienced knowledgeable people in the industry makes it a virtual certainty that the general public, viewing the scheduled CELTIC MAN PBS Special in March 2008, will be similarly misled to believe that the CELTIC MAN production is sponsored by, associated with, or affiliated with CELTIC WOMAN and Celtic Woman Ltd.

55.    Following the Conference in October, Celtic Woman Ltd. repeatedly consulted with its attorneys in the United States concerning the events that occurred at the Conference. From this time to the present, representatives from Celtic Woman Ltd. and its affiliates, including me, have consulted with our attorneys in the United States, investigated and gathered facts and relevant documents, and helped our United States attorneys prepare the above-captioned lawsuit. In addition, we took various actions to oppose Defendant Browne's community trademark application in the European Union.

56.    On November 2, 2007, Celtic Woman Ltd. notified Browne that it would "aggressively act to protect our interests in the event that your project infringes on the Celtic Woman trademarks, or if there is any suggestion that Celtic Woman is promoting, presenting, supporting or otherwise connected to your show." A true and accurate copy of this email is attached as Exhibit 24. In response, on November 4, 2007, Browne assured us that "[T]here will be no association with Celtic Woman and my new show. Believe it or not I want it that way too." A true and accurate copy of this email is attached as Exhibit 25.

57.    On or around November 20, 2007, the Registrar of Companies in Ireland denied Browne's application to use "Celtic Man Limited" as a company name, and found that the name Celtic Man Limited would have to be changed so as not to infringe on the rights of Celtic

Woman Limited.  A copy of a letter from Complete Registrations Limited is attached as Exhibit 26.

58.    On December 11, 2007, notwithstanding Browne's prior assurances in November, defendants issued a major press release announcing the CELTIC MAN performing group and stage show.  The title of the press release is "Creator of the Best Selling Irish Musical Phenomenon 'Celtic Woman' Launches Brand New Show."  A true and accurate copy of this press release is attached as Exhibit 27.

59.    I recently learned that a full-page advertisement for the CELTIC MAN show was placed by Defendants in the Current Newspaper, a newspaper directed to the public broadcast industry with a paid circulation of 5,000 to 6,000 copies and a readership estimated at twice that number including program buyers, managers, producers, educational specialists, fundraisers and other professionals in public television and radio in the United States, as well as a variety of independent producers, state and federal policymakers, station trustees and others – in other words, the heart of the United States market for the CELTIC WOMAN show.  This advertisement prominently states that the CELTIC MAN show is "from the creator of CELTIC WOMAN."  A true and accurate copy of the Current Newspaper advertisement is attached as Exhibit 28.

60.    This advertisement, as well as the December 11, 2007 press release, directly contradicts Browne's explicit promise to Celtic Woman Ltd. in November that she would not be using CELTIC WOMAN to advertise, market and promote the CELTIC MAN show.

61.    Browne's "My Space" profile on MySpace.com prominently references our CELTIC WOMAN trademark and contains unauthorized CELTIC WOMAN recordings that

visitors to Browne's MySpace page can listen to. A true and accurate copy of Browne's "My Space" profile is attached as <u>Exhibit 29</u>.

62.    Defendants also recently placed huge billboard advertisements in New York's Time Square for the CELTIC MAN show. A true and accurate photograph of this advertisement from Defendants' Celtic Man website is attached as <u>Exhibit 30</u>.

63.    Defendants' name CELTIC MAN is virtually identical to Plaintiff's registered trademark CELTIC WOMAN, and those trademarks are being used in connection with virtually identical entertainment shows featuring the same narrow genre Celtic music in a large theatrical setting. Moreover, Defendants' CELTIC MAN show, future tours, and related CDs, DVDs, and merchandise will be sold to the same market of consumers as Plaintiff's CELTIC WOMAN show, tours, and related CDs, DVDs, and merchandise. Additionally, CELTIC MAN will be marketed through the same channels of trade as CELTIC WOMAN – PBS television broadcasts, concert venues, the Internet, and retailers. This has already caused enormous actual confusion among the PBS delegates at the Conference. It is highly likely that the general public as well as booking agents, theaters, arenas, and the press will be similarly misled to believe that CELTIC MAN is sponsored by, affiliated with, or associated with CELTIC WOMAN and Celtic Woman Ltd.

64.    The likelihood of confusion is made even more certain by Defendants' unauthorized use of Plaintiff's registered trademark CELTIC WOMAN to promote their CELTIC MAN show as they did in the previously-described opening screen credit of the CELTIC MAN Promo Video, the December 11, 2007 press release, the advertisement in the Current Newspaper, the three-story advertisement in New York's Times Square, and on Browne's "My Space" profile.

10/01/2008  20:18    35317088475              LIFFEY RECORDS              PAGE  02/02

65.    Defendants are attempting to create a false association with CELTIC WOMAN as a platform from which to launch an unrelated show.

66.    Plaintiff has no control over the quality of Defendants' CELTIC MAN show.  As a consequence, the favorable reputation and goodwill that Celtic Woman Ltd. has developed in its valuable CELTIC WOMAN trademark is at risk because it is now dependent upon the success or failure of another show with which it has no affiliation.  Moreover, the CELTIC MAN show fraudulently deceives the core fan base that CELTIC WOMAN has established over the years.

67.    Plaintiff has suffered and will continue to suffer irreparable harm to its invaluable trademark CELTIC WOMAN as a result of Defendants' actions.

68.    Defendants should be prohibited from using the marks CELTIC MAN and CELTIC WOMAN to identify or describe their new show.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on January 10 , 2008

David Kavanagh

# *CELTIC WOMAN*
## CD

# *CELTIC WOMAN: A CHRISTMAS CELEBRATION*
## CD

# _CELTIC WOMAN: A NEW JOURNEY_
## CD

# *CELTIC WOMAN*
## DVD

# _CELTIC WOMAN: A CHRISTMAS CELEBRATION:_
# _LIVE FROM DUBLIN_
# DVD

# _CELTIC WOMAN: A NEW JOURNEY: LIVE AT SLANE CASTLE, IRELAND_
## DVD

MySpace.com - Sharon - 42 - Female - IE - www.myspace.com/sharonbrowne

Sponsored Links

**Irish Ringtone**
10,000+ Ringtones! Get Free
Ringtones With 9.99/m Subscription.
Free.BestRingDownloads.com

**Celtic Woman Ringtones**
Download Ringtones directly to your
cell! No Credit Card needed.
Celtic-Woman.bonustune.com

**Irish Clan Aran Sweaters**
Find your family's traditional pattern,
500+ Clans registered.
www.clanarans.com

**Music in Ireland**
Discover Ireland's Music Heritage Find
Information On Irish Music
www.Discoverireland.com/US

User Shortcuts: ☐    People  ▦  Search  [powered by Google]

Home | Browse | Search | Invite | Film | Mail | Blogs | Favorites | Forum | Groups | Events | MySpace TV | Music | Comedy | Classifieds

## Sharon



View My: **Pics** | **Videos**

### Contacting Sharon

✉ Send Message          🖼 Forward to Friend
👥 Add to Friends         ★ Add to Favorites
☎ IM / Call              ⊘ Block User
👥 Add to Group          ♦♦ Rank User

**MySpace URL:**
http://www.myspace.com/sharonbrowne

### Sharon's Interests

Music

"SHARON BROWNE -
Producer"

Female
42 years old
Dublin
Ireland

Last Login: 1/5/2008

---

# Sharon is in your extended network

**Sharon's Latest Blog Entry [Subscribe to this Blog]**

[View All Blog Entries]

**Sharon's Blurbs**

**About me:**
Sharon Browne has been working in the music business for over 20 years. Her management buy in 1996 of K-Tel in Ireland created what was to become Ireland's Premier Irish Music Label – Celtic Collections, an independent and Irish owned label. Her focus moved to representing the catalogues of big Irish names such as Phil Coulter, The Dubliners, The Wolfetones, The Furey Bros & Davey Arthur, Bagatelle, Paddy Reilly, Jim Mc Cann etc throughout the world. Sharon further developed the label by venturing into more Contemporary Irish music and World music releasing albums of Clannad, Altan and Bohinta and began investing in young Irish female vocalists such as Chloe, Meav, Lisa, Aine Furey, Aoife, Rua and others. Sharon was the originator and Producer of CELTIC WOMAN. It was a change in her career, moving into creating and producing Television Shows and Live Tours along with the CD's and DVD's she was used to working on. And now, it's time for a new challenge. And that Challenge is CELTIC MAN. Conceived at the same time as Celtic Woman, it was always going to be her next step. Sharon is delighted that legendary Songwriter and Composer Phil Coulter has agreed to collaborate on Celtic Man as the show's Musical Director and Composer of Original Material. CELTIC MAN will be filmed in Dublin in this summer for broadcast on PBS in the USA. A tour of the USA is currently being planned for the Spring of next year. See www.celticman.ie for more information

**Who I'd like to meet:**

**Sharon's Friend Space**

Sharon has 12 friends.

| | | |
|---|---|---|
| Caravan | The | "KEITH&qu | Celticman |

MySpace.com - Sharon - 42 - Female - IE - www.myspace.com/sharonbrowne



**Palace**


CARMAN
Palace

**Eclectic Church**



ot;



**Ben Glover & The Earls**



driving by night





The Voice -- Celtic Woman -- 00:04/00:30

| | |
|---|---|
| The Voice -- Celtic Woman | URL   add+ |
| Celtic Woman - 06 - Chloe, Oria - Ave Maria -- Celtic Woman | URL   add+ |
| Dulaman -- Celtic Woman | URL   add+ |
| Nella Fantasia -- Celtic Woman | URL   add+ |
| Orinoco Flow -- Celtic Woman | URL   add+ |
| One World -- Celtic Woman | URL   add+ |
| May It Be -- Celtic Woman | URL   add+ |
| You Raise Me Up -- Celtic Woman | URL   add+ |
| She Moved Thru' The Fair -- Celtic Woman | URL   add+ |

CREATE A PLAYLIST   LAUNCH STANDALONE PLAYER   GET MUSIC TRACKS

**Sharon's Details**

| | |
|---|---|
| **Status:** | Single |
| **Zodiac Sign:** | Aries |

View Sharon's Friends: All | Online | New

**Sharon's Friends Comments**

Displaying 1 of 1 comments ( View All | Add Comment )

**"KEITH"**    **May 30 2007 1:20 PM**

hip hip hoooooooo!!!!!!

8)

k

Add Comment

About | FAQ | Terms | Privacy | Safety Tips | Contact MySpace | Report Abuse | Advertise | MySpace International | **MySpace Latino**

©2003-2007 MySpace.com. All Rights Reserved.

MySpace.com - Sharon - 42 - Female - IE - www.myspace.com/sharonbrowne

**THIS AGREEMENT is dated 27/7/04**

**PARTIES:**

(1) **LIFFEY RECORDS LIMITED, no. 337572,** a limited liability company incorporated in Ireland whose registered office is at, 32 Lower Leeson Street Dublin 2
( the ''Purchaser''); and

| | | | |
|---|---|---|---|
| (2) | **Sharon Browne** | 501 | Ordinary Shares or €1.27 each |
| | **Declan Browne** | 499 | Ordinary Shares or €1.27 each |
| | | 1,000 | |

**BACKGROUND:**

(A) The Vendors are each registered and beneficial owners of the Shares in **CELTIC COLLECTIONS LIMITED. Number 250264 of 30-32 Sir John Rogerson's Quay Dublin 2.**

(B) The Purchase has agreed with the Vendors to purchase all of the Shares on the terms and conditions of this Agreement.

**TERMS**

The parties agree as follows:

**SALE & PURCHASE**

The consideration for the sale and purchase of the shares shall be the amount of €850,000 plus/ minus any increase/decrease in the realisation of assets and a similar plus/minus in any increase/ reduction in the liabilities of creditors.

The figures are based on the management accounts to 22/6/07 and are set out as follows

## ASSETS

### CURRENT ASSETS

|     |                             |           |
|-----|-----------------------------|-----------|
| 701 | Finished Goods              | 105,991   |
| 712 | Trade Debtors               | 319,812   |
|     | Debtors Accrual             | 18,519    |
| 713 | Debtors Contra Provision    | (67,926)  |
| 715 | Bad Debt Provision          | (15,926)  |
| 716 | Tax Due 3rd Party Licensee | 25,149 |
| 732 | Other Debtors               | 1,406     |
| 733 | Staff Loans                 | 520       |
| 736 | Vat Repayable               | 223,207   |
| 751 | Prepayements                | 71,266    |
| 772 | Sterling Bank Account       | 61        |
| 777 | Bank Deposit Account        | 1,002     |
|     |                             | ---------- |
|     |                             | 683,081   |
|     |                             | ---------- |

## LIABILITIES

### CURRENT LIABILITIES

|     |                              |           |
|-----|------------------------------|-----------|
| 741 | Directors Current Account    | 1,986     |
| 801 | Bank Overdraft               | 146,185   |
| 813 | Trade Creditors              | 533,191   |
|     | Creditors Accruals           | 63,396    |
| 814 | Creditors Contra Provision   | (67,926)  |
| 831 | Corporation Tax              | 10,474    |
| 846 | Paye Control Account         | 27,710    |
| 853 | Lease Obligations            | 1,963     |
| 855 | Ulster Bank Loan a/c 83887338| 101,269   |
| 856 | Ulster Bank Loan a/c 83887684| 166,832   |
| 881 | Accruals                     | 24,910    |
|     |                              | ---------- |
|     |                              | 1,009,990 |
|     |                              | ---------- |

**PAYMENT / TERMS**

(A)     Deposit on signing €130,000

(B)     Further payment on account €256,000 to be agreed on the 31st August 2004

(C)     Balance of purchase price to be agreed and a schedule commencing 1/1/05 with the total purchase price deal to be completed by 31/7/05.

**LIFFEY RECORDS LTD UNDERTAKE THE FOLLOWING:**

(A)     Provide €1,000,000 to cover the shortfall in cash.

(B)     Organize accounts function from 1/8/04

(C)     Agreed 3 years package salary, bonus regarding Sharon Brown to be implements from 1/1/05.

**WARENTIES**

**ACCOUNTS**

(A)     The accounts given a true and fair view of state of affairs as at 22/6/04 and were prepared in accordance with Companies Act 1963 to 2003.

(B)     No unusual contracts and no litigation

(C)     Deed of Tax Indemnity

(D)     This agreement shall be Governed and construed in Accordance with the Laws of Ireland.

(E)     No Material adjustment to the management accounts as at 22/6/04 to 27/7/04.

**EXECUTED** by the parties on the date appearing at the top of page 1.

**SIGNED SEALED AND DELIVERED**
by SHARON BROWNE
in the presence of:

**SIGNED SEALED AND DELIVERED**
by DECLAN BROWNE
in the presence of:

**PRESENT** when the Common Seal
Of LIFFEY RECORDS LIMITED
was affixed hereto:

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,290,299
Registered Sep. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# CELTIC WOMAN

CELTIC WOMAN LTD. (IRELAND CORPORA-
TION)
32 LOWER LESSON STREET
DUBLIN 2, IRELAND

FOR: SERIES OF MUSICAL SOUND RECORD-
INGS AND PRERECORDED COMPACT DISCS,
VIDEOTAPES, CD-ROMS, DVDS, ALL FEATURING
MUSIC AND/OR DANCE; DOWNLOADABLE
AUDIO AND VIDEO RECORDINGS FEATURING
MUSIC AND/OR DANCE, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 3-1-2005; IN COMMERCE 3-1-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-560,705, FILED S.R. 2-4-2005 AM. P.R.
3-15-2007.

JOSETTE BEVERLY, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,290,300
Registered Sep. 11, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# CELTIC WOMAN

CELTIC WOMAN LTD. (IRELAND CORPORA-
TION)
32 LOWER LESSON STREET
DUBLIN 2, IRELAND

FOR: PRINTED MATTER, PAPER AND STA-
TIONERY PRODUCTS, NAMELY, POSTERS, POS-
TER BOOKS, CALENDARS, CONCERT SOUVENIR
PROGRAMS, STICKERS, BUMPER STICKERS,
DECALS, POSTCARDS, PICTURE POSTCARDS,
STATIONERY, PHOTOGRAPHS, PRINTED PAPER
SIGNS, AND TICKETS, IN CLASS 16 (U.S. CLS. 2, 5,
22, 23, 29, 37, 38 AND 50).

FIRST USE 7-20-2005; IN COMMERCE 7-20-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-560,710, FILED S.R. 2-4-2005 AM. P.R.
3-15-2007.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,306,488
Registered Oct. 9, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# CELTIC WOMAN

CELTIC WOMAN LTD. (IRELAND CORPORA-
TION)
32 LOWER LESSON STREET
DUBLIN 2, IRELAND

FOR: CLOTHING, NAMELY, SHIRTS, POLO
SHIRTS, T-SHIRTS, ATHLETIC UNIFORMS, TOPS,
SWEAT PANTS, JACKETS, CAPS, HATS, APRONS,
SCARVES, SINGLETS, SOCKS, LOUNGEWEAR, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-20-2005; IN COMMERCE 7-20-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-560,737, FILED S.R. 2-4-2005 AM. P.R.
3-15-2007.

JOSETTE BEVERLY, EXAMINING ATTORNEY

# COMPLETE REGISTRATIONS LIMITED

## REGISTRARS AND SECRETARIES

32 Lower Leeson Street,
Dublin 2, Ireland.
Tel: +353 (0) 1 708 8400
Fax: +353 (0) 1 708 8401

Mr. Pat Daly
New Companies Section
Companies Registration Office
Parnell House
14 Parnell Square
Dublin 1

4th April 2007

Re: Letter of Objection
Celtic Man Ltd

Dear Mr Daly,

I, Stephen McClure, Director of Complete Registration Limited act as Secretary of Celtic Woman Limited, of 32 Lower Leeson Street, Dublin 2, would like to object to the registration of the company Celtic Man Limited for the following reasons.

- Our company Celtic Woman Limited currently produces DVD's, CD's and is currently touring the USA with the Show "Celtic Woman" a very successful production.
- We currently hold Celtic Woman.com and Celtic Man.com and both activities are exactly the same as our web site says.
- Celtic Man will be filmed in Dublin in August 2007 for broad cast on PBS in the USA.
- We feel that the name is to similar and it would give the wrong impression to the general Public and suppliers
- Business activities are exactly the same
- The Director of Celtic Man Limited Sharon Browne previously held a position in Celtic Woman Ltd as Director and Producer.

We strongly object to the above name as the impression given is that it is associated with Celtic Woman Ltd, which is not correct and are forming on our success by passing off as Celtic Woman Ltd.

Yours Sincerely,

Stephen McClure
Complete Registrations Limited

MATHESON ORMSBY PRENTICE

Solicitors  30 Herbert Street  Dublin 2  Ireland  DX  2 Dublin
T: +353 1 619 9000  F: +353 1 619 9010  W  www.mop.ie

Sharon Browne
70 Coolnevaun
Stillorgan
Co Dublin
**BY COURIER**

Our Ref                          Your Ref                                              11 April 2007
JJH/AQ

Dear Sharon Browne

**OUR CLIENTS:  CELTIC WOMAN LIMITED**

As you know, we are instructed by Celtic Woman Limited of 31/32 Hatch Street, Dublin 2.  We understand from our clients that it has come to their attention that you have been using the name and trademark Celtic Woman in connection with the advertising and promotion of a new show under the name "Celtic Man".  In particular the words and trademark Celtic Woman have been used not only to refer to your association with the show Celtic Woman but also through references to the success of Celtic Woman as a means and method of promoting the show "Celtic Man".

Our clients are extremely concerned in relation to a number of matter arising from this and in particular as follows:

1.      As far as our clients are concerned, it would not be correct for you to describe yourself as the creator of Celtic Woman in any publicity or promotional material relating to any other show. Celtic Woman was created by a number of people, of which you were in the past a participant. It was a team effort and for you to claim sole creator credit or otherwise insinuate that you were anything other than a member of a team of persons involved in the development of the project would be to exaggerate your role to a point of misrepresentation of that role to the general public.

2.      As you know, Celtic Woman is a registered trademark registered both in the United States of America and in the European Union in the areas of live show entertainments and audio and audiovisual works.  Therefore, no use whatsoever should be made of the words "Celtic Woman" whether printed or otherwise without our client's permission in connection with the advertising or promotion of any live show or any sound or audiovisual recordings whatsoever.

3.      As far as our clients are concerned the website for "Celtic Man" being www.celticman.ie also contains materials which form part of Celtic Woman's promotional materials which as far as our clients are concerned you have no right to use on the website.

Chairman  Sir Anthony O'Reilly   Managing Partner  Liam Quirke   Partners  Graham Richards, Michael Terrel, Frank Nowlan, Stuart Margetson, William Prentice, Roderick Bourke, James Heller, Pádraic O'Connovan, Stanley Watson, Robert Heron, Patrick Spicer, Brian Hurley, Dion Anderson, Paul Carlisle, Andrew Doyle, James Scanlon, Michael Jackson, Emile Quinn, Ian Scanlan, Deirdre Moore, Helen Kelly, Sharon Daly, Ruth Hunter, Tony O'Grady, Fergal Mulligan, Michael O'Connor, Edward Miller, Tara Doyle, Anne-Marie Bohan, Darrell Spicer, Tallought Cavan, Patrick Molloy, George Brady, Paul Tyrrell, John McAvinEy, Robert O'Shea, Liam Flynn, Joseph Beashel, Deirdre-Ann Barr, John Dunne, Damien Keogh, Cara Cheegan, Leanne Pattison, Owen O'Sullivan, Nicola Palmer, Carrie Curran, Christian Donagh, Brian Dunne, Liddy Lavery, Diane Hogan, Kathleen Howard, Peter O'Brien, John O'Connor, Alison Pailin, Fergus Bolster, Hilary Coveney, John Kelly   Consultant Solicitors  Alan Prentice, Lorraine Compton, Michael Irvine, Arthur Moran, Emer Hunt   Tax Principals  Anthony Walsh, John Ryan, Catherine Galvin, Greg Lockhart

4.      Furthermore the website gives the impression that you continue to be associated with Celtic Woman both as its creator and its producer and as far as our clients are concerned this is wholly false and without foundation and should be removed immediately from the website.

As far as our clients are concerned you are entitled to refer to yourself as having been involved as part of the original team of Celtic Woman and that you were one of the producers of Celtic Woman (but that you are no longer associated with that show) in the context of any biographical description of yourself.  Other than that as far as our clients are concerned any reference to Celtic Woman without their permission is a misrepresentation of your position and role and a breach of their intellectual property rights particularly their trademark rights and as far as they are concerned you are not entitled to use those words in any promotional context whether in print advertising or in audio or audiovisual advertising of any sort on radio or television or otherwise.

Our instructions are therefore to write to you to call upon you to cease and desist from all of the breaches of our client's intellectual property rights and other entitlements as outlined above. Furthermore, we are asked to write to you to call upon you to cease and desist immediately from giving any impression that you are currently working with or for Celtic Woman Limited and in any way attempting to associate yourself on a current basis with the very successful stage show, Celtic Woman.

Our instructions are that, if we do not receive from you, an immediate undertaking to cease and desist as outlined above, our client will have no alternative but to seek the various equitable and other remedies available to them from the courts of Ireland and elsewhere in relation to the breaches of our client's intellectual property rights as well as their other rights and entitlements as outlined above. Our clients also reserve the right to pursue whether by equitable remedies or otherwise orders preventing you from in any way misrepresenting the position you had with Celtic Woman or in any way using the Celtic Woman trademark to promote any products or services in the live stage or audio or audio visual areas of activity.

Unless we hear from you within 48 hours of receipt of this letter, our instructions are to undertake such proceedings as our clients deem appropriate without further notice to you.  In the event that proceedings are issued and served on you and damages awarded against you, it is our expectation that you will also be made responsible not only for damages to our clients but also for the costs and outlay of any such proceedings and we would therefore urge you to give this matter your immediate and detailed consideration.

We are copying this letter to Messrs Gore and Grimes, solicitors who are the last solicitors we have on record for you in relation to matters we were previously dealing with in relation to you.

Yours faithfully

MATHESON ORMSBY PRENTICE

cc Gore and Grimes, Solicitors

5032124.1

Sharon Browne
70 Coolnevaun
Stillorgan
Co Dublin
**BY COURIER**

Our Ref                         Your Ref                                                    19 April 2007
JJH/AQ

Dear Sirs

**OUR CLIENT: CELTIC COLLECTIONS LIMITED**

As you know we are instructed by Celtic Collections Limited of Celtic Mews, 31/32 Hatch Street, Dublin 2.  We refer in particular to a newspaper report in The Sunday World newspaper for 1 April 2007 under the heading "And Now Comes the Celtic Man".  This report underneath the photograph of Phil Coulter refers to you as Celtic Woman creator Sharon Browne and sets out how you have teamed up with Phil Coulter to embark on a search for talent singers to form a group called "Celtic Man".

Our clients are extremely concerned in relation to a number of matters arising from the report and also from what appears on a website address www.celticman.ie as follows:

1.      The project Celtic Man originally commenced development with our clients while you were in the employment of Celtic Collections Limited.  As far as our clients are concerned they are the owners of the common law rights in the trading name Celtic Man and have registered a domain name www.celticman.com.  This was all done while you were still in the employment of our clients which ended on 31 December 2006.  As far as our clients are concerned therefore you have no right to propose using the name Celtic Man in connection with the promotion of a group of performers whether for the purposes of live stage shows or for sound or audiovisual recordings or otherwise.

2.      We understand that you have registered a domain name www.celticman.ie.  We are instructed to put you on notice that our clients dispute your entitlement to do this and unless you immediately undertake to cancel the registration of this domain name or transfer it to our clients they will be seeking to refer this domain name to a domain name dispute arbitration procedure under the auspice of the World Intellectual Property Organisation (WIPO).

3.      Our clients have examined the contents of the website www.celticman.ie.  As far as they are concerned the image of Celtic Man as shown on the website was designed for Celtic Collections Limited approximately 4 years ago.  In early 2003 our clients Celtic Collections Limited commissioned a design company Zeus to change all the company's album covers and to create a mid-price range called Spirit Records.  The Best of Celtic Man was one of the titles to be released on the Spirit Records label.  The design which appears on www.celticman.ie

and a copy of which is attached was originally created by Zeus for our clients but was not in fact used in the end as our clients felt it would be wasted on a mid-price CD. Our clients decided to hold it for a full price CD at a later date and create another CD and cover called The Heart of Man which was released instead. As far as Celtic Collections Limited is concerned they are the copyright owners of this image and you are not entitled to use the material whether in connection with the website you are currently operating or otherwise.

Our instructions are therefore to write to you to call upon you to cease and desist from all of the breaches of our client's intellectual property rights and other entitlements as outlined above. Our instructions are that, if we do not receive from you, an immediate undertaking to cease and desist as outlined above, our client will have no alternative but to seek the various equitable and other remedies available to them from the courts of Ireland and elsewhere in relation to the breaches of our client's intellectual property rights as well as their other rights and entitlements as outlined above.

Unless we hear from you within 48 hours of receipt of this letter, our instructions are to undertake such proceedings as our clients deem appropriate without further notice to you. In the event that proceedings are issued and served on you and damages awarded against you, it is our expectation that you will also be made responsible not only for damages to our clients but also for the costs and outlay of any such proceedings and we would therefore urge you to give this matter your immediate and detailed consideration.

We are copying this letter to Phil Coulter who appears to be involved in your proposed project and who our clients believe should be made aware of the matter set out above and to Gerald Kean Solicitors who now appear to be your solicitors in relation to matters Gore & Grimes Solicitors were previously dealing with in relation to you.

Yours faithfully


**MATHESON ORMSBY PRENTICE**

Copy    Phil Coulter
        Gerald Kean

5056183.1

# MATHESON ORMSBY PRENTICE

Solicitors  30 Herbert Street  Dublin 2  Ireland  DX 2 Dublin
T +353 1 619 9000  F +353 1 619 9010  W: www.mop.ie

Keans
Solicitors
2 Upper Pembroke Street
Dublin 2
**BY FAX AND BY POST**

Our Ref
JJH

Your Ref
GK/AD/16516

26 April 2007

Dear Sirs

**OUR CLIENTS: CELTIC WOMAN LIMITED**
**YOUR CLIENT: SHARON BROWNE**

We refer to your letter of 18 April 2007 in connection with the above. We note that you have now been instructed in this matter and have taken over the file and papers from Gore & Grimes, solicitors.

You refer to your client as feeling very aggrieved about the manner in which he has been treated by Mr Kavanagh and Mr Clifford (and Celtic Woman Limited). You do not supply any details of the grievances you refer to and it is difficult to understand why you would be preparing a brief to Counsel with the intention of issuing proceedings without first having given our clients an opportunity of dealing with and addressing the alleged grievances.

In relation to the numbered items in your letter setting our your client's instructions we would reply as follows:

1.    It is wholly incorrect as far as our clients are concerned for your client to describe herself as the original creator of Celtic Woman. As far as our clients are concerned the creation of Celtic Woman was a team effort and for your client to claim sole creator credit or otherwise insinuate that she was anything other than a member of a team of persons involved in the development of the project would be to exaggerate her role to a point of misrepresentation of that role to the general public. Your clients misrepresentation of the situation does not relate to an issue of intellectual property rights. The issue is that your client has grossly exaggerated and over stated her role in Celtic Woman to the point of misleading the public both about Celtic Woman and the project she is now proposing giving rise to potential loss and damage to our clients' reputation arising out of the assertion (which is false) that the sole creator of Celtic Woman is now behind this new project.

2.    Our clients are not alleging that your client is passing off the name Celtic Woman to any third party. What our clients are saying is that your client is using a registered trademark "Celtic Woman" to promote her project without the permission of the trademark owner. The relevant section of the Trademark Act (1996) is:

Chairman: Sir Anthony O'Reilly  Managing Partner: Liam Quirke ·  Partners: Graham Richards, Michael Tyrrell, Frank Nowlan, Stuart Margetson, William Prentice, Robert Erskine, James Horan, Fidelma O'Donovan, Stanley Watson, Robert Heron, Patrick Sweetman, Brian Buggy, Don McAleese, Paul Canfield, Andrew Doyle, James Scanlan, Michael Jackson, Chris Quinn, Tim Scanlan, Fergus Marr, Kevin Kelly, Sharon Daly, Ruth Hunter, Tony O'Grady, Frank Madigan, Michael O'Connor, Edward Miller, Tara Doyle, Anne-Marie Bohan, Patrick Spicer, Turlough Galvin, Patrick Molloy, George Raw, Fergus Bolster, Robert O'Shea, Liam Flynn, Joseph Beashel, Deirdre-Ann Barr, John Quinn, Damien Keogh, Cora O'Flaherty, Leanne Robson, Owen O'Sullivan, Andre Palmer, Louise Donohoe, Ciara Lavelle, Gráinne McDonaghFína Broderick, Ronan McDonagh, Richard Stowe, Niall Morgan, Deirdre Dunne, Elizabeth O'Connor, Adam Payne, Fergus Bolster, Mary Coveney, Karen McCarthy, Christian Donagh, Brian Dunne, Libby Garvey, Sharon Hogan, Noreen Howard, Peter O'Brien, John C Connor · Tax Principals: Anthony Walsh, John Ryan, Catherine Galvin, Greg Lockhart, Ken Kelly · Consultant Solicitors: Mary Pierce, Lorraine Compton, Michael Irvine, Arthur Moran, Emer Hunt

"(6)  Nothing in the preceding provisions of this section [infringement of registered trademark] shall be construed as preventing the use of a registered trademark by any person for the purpose of identifying goods or services as those of the proprietor or licensee of the registered trademark; but any such use, otherwise in accordance with honest practices in industrial or commercial matters, shall be treated as infringing the registered trademark if the use without due cause takes unfair advantage of, or is detrimental to, the distinctive character or reputation of the trademark."

3.    As far as our clients are concerned, the use of statistics and information in relation to the success of Celtic Woman is not something your client should be using in connection with the promotion of the project Celtic Man.  The information we are referring to is "Celtic Woman has sold over 2 and a half million CD's and has had 5 hugely successful coast to coast live tours in the USA.  Celtic Woman has played Carnegie Hall, Radio City and performed for St. Patrick's Day in the Whitehouse in March 2007.  They have toured Japan and will commence touring in Africa, Australia, Asia and Europe in the next year.  As far as our clients are concerned, your client is trying to piggyback on the success of Celtic Woman including using successful statistics in relation to Celtic Woman to promote her project.

4.    This impression is contained because your client's references to Celtic Woman appear to be in the present tense.

Your letter therefore does not clarify the matter but on the contrary reinforces and confirms the issues that our clients have with your client. Our clients have instructed us therefore to write to you to reiterate the concerns expressed by them in our letter to your client of 11 April 2007 and to reassert their call upon your client to cease and exist from all breaches of our client's intellectual rights and other entitlements as outlined above as well as ceasing and existing from giving any impression that your client was the sole creator of Celtic Woman and is working with or for Celtic Woman or in any way attempting to associate herself on a current basis with the very successful stage of Celtic Woman.

If our clients do not receive the immediate undertaking demand to cease and exist as outlined above, our clients reserve the right to seek recourse to legal remedies in accordance with the terms of our letter of 11 April 2007 to your client.

We look forward to hearing from you.

Yours faithfully

MATHESON ORMSBY PRENTICE

15014866.1



Home | Contact Us | Company Profile                              Support | Order Now

.eu
registrations
now available
▸ Learn More

▸ Log In

## DOMAIN NAME REGISTRATION SEARCH

- ▸ Budget Hosting
- ▸ Basic Hosting
- ▸ Business Hosting
- ▸ Professional Hosting
- ▸ Dedicated Hosting
- ▸ Reseller Hosting
- ▸ SQL Hosting



- ▸ Domain Search
- ▸ Domain Registration
- ▸ Domain Transfer

- ▸ SSL Certificates
- ▸ Mx Mail Backup
- ▸ Brightmail AntiSpam

- ▸ Submit A Ticket
- ▸ Support Help Desk
- ▸ Frequent Questions
- ▸ Video Tutorials

- ▸ Refund Guarantee
- ▸ Company News
- ▸ Order Now

This is the raw whois output provided by **whois.domainregistry.ie**
Displaying information for the domain: **celticmen.ie**

Click <u>Here</u> to search again.

```
% Rights restricted by copyright; http://www.domainregistry.ie
% Do not remove this notice

domain:      celticmen.ie
descr:       Celtic Man Ltd
descr:       Body Corporate  (Ltd,PLC,Company)
descr:       Corporate Name
admin-c:     ADI019-IEDR
tech-c:      WIL6-IEDR
renewal:     14-May-2008
status:      Active
nserver:     NS1.SECURE-SSL-SERVER.NET
nserver:     NS2.SECURE-SSL-SERVER.NET
source:      IEDR

person:      Sharon Browne
nic-hdl:     ADI019-IEDR
source:      IEDR

person:      David Farrelly
nic-hdl:     WIL6-IEDR
source:      IEDR
```

Contact Us | About WebHost.ie |

© 2007 WebHost.ie Ltd.   Policy & Terms | Privacy | Our Partners | Site Map

Site Designed by WebHost.ie Ltd

Home | Contact Us | Company Profile                                                    Suppo



▶| Log In

- ▸ **Budget Hosting**
- ▸ **Basic Hosting**
- ▸ **Business Hosting**
- ▸ **Professional Hosting**
- **Dedicated Hosting**
- ▸ **Reseller Hosting**
- ▸ **SQL Hosting**

- ▸ **Domain Search**
- ▸ **Domain Registration**
- ▸ **Domain Transfer**

- ▸ **SSL Certificates**
- ▸ **Mx Mail Backup**
- ▸ **Brightmail AntiSpam**

- ▸ **Submit A Ticket**
- ▸ **Support Help Desk**
- ▸ **Frequent Questions**
- ▸ **Video Tutorials**

- ▸ **Refund Guarantee**
- ▸ **Company News**
- ▸ **Order Now**

# DOMAIN NAME REGISTRATION SEARCH

This is the raw whois output provided by **whois.domainregistry.ie**
Displaying information for the domain: **celticman.ie**

Click Here to search again.

```
% Rights restricted by copyright; http://www.domainregistry.ie
% Do not remove this notice

domain:      celticman.ie
descr:       Celtic Man Ltd.
descr:       Body Corporate (Ltd,PLC,Company)
descr:       Corporate Name
admin-c:     ADD486-IEDR
tech-c:      WIL6-IEDR
renewal:     26-March-2008
status:      Active
nserver:     NS1.SECURE-SSL-SERVER.NET
nserver:     NS2.SECURE-SSL-SERVER.NET
source:      IEDR

person:      Sharon Browne
nic-hdl:     ADD486-IEDR
source:      IEDR

person:      David Farrelly
nic-hdl:     WIL6-IEDR
source:      IEDR
```

Contact Us | About WebHost.ie |
|
© 2007 WebHost.ie Ltd.   Policy & Terms | Privacy | Our Partners | Site Map

Site Designed

# NetworkSolutions.

**Call us 1-800-333-7680**    Sho

Login    Help



## WHOIS Search Results

Available **celticman** extensions:

| .org | .us | .info | .biz | .tv | .bz |
|------|-----|-------|------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Order Selected Domain(s)** »



**25% We**
OFF Ho
Just $9.96 $7.47/m
+ free domain

Our Lowest
Price Ever!    »| G

Choose Your Domain
Provider Wisely and
Domains for $9.99/yr

Learn the do's and d
search engine optimi
Download our *Guide*
*Found Online* now.

### Your WHOIS Search Results



#### celticman.net

Services from Network Solutions:

<u>Certified Offer Service</u> - Let us help you get this domain name!

<u>Backorder</u> - Try to get this name when it becomes available.

<u>SSL Certificates</u> - Get peace of mind with a secure certificate.

<u>Enhanced Business Listing</u> - Promote your business to millions of viewers for only $1 a month!



**Learn the S**
**of Search E**
**Optimizatio**

**Attend our**
**SEO Ser**

**Learn**

=-=-=
Visit AboutUs.org for more information about CELTICMAN.NET
<u>AboutUs: CELTICMAN.NET</u>

Registration Service Provided By: WebHost.ie Ltd
Contact: davidfarrelly@webhost.ie
Visit: http://www.webhost.ie

Domain name: CELTICMAN.NET

Administrative Contact:
   WebHost.ie Ltd

David Farrelly (davidfarrelly@webhost.ie)
+353.14948034
Fax: +353.14948035
10 Beverly Park
Beverly Court
DUBLIN,  16
IE

Technical Contact:
   WebHost.ie Ltd
   David Farrelly (davidfarrelly@webhost.ie)
   +353.14948034
   Fax: +353.14948035
   10 Beverly Park
   Beverly Court
   DUBLIN,  16
   IE

Registrant Contact:
   WebHost.ie Ltd
   David Farrelly (davidfarrelly@webhost.ie)
   +353.14948034
   Fax: +353.14948035
   10 Beverly Park
   Beverly Court
   DUBLIN,  16
   IE

Status: Locked

Name Servers:
   NS1.SECURE-SSL-SERVER.NET
   NS2.SECURE-SSL-SERVER.NET

Creation date: 18 Jun 2007 19:49:21
Expiration date: 18 Jun 2009 19:49:21
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.



Sea

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.co

**Search by:**

◉ Domain Name

◯ NIC Handle

◯ IP Address

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 83.138.8.80 (ARIN & RIPE IP search) |
| **IP Location:** | IE(IRELAND) |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 30-Nov-2007 |



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

 Go »



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

 Go »

  
BBBOnLine Reliability Program   "An outstanding customer service experience" J.D. Power and Associates   FindMVHost.com EDITORS' CHOICE WEB HOST   ICANN Accredited Registrar



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.

# NetworkSolutions.

Login                    Customer Service        Your cart is empty
                         Call us toll free

## WHOIS Search Results

Available celticmen extensions.

.org  .us  .mobi  .info  .biz  .de  .co.uk  .bz
☐    ☐    ☐     ☐     ☐    ☐    ☐      ☐

**Order Selected Domain(s) ▸**

### 25% Off Web Site Hosting
Just $9.96 $7.47/mo
+ free domain
Our Lowest Price Ever!  ▸ Get 25% OFF

## Your WHOIS Search Results

IMAGE NOT AVAILABLE

### celticmen.net
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.
Enhanced Business Listing - Promote your business to millions of
viewers for only $1 a month!

Visit AboutUs.org for more information about CELTICMEN.NET
AboutUs: CELTICMEN.NET

Registration Service Provided By: WebHost.ie Ltd
Contact: davidfarrelly@webhost.ie
Visit: http://www.webhost.ie

Domain name: CELTICMEN.NET

Administrative Contact:
   WebHost.ie Ltd
   David Farrelly (davidfarrelly@webhost.ie)
   +353.14948034
   Fax: +353.14948035
   10 Beverly Park
   Beverly Court
   DUBLIN, 16
   IE

Technical Contact:
   WebHost.ie Ltd
   David Farrelly (davidfarrelly@webhost.ie)
   +353 14948034
   Fax +353.14948035
   10 Beverly Park
   Beverly Court
   DUBLIN, 16
   IE

Registrant Contact:
   WebHost.ie Ltd
   David Farrelly (davidfarrelly@webhost.ie)
   +353.14948034
   Fax: +353.14948035
   10 Beverly Park
   Beverly Court
   DUBLIN, 16
   IE

Status: Locked

Name Servers:
   NS1.SECURE-SSL-SERVER.NET
   NS2.SECURE-SSL-SERVER.NET

Creation date: 18 Jun 2007 19:55:30
Expiration date: 18 Jun 2009 19:55:30

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

When you register a domain name, current policies require that the contact information for your domain name
registration be included in a public database known as WHOIS. To learn about actions you can take to protect
your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use
of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner
that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network
Solutions for information purposes only, and to assist persons in obtaining information about or related to a
domain name registration record. By submitting a WHOIS
query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful
purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or
facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its

### DOMAIN OPTIONS

Premium Names ⚲
☐ celtict.com      $2,288
☐ hawaiianmen.com  $1,500
☐ onlyamaleurmen.com  $940
☐ celticweb.net    $688
☐ magazinemen.com  $1,500
☐ naturalymen.com  $300
☐ celticshop.net   $588

Misspellings
☐ c3lticmen.com
☐ citicmen.com
☐ ce1licmen.com
☐ celtcmen.com
☐ celticmon.com
☐ celtic3n.com
☐ celticmenn.com
☐ celticmne.com

Similar Names
☐ celtic-men.com
☐ nakedcelticmen.com
☐ c3lticmen.com
☐ celticmenoutlet.com
☐ elececelticmen.com
☐ celticmenele.com
☐ agercelticmen.com
☐ celticmenager.com

**Add Domain(s) to Cart ▸**

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name
○ NIC Handle
○ IP Address

Search ►

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name
other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Current Registrar: ENOM, INC.
IP Address:       83.138.8.80 (ARIN & RIPE IP search)
IP Location:      IE(IRELAND)
Record Type:      Domain Name
Server Type:      IIS 6
Lock Status:      clientTransferProhibited
Web Site Status:  Active
DMOZ              no listings
YI Directory:     see listings
Secure:           No
E-commerce:       No
Traffic Ranking:  Not available
Data as of:       14-Jun-2005




Need to get your business
online?
Our professional designers
can build a custom Web site
for your business.
$11.95/month, plus a $499.00
design fee





PerformanceClicks™ from
Network Solutions
Create and manage your pay
per click advertising from as
low as $125/month plus $99
one time set-up fee








**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2007 Network Solutions. All rights reserved.



## Domain details
### Domain

| | |
|---|---|
| Name | celticmen |
| Status | REGISTERED |
| Registered | May 14, 2007 |
| Last update | May 14, 2007 3:39 PM |

### Registrant

| | |
|---|---|
| Name | Sharon Browne |
| Organisation | Celtic Man Ltd. |
| Language | English |
| Address | Scarton House |
| | na Kildare |
| | |
| | Ireland |
| Phone | +353.872442434 |
| Email | sharonbrowne@mac.com |

### Registrar technical contacts

| | |
|---|---|
| Name | Technical Support |
| Organisation | eNom, Inc. |
| Language | English |
| Address | 2002 156th Ave NE |
| | Suite #300 |
| | 98007 Bellevue |
| | WA |
| | United States |
| Phone | +1.4252744500 |
| Fax | +1.4259744796 |
| Email | info@enom.com |

### Registrar

| | |
|---|---|
| Organisation | eNom, Inc |
| Website | www.enom.com |

### Nameservers

ns2.secure-ssl-server.net
ns1.secure-ssl-server.net

**Total Domain Names on the eNom Platform: 10,353,087**          **Apply for a reseller acco**

 is powering the domain name industry

▶ DOMAINS ▶ whois

Our WhoIs (Who Is?) page lets the public see information about the owner (the "registrant") of a particular domain name as well as other information about the domain name. Some of this information is maintained k eNom (the "registrar") and some is maintained by the "registry". Only names that are registered by eNom (t "registrar") appear here. Names that are maintained by other registrars will not show up in our WhoIs, even though they are already registered (i.e. taken). You can **see if a name is already taken here**.

Access to eNom's Whois information is for informational purposes only. eNom makes this information availab "as is," and does not guarantee its accuracy. The compilation, repackaging, dissemination or other use of eNom's Whois information in its entirety, or a substantial portion thereof, is expressly prohibited without the prior written consent of eNom By accessing and using our Whois information, you agree to these terms.

## WhoIs Results for celticman.mobi
### Contact Type Registrant

| | |
|---|---|
| **Organization Name:** | Celtic Man Ltd. |
| **First Name:** | Sharon |
| **Last Name:** | Browne |
| **Address 1:** | 70 Coolnevaun |
| **Address 2:** | Stillorgan |
| **City:** | Co Dublin |
| **StateProvince:** | |
| **PostalCode:** | na |
| **Country:** | IE |
| **Phone:** | 353., 353.0872442434 |
| **Fax:** | |
| **EmailAddress:** | sharonbrowne@mac.com |

### Contact Type Administrative

| | |
|---|---|
| **Organization Name:** | WebHost.ie Ltd |
| **First Name:** | David |
| **Last Name:** | Farrelly |
| **Address 1:** | 10 Beverly Park |
| **Address 2:** | Beverly Court |
| **City:** | DUBLIN |
| **StateProvince:** | |
| **PostalCode:** | 16 |
| **Country:** | IE |
| **Phone:** | +353.14948034 |
| **Fax:** | +353.14948035 |
| **EmailAddress:** | davidfarrelly@webhost.ie |

## Contact Type Billing

**Organization Name:** WebHost.ie Ltd
**First Name:** David
**Last Name:** Farrelly
**Address 1:** 10 Beverly Park
**Address 2:** Beverly Court
**City:** DUBLIN
**StateProvince:**
**PostalCode:** 16
**Country:** IE
**Phone:** +353.14948034
**Fax:** +353.14948035
**EmailAddress:** davidfarrelly@webhost.ie


## Contact Type Technical

**Organization Name:** WebHost.ie Ltd
**First Name:** David
**Last Name:** Farrelly
**Address 1:** 10 Beverly Park
**Address 2:** Beverly Court
**City:** DUBLIN
**StateProvince:**
**PostalCode:** 16
**Country:** IE
**Phone:** +353.14948034
**Fax:** +353.14948035
**EmailAddress:** davidfarrelly@webhost.ie


## Other Information

**contactadmin:** FA8E04C6797A61C4
**nameserver:** ns1.secure-ssl-server.net
ns2.secure-ssl-server.net
**contactbilling:** FA8E04C6797A61C4
**created-date:** 2007-11-22T15:02:03.0Z
**upid:** 4065-EN
**clid:** 4065-EN
**updated-date:** 2007-11-22T15:19:19.0Z
**registrant:** FA8E04C6797A61C4
**statusreasonservertransferprohibited:** realtime
**name:** celticman.mobi

|  |  |
|---|---|
| registration-expiration-date: | 2008-11-22T15:02:03.0Z |
| status: | serverTransferProhibited |
| contacttech: | FA8E04C6797A61C4 |
| eppcode: | 1000 |
| crid: | 4065-EN |

**Enter the domain name for which you would like to check information.**
**(i.e. "example.com")**

[ ] search

register a domain name | my domains | transfer a domain | my transfers | host a domain | new extensions (TLDs) | international d
pricing | global edit | register name server | push a domain

© eNom inc. 1998-2007 Terms and Conditions
Partners: search the web

User's Choice Award

 CNNIC · com · net

demand MEDIA Services

# MATHESON ORMSBY PRENTICE

Solicitors  70 Sir John Rogerson's Quay  Dublin 2  Ireland  DX: 2 Dublin
T: +353 1 232 2000  F: +353 1 232 3333  W: www.mop.ie

Keans
Solicitors
2 Upper Pembroke Street
Dublin 2
**BY FAX AND BY POST**

---

Our Ref
JJH/AQ

Your Ref
A16516/GK/TC

19 June 2007

Dear Sirs

**OUR CLIENTS: CELTIC WOMAN LIMITED**
**YOUR CLIENT: SHARON BROWNE**

We refer to your letter of 2 May 2007 in connection with the above. We note that you say that you have taken over the file from Gore and Grimes Solicitors but our clients have separately received an unfair dismissals claim which appears to have been lodged by Gore and Grimes Solicitors on behalf of your client on the 11 May 2007. The claim for unfair dismissals is by your client against Celtic Collections Limited. As far as our clients are concerned they do not dispute that at all material times and up to 31 December 2006 your client was an employee of Celtic Collections Limited. As far as our client's are concerned she resigned from that employment with effect from 31 December 2006 but this appears now to be disputed.

Our clients are not aware of any other grievances which your client is pursuing. Our clients will deal with the unfair dismissals claim with Gore and Grimes Solicitors and will be proceeding on the basis that there are no other grievances of your clients of which they are aware.

In relation to the question of who is the original creator of Celtic Woman we attach copies of the old Celtic Woman website which states that "Celtic Woman is the realisation of a dream for Composer and Musical Director, David Downes and Show Producer, Sharon Browne. Together with Dave Kavanagh, Executive Producer of the Show, they created Celtic Woman....". We also attach two earlier press releases which again describe the origins of the Show. From the legal standpoint the individuals involved were working through Celtic Collections Limited and later Celtic Woman Limited.

As far as our clients are concerned at all material times your client was an employee of Celtic Collections Limited and that it was Celtic Collections Limited which were the initial promoters of the Celtic Woman project. Your client was amongst the individuals who were involved in the initiation of the project but it is wholly incorrect to say that your client as an individual either hired David Downes or any television crew or put on any show or in any way personally promoted the project Celtic Woman. Celtic Collections Limited was purchased from your client and Declan Browne by Liffey Records Limited and the rights in the project were assigned to Celtic Woman Limited so that the project could be undertaken through a separate vehicle and the remaining activities of Celtic Collections Limited continue to be undertaken by Celtic Collections Limited.

---

Chairman Sir Anthony O'Reilly · Managing Partner Liam Quirke · Partners Graham Richards, Michael Tyrrell, Frank Nowlan, Stuart Margetson, William Prentice, Roderic Ensor, James Hickey, Pauline O'Donovan, Stanley Watson, Robert Heron, Patrick Sweetman, Brian Buggy, Don McAleese, Paul Glenfield, Andrew Doyle, James Scanlon, Michael Jackson, Chris Quinn, Tim Scanlon, Deirdre Morris, Helen Kelly, Sharon Daly, Ruth Hunter, Tony O'Grady, Ponac Madigan, Michael O'Connor, Edward Miles, Tara Doyle, Anne-Marie Bonan, Patrick Spicer, Turlough Galvin, Patrick Molloy, George Brady, Paul Farrell, Bríd Munnelly, Robert O'Shea, Liam Flynn, Joseph Beashel, Deirdre-Ann Barr, John Dunne, Damien Keogh, Cara O'Hagan, Leanne Dobson, Owen O'Sullivan, Nicola Palmer, Dualta Counihan, Barry Lynch, Catriona McGonigle, Lisa Broderick, Ronan McLoughlin, Niall Horgan, Deirdre Dunne, Elizabeth O'Connor, Alastair Payne, Fergus Bolster, Hilary Coveney, Catie da Gama, Christian Donagh, Brian Dunne, Libby Garvey, Shane Hogan, Kathleen Howard, Peter O'Brien, John O'Connor, Thomas Hayes, Jonathan Branton · Tax Principals Anthony Walsh, John Ryan, Catherine Galvin, Greg Lockhart, John Kelly · Consultant Solicitors Hilary Prentice, Lorraine Compton, Michael Irvine, Arthur Moran, Emer Hunt

MATHESON ORMSBY PRENTICE

As far as our clients are concerned your client should not therefore be using the trademark Celtic Woman in any way to promote any new project she is involved in whether it be Celtic Man or any other project. The trademark Celtic Woman is exclusively owned by Celtic Collections Limited / Celtic Woman Limited and our clients will be vigorous in pursuit of the protection of the integrity of that trademark.

They will also be vigilant in relation to any attempts by your client to in any way suggest that she personally was the sole creator of Celtic Woman or that any way she can claim that she was the sole creator of it. As far as our client's are concerned this is an injurious falsehood and they will seek to protect themselves in everyway possible by legal action if necessary to prevent any ongoing perpetration of this falsehood.

We reiterate the last paragraph of our letter of 26 April 2007.

Yours faithfully

MATHESON ORMSBY PRENTICE

Enclosures

2

OLD SITE



CELTIC WOMAN
FORUM

TOUR NEWS

Celtic Woman is the realisation of a dream for Composer and Musical Director, David Downes and Show Producer, Sharon Browne. Together with Dave Kavanagh, Executive Producer of the Show, they created Celtic Woman to feature the very special talents of four young Irish female vocalists and a very exciting young fiddle player.

The five women vocalists, Chloë, Lisa, Meav and Orla and fiddle player Mairead are led by David Downes, a prodigious young Irish talent, who has previously worked as musical director of Riverdance. Celtic Woman portrays the unique voices and styles of each of the girls as soloists as well as fantastic ensemble numbers. Performing beautiful and much-loved songs, Celtic Woman features unique renditions of Irish songs such as "Danny Boy", timeless classics like "Ave Maria", contemporary songs such as Enya's "Orinoco Flow" and Clannad's "Harry's Game", and a host of spellbinding original songs created by David Downes.

Celtic Woman started life as a 90-minute show for PBS, which premiered in the US in March 2005. The show was broadcast on over 300 stations and such was its success that it was developed into a full scale touring production.

The Celtic Woman CD & DVD were released through Manhattan Records (EMI) on March 1st 2005. Since its release the CD has been certified gold and the DVD has been certified platinum. The CD has also been No 1 in the Billboard World Music Chart for over 45 weeks.



**pfa** | ENTERTAINMENT MEDIA & MARKETING

212·334·6116 · 212·334·6336 fax | 451 Greenwich St. #503, NY² 10013

**FOR IMMEDIATE RELEASE**
~~February 11, 2005~~

# celtic woman

*Five Member Female Irish Troop Arrive In Time For St. Patrick's Day
Concert Available on DVD and CD through Manhattan Records on March 1st
Will Be Broadcast Nationally on PBS in March 2005
U.S. Tour Planned For This Summer*

Since the dawn of Irish civilization, some ten thousand years ago, a tradition of song has greeted new dawns and celebrated life. Haunting voices over mountains, valleys and lakes carry with them ancient tales they now cherish. It would be hard to find more pure and graceful voices than those of **Celtic Woman**. Alone or united, their voices stay with you, capturing the essence of traditional and contemporary Irish music.

The five-member collective known as **Celtic Woman** will release their debut live concert on CD & DVD thru Manhattan Records (EMI) on March 1st. The show is the realisation of a dream for Sharon Browne, Managing Director of Celtic Collections – One of Ireland's most successful independent record labels.

The women are lead by the talents of **David Downes** (Musical Director, Conductor, Composer and Arranger). Downes, who is a prodigious young Irish star, had previously worked as musical director of **Riverdance**. Celtic Woman was created to have a forum to launch the very special talents of four young Irish female vocalists: **Chloë, Lisa, Méav, Órla**, along with an exciting young violinist **Máiréad Nesbitt**.

Downes then garnered the forces of the Irish Film Orchestra, Aontas Choral Group, and a host of exciting Irish musicians including percussionists Ray Fean and Robbie Casserly to backup the vocalists and create the instrumentation behind this truly moving and inspirational show.

**Celtic Woman** portrays the unique voices and styles of each of the Girls as Soloists along with fantastic Ensemble numbers. Performing the most beautiful and best-loved songs in the musical repertoire, **Celtic Woman's** singers unique renditions of Irish songs such as: "Danny Boy," timeless classics like "Ave Maria", contemporary songs such as

Enya's "Orinoco Flow" and Clannad's "Harry's Game", to a host of spellbinding original songs all with the new and exciting arrangements created by David Downes.

During the performance, violinist **Máiréad Nesbitt**, engages in a musical battle with two handsome Irish Bodhrán drummers and has the audience dancing out of their seats with her own expressive interpretation of the liveliest Irish dance music and haunting slow airs.

Premiering in the United States in March, **PBS** will debut a spectacular hour and a half show **Celtic Woman** taped in front of a Dublin audience at the prestigious Helix Centre late last year.

**Celtic Woman** will bring you to your feet over and over again and audiences will rise and cheer as loudly when they embark on a U.S. tour later this summer which is expected to make stops in New York, Minneapolis, Boston, Cleveland, Los Angeles and several other major cities.

In the meantime, you'll be able to gather your loved ones around during the St. Patrick Day's Festivities to watch and listen to the **Celtic Woman** when this concert becomes available on DVD and CD through Manhattan Records (EMI) on March 1st.

For more information, please contact:
Keith Hagan
PFA (Paul Freundlich Associates)
Khagan@pfamedia.net
Ph: 212-334-6116

Paul Freundlich
PFA
paulf@pfamedia.net
Ph: 212-334-6116

Maria C. Malta
Manhattan Records
212-786-8637
maria.malta@emimusic.com

**pfa** | ENTERTAINMENT MEDIA & MARKETING
212·334·6116 · 212·334·6336 fax | 451 Greenwich St. #503, NY² 10013

**FOR IMMEDIATE RELEASE**
April 11, 2005



# The Irish Phenomenon That Is Celtic Woman Continues To Surprise

### U.S. Tour Slated For The Summer; #1 World Music Album For Five Weeks Running; Top 10 On Amazon.com Chart and Sales Continue To Swell

The five-member group known as **Celtic Woman** have arrived and in the short time since their debut release (March 1st on EMI/Manhattan) they have seemingly captured the hearts of new fans across the country.

First introduced to the U.S. public through multiple highly watched **PBS** airings of their spectacular hour and a half show; **Celtic Woman** followed that up with a live performance of their music on **NBC's** Today Show on St. Patrick's Day. Since that point they seem to have developed of somewhat of an inexplicable phenomenon. And now, as their album continues its run atop Billboard Magazine's World Music Album Chart comes word of a summer tour scheduled to kick off on July 20th in Cleveland at The Palace Theatre.

**Celtic Woman** will bring their electrifying show to Detroit, Boston, Buffalo, Philadelphia, St. Louis, Atlanta, San Francisco and Sacramento among other cities. The first leg of the **Celtic Woman** tour currently contains fifteen dates, but with the buzz growing on an almost daily basis, more dates are sure to be added.

"Celtic Woman has been gathering momentum ever since it's release last month," said Bruce Lundvall, President & CEO, EMI Jazz & Classics, of which Manhattan Records is an imprint label. "We are absolutely thrilled with the response that they have received from American audiences. But what is most impressive is the direct reaction that we are receiving from their new fans. We're getting calls and emails from all over the country asking when they can see the girls perform and wanting more information. We're pleased to report that fans are going to get their chance to see them this summer."

The women are lead by the talents of **David Downes** (Musical Director, Conductor, Composer and Arranger). Downes, who is a prodigious young Irish star, had previously worked as musical director of **Riverdance**. The show is the realisation of a dream for Sharon Browne, Managing Director of Celtic Collections – One of Ireland's most successful independent record labels.

**Celtic Woman** portrays the unique voices and styles of each of the Girls as Soloists along with fantastic Ensemble numbers. Performing the most beautiful and best-loved songs in the musical repertoire, **Celtic Woman's** singers unique renditions of Irish songs such as: "Danny Boy," timeless classics like "Ave Maria", contemporary songs such as Enya's "Orinoco Flow" and Clannad's "Harry's Game", to a host of spellbinding original songs all with the new and exciting arrangements created by David Downes.

Celtic Woman Tour Dates

| Date | City | Venue |
|---|---|---|
| July 20th | Cleveland, OH | The Palace Theatre |
| July 22nd | Detroit, MI | Meadowbrook Amphitheatre |
| July 23rd | Pittsburgh, PA | Byham Theatre |
| July 25th | Binghamton, NY | Forum Theatre |
| July 26th | Boston, MA | Bank of America Pavilion |
| July 27th | Buffalo, NY | Shea's PAC |
| July 28th | Rochester, NY | Auditorium Theatre |
| July 29th | Westbury, NY | North Fork Theatre |
| July 30th | Philadelphia, PA | Merriam Theatre |
| August 1st | Vienna, VA | Wolf Trap Farm Park |
| August 3rd | Peoria, IL | Peoria Civic Center |
| August 5th | St. Louis, MO | Fox Theatre |
| August 6th | Atlanta, GA | Chastain Park |
| August 13th | San Francisco, CA | Nob Hill Masonic Center |
| August 14th | Sacramento, CA | Sacramento City Auditorium |

For more information, please contact:
Keith Hagan
PFA (Paul Freundlich Associates)
Khagan@pfamedia.net
Ph: 212-334-6116

Paul Freundlich
PFA
paulf@pfamedia.net
Ph: 212-334-6116

Maria C. Malta
Manhattan Records
212-786-8637
maria.malta@emimusic.com

# MATHESON ORMSBY PRENTICE

Solicitors  70 Sir John Rogerson's Quay  Dublin 2  Ireland  DX· 2 Dublin
T: +353 1 232 2000  F: +353 1 232 3333  W: www.mop.ie

Keans
Solicitors
2 Upper Pembroke Street
Dublin 2
**BY FAX AND BY POST**

| Our Ref | Your Ref | |
|---|---|---|
| JJH/AQ | A16516/GK/TC | 19 June 2007 |

Dear Sirs

**OUR CLIENTS: CELTIC WOMAN LIMITED / CELTIC COLLECTIONS LIMITED
YOUR CLIENT: SHARON BROWNE**

We refer to your short letter of 2 May 2007 with the heading Celtic Woman Limited.  We assume that this was in fact a response to our letter of 19 April 2007 addressed to your client at her address in Stillorgan, Co Dublin under the heading Celtic Collections Limited.  This letter was copied to you and to Phil Coulter who is apparently also involved in the project Celtic Man.

Your letter fails to address any of the issues raised in our letter of 19 April 2007 apart from asserting that our clients registered the domain names celticman.com and celticman.eu in circumstances where you allege our clients knew of your client's entitlement and intellectual property rights over those names.

As far as our clients are concerned the domain name celticman.com was registered while your client was in the employment of Celtic Collections Limited prior to 31 December 2006.  Your client is now in fact accepting that she was an employee of Celtic Collections Limited at the material time in question arising out of her claim for unfair dismissal.  As far as our clients are concerned it is your client who should assign to Celtic Collections Limited the registration by her of the domain name celticman.ie.

We also call on your client to cease and desist from the breaches of intellectual property rights detailed in our previous letter to you and reserve our client's right to institute proceedings against you in relation to same without further notice in the absence of any undertaking to cease and desist from such user.

Yours faithfully

MATHESON ORMSBY PRENTICE

DUBLIN          LONDON          NEW YORK          PALO ALTO

Chairman Sir Anthony O'Reilly · Managing Partner Liam Quirke · Partners Graham Richards, Michael Tyrrell, Frank Nowlan, Stuart Margetson, William Prentice, Roderic Ensor, James Hickey, Pauline O'Donovan, Stanley Watson, Robert Heron, Patrick Sweetman, Brian Buggy, Don McAleese, Paul Glenfield, Andrew Doyle, James Scanlon, Michael Jackson, Chris Quinn, Tim Scanlon, George Brady, Paul Farrell, Brid Munnelly, Robert O'Shea, Liam Flynn, Joseph Beashel, Deirdre-Ann Barr, John Dunne, Dameen Keogh, Cara O'Hagan, Leanne Robison, Owen O'Sullivan, Nicola Palmer, Dualta Counihan, Barry Lynch, Caitriona McConaghy, Lisa Broderick, Ronan McLoughlin, Richard Stowe, Niall Horgan, Deirdre Dunne, Elizabeth O'Connor, Alastair Payne, Fergus Bolster, Hilary Coveney, Katie da Gama, Christian Donagh, Bryan Dunne, Libby Garvey, Shane Hogan, Noreen Howard, Peter O'Brien, John O'Connor, Thomas Hayes, Jonathan Branton · Tax Principals Anthony Walsh, John Ryan, Catherine Galvin, Greg Lockhart, John Kelly · Consultant Solicitors Hilary Prentice, Lorraine Compton, Michael Irvine, Arthur Moran, Emer Hunt



TOOLS: company search  site search  Other Tools ——    newsletterlinkssitemapcontact us

Home About   Business      Post          Annual    Business       Online      Downloads What's   Disclaimer
     CRO    Registration   Registration  Return    Termination    Services               New

Company Search

- Search
- Individual Sub Num
- Basket
- Account Holders
- Web Security & Privacy
- Instructions
- Disclaimer
- Copyright

# Company Details

You may view a list of submissions or request a company printout which details a company's name and previous name, n
company type, incorporation and annual return details, charges secured against it, directors and secretary, and a list of ea
that has been received or registered. In the case of an external company, the directors and secretary are not listed, instead
responsible for compliance and the person responsible to accept service of process are listed.

| List Company Submissions |    | Request Company Printout |

**Company**

| Type | Company |
|------|---------|
| Number | 442072 |
| Name | CELTIC THUNDER LIMITED |
| Address | SCARTON HOUSE<br>CONVENT ROAD<br>KILDARE<br>CO KILDARE |
| Registered | 25/06/2007 |
| Status | Normal |
| Last AR Date | N/A |
| Next AR Date | 25/12/2007 |
| | The 'Next AR Date' refers to the statutory Annual Return Date (ARD). This is a date after 1 March 2002 to which an annual return should be made up. If a company has annual returns outstanding for previous |

years the obligation to file these returns is a continuing one.

**Last Accounts To Date**        N/A



Home|About CRO|Business Registration|Post
Registration|Annual Return|
Business Termination|Online Services|Downloads|What's
New|Disclaimer|



TOOLS: company search    site search    Other Tools ------

newsletterlinkssitemapcontact us

Home    About CRO    Business Registration    Post Registration    Annual Return    Business Termination    Online Services    Downloads    What's New    Disclaimer

Company Search

- Search
- Individual Sub Num
- Basket
- Account Holders
- Web Security & Privacy
- Instructions
- Disclaimer
- Copyright

# Submission(s) for company: 442072

Select a submission(s) by clicking on the 'Select' checkbox and then click on the 'Request' button below.

The images will be sent to you as TIFF or PDF files. You can choose your preferred format before purchasing your baske not request TIFF images unless you have an image viewer on your PC that can read multipage TIFFs.

[ Request ]  [ Reset ]

**Found: 4**

| Sub Num | Doc Num | Sub Type | Doc Type | Status | Received | Effective/ Accounts to Date | Scanned (Y/N) | Size (kb) | Pages | Select |
|---|---|---|---|---|---|---|---|---|---|---|
| 5204396 | 1 | B10 CHANGE IN DIRECTOR OR SECRETARY | B10 CHANGE IN DIRS/SEC | Registered | 28/07/2007 | 25/06/2007 | Yes 30/07/2007 | 108.8 | 7 | ☐ |
| 5197588 | 1 | NEW COMPANY WITH MEMO & ARTS WITH CAPITAL DUTY | A1 APPLICATION TO REGISTER AS A NEW COMPANY, | Registered | 22/06/2007 | 25/06/2007 | Yes 29/06/2007 | 195.3 | 11 | ☐ |
| 5197588 | 3 | NEW COMPANY WITH MEMO & ARTS WITH | Certificate | Registered | 22/06/2007 | 25/06/2007 | Yes 02/07/2007 | 16.6 | 1 | ☐ |

| Sub Num | Doc Num | Sub Type | Doc Type | Status | Received | Effective/ Accounts to Date | Scanned (Y/N) | Size (kb) | Pages | Select |
|---------|---------|----------|----------|--------|----------|----------------------------|---------------|----------|-------|--------|
| | | CAPITAL DUTY | | | | | | | | |
| 5197588 | 2 | NEW COMPANY WITH MEMO & ARTS WITH CAPITAL DUTY | Memorandum and articles | Registered | 22/06/2007 | 25/06/2007 | Yes 29/06/2007 | 403.7 | 21 | ☐ |

[Request] [Reset]



Home|About CRO|Business Registration|Post Registration|Annual Return| Business Termination|Online Services|Downloads|What's New|Disclaimer|

| To: | Celtic Man Limited (trademark@ogrp.com) |
| Subject: | TRADEMARK APPLICATION NO. 77157668 - CELTIC MAN - 671.0011UST1 |
| Sent: | 7/31/2007 3:01:46 PM |
| Sent As: | ECOM101@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**    77/157668

**MARK**: CELTIC MAN

# *77157668*

**CORRESPONDENT ADDRESS**:
    TERRENCE J. MCALLISTER
    OHLANDT, GREELEY, RUGGIERO & PERLE, LLP
    1 LANDMARK SQ FL 10
    STAMFORD, CT 06901-2619

**RESPOND TO THIS ACTION:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/main/trademarks.htm**

**APPLICANT**:    Celtic Man Limited

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
    671.0011UST1
**CORRESPONDENT E-MAIL ADDRESS**:
    trademark@ogrp.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 7/31/2007**

The assigned examining attorney has reviewed the referenced application and determined the following.

**Prior Pending Applications**

Information regarding pending Application Serial Nos. 78560737, 78560710 and 78560705 is enclosed. The filing dates of the referenced applications precede applicant's filing date. There may be a likelihood of confusion under Trademark Act Section 2(d) between applicant's mark and the referenced marks. If one or more of the referenced applications registers, registration may be refused in this case under Section 2(d). 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon entry of a response to this Office action, action on this case may be suspended pending final disposition of the earlier-filed applications.

If applicant believes that there is no potential conflict between this application and the earlier-filed applications, then applicant may present arguments relevant to the issue in a response to this Office action. The election not to submit arguments at this time in no way limits applicant's right to address this issue at a later point.

**Likelihood of Confusion**

The examining attorney refuses registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d), because the applicant's mark, when used on or in connection with the identified goods and services, so resembles the mark in U.S. Registration No. 3263503 as to be likely to cause confusion, to cause mistake, or to deceive. TMEP §§1207.01 *et seq.* See the enclosed registration.

Taking into account the relevant *DuPont* factors, a likelihood of confusion determination in this case involves a two-part analysis. First, the marks are compared for similarities in appearance, sound, connotation and commercial impression. *In re E .I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973). Second, the goods or services are compared to determine whether they are similar or related or whether the activities surrounding their marketing are such that confusion as to origin is likely. *In re National Novice Hockey League, Inc.*, 222 USPQ 638 (TTAB 1984); *In re August Storck KG,* 218 USPQ 823 (TTAB 1983); *In re Int'l Tel. and Tel. Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Prods. Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978); TMEP §§1207.01 *et seq.*

In the instant case, applicant seeks registration of the mark CELTIC MAN and design for, among other items, "video and/or sound recordings; gramophone records; compact discs; audio tapes, cassettes and cartridges; video tapes, cassettes and cartridges; magnetic tapes, discs and wires all for bearing sound or video recordings; optical discs bearing sound or video recordings; computer software; computer software and publications in electronic form supplied on-line from databases or from the Internet; CD-ROM's; DVD's; digital music, films, video, audio and graphic images (downloadable) provided from computer databases or the Internet; digital music and graphics (downloadable) provided from MP3 Internet web sites," in International Class 009 and "entertainment; sporting and cultural activities; live performances by a vocal and/or instrumental group; sound recording and video entertainment services; television and radio entertainment services; production of video and/or sound recordings; presentation, production and performance of shows, musical shows, concerts, videos, multimedia videos and radio and television programmes; recording, film, video and television studio services; audio, film, video and television recording services; publishing; music publishing; sound recording, film and video production and distribution services; digital music, films, video, audio and graphic images (not downloadable) provided from a computer, the Internet and/or web sites on the Internet; providing on-line electronic publications (not downloadable); publication of books, magazines and other texts on-line; ticket agency, reservation, and information services for entertainment events, shows and concerts; advisory and information services relating to the aforesaid," in

International Class 041.

The mark in U.S. Registration No. 3263503 is CELTIC WOMAN for "entertainment, education, cultural activities and radio and television entertainment services, namely entertainment in the nature of live performances by a musical or dance group or performer, live music concerts and dance performances, and providing television programs in the fields of music and dance; entertainment and educational services, namely production of musical and dance shows, videotape, audiotape, radio and television programs, organizing exhibitions and events for entertainment, educational and cultural purposes in the fields of music and dance; providing a web site featuring musical and dance performances, musical and dance videos, and related film clips, photographs and other multimedia materials in the fields of music and dance," in International Class 041.

Marks may be confusingly similar in appearance where there are similar terms or phrases or similar parts of terms or phrases appearing in both applicant's and registrant's mark. *See e.g., Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce*, 228 USPQ 689 (TTAB 1986), *aff'd* 1 USPQ2d 1813 (Fed. Cir. 1987) (COMMCASH and COMMUNICASH); *In re Phillips-Van Heusen Corp.*, 228 USPQ 949 (TTAB 1986) (21 CLUB and "21" CLUB (stylized)); *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985) (CONFIRM and CONFIRMCELLS); *In re Collegian Sportswear Inc.*, 224 USPQ 174 (TTAB 1984) (COLLEGIAN OF CALIFORNIA and COLLEGIENNE); *In re Pellerin Milnor Corp.*, 221 USPQ 558 (TTAB 1983) (MILTRON and MILLTRONICS); *In re BASF A.G.*, 189 USPQ 424 (TTAB 1975) (LUTEXAL and LUTEX); TMEP §§1207.01(b)(ii) and (b)(iii).

The marks themselves are very similar as to appearance, sound, and overall commercial impression. Both marks contain the term "CELTIC," and this common term creates a similar commercial impression in both marks. In addition, consumers seeing the marks will conclude that the applicant's mark with the term MAN is a logical outgrowth and expansion from the WOMAN in the registered mark and the goods and/or services offered thereunder would originate from the same source but be directed to men. The fact that the proposed mark contains a design element is insufficient to distinguish the marks, as it is well settled that when a mark consists of a word portion and a design portion, the word portion is more likely to be impressed upon a purchaser's memory and to be used in calling for the goods or services. Therefore, the word portion is normally accorded greater weight in determining likelihood of confusion. *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593, 1596 (TTAB 1999); *In re Appetito Provisions Co.*, 3 USPQ2d 1553 (TTAB 1987); *Amoco Oil Co. v. Amerco, Inc.*, 192 USPQ 729 (TTAB 1976); TMEP §1207.01(c)(ii).

The goods and/or services of the parties need not be identical or directly competitive to find a likelihood of confusion. Instead, they need only be related in some manner, or the conditions surrounding their marketing be such that they could be encountered by the same purchasers under circumstances that could give rise to the mistaken belief that the goods and/or services come from a common source. *On-line Careline Inc. v. America Online Inc.*, 229 F.3d 1080, 56 USPQ2d 1471 (Fed. Cir. 2000); *In re Martin's Famous Pastry Shoppe, Inc.*, 748 F.2d 1565, 223 USPQ 1289 (Fed. Cir. 1984); *In re Melville Corp.*, 18 USPQ2d 1386, 1388 (TTAB 1991); *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985); *In re Rexel Inc.*, 223 USPQ 830 (TTAB 1984); *Guardian Prods. Co., Inc. v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978); *In re Int'l Tel. & Tel. Corp.*, 197 USPQ 910 (TTAB 1978); TMEP §1207.01(a)(i). In this case, services are very similar if not identical. Consumers seeing the mark in connection with the recorded products would likely conclude that they arose from the entertainment services offered under the registered mark but, again, would be directed to men. Consumers will likely conclude that the goods and services originate from the same source.

Thus, because both the marks and the goods and services are similar, registration is refused under Section 2(d) of the Trademark Act.

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following issues.

**Filing Basis**

The application specifies both intent to use under Section 1(b) and a claim of priority under Section 44(d) based on a foreign application. 15 U.S.C. §§1051(b) and 1126(d). When an application is filed pursuant to Section 44(d), the USPTO presumes, unless otherwise indicated, that applicant intends to rely upon the resulting foreign registration as a basis for registration in the U.S. TMEP §§806.02(f) and 1003.03.

However, applicant may rely solely on intent to use as the basis for registration, and still claim the benefit of the priority filing date. If applicant wants to rely on intent to use as the sole basis for registration, with the claim of priority, applicant should submit an amendment so advising the undersigned. Once all other outstanding issues are resolved, the mark would be approved for publication without requiring a copy of the foreign registration. TMEP §§806.02(f) and 806.04(b). However, while the mark may be approved for publication, it will not register until an acceptable allegation of use has been filed.

If applicant does not indicate otherwise, the USPTO will presume that applicant is relying on the foreign registration as an additional basis for registration. Thus, the application will not be approved for publication until a copy of the foreign registration and, if appropriate, an English translation signed by the translator, have been filed. TMEP §§1004.01 and 1004.01(b).

Further, if applicant is asserting §44(e) as a basis for registration (based on the foreign registration that will issue from the application that the applicant relied on for priority), then applicant must submit a true copy, photocopy, certification or certified copy of a foreign registration from the applicant's country of origin. Applicant's country of origin must either be a party to a convention or treaty relating to trademarks to which the United States is also a party, or must extend reciprocal registration rights to nationals of the United States by law. *See* TMEP §§1002.01, 1003.03 and 1004. If the foreign certificate of registration is not written in English, then applicant must provide an English translation signed by the translator. *See* TMEP §§1004.01 and 1004.01(b).

**Identification of Goods and Services**

The recitation of goods and services is unacceptable as indefinite because it contains broad categories of goods and services that require further clarification as to their common commercial name, nature, use and purposes. TMEP §1402.01 *et seq.* In addition, the identification of goods and services contains parentheses. Generally, parentheses and brackets should *not* be used in identifications. Parenthetical information is permitted in identifications only if it serves to explain or translate the matter immediately preceding the parenthetical phrase in such a way that it does not affect the clarity of the identification, e.g., "obi (Japanese sash)." TMEP §1402.12. Therefore, applicant must remove the parentheses from the identification of goods and services and incorporate the parenthetical information into the description. Further, applicant should note that the position of the semi-colons separates items from one another and thus it is not clear if the catch-alls at the end of certain classes applies to all items listed in the class or just certain items, and thus the items must be changed accordingly. Also, the identification contains duplicative items (e.g., photographs).

As to the clothing items in International Class 025, applicant should note that terminology such as "clothing," "sportswear," and "apparel," are all too broad and indefinite for registration purposes. The applicant in each instance must list each and every specific item of clothing, such as "clothing, namely, shirts, pants, hats, socks and dresses." There are certain classes of clothing which are considered acceptably definite by the Office, these are: beachwear, underwear, footwear, headwear, infantwear, loungewear, neckwear, rainwear, ski wear, sleepwear, swim wear, and tennis wear.

As to the providing of "access" to websites on the Internet, applicant should note that the term "access" in International Class 038 is intended to mean the actual telecommunication access to the Internet and not the providing of content or web pages in any form. This would include acting as an internet service provider.

As to the "distribution" of goods in International Class 041, applicant should note that this term is acceptable for the distribution of motion picture films and television shows. This service involves the actual creation of the motion picture or television program and the accompanying activity of distributing it to movie theatres and television stations for display to the public. This is not the case when distribution relates to videotapes, audio tapes or other hard goods that result from the production of visual or audio entertainment. When these goods are distributed, it is the same as the distribution of any other kind of hard goods by any other manufacturer. For this reason, distribution of videotapes, audio tapes, video disks is not acceptable as a service even when the distribution is linked to the production of these goods. The production of the entertainment product is perfectly acceptable in International Class 041; however, the distribution of the hard goods that result from that production is not a "service."

Lastly, the proposed identification contains goods and services that are classified in more International Classes than for which fees have been paid.

The applicant may adopt the following recitation, if accurate (changes in bold):

"metal keys, **metal keyrings key rings**, metal key chains; **metal name** badges; **metal holiday** ornaments; figurines **of common metal and their alloys; non-luminous and non-mechanical metal** signs; **general purpose metal storage** containers; **metal** money boxes **all made of common metals and their alloys; metal key holders**," in International Class 006;

"scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments, **namely, <specify items by common commercial name>**; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, **namely, <specify items by common commercial name, e.g., electrical connectors, electrical cables, electrical controllers>**; automatic vending machines and mechanisms for coin-operated apparatus, **namely, <specify nature of mechanisms by common commercial name>**; cash registers, **calculating machines calculators**, data processing equipment, **namely, <specify items by common commercial name>**; and computers; fire-extinguishing **apparatus systems and fire extinguishers**; video **and/or and** sound recordings featuring **<specify subject matter, e.g., music, self-improvement, mathematics instruction>; gramophone phonograph** records featuring **<specify subject matter>**; pre-recorded compact discs **featuring <specify subject matter>; pre-recorded** audio tapes, cassettes and cartridges **featuring <specify subject matter>; pre-recorded** video tapes, cassettes and cartridges **featuring <specify subject matter>; blank** magnetic tapes, discs and wires all for bearing sound or video recordings; optical discs bearing sound or video recordings; computer software **for <specify the function of the programs, e.g., use in database management, use as a spreadsheet, word processing, etc. and, if software is content- or field-specific, the content or field of use>**; downloadable computer software **for <specify the function of the programs, e.g., use in database management, use as a**

spreadsheet, word processing, etc. and, if software is content- or field-specific, the content or field of use>; **downloadable** publications in electronic form **in the nature of <indicate specific nature of publication> in the field of <indicate subject matter of publication> supplied on-line from databases or from the Internet; blank CD-ROMs for sound or video recording CD-ROM's; <specify blank recordable or pre-recorded> DVD's DVDs <if pre-recorded, specify subject matter>; downloadable** digital music, films, video, audio and graphic images **(downloadable)** provided from computer databases or the Internet; **downloadable** digital music and graphics **(downloadable)** provided from MP3 Internet web sites; downloadable ringtones and graphics for mobile phones **via the internet and wireless devices;** MP3 players; apparatus for recording, transmission or reproduction of sound and images, **namely, <specify nature of items by common commercial name, e.g., DVD recorders, audio tape players>;** video games, **namely, <specify items by common commercial name, e.g., interactive video game programs, video game discs, video game software>;** apparatus for games adapted for use with television receivers and computers, **namely, video game machines for use with televisions;** computer mouses, mouse mats and mouse pads; decorative magnets; eyeglasses, sunglasses and spectacles; parts and fittings for **all the aforesaid goods <specify items>,"** in International Class 009;

"paper, cardboard and goods made from these materials, not included in other classes, **namely, <specify items by common commercial name>;** printed matter, **namely, <specify items by common commercial name>;** books in **the field of <specify subject matter>;** booklets **in the field of <specify subject matter>; printed tickets; event** programmes; periodic publications, **namely, <specify nature of publication, e.g., magazines, newsletters and specify subject matter>;** photographs; posters; stickers; bookbinding material, **namely, <specify items by common commercial name, e.g., bookbindings, bookbinding wire, bookbinding tape>; photographs;** postcards; greeting cards; calendars; stationery; adhesives for stationery or household purposes; artists' materials, **namely, <specify items by common commercial name, e.g., artists' brushes, artists' pencils, artists' pastels>;** paint brushes; typewriters and office requisites **(except furniture) namely, <specify items by common commercial name, e.g., punches, staplers>; printed** instructional **educational** and teaching material **(except apparatus) in the field of <specify subject matter>;** plastic materials for packaging **(not included in other classes) namely, <specify items by common commercial name, e.g., plastic bags for packaging>;** printers' type; printing blocks; **coasters of paper,"** in International Class 016;

"articles made of leather or of imitation leather, **namely, <specify items by common commercial name>;** rucksacks; backpacks; bags, **namely <specify items by common commercial name, e.g., all-purpose sport bags, beach bags, duffel bags, carry-all bags>;** cases, **namely, <specify items by common commercial name, e.g., attaché cases, business card cases, vanity cases sold empty>;** wallets, purses, **keyholders,** luggage; umbrellas and parasols," in International Class 018;

**"non-metal key holders," in International Class 020;**

"unworked or semi-worked glass **(except glass used in not for** building) **namely, <specify items by common commercial name, e.g., colored sheet glass, common sheet glass, decorative glass>; beverage** glassware, beverageware, porcelain and earthenware **items, namely, <specify items by common commercial name, e.g., figures, figurines, sculptures, statues> included in class 21; coasters not of paper and not being table linen, removable portable** beverage coolers **(containers)** for drink cans and bottles, trays," in International Class 021;

"**cloth coasters,**" **in International Class 024;**

"**clothing, namely, <specify items by common commercial name, e.g., pants, shirts, shorts, tops, blouses, sweatshirts>,** footwear and **headgear headwear,**" in International Class 025;

"**ornamental novelty badges of metal," in International Class 026;**

"games and playthings, **namely, <specify items by common commercial name, e.g., board games, card games, toy vehicles, construction toys, fantasy character toys, mechanical action toys>; sporting articles (not included in other classes) namely, <specify items by common commercial name, e.g., footballs, baseballs, basketballs, dumbbells, exercise machines>;** toys, namely, **<specify items by common commercial name, e.g., infant toys>, cuddly plush** toys, teddy bears, dolls, hand-held **unit for playing** electronic games; **arcade-type electronic video games; hand-held unit for playing video games,**" in International Class 028;

"telecommunications, **namely, <specify services by common commercial name, e.g., telephone communications services, providing fiber optic network services>;** mobile telecommunication **services, namely, <specify services by common commercial name, e.g., mobile telephone communication>;** cellular telecommunication services, **namely, cellular telephone communication;** telecommunication of information (including web pages), computer programmes and any other data, **namely, <specify services by common commercial name, e.g., providing telecommunications connections to a global computer network>;** electronic mail services; **provision of customised display screens on telecommunications apparatus;** transfer of data by telecommunications; providing telecommunications connections to the Internet or **on-line computer** databases; providing **telecommunications** access to digital music, films, video and audio websites on the Internet; providing **telecommunications** access to MP3 websites on the Internet; **electronic** delivery of digital music by **the providing of** telecommunications **access services;** provision and operation of electronic **discussion groups bulletin boards** and **on-line** chat rooms **for transmission of messages among computer users concerning <specify subject matter or general interest>; advisory and information services relating to the aforementioned services providing information and consulting services in the fields of telecommunications, mobile telecommunications, cellular telecommunications, electronic mail services, electronic bulletin boards and chat rooms,**" in International Class 038;

"**education educational services, namely, <specify services by common commercial name, e.g., conducting seminars, workshops and conferences in the field of <specify subject matter>>;** providing of training **in the field of <specify subject matter>;** entertainment **services, namely, <specify nature of services by common commercial name, e.g., dance performances, preparation of special effects>;** sporting and cultural activities, namely, **<specify nature of services by common commercial name, e.g., football games, baseball games, organizing community sporting and cultural events>;** live performances by a vocal **and/or and** instrumental group; sound recording and video **recording** services; television and radio entertainment services, **namely, <specify services by common commercial name, e.g., an on-going television programs in the field of {indicate specific field, e.g., news, comedy, variety}, production of radio and television programs>;** production of video **and/or and** sound recordings; presentation, production and performance of **<specify type>** shows, musical shows, **and** concerts; **production of** videos, multimedia videos and radio and television programmes; **production of motion**

**picture recording, film films;** video and television studio services; audio, film, video and television recording services; publishing **of newspapers, books and magazines;** music publishing; sound recording, **motion picture film and video production;** distribution **of motion pictures services; digital music, films, video, audio and graphic images (not downloadable) provided from a computer, the Internet and/or web sites on the Internet;** providing on-line **non-downloadable** electronic publications **(not downloadable) in the nature of <indicate specific nature of publication> in the field of <indicate subject matter of publication>;** on-line publication of books, magazines and other texts on-line; ticket agency, reservation, and information services for entertainment events, shows and concerts; **advisory and information services relating to the aforesaid providing information and consultation in the field of educational and training services in the field of <specify>, entertainment, namely, <specify subject matter of entertainment information>, sports, audio and video recording and production, publishing, and ticket agencies,"** in International Class 041;

**"provision of customized display screens on telecommunications apparatus, namely, providing customized on-line web pages featuring user-defined information, which includes search engines and on-line web links to other web sites," in International Class 042.**

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the applicant may not amend to include any goods or services that are not within the scope of the goods and services recited in the present identification. The applicant is also encouraged to visit the website of the U.S. Patent and Trademark Office to access the Acceptable Identification of Goods and Services Manual which may be helpful in formulating an identification should the above suggestion be unacceptable or inaccurate. The website may be found at http://www.uspto.gov. Applicant should also note that the decision as to the proper classification of goods or services is a purely administrative matter which is within the sole discretion of the United States Patent and Trademark Office. *In re Tee#Pak, Inc.*, 164 USPQ 88 (TTAB 1969).

**The application identifies goods and services that are classified in at least 13 classes; however, the fees submitted are sufficient for only 9 classes**. In a multiple-class application, a fee for each class is required. 37 C.F.R. §2.86(a)(2); TMEP §§810-810.01 and 1403.01.

Therefore, applicant must either: (1) restrict the application to the number of class(es) covered by the fee(s) already paid, or (2) submit the fees for the additional class(es).

If applicant prosecutes this application as a combined, or multiple-class application, applicant must comply with each of the following for those goods and/or services based on an intent to use the mark in commerce under Trademark Act Section 1(b) and a foreign registration under Trademark Act Section 44(e):

(1) Applicant must list the goods and/or services by international class with the classes listed in ascending numerical order; and

(2) Applicant must submit a filing fee for each international class of goods and/or services not covered by the fee already paid (current fee information should be confirmed at http://www.uspto.gov).

37 C.F.R. §2.86(a)(2); TMEP §§810 and 1403.01.

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney directly at the number below.

/Michael P. Keating/

Trademark Attorney

Law Office 101

(571) 272-9177

(571) 273-9101 (fax)

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office Action should be filed using the Office's Response to Office action form available at http://www.uspto.gov/teas/eTEASpageD.htm. If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification. **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

**Print: Jul 30, 2007**                              **78560705**                              **Issue: 0000/00/00**

## DESIGN MARK

**Serial Number**
78560705

**Status**
PUBLISHED FOR OPPOSITION

**Word Mark**
CELTIC WOMAN

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
CELTIC WOMAN LTD. CORPORATION IRELAND 32 LOWER LESSON STREET DUBLIN 2
IRELAND

**Goods/Services**
Class Status -- ACTIVE.   IC 009.   US   021 023 026 036 038.   G & S:
Series of musical sound recordings and prerecorded compact discs,
videotapes, CD-ROMs, DVDs, all featuring music and/or dance;
downloadable audio and video recordings featuring music and/or dance.
First Use: 2005/03/01.   First Use In Commerce: 2005/03/01.

**Filing Date**
2005/02/04

**Amended Register Date**
2007/03/15

**Examining Attorney**
BEVERLY, JOSETTE

**Attorney of Record**
AMY B. SPAGNOLE

# CELTIC WOMAN

**Print: Jul 30, 2007**                    **78560710**                    **Issue: 0000/00/00**

## DESIGN MARK

**Serial Number**
78560710

**Status**
PUBLISHED FOR OPPOSITION

**Word Mark**
CELTIC WOMAN

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
CELTIC WOMAN LTD. CORPORATION IRELAND 32 LOWER LESSON STREET DUBLIN 2
IRELAND

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: Printed matter, paper and stationery products, namely,
posters, poster books, calendars, concert souvenir programs, stickers,
bumper stickers, decals, postcards, picture postcards, stationery,
photographs, printed paper signs, and tickets.  First Use: 2005/07/20.
 First Use In Commerce: 2005/07/20.

**Filing Date**
2005/02/04

**Amended Register Date**
2007/03/15

**Examining Attorney**
BEVERLY, JOSETTE

**Attorney of Record**
AMY B. SPAGNOLE

-1-

# CELTIC WOMAN

**Print: Jul 30, 2007**                          **78560728**

## DESIGN MARK

**Serial Number**
78560728

**Status**
REGISTERED

**Word Mark**
CELTIC WOMAN

**Standard Character Mark**
Yes

**Registration Number**
3263503

**Date Registered**
2007/07/10

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
CELTIC WOMAN LTD. CORPORATION IRELAND 32 LOWER LESSON STREET DUBLIN 2
IRELAND

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S:
Entertainment, education, cultural activities and radio and television
entertainment services, namely entertainment in the nature of live
performances by a musical or dance group or performer, live music
concerts and dance performances, and providing television programs in
the fields of music and dance; entertainment and educational services,
namely production of musical and dance shows, videotape, audiotape,
radio and television programs, organizing exhibitions and events for
entertainment, educational and cultural purposes in the fields of
music and dance; providing a web site featuring musical and dance
performances, musical and dance videos, and related film clips,
photographs and other multimedia materials in the fields of music and
dance. First Use: 2005/03/17. First Use In Commerce: 2005/03/17.

**Filing Date**
2005/02/04

**Print: Jul 30, 2007**                    **78560728**

**Amended Register Date**
2006/10/31

**Examining Attorney**
BEVERLY, JOSETTE

# CELTIC WOMAN

**Print: Jul 30, 2007**               **78560737**                    **Issue: 0000/00/00**

## DESIGN MARK

**Serial Number**
78560737

**Status**
PUBLISHED FOR OPPOSITION

**Word Mark**
CELTIC WOMAN

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
CELTIC WOMAN LTD. CORPORATION IRELAND 32 LOWER LESSON STREET DUBLIN 2
IRELAND

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely, shirts, polo shirts, T-shirts, athletic uniforms, tops, sweat
pants, jackets, caps, hats, aprons, scarves, singlets, socks,
loungewear.  First Use: 2005/07/20.  First Use In Commerce:
2005/07/20.

**Filing Date**
2005/02/04

**Amended Register Date**
2007/03/15

**Examining Attorney**
BEVERLY, JOSETTE

**Attorney of Record**
Deborah L. Benson; Amy B. Spagnole; William Loginov; Brian Matross;
Karen L. Feisthamel

-1-

CELTIC WOMAN

| To: | Celtic Man Limited (trademark@ogrp.com) |
|-----|------------------------------------------|
| Subject: | TRADEMARK APPLICATION NO. 77157668 - CELTIC MAN - 671.0011UST1 |
| Sent: | 7/31/2007 3:01:49 PM |
| Sent As: | ECOM101@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 7/31/2007 FOR
## APPLICATION SERIAL NO. 77157668

Please follow the instructions below to continue the prosecution of your application:

**VIEW       OFFICE       ACTION:** Click       on       this       link
**http://portal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77157668&doc_type=OOA&mail_date=2007073**
(or copy and paste this URL into the address field of your browser), or visit **http://portal.uspto.gov/external/portal/tow**
and enter the application serial number to **access** the Office action.

**PLEASE NOTE:** The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from **7/31/2007**.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail
**TDR@uspto.gov.** Please contact the assigned examining attorney with questions about the Office action.

# WARNING
**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

# *CELTIC MAN*
## PROMOTIONAL DVD

**Spagnole, Amy B.**

| | |
|---|---|
| ·rom: | McMullan, Alasdair [Alasdair.McMullan@EMICAP.COM] |
| ·nt: | Friday, December 14, 2007 4:33 PM |
| ɔ: | Spagnole, Amy B. |
| **Subject:** | FW: EMI Distribution |

-----Original Message-----
From: Sharon Browne [mailto:sharonbrowne@mac.com]
Sent: Sunday, November 04, 2007 8:21 PM
To: D'Urbano, David
Cc: Ames, Roger
Subject: Re: EMI Distribution

Hi Dave

That's OK, I figured as much.
Don't worry, other than me, there is and will be no association with Celtic Woman and my new show.
Believe it or not I want it that way too.

Regards
Sharon

ᑲn 2 Nov 2007, at 22:34, D'Urbano, David wrote:

ᴧaron,

I reviewed the contracts and it is clear that this project with or without the DVD is prohibited without CW approval for any EMI company, including distribution companies and international affiliates. I also spoke to Dave about his conversations with Gustavo, and these have since ended as CWL does not want to be involved in this project.

While we appreciate your interest in working with EMI and wish the best for your success, EMI can not in any way be involved in this project. I also want to make sure you're aware that CWL and EMI will aggressively act to protect our interests in the event that your project infinges on the Celtic Woman trademarks, or if there is any suggestion that Celtic Woman is promoting, presenting, supporting or otherwise connected to your show.

Kind Regards,
Dave

- ----------------------------------------------------------------

ᴜsic from EMI

This e-mail including any attachments is confidential and may be legally privileged. If you have received it in

error please advise the sender immediately by return email and then delete it from your system. The unauthorised use, distribution, copying or alteration of this email is strictly forbidden. If you need assistance please contact us on +44 20 7795 7000.

This email is from a unit or subsidiary of EMI Group Limited.

Registered Office: 27 Wrights Lane, London W8 5SW

Registered in England No 229231.

- ----------------------------------------------------------------

**Spagnole, Amy B.**

| | |
|---|---|
| rom: | McMullan, Alasdair [Alasdair.McMullan@EMICAP.COM] |
| nt: | Friday, December 14, 2007 4:33 PM |
| o: | Spagnole, Amy B. |
| **Subject:** | FW: EMI Distribution |

-----Original Message-----
From: Sharon Browne [mailto:sharonbrowne@mac.com]
Sent: Sunday, November 04, 2007 8:21 PM
To: D'Urbano, David
Cc: Ames, Roger
Subject: Re: EMI Distribution

Hi Dave

That's OK, I figured as much.
Don't worry, other than me, there is and will be no association with Celtic Woman and my new show.
Believe it or not I want it that way too.

Regards
Sharon

On 2 Nov 2007, at 22:34, D'Urbano, David wrote:

...haron,

I reviewed the contracts and it is clear that this project with or without the DVD is prohibited without CW approval for any EMI company, including distribution companies and international affiliates. I also spoke to Dave about his conversations with Gustavo, and these have since ended as CWL does not want to be involved in this project.

While we appreciate your interest in working with EMI and wish the best for your success, EMI can not in any way be involved in this project. I also want to make sure you're aware that CWL and EMI will aggressively act to protect our interests in the event that your project infinges on the Celtic Woman trademarks, or if there is any suggestion that Celtic Woman is promoting, presenting, supporting or otherwise connected to your show.

Kind Regards,
Dave

- ----------------------------------------------------------------

usic from EMI

This e-mail including any attachments is confidential and may be legally privileged. If you have received it in

1

error please advise the sender immediately by return email and then delete it from your system. The unauthorised use, distribution, copying or alteration of this email is strictly forbidden. If you need assistance please contact us on +44 20 7795 7000.

This email is from a unit or subsidiary of EMI Group Limited.

Registered Office: 27 Wrights Lane, London W8 5SW

Registered in England No 229231.

-------------------------------------------------------------------

# COMPLETE REGISTRATIONS LIMITED

### REGISTRARS AND SECRETARIES

32 Lower Leeson Street,
Dublin 2, Ireland.
Tel: +353 (0) 1 708 8400
Fax: +353 (0) 1 708 8401

20th November 2007

Hi Alexa,

I have enclosed a copy of the letter of objection sent by the company secretary of Celtic Woman Limited to the Registrar of Companies in Ireland in relation to the registration of the company Celtic Man Limited.

This complaint was acknowledged by the Companies Registration Office and the Registrar of Companies has taken the following steps in this regard;

The Registrar considered the matter and formed the opinion that the name "Celtic Man Limited" would have to changed so as not to infringe on the company Celtic Woman Limited.

The Registrar wrote to the company secretary of Celtic Man Limited pursuant to Section 23(2) of the Companies Act 1963 (as amended by Section 87 of the Company Law Enforcement Act, 2001), directing Celtic Man Limited to change its name within a specified period.

The Registrar also informed Celtic Man Limited that if the company did not change its name within the period stipulated, that the company and its officers would be served notice requiring them to make good this default within 14 days.

It was also confirmed that the Registrar is empowered to apply forthwith to the High Court for any order to make good the default and to seek an order for costs.

To date we await confirmation of developments from the Registrar of Companies, I will keep you informed as to progress.

Yours Sincerely,

Stephen McClure
Complete Registrations Limited

# COMPLETE REGISTRATIONS LIMITED

### REGISTRARS AND SECRETARIES

32 Lower Leeson Street,
Dublin 2, Ireland.
Tel: +353 (0) 1 708 8400
Fax: +353 (0) 1 708 8401

Mr. Pat Daly
New Companies Section
Companies Registration Office
Parnell House
14 Parnell Square
Dublin 1



4th April 2007

Re: Letter of Objection
Celtic Man Ltd

Dear Mr Daly,

I, Stephen McClure, Director of Complete Registration Limited act as Secretary of Celtic Woman Limited, of 32 Lower Leeson Street, Dublin 2, would like to object to the registration of the company Celtic Man Limited for the following reasons.

- Our company Celtic Woman Limited currently produces DVD's, CD's and is currently touring the USA with the Show "Celtic Woman" a very successful production.
- We currently hold Celtic Woman.com and Celtic Man.com and both activities are exactly the same as our web site says.
- Celtic Man will be filmed in Dublin in August 2007 for broad cast on PBS in the USA.
- We feel that the name is to similar and it would give the wrong impression to the general Public and suppliers
- Business activities are exactly the same
- The Director of Celtic Man Limited Sharon Browne previously held a position in Celtic Woman Ltd as Director and Producer.

We strongly object to the above name as the impression given is that it is associated with Celtic Woman Ltd, which is not correct and are forming on our success by passing off as Celtic Woman Ltd.

Yours Sincerely,

Stephen McClure
Complete Registrations Limited

DIRECTORS: STEPHEN MCCLURE, ELAINE O'NEILL. SECRETARY: STEPHEN MCCLURE.
REGISTERED IN DUBLIN, IRELAND. REGISTERED OFFICE AS ABOVE.
COMPANY NO. 93157




**PR Newswire**
United Business Media

News & Inform
We tell your story to

| Home | Send Release | Today's News | Multimedia | Industry & Markets | International | Investor News | RSS | Our Services | Abo |

Industry News

print    e-mail    link                    RSS    Technorati    Blog Search    bookmark it    bl

---

## Creator of Best-Selling Irish Musical Phenomenon 'Celtic Woman' Launches Brand-New Show



Manipulated Image: Celtic Man in Celtic Thunder. (PRNewsFoto/Celtic Thunder Limited)

NEW YORK, NY UNITED STATES

SINGING SENSATION "CELTIC MAN" TO BE FEATURED ON PUBLIC TELEVISION SPECIAL, CELTIC THUNDER, AIRING IN MARCH 2008

NEW YORK, Dec. 11 /PRNewswire/ -- Sharon Browne, creator and former producer of the chart-topping Irish musical ensemble Celtic Woman, will introduce her brand-new show, entitled Celtic Man in Celtic Thunder, which features five male vocalists, collectively called Celtic Man, to U.S. audiences with a public television special to be broadcast nationally in March 2008. The special will be distributed by WLIW New York.

(Photo: http://www.newscom.com/cgi-bin/prnh/20071211/NYTU068 )

For Celtic Thunder, Browne has teamed up with Grammy-nominated Irish songwriting and composing veteran Phil Coulter to produce a show that includes an eclectic mix of songs ranging from the traditional "Mountains of Mourne" and "Come By the Hills" to international hits such as "Brothers in Arms" and "Desperado," as well as original compositions by Coulter, who has written hits for Elvis Presley ("My Boy") and the Bay City Rollers, and performed with Van Morrison, Tom Jones, and the Rolling Stones. The ensemble numbers in Celtic Thunder reflect the power of the soloists, who range in age from 14 to 40, and feature songs that celebrate a common Celtic heritage.

"My concept for Celtic Man was to feature real men of different ages from Ireland and Scotland," says Browne. "The guys -- Damien McGinty, Keith Harkin, Ryan Kelly, Paul Byrom, and George Donaldson -- are a real range of Celts. These men are good-looking in a not-too-pretty way, strong, silent,

quietly powerful, and just a little threatening. There are enough boy bands out there -- it's time for some real men!"

Browne is a 20-year music business veteran who, prior to Celtic Thunder, launched Ireland's premier music label Celtic Collections in 1996, and developed and produced the phenomenally successful Celtic Woman show, which featured five stunning female soloists.

Celtic Man in Celtic Thunder was filmed in the Helix in Dublin in August 2007. A CD/DVD of the show will be distributed in the U.S. by Universal's Decca label beginning February 26th, 2008. In addition, a 50-city tour is scheduled for Fall 2008. Celtic Man in Celtic Thunder, will air on local public television stations beginning March 2008, and viewers who support the stations during their fundraising campaign will have the first opportunity to get tickets for the Fall tour, as well as a special edition of the CD and DVD with bonus material.

    http://www.celticman.net

    For more information, please contact:
    Pamela Murphy at Align Entertainment Group
    Office 646.596.8700
    Cell 917.498.0802
    pamela@aligneg.com

SOURCE Celtic Thunder Limited

 back to top

**Related links:**
- http://www.celticman.net

**Photo Notes:**
NewsCom: http://www.newscom.com/cgi-bin/prnh/20071211/NYTU068
AP Archive: http://photoarchive.ap.org AP PhotoExpress
Network: PRN10 PRN Photo Desk, photodesk@prnewswire.com

POWERED BY Technorati    ♀ Blogs Discussing This News Release

# Industry & Market Focus

Choose links below to browse the latest Industry News and related resources from PR Newswire.

**Auto & Transportation News**
**Banking & Financial Services News**
**Business Services & Consultancy News**
**Energy News**
**Entertainment & Media News**
**Government & Policy News**

Roll over the links at left to see what's included on each page, then click the link to get there.

**Auto & Transportation includes:**
- Aerospace & Defense
- Airlines & Aviation

Health News
Heavy Industry News
Retail News
Sports News
Technology News
Travel News

International News
Multicultural News
News For Investors
Trade Shows

Add your news release

PR Toolkit for Communicators

Submit Feedback

- Automotive
- Maritime & Shipping
- Retail & Automotive Sales Reports
- Transportation
- Travel News

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.
Copyright © 1996- 2007 PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.

MULTIVu   eWatch   MEDIAtlas   ProfNet   PR Newswire for Journalists

PR Newsw

Dec. 17, 2007
Vol. XXVI, No. 23

THE NEWSPAPER ABOUT PUBLIC TELEVISION AND RADIO

# Current

What protection for LPFM? **A3**
Gates grant to PRI: $5 mil **A4**
Comment: PubTV may need to
overhaul underwriting sales **B1**

## Mixmasters of cool: Variety is what they spin

By Jeremy Egner

**M**ost people have experienced it—that moment when jangling guitars, a slinky bass groove, a thumping backbeat, a tricky turn of vocal phrasing or all of the above coalesce in just the right way to send a bright bolt of energy from your ears to your gut. Goosebumps rise on your arms, or maybe a dopey grin crosses your mug.

Throw in the thrill of discovery, when the visceral response comes courtesy of an artist you've never heard before, and the kicks herald something deeper and rewarding.

It's an experience public radio's eclectic-music stations, such as Seattle's KEXP, WXPN in Philadelphia and the upstart RadioMilwaukee, as well as split-format outlets such as Austin's KUT or KCRW in Santa Monica, Calif., strive to produce over and over for listeners every day by mixing a kaleidoscopic array of smart, talented acts in ways that make disparate artists sound natural when played side by side.

Just over 30 pubradio stations call themselves full-time Triple A, by Arbitron's count, and about 150 more say they've got eclectic formats at least part of the time.

Often lumped under the Triple A (Adult Album Alternative) heading, these public radio stations venture far beyond the commercial Triple A format in playlist diversity, say their programmers and consultants who work with the stations.

They say these stations offer a clear public service to adventurous, open-minded music lovers ignored by commercial radio and appeal to the educated, culturally curious folks that consultants claim naturally gravitate toward pubradio.

The playlists encompass powerhouse pan-generational arena acts such as Radiohead and Bruce Springsteen, urban-flavored artists such the London dance-hop phenom M.I.A., alt-country songwriters such as Lucinda Williams, alterna-faves both old and new such as the Cure and the Silversun Pickups, and thousands of other artists from all over the musical map.

"It's a somewhat formless format," said Bruce Warren, assistant g.m. for programming at WXPN. "We're into cool music and want others to be into cool music."

Whatever you want to call it, the approach has become increasingly popular over the

*Continued on page A10*

**Finding Milwaukee's multiracial populist mix** **B1**
**Classical choices: survival, discs, aspirations** **B3**



**Set for HD** The *NewsHour* adds five hours of HD to PBS's schedule this week. Above: workers at WETA prep three new back-to-back sets for the HD debut. (Photo: *Current.*) **B10**

## Consortium outlines vision for Latino pubradio service

By Karen Everhart

**A** newly formed consortium of Latino public broadcasters is calling for public radio to expand its service to the nation's growing Hispanic population by creating multiple program services and strengthening Latino-controlled public radio stations.

On a different track, CPB is seeking an organization to launch a new English-language pubradio service for Latinos in Los Angeles. Proposals are due Jan. 17.

The new Latino Public Radio Consortium, founded by a group convened with CPB aid by the National Federation of Community Broadcasters this summer, prepared what it calls a "brown paper" to start a system-wide conversation about service to the country's 44 million Latinos.

"Many public broadcasters—and the system as a whole—cannot succeed in their public service mission if they fail to include Latino voices and perspectives," the consortium members wrote. "Locally, many stations cannot accurately reflect their communities if

*Continued on page A8*

---

### *Fine-tuning a public TV pitch that resonates*
## What feels really good: helping others 'be more'

By Katy June-Friesen

**'P**BS gives *everyone* the opportunity to explore new worlds"—this is the meaning that station communications to viewers and donors should evoke, the network says.

PBS plans to test new messages with stations and make a new round of spots for its "Be More" brand campaign based on new research about language that moves people to donate to pubTV.

The network's goal is to create more consistent messaging across the system, says Judy

Braune, v.p. of strategy and brand management. "When we set out to do the research," she says, "we were looking to answer the question, 'How can we position PBS stations as a cause that people want to support for the long haul?'"

PBS discussed the research findings at the PBS Development Conference in October and will review them at the PBS Content Summit in January and at PBS Showcase in May. In March, PBS plans to supply stations with new messaging materials to use on-air, online, and in direct mail and e-mail fundraising efforts.

**Be part of something meaningful**

"People have a whole variety of reasons why they give" to pubTV, says Margaret Mark, whose company, Strategic Insight Inc., conducted the research. "Some of them feel a direct benefit, some of them give on impulse because they've just seen a show they think is really wonderful, and some of them give because they watch PBS a lot and they feel . . . they should be contributing to it.

"They're all legitimate reasons to give," Mark continued, "but what we found in this

*Continued on page A6*

Current Newspaper
6930 Carroll Ave., Suite 350
Takoma Park, MD 20912

FIRST CLASS
MAIL
U.S. POSTAGE
PAID
Dulles, VA
Permit No. 163

Awards **B11**   Classifieds **A12**   Current Thinking **B1**   People **A9**   Next issue: Jan. 22   Schedule for 2008: www.current.org/schedule



# CELTIC MAN
## in CELTIC THUNDER
### THE SHOW

**Coming March 2008**

## From the Creator of Celtic Woman

A performance special that draws on the power of Celtic pride and five strong voices.

**Station tickets • Pledge event on location in Ireland**



For more information contact:
Gillian Rose at **212.560.6921** or **RoseG@wliw.org**



Credit: Jack and Kathleen Hartin

MySpace.com - Sharon - 42 - Female - IE - www.myspace.com/sharonbrowne

Sponsored Links

**Irish Ringtone**
10,000+ Ringtones! Get Free
Ringtones With 9.99/M Subscription.
Free.BestRingDownloads.com

**Celtic Woman Ringtones**
Download Ringtones directly to your
cell No Credit Card needed.
Celtic-Woman.bonusnote.com

**Irish Clan Aran Sweaters**
Find your family's traditional pattern,
500+ Clans registered.
www.clanarans.com

**Music in Ireland**
Discover Ireland's Music Heritage Find
Information On Irish Music
www.DiscoverIreland.com/US

Search powered by Google

Home | Browse | Search | Invite | Film | Mail | Blogs | Favorites | Forum | Groups | Events | MySpace TV | Music | Comedy | Classifieds

People

# Sharon



View My: Pics | Videos

"SHARON BROWNE - Producer"

Female
42 years old
Dublin
Ireland

Last Login: 1/5/2008

### Contacting Sharon

- Send Message
- Forward to Friend
- Add to Friends
- Add to Favorites
- IM / call
- Block User
- Add to Group
- Rank User

**MySpace URL:**
http://www.myspace.com/sharonbrowne

### Sharon's Interests

Music

## Sharon is in your extended network

**Sharon's Latest Blog Entry [Subscribe to this Blog]**

[View All Blog Entries]

**Sharon's Blurbs**

**About me:**
Sharon Browne has been working in the music business for over 20 years. Her management buy in 1996 of K-Tel in Ireland created what was to become Ireland's Premier Irish Music Label - Celtic Collections, an independent and Irish owned label. Her focus moved to representing the catalogues of big Irish names such as Phil Coulter, The Dubliners, The Wolfetones, The Furey Bros & Davey Arthur, Bagatelle, Paddy Reilly, Jim Mc Cann etc throughout the world. Sharon further developed the label by venturing into more Contemporary Irish music and World music releasing albums of Clannad, Altan and Bohinta and began investing in young Irish female vocalists such as Chloe, Meav, Lisa, Aine Furey, Aoife, Rua and others. Sharon was the originator and Producer of CELTIC WOMAN. It was a change in her career, moving into creating and producing Television Shows and Live Tours along with the CD's and DVD's she was used to working on. And now, it's time for a new challenge. And that Challenge is CELTIC MAN. Conceived at the same time as Celtic Woman, it was always going to be her next step. Sharon is delighted that legendary Songwriter and Composer Phil Coulter has agreed to collaborate on Celtic Man as the show's Musical Director and Composer of Original Material. CELTIC MAN will be filmed in Dublin in this summer for broadcast on PBS in the USA. A tour of the USA is currently being planned for the Spring of next year. See www.celticman.ie for more information

**Who I'd like to meet:**

**Sharon's Friend Space**

**Sharon has 12 friends.**

Caravan    The    "KEITH&qu    Celticman

MySpace.com - Sharon - 42 - Female - IE - www.myspace.com/sharonbrowne



Palace

Eclectic Church

ot:

driving by night

Ben Glover & The Earls

**The Voice -- Celtic Woman - 00.04/00:30**

The Voice -- Celtic Woman — URL  add+
Celtic Woman - 06 -- Chloe; Oiis --Ave Maria -- Celtic Woman — URL  add+
Duleman -- Celtic Woman — URL  add+
Nella Fantasia -- Celtic Woman — URL  add+
Orinoco Flow -- Celtic Woman — URL  add+
One World -- Celtic Woman — URL  add+
May it Be -- Celtic Woman — URL  add+
You Raise Me Up --Celtic Woman — URL  add+
She Moved Thru The Fair -- Celtic Woman — URL  add+

CREATE A PLAYLIST   LAUNCH STANDALONE PLAYER   GET MUSIC TRACKS

**Sharon's Details**

Status:          Single
Zodiac Sign:     Aries

View Sharon's Friends: **All** | **Online** | New

**Sharon's Friends Comments**

Displaying 1 of 1 comments  ( **View All** | **Add Comment** )



**"KEITH"**

May 30 2007 1:20 PM

hip hip hoooooooo!!!!!!!

8)

k

Add Comment

1/6/2008

©2003-2007 MySpace.com. All Rights Reserved.

MySpace.com - Sharon - 42 - Female - IE - www.myspace.com/sharonbrowne

http://www.myspace.com/sharonbrowne



## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on January 10, 2008, I caused a true and correct copy of the foregoing Plaintiff Celtic Woman Ltd.'s Motion for Preliminary Injunction, Declaration of David Kavanagh with accompanying exhibits, Declaration of Jonathan Hochwald, and Declaration of Peter Herbert to be served upon Defendant via hand delivery addressed as follows:

             WLIW, LLC
             450 West 33rd Street
             New York, N.Y.  10001

                                   Richard S. Mandel