Criesa/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
CELTIC WOMAN LTD.,                                      :
                                                        :
            Plaintiff,                                 :
                                                        :
    -against-                                         :  08 CV 0066 (TPG)
                                                        :
CELTIC THUNDER LTD., CELTIC MAN LTD.,                   :
SHARON BROWNE, WLIW LLC, ALIGN                          :  STIPULATION AND ORDER
ENTERTAINMENT GROUP LLC, AND                            :
GUSTAVO SAGASTUME,                                      :
                                                        :
            Defendants.                                :
------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants Sharon Browne, Celtic Man Ltd. and Celtic Thunder Ltd. as follows:

      1.    Service of the summons and complaint on Defendants Celtic Man Ltd. and Celtic Thunder Ltd. shall be deemed to have been made as of January 16, 2008 via delivery of the summons and complaint to Jeremy Feigelson, Esq. of Debevoise & Plimpton LLP, who is appearing as counsel of record for defendants Sharon Browne, Celtic Man Ltd. and Celtic Thunder Ltd. and who has been authorized to accept service of the summons and complaint in this action on behalf of Celtic Man Ltd. and Celtic Thunder Ltd.

      2.    Plaintiff's Motion for a Preliminary Injunction against defendant WLIW LLC, which was served by Plaintiff on WLIW LLC on January 10, 2008, shall be deemed also to have been made against Defendants Sharon Browne, Celtic Man Ltd. and Celtic Thunder Ltd. on the basis of the same moving papers and exhibits submitted by Plaintiff in support of the application

27891/000/817796.1

against WLIW LLC. The time for defendant WLIW LLC to answer the complaint and to serve any opposition papers to such preliminary injunction motion is extended at defendant WLIW's request to January 29, 2008. The time for Defendants Sharon Browne, Celtic Man Ltd. and Celtic Thunder Ltd. to serve any opposition papers to such preliminary injunction motion shall be February 1, 2008.

Dated: New York, New York
January 25, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Richard S. Mandel (RM-4884)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

Peter Herbert, Esq.
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
Tel: (617) 345-9000
Fax: (617) 345-9020

Attorneys for Plaintiff

DEBEVOISE & PLIMPTON LLP

By: _____
Jeremy Feigelson (JF-4963)
Susan A. McMahon (SM-4709)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendants Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne and WLIW LLC

SO ORDERED this 4th day of Feb, 2008

_____
U.S.D.J.

27891/000/817796.1