GRIESA, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

CELTIC WOMAN LTD.

                Plaintiff,

   -against-

CELTIC THUNDER LTD., CELTIC MAN
LTD., SHARON BROWNE, WLIW LLC,
ALIGN ENTERTAINMENT GROUP LLC,
and GUSTAVO SAGASTUME

                Defendants.

------------------------------------------------------------- x

08 Civ. 0066 (TPG)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

    WHEREAS, the parties previously submitted a stipulation and order that (a) extended until January 29, 2008 the time of defendant WLIW LLC to answer the complaint and to respond to plaintiff's motion for a preliminary injunction, and (b) set February 1, 2008 as the time for defendants Celtic Thunder Ltd., Celtic Man Ltd. and Sharon Browne to respond to the preliminary injunction motion; and

    WHEREAS, the parties now wish to conform the response date of defendant WLIW LLC to the response date for the other defendants;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant WLIW LLC to appear, answer, move or otherwise respond to the complaint and to the motion for preliminary injunction in the above proceeding is extended through and including February 1, 2008.

[rest of page intentionally left blank; signature page follows]

22656368v2

Dated: New York, New York
January 29, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.                DEBEVOISE & PLIMPTON LLR

By: *[signature]*                              By: *[signature]*
Richard S. Mandel (RM-4884)                    Jeremy Feigelson (JF-4963)

1133 Avenue of the Americas                    919 Third Avenue
New York, NY 10036                             New York, New York 10022
(212) 790-9200                                 (212) 909-6000

*Attorney for Celtic Woman Ltd.*               *Attorney for WLIW LLC*

Of Counsel:

HINCKLEY, ALLEN & SNYDER LLP
Peter A. Herbert (PH-2581)
Deborah L. Benson
Eric D. Levin
Amy B. Spagnole
28 State Street
Boston, MA 02109
(617) 345-9000


SO ORDERED:

_____
U.S.D.J.

2/4/08

2

22656368v2