| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | FILED ELECTRONICALLY |

------------------------------------------------------------x
CELTIC WOMAN LTD.,

    Plaintiff,

        - against -

CELTIC THUNDER LTD.,
CELTIC MAN LTD., SHARON
BROWNE, WLIW LLC,
ALIGN ENTERTAINMENT LLC
and GUSTAVO SAGASTUME

    Defendant.
------------------------------------------------------------x

No 08-CV-0066 (TPG)

## DECLARATION OF TERREL CASS

1.    I am President and General Manager of WLIW LLC ("WLIW"), also known as Channel 21, a public broadcasting station in the New York area. I make this declaration on personal knowledge, and in reliance on the business records of WLIW, in opposition to the plaintiff's motion for a preliminary injunction.

2.    This lawsuit relates to "Celtic Thunder," a musical show featuring an all-male cast of Irish singers and produced by Sharon Browne. WLIW plans to broadcast a television show of "Celtic Thunder" in March 2008. I understand that plaintiff Celtic Woman Ltd. is asking the court to enjoin WLIW from referencing either CELTIC MAN or CELTIC WOMAN in association with the "Celtic Thunder" program.

3.    The program to be broadcast on WLIW originally was to be called "Celtic Man in Celtic Thunder," but CELTIC MAN no longer is used in connection with the

show, including in the title or in any promotional materials for the show. The show is now known and promoted simply as "Celtic Thunder."

4. Certain promotional materials for the WLIW show formerly referred to Sharon Browne as "the original creator of Celtic Woman." Any reference to CELTIC WOMAN, including any reference to Ms. Browne as its "creator" has since been removed from the "Celtic Thunder" broadcast and from promotional materials for the broadcast, including from the WLIW website.

5. Special editions of the "Celtic Thunder" CD and DVD will be made available as gifts to WLIW viewers who make financial pledges in support of our public television station. The artwork for the CD and DVD will not have any references to either CELTIC MAN or CELTIC WOMAN. True and correct copies of this artwork are attached to this declaration as Exhibit A. This artwork will not be changed.

6. Going forward, WLIW will not incorporate references to CELTIC MAN or CELTIC WOMAN into the broadcast or promotional materials. The only exception is that in interviews or biographical materials, WLIW may carry incidental references to the fact that Ms. Browne or others involved with CELTIC THUNDER formerly were involved with CELTIC WOMAN.

[remainder of page intentionally left blank; signature page follows]

I declare under penalty of perjury that the foregoing is true and correct.

Executed at ___PRAY___, Montana this 6TH day of February, 2008.

_____
Terrel Cass

# Exhibit A



# CELTIC THUNDER
## THE SHOW

**HEARTLAND** *(Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**THE MOUNTAINS OF MOURNE** *(arr.Coulter) Celtic Thunder Ltd.*
Keith

**RAGGLE TAGGLE GYPSY** *(arr.Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**RIDE ON** *(McCarthy) Universal-MCA Music Publishing*
Ryan

**COME BY THE HILLS (BUACHAILL ÓN EIRNE)** *(arr.Coulter) Celtic Thunder Ltd.*
Damian

**THE OLD MAN** *(Coulter) Four Seasons Publishing (PRS)*
George

**LOVE THEE DEAREST** *(Music PD arr. Coulter/Italian lyric Grant Musker & Kaballa) Celtic Thunder Ltd.*
Paul

**HEARTBREAKER** *(Coulter) Celtic Thunder Ltd.*
Ryan

**NIGHTS IN WHITE SATIN** *(Howard) Essex Music, Inc. (ASCAP)*
Paul

**A BIRD WITHOUT WINGS** *(Coulter/Chapman)*
*Mike Chapman Publishing Enterprises (ASCAP)/Four Seasons Publishing (PRS)*
Damian, George

**THE VOYAGE** *(Duhan) Johnny Duhan Songs*
George

**THE ISLAND** *(Brady) Sandyford Song admin. By Ten Ten Tunes (ASCAP)*
Keith

**BROTHERS IN ARMS** *(Knopfler) Almo Music Corp o/b/o Chariscourt Ltd. (ASCAP)*
Ryan

**MULL OF KINTYRE** *(arr.Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**PUPPY LOVE** *(Anka) Chrysalis Standards, Inc. (BMI)*
Damian

**LAUREN & I** *(Harkin) Celtic Thunder Ltd.*
Keith

**STEAL AWAY** *(Coulter) Four Seasons Publishing (PRS)*
Damian, George, Keith, Paul, Ryan

**REMEMBER ME (RECUERDAME)** *(Coulter)*
*Four Seasons Publishing (PRS)*
Paul

**MY BOY** *(Boutayre/Francois/Dessca /Martin/Coulter)*
*Colgems-EMI Music, Inc./EMI Music Publishing France SA/ CopyrightControl*
George

**DESPERADO** *(Henley/Frey)*
*Cass County Music / Red Cloud Music (BMI)*
Ryan

**IRELAND'S CALL** *(Coulter) Four Seasons Publishing (PRS)*
Damian, George, Keith, Paul, Ryan

**THAT'S A WOMAN** *(Coulter) Celtic Thunder Ltd.*
Paul, Ryan

**SHE** *(Aznavour/Kretzmer) Essex Music, Inc. (ASCAP)*
Paul

**YOUNG LOVE** *(Cartey/Joyner) Sony/ATV Songs LLC (BMI)*
Damian

**I WANT TO KNOW WHAT LOVE IS** *(Jones)*
*Somerset Songs Publishing, Inc. (ASCAP)*
Keith

**LOCAL HERO** *(Knopfler)*
*Almo Music Corp o/b/o Chariscourt Ltd. (ASCAP)*
Orchestral

**CALEDONIA** *(arr. Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**YESTERDAY'S MEN** *(Coulter/Martin)*
*Four Seasons Publishing (PRS)*
George

**CHRISTMAS 1915** *(McConnell) Copyright Control*
Damian, George, Keith, Paul, Ryan











# Exhibit A







