**UNITED STATES DISTRICT COURT**                    **FILED ELECTRONICALLY**
**SOUTHERN DISTRICT OF NEW YORK**
− − − − − − − − − − − − − − − − − − − − − − − − − − − − − − − x
                                                                                )
CELTIC WOMAN LTD.,                                              )
                                                                                )
          Plaintiff,                                                       )
                                                                                )          No 08-CV-0066 (TPG)
                              - against -                               )
                                                                                )
CELTIC THUNDER LTD.,                                             )
CELTIC MAN LTD., SHARON                                      )
BROWNE, WLIW LLC,                                                )
ALIGN ENTERTAINMENT LLC                                   )
and GUSTAVO SAGASTUME                                       )
                                                                                )
          Defendant.                                                     )
− − − − − − − − − − − − − − − − − − − − − − − − − − − − − − − x

## DECLARATION OF JEREMY FEIGELSON

1.       I am a member of Debevoise & Plimpton LLP, counsel to Defendants Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne and WLIW LLC.  I submit this declaration on personal knowledge in support of Defendants' opposition to Plaintiff's motion for a preliminary injunction.

2.       Attached as Exhibit A are true and correct copies of United States Trademark Applications, Serial Nos. 77171857, 77171847, 77171836 and 77171831, filed May 3, 2007 by Celtic Woman Ltd.

3.       Attached as Exhibit B is a true and correct copy of United States Trademark Registration No. 3,263,503.

4.    Attached as Exhibit C is a true and correct copy of an Office Action by the United States Patent and Trademark Office dated May 1, 2006 in regards to United States Trademark Application, Serial No. 78560728.

5.    Attached as Exhibit D are true and correct copies of United States Trademark Registration Nos. 2,885,489; 2,256,333; 2,576,792; 2,415,752; 2,409,539; and 2,700,460.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 6th day of February, 2008:

/s/ Jeremy Feigelson

Jeremy Feigelson

# Exhibit A

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number:** 77171857
**Filing Date:** 05/03/2007

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 77171857 |
| **MARK INFORMATION** | |
| *MARK | CELTIC MAN |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CELTIC MAN |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Celtic Woman, Ltd. |
| *STREET | 32 Lower Lesson Street |
| *CITY | Dublin 2 |
| *COUNTRY | Ireland |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Ireland |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | Entertainment, education, cultural activities and radio and television entertainment services, namely entertainment in the nature of live performances by a musical or dance group or performer, live music concerts and dance performances, and providing television programs in the fields of music and dance; entertainment and educational services, namely production of musical and dance shows, videotape, audiotape, radio and television programs, organizing exhibitions and events for entertainment, educational and cultural purposes in the fields of music and dance; providing a Web site featuring musical and dance performances, musical and dance videos, and related film clips, photographs and other multimedia materials in the fields of music and dance |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Amy B. Spagnole |
| FIRM NAME | Hinckley Allen Snyder LLP |
| STREET | 28 State Street |

| CITY | Boston |
|---|---|
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 02109 |
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | tmdocket@haslaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**DOMESTIC REPRESENTATIVE INFORMATION**

| NAME | Amy B. Spagnole |
|---|---|
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP CODE | 02109 |
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | aspagnole@haslaw.com |

**CORRESPONDENCE INFORMATION**

| NAME | Amy B. Spagnole |
|---|---|
| FIRM NAME | Hinckley Allen Snyder LLP |
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 02109 |
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | tmdocket@haslaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |

**SIGNATURE INFORMATION**

| ® SIGNATORY FILE | \\TICRS2\EXPORT12\771\718\77171857\xml1\APP0003.JPG |
|---|---|
| SIGNATORY'S NAME | David Kavanagh |
| SIGNATORY'S POSITION | Chairman |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu May 03 12:35:54 EDT 2007 |
| TEAS STAMP | USPTO/BAS-141.154.196.2-2 0070503123554473578-77171 857-370e3bce154dccedba6d5 1327e7b9462538-CC-1510-20 070503112322715411 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/20/2007)

## Trademark/Service Mark Application, Principal Register

**Serial Number:** 77171857
**Filing Date:** 05/03/2007

### To the Commissioner for Trademarks:

**MARK:** CELTIC MAN (Standard Characters, see mark)
The literal element of the mark consists of CELTIC MAN. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Celtic Woman, Ltd., a corporation of Ireland, having an address of 32 Lower Lesson Street, Dublin 2, Ireland, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 041: Entertainment, education, cultural activities and radio and television entertainment services, namely entertainment in the nature of live performances by a musical or dance group or performer, live music concerts and dance performances, and providing television programs in the fields of music and dance; entertainment and educational services, namely production of musical and dance shows, videotape, audiotape, radio and television programs, organizing exhibitions and events for entertainment, educational and cultural purposes in the fields of music and dance; providing a Web site featuring musical and dance performances, musical and dance videos, and related film clips, photographs and other multimedia materials in the fields of music and dance

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Amy B. Spagnole of Hinckley Allen Snyder LLP, 28 State Street, Boston, Massachusetts, United States, 02109 to submit this application on behalf of the applicant.

The applicant hereby appoints Amy B. Spagnole, 28 State Street, Boston, Massachusetts, United States, 02109 as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.

Correspondence Information:        Amy B. Spagnole
                    28 State Street
                    Boston, Massachusetts 02109
                    617-345-9000(phone)
                    617-345-9020(fax)
                    tmdocket@haslaw.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

Signatory's Signature: signatory file
Signatory's Name: David Kavanagh
Signatory's Position: Chairman
RAM Sale Number: 1510
RAM Accounting Date: 05/03/2007

Serial Number: 77171857
Internet Transmission Date: Thu May 03 12:35:54 EDT 2007
TEAS Stamp: USPTO/BAS-141.154.196.2-2007050312355447
3578-77171857-370e3bce154dccedba6d51327e
7b9462538-CC-1510-20070503112322715411

# CELTIC MAN

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the applicant; he believes the applicant to be the owner of the trademark mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he believes applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true; and that all statements made on information and belief are believed to be true.

Date: 3 May 07

Name: David Kavanagh
Title: Chairman

## DESIGNATION OF DOMESTIC REPRESENTATIVE

Amy B. Spagnole, whose postal address is Hinckley, Allen & Snyder LLP, Attorneys at Law, 28 State Street, Boston, MA, 02109-1775, is hereby designated applicant's representative upon whom notice or process in proceedings affecting the mark may be served.

## POWER OF ATTORNEY

Applicant hereby appoints, Deborah L. Benson, Esq., Amy B. Spagnole, Esq., and Brian Mutross, Esq, all members of the Bar of the Commonwealth of Massachusetts, its joint and several attorneys, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

Celtic Collections Ltd.

Name: David Kavanagh
Title: Chairman

# Trademark/Service Mark Application, Principal Register

**Serial Number:** 77171847
**Filing Date:** 05/03/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77171847 |
| **MARK INFORMATION** | |
| *MARK | CELTIC MAN |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CELTIC MAN |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Celtic Woman, Ltd. |
| *STREET | 32 Lower Lesson Street |
| *CITY | Dublin 2 |
| *COUNTRY | Ireland |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Ireland |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | Clothing, namely, shirts, polo shirts, T-shirts, athletic uniforms, tops, sweat pants, jackets, caps, hats, aprons, scarves, socks, loungewear |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Amy B. Spagnole |
| FIRM NAME | Hinckley Allen Snyder LLP |
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 02109 |

| PHONE | 617-345-9000 |
|---|---|
| FAX | 617-345-9020 |
| EMAIL ADDRESS | tmdocket@haslaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **DOMESTIC REPRESENTATIVE INFORMATION** | |
| NAME | Amy B. Spagnole |
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP CODE | 02109 |
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | aspagnole@haslaw.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Amy B. Spagnole |
| FIRM NAME | Hinckley Allen Snyder LLP |
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 02109 |
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | tmdocket@haslaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| * SIGNATORY FILE | \\TICRS2\EXPORT12\771\718\77171847\xml1\APP0003.JPG |
| SIGNATORY'S NAME | David Kavanagh |
| SIGNATORY'S POSITION | Chairman |
| **FILING INFORMATION SECTION** | |

| SUBMIT DATE | Thu May 03 12:33:07 EDT 2007 |
|---|---|
| TEAS STAMP | USPTO/BAS-141.154.196.2-2<br>0070503123307453671-77171<br>847-3707ae33bbd3684c3b8e4<br>fe9beb383e88e1-CC-1495-20<br>070503123141448646 |

PTO • Forrm 1478a (Rev 9/2006)
USPTO Tag 9645 41069 (Exp.ires 04/2009)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77171847**
**Filing Date: 05/03/2007**

## To the Commissioner for Trademarks:

**MARK:** CELTIC MAN (Standard Characters, see mark)

The literal element of the mark consists of CELTIC MAN. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Celtic Woman, Ltd., a corporation of Ireland, having an address of 32 Lower Lesson Street, Dublin 2, Ireland, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 025:  Clothing, namely, shirts, polo shirts, T-shirts, athletic uniforms, tops, sweat pants, jackets, caps, hats, aprons, scarves, socks, loungewear

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Amy B. Spagnole of Hinckley Allen Snyder LLP, 28 State Street, Boston, Massachusetts, United States, 02109 to submit this application on behalf of the applicant.

The applicant hereby appoints Amy B. Spagnole, 28 State Street, Boston, Massachusetts, United States, 02109 as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.

Correspondence Information:            Amy B. Spagnole
                                       28 State Street
                                       Boston, Massachusetts 02109
                                       617-345-9000(phone)
                                       617-345-9020(fax)
                                       tmdocket@haslaw.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

Signatory's Signature: signatory file
Signatory's Name: David Kavanagh
Signatory's Position: Chairman
RAM Sale Number: 1495
RAM Accounting Date: 05/03/2007
Serial Number: 77171847
Internet Transmission Date: Thu May 03 12:33:07 EDT 2007
TEAS Stamp: USPTO/BAS-141.154.196.2-2007050312330745
3671-77171847-3707ae33bbd3684c3b8e4fe9be
b383e88e1-CC-1495-20070503123141448646

# CELTIC MAN

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the applicant; he believes the applicant to be the owner of the trademark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he believes applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true; and that all statements made on information and belief are believed to be true.

Date: 3 May 07

Name: David Kavanagh
Title: Chairman

## DESIGNATION OF DOMESTIC REPRESENTATIVE

Amy B. Spagnole, whose postal address is Hinckley, Allen & Snyder LLP, Attorneys at Law, 28 State Street, Boston, MA, 02109-1775, is hereby designated applicant's representative upon whom notice or process in proceedings affecting the mark may be served.

## POWER OF ATTORNEY

Applicant hereby appoints, Deborah L. Benson, Esq., Amy B. Spagnole, Esq., and Brian Matross, Esq, all members of the Bar of the Commonwealth of Massachusetts, its joint and several attorneys, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

Celtic Collections Ltd.

Name: David Kavanagh
Title: Chairman

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 06/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number:** 77171836
**Filing Date:** 05/03/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77171836 |
| **MARK INFORMATION** | |
| °MARK | CELTIC MAN |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CELTIC MAN |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| °OWNER OF MARK | Celtic Woman, Ltd. |
| °STREET | 32 Lower Lesson Street |
| °CITY | Dublin 2 |
| °COUNTRY | Ireland |
| **LEGAL ENTITY INFORMATION** | |
| °TYPE | CORPORATION |
| °STATE/COUNTRY OF INCORPORATION | Ireland |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION | Printed matter, paper and stationery products, namely, posters, posterbooks, calendars, concert souvenir programs, stickers, bumper stickers, decals, postcards, picture postcards, stationery, photographs, printed paper signs, and tickets |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Amy B. Spagnole |
| FIRM NAME | Hinckley Allen Snyder LLP |
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |

| ZIP/POSTAL CODE | 02109 |
|---|---|
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | tmdocket@haslaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**DOMESTIC REPRESENTATIVE INFORMATION**

| NAME | Amy B. Spagnole |
|---|---|
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP CODE | 02109 |
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | aspagnole@haslaw.com |

**CORRESPONDENCE INFORMATION**

| NAME | Amy B. Spagnole |
|---|---|
| FIRM NAME | Hinckley Allen Snyder LLP |
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 02109 |
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | tmdocket@haslaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |

**SIGNATURE INFORMATION**

| ° SIGNATORY FILE | \\TICRS2\EXPORT12\771\718\77171836\xml1\APP0003.JPG |
|---|---|
| SIGNATORY'S NAME | David Kavanagh |
| SIGNATORY'S POSITION | Chairman |

| FILING INFORMATION SECTION | |
|---|---|
| SUBMIT DATE | Thu May 03 12:28:05 EDT 2007 |
| TEAS STAMP | USPTO/BAS-141.154.196.2-2 00705031228050988 17-77171 836-370c29edf68b94d2d51bf a0d51498cc6f3-CC-1476-200 70503122639965934 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77171836**
**Filing Date: 05/03/2007**

### To the Commissioner for Trademarks:

**MARK:** CELTIC MAN (Standard Characters, see mark)
The literal element of the mark consists of CELTIC MAN. The mark consists of standard characters, without claim to any particular font, style, size, or color.
The applicant, Celtic Woman, Ltd., a corporation of Ireland, having an address of 32 Lower Lesson Street, Dublin 2, Ireland, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
International Class 016: Printed matter, paper and stationery products, namely, posters, posterbooks, calendars, concert souvenir programs, stickers, bumper stickers, decals, postcards, picture postcards, stationery, photographs, printed paper signs, and tickets
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).
The applicant hereby appoints Amy B. Spagnole of Hinckley Allen Snyder LLP, 28 State Street, Boston, Massachusetts, United States, 02109 to submit this application on behalf of the applicant.
The applicant hereby appoints Amy B. Spagnole, 28 State Street, Boston, Massachusetts, United States, 02109 as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.
Correspondence Information: Amy B. Spagnole
28 State Street
Boston, Massachusetts 02109
617-345-9000(phone)
617-345-9020(fax)
tmdocket@haslaw.com (authorized)
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

Signatory's Signature: signatory file
Signatory's Name: David Kavanagh
Signatory's Position: Chairman
RAM Sale Number: 1476
RAM Accounting Date: 05/03/2007
Serial Number: 77171836
Internet Transmission Date: Thu May 03 12:28:05 EDT 2007
TEAS Stamp: USPTO/BAS-141.154.196.2-2007050312280509
8817-77171836-370c29edf68b94d2d51bfa0d51
498cc6f3-CC-1476-20070503122639965934

# CELTIC MAN

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the applicant; he believes the applicant to be the owner of the trademark mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he believes applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true; and that all statements made on information and belief are believed to be true.

Date: 3 May 07

Name: David Kavanagh
Title: Chairman

## DESIGNATION OF DOMESTIC REPRESENTATIVE

Amy B. Spagnole, whose postal address is Hinckley, Allen & Snyder LLP, Attorneys at Law, 28 State Street, Boston, MA, 02109-1775, is hereby designated applicant's representative upon whom notice or process in proceedings affecting the mark may be served.

## POWER OF ATTORNEY

Applicant hereby appoints, Deborah L. Benson, Esq., Amy B. Spagnole, Esq., and Brian Matross, Esq, all members of the Bar of the Commonwealth of Massachusetts, its joint and several attorneys, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

Celtic Collections Ltd.

Name: David Kavanagh
Title: Chairman

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77171831**
**Filing Date: 05/03/2007**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77171831 |
| **MARK INFORMATION** | |
| °MARK | CELTIC MAN |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CELTIC MAN |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| °OWNER OF MARK | Celtic Woman, Ltd. |
| °STREET | 32 Lower Lesson Street |
| °CITY | Dublin 2 |
| °COUNTRY | Ireland |
| **LEGAL ENTITY INFORMATION** | |
| °TYPE | CORPORATION |
| °STATE/COUNTRY OF INCORPORATION | Ireland |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| DESCRIPTION | Series of musical sound recordings and prerecorded compact discs, videotapes, videodiscs, videocassettes, CD-ROMs, DVDs, DATs, optical discs and laserdiscs, all featuring music and/or dance; downloadable audio and video recordings featuring music and/or dance; prerecorded motion pictures featuring theatrical, musical and dance performances |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Amy B. Spagnole |
| FIRM NAME | Hinckley Allen Snyder LLP |
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |

| ZIP/POSTAL CODE | 02109 |
|---|---|
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | tmdocket@haslaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**DOMESTIC REPRESENTATIVE INFORMATION**

| NAME | Amy B. Spagnole |
|---|---|
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP CODE | 02109 |
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | aspagnole@haslaw.com |

**CORRESPONDENCE INFORMATION**

| NAME | Amy B. Spagnole |
|---|---|
| FIRM NAME | Hinckley Allen Snyder LLP |
| STREET | 28 State Street |
| CITY | Boston |
| STATE | Massachusetts |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 02109 |
| PHONE | 617-345-9000 |
| FAX | 617-345-9020 |
| EMAIL ADDRESS | tmdocket@haslaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |

**SIGNATURE INFORMATION**

| ○ SIGNATORY FILE | \\TICRS2\EXPORT12\771\718\77171831\xml1\APP0003.JPG |
|---|---|
| SIGNATORY'S NAME | David Kavanagh |
| SIGNATORY'S POSITION | Chairman |

| FILING INFORMATION SECTION | |
|---|---|
| SUBMIT DATE | Thu May 03 12:24:30 EDT 2007 |
| TEAS STAMP | USPTO/BAS-141.154.196.2-2 0070503122430520732-77171 831-370df31a42ed3b96cbe34 26bd628682692-CC-1467-200 70503122100153090 |

## Trademark/Service Mark Application, Principal Register

**Serial Number:** 77171831
**Filing Date:** 05/03/2007

## To the Commissioner for Trademarks:

**MARK:** CELTIC MAN (Standard Characters, see mark)
The literal element of the mark consists of CELTIC MAN. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Celtic Woman, Ltd., a corporation of Ireland, having an address of 32 Lower Lesson Street, Dublin 2, Ireland, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 009: Series of musical sound recordings and prerecorded compact discs, videotapes, videodiscs, videocassettes, CD-ROMs, DVDs, DATs, optical discs and laserdiscs, all featuring music and/or dance; downloadable audio and video recordings featuring music and/or dance; prerecorded motion pictures featuring theatrical, musical and dance performances

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Amy B. Spagnole of Hinckley Allen Snyder LLP, 28 State Street, Boston, Massachusetts, United States, 02109 to submit this application on behalf of the applicant.

The applicant hereby appoints Amy B. Spagnole, 28 State Street, Boston, Massachusetts, United States, 02109 as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.

Correspondence Information:          Amy B. Spagnole
                                     28 State Street
                                     Boston, Massachusetts 02109
                                     617-345-9000(phone)
                                     617-345-9020(fax)
                                     tmdocket@haslaw.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

Signatory's Signature: signatory file
Signatory's Name: David Kavanagh
Signatory's Position: Chairman
RAM Sale Number: 1467
RAM Accounting Date: 05/03/2007
Serial Number: 77171831
Internet Transmission Date: Thu May 03 12:24:30 EDT 2007
TEAS Stamp: USPTO/BAS-141.154.196.2-2007050312243052
0732-77171831-370df31a42ed3b96cbe3426bd6
28682692-CC-1467-20070503122100153090

# CELTIC MAN

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the applicant; he believes the applicant to be the owner of the trademark mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he believes applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true; and that all statements made on information and belief are believed to be true.

Date: 3 May 07

Name: David Kavanagh
Title: Chairman

## DESIGNATION OF DOMESTIC REPRESENTATIVE

Amy B. Spagnole, whose postal address is Hinckley, Allen & Snyder LLP, Attorneys at Law, 28 State Street, Boston, MA, 02109-1775, is hereby designated applicant's representative upon whom notice or process in proceedings affecting the mark may be served.

## POWER OF ATTORNEY

Applicant hereby appoints, Deborah L. Benson, Esq., Amy B. Spagnole, Esq., and Brian Matross, Esq, all members of the Bar of the Commonwealth of Massachusetts, its joint and several attorneys, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

Celtic Collections Ltd.

Name: David Kavanagh
Title: Chairman

# Exhibit B

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,263,503

Registered July 10, 2007

## SERVICE MARK
### SUPPLEMENTAL REGISTER

# CELTIC WOMAN

CELTIC WOMAN LTD. (IRELAND CORPORATION)
32 LOWER LESSON STREET
DUBLIN 2, IRELAND

FOR: ENTERTAINMENT, EDUCATION, CULTURAL ACTIVITIES AND RADIO AND TELEVISION ENTERTAINMENT SERVICES, NAMELY ENTERTAINMENT IN THE NATURE OF LIVE PERFORMANCES BY A MUSICAL OR DANCE GROUP OR PERFORMER, LIVE MUSIC CONCERTS AND DANCE PERFORMANCES, AND PROVIDING TELEVISION PROGRAMS IN THE FIELDS OF MUSIC AND DANCE; ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY PRODUCTION OF MUSICAL AND DANCE SHOWS, VIDEOTAPE, AUDIOTAPE, RADIO AND TELEVISION PROGRAMS, ORGANIZING EXHIBITIONS AND EVENTS FOR ENTERTAINMENT, EDUCATIONAL AND CULTURAL PURPOSES IN THE FIELDS OF MUSIC AND DANCE; PROVIDING A WEB SITE FEATURING MUSICAL AND DANCE PERFORMANCES, MUSICAL AND DANCE VIDEOS, AND RELATED FILM CLIPS, PHOTOGRAPHS AND OTHER MULTIMEDIA MATERIALS IN THE FIELDS OF MUSIC AND DANCE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-17-2005; IN COMMERCE 3-17-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-560,728, FILED P.R. 2-4-2005; AM. S.R. 10-31-2006.

JOSETTE BEVERLY, EXAMINING ATTORNEY

# Exhibit C

| | |
|---|---|
| **To:** | Celtic Collections Ltd (ccgg@ccgglaw.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78560728 - CELTIC WOMAN - 0364 |
| **Sent:** | 5/1/2006 5:11:35 PM |
| **Sent As:** | ECOM112@USPTO.GOV |
| **Attachments:** | Attachment - 1 |

Attachment - 1
Attachment - 2
Attachment - 3
Attachment - 4
Attachment - 5
Attachment - 6
Attachment - 7
Attachment - 8
Attachment - 9
Attachment - 10
Attachment - 11
Attachment - 12
Attachment - 13
Attachment - 14
Attachment - 15
Attachment - 16
Attachment - 17
Attachment - 18
Attachment - 19
Attachment - 20
Attachment - 21
Attachment - 22
Attachment - 23
Attachment - 24
Attachment - 25
Attachment - 26
Attachment - 27
Attachment - 28
Attachment - 29
Attachment - 30
Attachment - 31
Attachment - 32
Attachment - 33

## [Important Email Information]
## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**     78/560728

**APPLICANT:**     Celtic Collections Ltd

**\*78560728\***

**CORRESPONDENT ADDRESS:**
    MICHAEL GUIDO, ESQ.
    CARROLL, GUIDO & GROFFMAN, LLP

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451

9111 W SUNSET BLVD
LOS ANGELES, CA 90069-3106

Alexandria, VA 22313-1451

**MARK**:    CELTIC WOMAN

**CORRESPONDENT'S REFERENCE/DOCKET NO**:  0364

Please provide in all correspondence:

**CORRESPONDENT EMAIL ADDRESS**:
    ccgg@ccgglaw.com

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**RESPONSE TIME LIMIT**:  TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION**:  If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number  78/560728

This letter responds to the applicant's communication filed on March 7, 2006.

## Likelihood of Confusion—Section 2(d)

Registration was refused under Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1), because the subject matter for which registration is sought is merely descriptive of the identified services.

The examining attorney has considered the applicant's arguments carefully but has found them unpersuasive.  For the reasons below, the refusal under Section 2(e)(1) is maintained and made **FINAL**.

The applicant has applied for registration of the mark CELTIC WOMAN for "Entertainment, education, cultural activities and radio and television entertainment services, namely entertainment in the nature of live performances by a musical or dance group or performer, live music concerts and dance performances, and providing television programs in the fields of music and dance; entertainment and educational services, namely production of musical and dance shows, videotape, audiotape, radio and television programs, organizing exhibitions and events for entertainment, educational and cultural purposes in the fields of music and dance; providing a web site featuring musical and dance performances, musical and dance videos, and related film clips, photographs and other multimedia materials in the fields of music and dance."

The applicant asserts that "the term CELTIC, like AMERICAN, lacks a clear definition and, at best, only vaguely imparts information about attributes or characteristics of the Applicant's music and dance entertainment services and is therefore suggestive. The examining attorney is not persuaded by this argument.

A mark is merely descriptive, if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods/services. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright‡Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP section 1209.01(b). A mark that describes an intended user or group of users of a product or service is merely descriptive, within the meaning of Section 2(e)(1). *In re Planalytics, Inc.*, 70 USPQ2d 1453 (TTAB 2004) (GASBUYER merely describes intended user of risk management services in the field of pricing and purchasing natural gas); *Hunter Publishing Co. v. Caulfield Publishing Ltd.*, 1 USPQ2d 1996 (TTAB 1986) (SYSTEMS USER found merely descriptive of a trade journal directed toward users of large data processing systems; evidence sufficient to establish distinctiveness under §2(f)); *In re Camel Mfg. Co., Inc.*, 222 USPQ 1031 (TTAB 1984) (MOUNTAIN CAMPER merely describes intended users of retail and mail order services in the field of outdoor equipment and apparel); *In re Gentex Corp.*, 151 USPQ 435 (TTAB 1966) (PARADER merely describes intended users of protective helmets, namely, parade marchers).

A mark which combines descriptive terms may be registrable if the composite creates a unitary mark with a separate, nondescriptive meaning. *In re Ampco Foods, Inc.*, 227 USPQ 331 (TTAB 1985). The issue is whether the mark considered in its entirety possesses a merely descriptive significance as applied to the goods/services in question. In its entirety, the proposed mark is merely descriptive of the applicant's goods/services. As stated in the prior office action, the term "CELTIC" is defined "Of or relating to the Celtic people and languages." The examining attorney also directs the applicant's attention to the attached dictionary excerpts of the term CELTIC (http://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?refid=1861595770; http://www.m-w.com/cgi-bin/dictionary?book=Dictionary&va=Celtic; http://dictionary.cambridge.org/define.asp?key=12146&dict=CALD; http://www.bartleby.com/61/32/C0193200.html; *See also, attached Nexis/Lexis Excerpts*. The term "WOMAN," is defined as "3. An adult female human being belonging to a specified occupation, group, nationality, or other category."

The terms "CELTIC," and "WOMAN" both have clearly set forth definitions. The examining attorney directs the applicant's attention to the attached third-party registrations from the Trademark X-search Database system, wherein the terms "CELTIC" and "WOMAN" are disclaimed because it describes the subject matter/intended user of the goods/services. In its combined form, the combined wording "Celtic woman" is descriptive of the applicant's services in that it describes that the applicant's services feature Celtic-themed entertainment and educational services pertaining to women.

Descriptiveness of a mark is not analyzed in a vacuum. The fact that a term is not found in the dictionary is not controlling on the question of registrability. *In re Gould Paper Corp.*, 834 F.2d 1017, 5 USPQ2d 1110 (Fed. Cir. 1987); *In re Orleans Wines, Ltd.*, 196 USPQ 516 (TTAB 1977). The examining attorney must consider whether a mark is merely descriptive in relation to the identified goods, not in the abstract. *In re Omaha National Corp.*, 819 F.2d 1117, 2 USPQ2d 1859 (Fed. Cir. 1987); *In re Abcor Development Corp.*, 588 F.2d 811, 200 USPQ 215 (CCPA 1978); *In re Venture Lending Associates*, 226 USPQ 285 (TTAB 1985). The test in a Section 2(e)(1) analysis is whether the term sought to be registered immediately describes a feature, function, purpose, use or characteristic of the goods/services from the standpoint of the average prospective purchaser. *In re Abcor Development Corp.*, 200 USPQ 215 (CCPA 1978). This "average" purchaser refers to the class or classes of actual or prospective customers of the applicant's particular goods/services. *In re Omaha National Corporation*, 2 USPQ2d 1859, 1861 (Fed. Cir. 1987). From the dictionary definitions, *Nexis/Lexis News Database*

excerpts, and third-party registrations, it is evident that the relevant purchasing public would clearly understand that the applicant's services feature Celtic-themed entertainment and educational services pertaining to women.

Accordingly, for the reasons stated above, the refusal to register the applicant's mark under Section 2(e)(1) of the Trademark Act on the basis that the mark CELTIC WOMAN is merely descriptive of the goods/services, is made <u>FINAL</u>.

Advisory: A mark in an application under Trademark Act Section 1(b) is not eligible for registration on the Supplemental Register until an acceptable amendment to allege use under 37 C.F.R. §2.76 has been filed. 37 C.F.R. §§2.47(d) and 2.75(b); TMEP §1102.03. When a Section 1(b) application is amended to the Supplemental Register, the effective filing date of the application is the date of filing of the amendment to allege use. 37 C.F.R. §2.75(b); TMEP §§206.01 and 1102.03.

**Response Guidelines**
If applicant fails to respond to this final action within six months of the mailing date, the application will be abandoned. 15 U.S.C. §1062(b); 37 C.F.R. §2.65(a). Applicant may respond to this final action by:

    (1) submitting a response that fully satisfies all outstanding requirements, if feasible (37 C.F.R. §2.64(a)); and/or

    (2) filing an appeal to the Trademark Trial and Appeal Board, with an appeal fee of $100 per class (37 C.F.R. §§2.6(a)(18) and 2.64(a); TMEP §§715.01 and 1501 *et seq.*; TBMP Chapter 1200).

In certain circumstances, a petition to the Director may be filed to review a final action that is limited to procedural issues, pursuant to 37 C.F.R. §2.63(b)(2). 37 C.F.R. §2.64(a). *See* 37 C.F.R. §2.146(b), TMEP §1704, and TBMP Chapter 1201.05 for an explanation of petitionable matters. The petition fee is $100. 37 C.F.R. §2.6(a)(15).

//jmb//
Josette M. Beverly
Trademark Attorney
Law Office 112
**(571) 272-9399**
**(571) 273-9112** (fax)
http://www.uspto.gov/teas/index.html (file responses)
josette.beverly@uspto.gov (submit questions only)
Please note: All electronic communications must be signed using the "/name/" format. TMEP section 710.03(c).

**HOW TO RESPOND TO THIS OFFICE ACTION:**
-   ONLINE RESPONSE: You may respond using the Office's Trademark Electronic Application System (TEAS) Response to Office action form available on our website at http://www.uspto.gov/teas/index.html. If the Office action issued via e-mail, you must wait 72 hours after receipt of the Office action to respond via TEAS. **NOTE: Do not respond by e-mail. THE USPTO WILL NOT ACCEPT AN E-MAILED RESPONSE.**
-

**NOTE:  The filing date of the response will be the *date of receipt in the Office*,** not the postmarked date. To ensure your response is timely, use a certificate of mailing.  37 C.F.R. §2.197.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

---

## NEXIS/LEXIS EXCERPTS

**************************044470***************************

MAIL-IT REQUESTED: MAY 1, 2006                     10083K

    CLIENT:
    LIBRARY: NEWS
     FILE: USPAPR

YOUR SEARCH REQUEST AT THE TIME THIS MAIL-IT WAS REQUESTED:
 CELTIC THEMED

NUMBER OF STORIES FOUND WITH YOUR REQUEST THROUGH:
    LEVEL  1...   116

LEVEL   1 PRINTED

THE SELECTED  STORY NUMBERS:
1,3-6,8,12,14,20,33,38,45,60,66,83,91,97,99

DISPLAY FORMAT: 40 VAR KWIC

<div align="center">

Copyright 2006 Post-Standard
All Rights Reserved.
The Post-Standard (Syracuse, New York)
March 25, 2006 Saturday
FINAL EDITION

</div>

SECTION: LOCAL; Pg. B2

LENGTH: 484 words

HEADLINE: ALL-FEMALE IRISH BAND DELIGHTS AT CIVIC CENTER;
CHERISH THE LADIES OFFERS GREAT VARIETY, TONE, ANIMATION AND VOCAL STYLINGS.

BYLINE: By Chuck Klaus Contributing writer

BODY:

Its collaboration with the Syracuse Symphony Orchestra was a successful one, thanks to the vigor and skill of the ensemble, as well as the energy imparted by guest conductor Peter Stafford Wilson.

The first portion of the program consisted of some **Celtic-themed** items, including an anonymous and somewhat oompah-ish arrangement of selections from Lerner and Loewe's "Brigadoon," followed by a dashing performance of Calvin Custer's "Lord of the Dance."

Custer's wonderful evocation of traditional instruments, using the resources of the standard symphony orchestra, was quite satisfying, as was the propulsive energy conductor Wilson brought to the performance.

Cherish the ...

Copyright 2006 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)
March 17, 2006 Friday
Metro Edition

SECTION: SOURCE; Pg. 1E

LENGTH: 466 words

HEADLINE: go + do;
Celebrate Irish culture with events that avoid the cliches;
There's another way to celebrate St. Paddy's Day. Check out these Irish- and **Celtic-themed** cultural events.

BYLINE: Maria Elena Baca, Staff Writer

Copyright 2006 The Arizona Republic
All Rights Reserved
The Arizona Republic (Phoenix)
March 16, 2006 Thursday Final chaser Edition

SECTION: CHANDLER REPUBLIC; Pg. 9

LENGTH: 416 words

HEADLINE: 'ERIN GO BRAGH' IS A YEAR-ROUND THING;
FIRMS FOCUS ON THE GREEN

BYLINE: By Betty Beard, The Arizona Republic

BODY:

... busiest time of year.

"The novelties is what's big this time of year, pub and party gear we call it," said Andrew Costanzo, who owns the Tempe store with his Irish-American wife, Kerry O'Neal Costanzo. They include things like green rubber leprechaun shoes and blinking Irish jewelry.

The store also carries Irish foods, Belleek, **Celtic-themed** jewelry, music, shirts and hats, and souvenirs.

/

Irish businesses

These are the major Irish-owned or theme businesses in the Southeast Valley.

* Bracken School of Irish Dance, Chandler. Classes in step dance, the same kind made famous in Riverdance, are available for 5-year-olds through adults. (480) 699-2455 or ...

Copyright 2006 The Seattle Times Company
The Seattle Times
March 16, 2006 Thursday
Fourth Edition

SECTION: ROP ZONE; Northwest Weekend; Pg. D4

LENGTH: 291 words

HEADLINE: Weekend Highlight;
Painting Fourth Avenue green

BYLINE: Madeline McKenzie, Seattle Times staff

BODY:

... Irish Week Festival at Seattle Center noon-2 p.m. Friday, noon-6 p.m. Saturday and 11:30 a.m.-6 p.m. Sunday. Kids may enter the Smilingest Irish Eyes or Most Irish-looking Face contests, make shamrock crafts both days and meet the Mariner Moose Sunday. Irish- and **Celtic-themed** displays and vendors, food and beverages, Irish history and genealogy information, beginning Irish (Gaelic) language class and a set-dancing workshop are among other attractions at the festival. Special exhibits this year include the Irish War of Independence Memorabilia Exhibit honoring the 90th anniversary of Ireland being declared a republic; the International ...

Copyright 2006 The Arizona Republic
All Rights Reserved
The Arizona Republic (Phoenix)
March 15, 2006 Wednesday Final chaser Edition

SECTION: AHWATUKEE REPUBLIC; Pg. 10

LENGTH: 435 words

HEADLINE: 'ERIN GO BRAGH' YEAR-ROUND;
ST. PADDY'S DAY IS JUST A BONUS FOR SE VALLEY BUSINESSES

BYLINE: By Betty Beard, The Arizona Republic

BODY:

... busiest time of year.

"The novelties is what's big this time of year, pub and party gear we call it," said Andrew Costanzo, who owns the Tempe store with his Irish-American wife, Kerry O'Neal Costanzo. They include things like green rubber leprechaun shoes and blinking Irish jewelry.

The store also carries Irish foods, Belleek, **Celtic-themed** jewelry, music, shirts and hats, and souvenirs.

"We have people come in here and they will spend an hour easily looking through nooks and crannies," Andrew said.

/

Irish businesses

These are the major Irish-owned or theme businesses in the Southeast Valley.

* Bracken School of Irish Dance, Chandler. Classes in step dance, the same kind ...

Copyright 2006 The News-Press (Fort Myers, FL)
All Rights Reserved
The News-Press (Fort Myers, Florida)
February 10, 2006 Friday Fort myers Edition

SECTION: GULF COASTING; Pg. 34G

LENGTH: 852 words

HEADLINE: BEST BETS

BYLINE: Chris Wadsworth

BODY:

... County favorite will unfold on the fields of the local Elks Lodge.

Traditional Celtic music will be heard -- Marcille Wallis & Ceol Binn, the Prince Edward Island duo of Jim and Laura Farrell, known as Guinness, as well as Dublin-born balladeer Brendan Nolan. Besides the music, guests will find vendors selling **Celtic-themed** goods.

For those with an appetite, there will be corned beef sandwiches along with traditional American favorites. The beer will flow and there will also be a full-liquor bar. Entry fee is $5 and the Punta Gorda Elks Lodge is located at 25538 Shore Drive in Punta Gorda. For any other details you might ...

Copyright 2005 The Seattle Times Company
The Seattle Times
November 25, 2005 Friday
Fourth Edition

SECTION: ROP ZONE; Ticket; Pg. H39

LENGTH: 664 words

HEADLINE: Room on your plate for Americana?;
Classical-music previews

BYLINE: Melinda Bargreen, Seattle Times music critic

BODY:

... homegrown family tradition of Celtic Yuletide concerts continues after an amazing 27 years.

The Boulding family Philip and Pam Boulding and their five children, plus spouses, grandchildren, friends and guest artists put on several performances of an annual holiday program that spans music, dance, storytelling, juggling and all sorts of **Celtic-themed** entertainment.

The group has toured and recorded with Dan Fogelberg, appeared on "A Prairie Home Companion" and recorded 16 albums on four labels.

In the Celtic Yuletide concerts, you'll hear Celtic harps, hammered dulcimers, concertinas, strings, harmonium and several other instruments played by Philip and Pam Boulding and offspring ...

Copyright 2005 The Buffalo News
Buffalo News (New York)
October 14, 2005 Friday
FINAL EDITION

SECTION: GUSTO; Pg. G24

LENGTH: 623 words

HEADLINE: Stage right;
Buffalo State College finds a good mix for Great Performers series

BYLINE: BY JANA EISENBERG - Special to the News

BODY:

This year, after some successful experimentation, Marsha has decided to present several **Celtic-themed** evenings.

"The Performing Arts Center has turned into a Celtic hotbed," Marsha said. "The music just works with this venue and this community."

And for the first time, Marsha notes, tickets can be purchased online, as well as at the box office or by phone. In addition, he has masterminded a Flex Pack, which allows concertgoers to buy tickets ...

... 18) will be Pink Martini, a 12-piece band that describes itself on its Web site as "somewhere between a 1930s Cuban dance orchestra, a classical chamber music ensemble, a Brazilian marching street band and Japanese film noir."

In March, watch out for Danu, the last of the **Celtic-themed** shows for the season. This globe-trotting group of six guys and a girl are from Ireland. They are the real thing, complete with the traditional Gaelic instruments.

If you've ever wondered what rumba flamenco guitar sounds like, on April 7, Canadian-native Jesse Cook will hit town with a crack band and style that combines contemporary, ...

Copyright 2005 The Olympian (Olympia, WA)
All Rights Reserved
The Olympian (Olympia, Washington)
June 16, 2005 Thursday

SECTION: FEATURES; Pg. 8B

LENGTH: 1065 words

HEADLINE: Washington Center season mixes it up

BYLINE: MOLLY GILMORE-BALDWIN

BODY:

... I challenge any one of you to say that everything in the brochure is fascinating to you," Iovanne said, causing a ripple of laughter. "But there's someone in the community who's excited about the event that you are not excited about."

There are a few trends in evidence:

- Celtic music has cooled off: This season, the center hosted more than one **Celtic-themed** show, and other area theaters did the same. Next season, there's nothing on the schedule.

- Comedy is pretty: Next season's lineup features six funny events -- comedian Kate Clinton, "N*W*C," musical comedies "The Full Monty" and "Sister's Christmas Catechism: The Mystery of the Magi's Gold," the men-on-pointe Les Ballets ...

Copyright 2004 Plain Dealer Publishing Co.
Plain Dealer (Cleveland)
September 6, 2004 Monday
Final Edition; All Editions

SECTION: ARTS & LIFE; Pg. D3

LENGTH: 384 words

HEADLINE: An enjoyable tip of hat to musical themes of Ireland

BYLINE: Steve Sucato, Special to The Plain Dealer

BODY:

The highly palatable program of **Celtic-themed** movie soundtrack music and Broadway-esque treatments of traditional Irish tunes had the feel of a festive St. Patrick's Day celebration where anyone wearing a little green could have felt right at home.

Joining the Pops under Erich Kunzel were tenor Benjamin Brecher, the husband-and-wife team of Celtic fiddler ...

Copyright 2004 The Omaha World-Herald Company
Omaha World Herald (Nebraska)
March 16, 2004, Tuesday SUNRISE EDITION

SECTION: LIVING; Pg. 1e;

LENGTH: 567 words

HEADLINE: The earning of the green Irish-themed local bands find the month of March a blessing and a curse, overbooked but lucrative.

BYLINE: By John Keenan

SOURCE: WORLD-HERALD STAFF WRITER

BODY:
Joe Todero and friends will visit 18 bars on St. Patrick's Day.

Todero isn't a fraternity's designated driver. He's with Omaha Pipes and Drums, one of the **Celtic-themed** local bands that enjoys a burst of business the weeks before St. Patrick's Day.

Copyright 2003 The Austin American Statesman
Austin American-Statesman (Texas)
May 1, 2003, Thursday

SECTION: XL Ent; Pg. 35

LENGTH: 789 words

HEADLINE: Out there: Listings

BYLINE: AMERICAN-STATESMAN

BODY:

2003 Lone Star Feis

Irish dance festival will feature more than 400 dancers from all over the Southwest. Live music, dance competition and **Celtic-themed** entertainment. DoubleTree Hotel; 6505 N. Interstate 35. www.irishdance.org. 4- 9 p.m. Saturday, 7 a.m. to 9 p.m. Sunday. Free-$3.

Honoring Israel at 55 celebration

Traditional Israeli market with products from more than 100 Israeli vendors, as well as traditional cuisine, music and activities for ...

Copyright 2002 The Denver Post

All Rights Reserved
The Denver Post
September 20, 2002 Friday 1ST EDITION


SECTION: FF; Pg. FF-01

LENGTH: 980 words

HEADLINE: Celtic music the star at Mabon

BYLINE: Candace Horgan , Special to The Denver Post


BODY:


... on any current fashion.  This is just an experiment, but I am not desperately looking for  distribution. The music industry is all changing rapidly with the  advent of broadband Internet. The means people get music is  changing.'

MacLean will perform Saturday at the second annual Festival of the  Mabon, a late-season **Celtic-themed**  music event at the Planet  Bluegrass festival grounds in the north Boulder County town of  Lyons.

The festival is a joint venture of Planet Bluegrass, best known for  its bluegrass and folk events in Telluride and Lyons, and Denver's  Celtic Events and Entertainment.

Besides MacLean, Saturday's festival will also feature performances  from ethereal ...

GRAPHIC: PHOTO: Photo courtesy Celtic Events & Entertainment Dougie MacLean is among the musicians scheduled to perform at the Festival of the Mabon, a  **Celtic-themed**  music event Saturday at the Planet Bluegrass campus in Lyons. PHOTO: Wolfstone (above) and Dougie MacLean (right) headline the Festival of the Mabon on Saturday in Lyons.


Copyright 2001 The Greenville News (Greenville, SC)
All Rights Reserved
The Greenville News (Greenville, SC)
December 13, 2001 Thursday


SECTION: LIFESTYLE; Pg. 1D

LENGTH: 453 words

HEADLINE: Christian concert Sunday

BYLINE: Donna Isbell Walker, Staff

 BODY:

 ... video. The people of Belfast, far more than most Americans, understand the constant vigilance of never-ending threats of terror, Card said.

 "In Ireland, it's amazing to see how people can build their lives around that and how ... it's almost normal."

 Card, who has spent much time in Ireland and released a **Celtic-themed** album, "Starkindler: A Celtic Conversation Across Time" in 1998, has a great affinity for the music, people and culture of Ireland.

 Some of the songs from "Starkindler" likely will be heard in Card's performance in Greenville. The first half of the show will be a mini-concert of his solo works.

 Then, in the second half, ...

Copyright 2000 The Journal News (Westchester County, NY)
All Rights Reserved
The Journal News (Westchester County, NY)
March 17, 2000 Friday

SECTION: BUSINESS; Pg. 1D

LENGTH: 894 words

HEADLINE: New Rochelle retailer marches to Celtic beat

BYLINE: Rochelle Kass, Staff

 BODY:

 ... Street, but the business took off just when he passed the brokers' exam. A year ago, they moved to their existing store, having outgrown the Larchmont place.

" It was such a big place when we moved here, " Norma Coyne said. " We never thought we'd fill it. "

But fill it they have, with a new line of business. She has brought in   **Celtic-themed**   merchandise, including music, Belleek china, Claddagh rings, Irish cookbooks, food and gift baskets, kilts and shamrock-decorated ties and scarves, along with souvenirs such as " Kiss Me, I'm Irish " wood pins, bumper stickers and baby bibs.

Additionally, she started a three-table windowfront tea shop, selling tea and cookies.

Overall, the ...

## Note:

In order to avoid size limitation constraints on large e-mail messages, this Office Action has been split into 2 smaller e-mail messages.  The Office Action in its entirety consists of this message as well as the following attachments that you will receive in separate messages:

Email 1 includes the following 27 attachments
1. 74570037P001OF002
2. 74570037P002OF002
3. 75282254P001OF001
4. 75473464P001OF002
5. 75473464P002OF002
6. 75679175P001OF003
7. 75679175P002OF003
8. 75679175P003OF003
9. 75771573P001OF002
10. 75771573P002OF002
11. 75883073P001OF002
12. 75883073P002OF002
13. 76200528P001OF002
14. 76200528P002OF002
15. 76324245P001OF002
16. 76324245P002OF002
17. 76366602P001OF002
18. 76366602P002OF002
19. 76505513P001OF003

20. 76505513P002OF003

21. 76505513P003OF003

22. 78074021P001OF001

23. 78482857P001OF003

24. 78482857P002OF003

25. 78482857P003OF003

26. celtic1-1

27. celtic1-2


Email 2 includes the following 6 attachments

1. celtic1-3

2. celtic2-1

3. celtic2-2

4. celtic3

5. celtic4-1

6. celtic4-2


Please ensure that you receive all of the aforementioned attachments, and if you do not, please contact the assigned-examining attorney.

**Print: Apr 27, 2006**                **74570037**

## TYPED DRAWING

**Serial Number**
74570037

**Status**
REGISTERED AND RENEWED

**Word Mark**
REQUIREMENTS WOMAN

**Standard Character Mark**
No

**Registration Number**
1913456

**Date Registered**
1995/08/22

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
ITEM-EYES, INC. CORPORATION DELAWARE 90-A ADAMS AVENUE HAUPPAUGE NEW
YORK 11788

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  039.  G & S: wearing apparel,
namely jackets, skirts, pants, shorts, tops, blouses, and sweaters.
First Use: 1987/09/01.  First Use In Commerce: 1987/09/01.

**Prior Registration(s)**
1498728

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOMAN" APART FROM THE
MARK AS SHOWN.

**Filing Date**
1994/09/06

**Examining Attorney**
BISHOP, J. LESLIE

-1-

**Print: Apr 27, 2006**                          **74570037**

**Attorney of Record**
HOWARD F. MANDELBAUM

**Print: Apr 27, 2006**                    **75282254**

**TYPED DRAWING**

**Serial Number**
75282254

**Status**
SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Word Mark**
A CELTIC SOJOURN

**Standard Character Mark**
No

**Registration Number**
2256333

**Date Registered**
1999/06/29

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
WGBH Educational Foundation CHARITABLE, NON-PROFIT CORPORATION
MASSACHUSETTS 125 Western Avenue Boston MASSACHUSETTS 02134

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational
and entertainment services, namely, an on-going radio program
featuring Celtic music.  First Use: 1986/11/00.  First Use In
Commerce: 1986/11/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CELTIC" APART FROM THE
MARK AS SHOWN.

**Filing Date**
1997/04/28

**Examining Attorney**
KIM, SOPHIA S.

**Attorney of Record**
ERIC ADAM BRASS

-1-

**Print: Apr 27, 2006**                              **75473464**

## TYPED DRAWING

**Serial Number**
75473464

**Status**
REGISTERED

**Word Mark**
CELTIC TIGER

**Standard Character Mark**
No

**Registration Number**
2649713

**Date Registered**
2002/11/12

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
KMH Hightower & Company, Inc. CORPORATION VIRGINIA Post Office Box 156
Charlottesville VIRGINIA 22902

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: RETAIL
STORE SERVICES FEATURING CLOTHING, HANDBAGS, BRIEFCASES, BACKPACKS,
COSMETICS, JEWELRY, AND CANDLES.  First Use: 1999/11/15.  First Use In
Commerce: 1999/11/15.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: CLOTHING,
NAMELY, PANTS, SHORTS, SHIRTS, BLOUSES, SWEATERS, CARDIGANS, DRESSES,
JUMPERS, JUMPSUITS, SKORTS, HATS, SCARVES, HEADWEAR, FOOTWEAR, SOCKS,
STOCKINGS, PANTY HOSE, TIGHTS, PANTSUITS, SKIRTS, JACKETS, BLAZERS,
SHAWLS, SARONGS, BODY SUITS, GLOVES, MITTENS, AND LEG WARMERS.  First
Use: 1999/11/15.  First Use In Commerce: 1999/11/15.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CELTIC" APART FROM THE
MARK AS SHOWN.

**Print: Apr 27, 2006**                    **75473464**

**Filing Date**
1998/04/24

**Examining Attorney**
KREBS, CATHERINE K.

**Attorney of Record**
SHELDON H PARKER

**Print: Apr 27, 2006**                              **75679175**

**DESIGN MARK**

**Serial Number**
75679175

**Status**
REGISTERED

**Word Mark**
BALANCED WOMAN

**Standard Character Mark**
No

**Registration Number**
2391166

**Date Registered**
2000/10/03

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
BALANCED WOMAN, INC., THE CORPORATION UTAH 6375 South Highland Drive
Salt Lake City UTAH 84121

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: Printed seminar promotional materials, namely, flyers, gift
certificates, registration and confirmation forms, seminar gift boxes
made of paper or cardboard, paper signs, calendars, books directed to
personal growth and fulfillment, workbooks directed to personal growth
and fulfillment, personal growth and fulfillment brochures, posters,
printed instructional, educational, and teaching materials directed to
personal growth and fulfillment, flash cards, notebooks, and pamphlets
directed to personal growth and fulfillment.  First Use: 1994/01/00.
First Use In Commerce: 1994/01/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
pre-recorded audio tapes and pre-recorded video tapes featuring
information relatde to personal growth and fulfillment.  First Use:
1994/01/00.  First Use In Commerce: 1994/01/00.

-1-

**Print: Apr 27, 2006**                    **75679175**

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOMAN" APART FROM THE
MARK AS SHOWN.

**Filing Date**
1999/04/09

**Examining Attorney**
CROCKETT, CYNTHIA

**Attorney of Record**
Vaughn W. North

# BALANCED WOMAN

**Print: Apr 27, 2006**                    **75771573**

**DESIGN MARK**

**Serial Number**
75771573

**Status**
REGISTERED

**Word Mark**
FAITHFUL WOMAN

**Standard Character Mark**
No

**Registration Number**
2430483

**Date Registered**
2001/02/20

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Cook Communications Ministries CORPORATION ILLINOIS 4050 Lee Vance
View Colorado Springs COLORADO 80918

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: Printed instructional materials in the field of Christianity,
namely religious books, pamphlets, newsletters, Bibles, religious
circular letters, brochures, curriculum, all in the field of
Christianity.  First Use: 2000/07/01.  First Use In Commerce:
2000/07/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOMAN" APART FROM THE
MARK AS SHOWN.

**Filing Date**
1999/08/09

**Examining Attorney**
MIZELLE, DEZMONA

-1-

# FAITHFUL WOMAN

**Print: Apr 27, 2006**                    **75883073**

**DESIGN MARK**

**Serial Number**
75883073

**Status**
REGISTERED

**Word Mark**
CELTIC STORM

**Standard Character Mark**
No

**Registration Number**
2415752

**Date Registered**
2000/12/26

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Rezendes, Sharon Lynn INDIVIDUAL UNITED STATES 9901 West Sahara
Avenue, Suite 207 Las Vegas NEVADA 89117

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S:
Entertainment in the nature of dance performance; dance studio; dance
school; and choreography services for others.  First Use: 1994/01/01.
First Use In Commerce: 1995/02/25.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CELTIC" APART FROM THE
MARK AS SHOWN.

**Filing Date**
1999/12/30

**Examining Attorney**
BOULTON, KELLY

-1-

# CELTIC STORM

**Print: Apr 27, 2006**                          **76200528**

**DESIGN MARK**

**Serial Number**
76200528

**Status**
REGISTERED

**Word Mark**
ALL AMERICAN WOMAN

**Standard Character Mark**
No

**Registration Number**
2948479

**Date Registered**
2005/05/10

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
BIG AMERICAN MAN PARTNERSHIP CALIFORNIA 2337 S. Shields Street Fort
Collins COLORADO 80526

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Wearing
apparel, namely, shirts, t-shirts, shorts, pants, sweatshirts,
sweatpants, hats, visors, shoes, and belts.  First Use: 2002/01/01.
First Use In Commerce: 2002/01/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOMAN" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2001/01/26

**Examining Attorney**
FICKES, JERI J.

**Attorney of Record**
Kit M Stetina

-1-

**ALL AMERICAN WOMAN**

**Print: Apr 27, 2006**                    **76324245**

## DESIGN MARK

**Serial Number**
76324245

**Status**
REGISTERED

**Word Mark**
HEALTHY WOMAN

**Standard Character Mark**
No

**Registration Number**
2976765

**Date Registered**
2005/07/26

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Rodale Inc. CORPORATION PENNSYLVANIA 33 East Minor Street Emmaus
PENNSYLVANIA 180980099

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
 G & S: PUBLICATIONS, NAMELY, BOOKS, MAGAZINES AND SECTIONS OR COLUMNS
IN MAGAZINES, ALL IN THE FIELDS OF HEALTH, FITNESS, DIET, EXERCISE AND
LIFESTYLE.  First Use: 2002/08/00.  First Use In Commerce: 2002/08/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOMAN" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2001/10/10

**Examining Attorney**
SNAPP, TINA L.

**Attorney of Record**
Kevin G. Smith

-1-

# HEALTHY WOMAN

**Print: Apr 27, 2006**                                    **76366602**

## DESIGN MARK

**Serial Number**
76366602

**Status**
REGISTERED

**Word Mark**
THE WOMAN TODAY

**Standard Character Mark**
No

**Registration Number**
2782777

**Date Registered**
2003/11/11

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Page Me Publications LLC LTD LIAB CO MINNESOTA 4734 McComber Road
Duluth MINNESOTA 55803

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
G & S: Printed publications, namely magazines featuring articles of
interest to women.  First Use: 2003/03/28.  First Use In Commerce:
2003/03/28.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOMAN" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2002/02/04

**Examining Attorney**
TIERNEY MARGERY ANN

**Attorney of Record**
James L. Young

# THE WOMAN TODAY

**Print: Apr 27, 2006**                    **76505513**

## DESIGN MARK

**Serial Number**
76505513

**Status**
REGISTERED

**Word Mark**
CELTIC CONNECTION

**Standard Character Mark**
No

**Registration Number**
2871075

**Date Registered**
2004/08/10

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Celtic Connection, LC, The LTD LIAB CO VIRGINIA 810 Caroline Street
2nd Floor Fredericksburg VIRGINIA 224015806

**Goods/Services**
Class Status -- ACTIVE.  IC 008.  US  023 028 044.  G & S: Sidearms,
not including firearms, namely hunting knives, daggers and swords.
First Use: 1995/07/00.  First Use In Commerce: 1995/07/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 014.  US  002 027 028 050.  G & S:
jewelry; badges of precious metal; belt buckles of precious metal;
clocks; commemorative coins; commemorative statuary cups of precious
metal; hat ornaments of precious metal; letter openers of precious
metal; precious metal moneyclips, tankards of precious metal; watches
and watch chains, fobs and cases.  First Use: 1995/07/00.  First Use
In Commerce: 1995/07/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 018.  US  001 002 003 022 041.  G & S: all
purpose sport bags; attache cases; book bags; back packs; business
card cases; canes; cosmetic cases sold empty; animal clothing; fanny

-1-

**Print: Apr 27, 2006**                    **76505513**

packs; garment bags for travel; purses; key cases; leather key chains;
luggage; luggage tags; shaving bags sold empty; umbrellas; walking
sticks; wallets.  First Use: 1995/07/00.  First Use In Commerce:
1995/07/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Articles of
clothing for men, women and children, namely shirts, ties, arasades in
the nature of women's dresses, skirts, kilts, gowns, vests, bathrobes,
hosiery; formal and semi-formal jackets, sashes, bodices; outerwear,
namely, scarves, rainwear, jackets, sweaters, vests, pull-overs, capes
and shawls; footwear; headwear; headgear, namely, berets, caps, hats,
balmorals, and glengarries.  First Use: 1995/07/00.  First Use In
Commerce: 1995/07/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Retail
store services featuring a wide variety of consumer goods of others.
First Use: 1995/07/00.  First Use In Commerce: 1995/07/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CELTIC" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2003/04/10

**Examining Attorney**
ELTON, DAVID

**Attorney of Record**
Lisa M. Krizan

# CELTIC CONNECTION

**Print: Apr 27, 2006**                    **78074021**

## TYPED DRAWING

**Serial Number**
78074021

**Status**
REGISTERED

**Word Mark**
CELTIC FIRES

**Standard Character Mark**
No

**Registration Number**
2811649

**Date Registered**
2004/02/03

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
R-Star Productions, Inc. CORPORATION COLORADO 7387 S. Platte Canyon
Dr. Littleton COLORADO 80128

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
musical sound recordings.  First Use: 2003/10/07.  First Use In
Commerce: 2003/10/07.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CELTIC" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2001/07/16

**Examining Attorney**
OH, WON TEAK

-1-

**Print: Apr 27, 2006**                    **78482857**

## DESIGN MARK

**Serial Number**
78482857

**Status**
REGISTERED

**Word Mark**
CELTIC ISLE RECORDS

**Standard Character Mark**
Yes

**Registration Number**
3015479

**Date Registered**
2005/11/15

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Blair, Richard INDIVIDUAL UNITED STATES 421 Valley Trace Drive
Nashville TENNESSEE 37221

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
Sound recordings, prerecorded audio tapes, audio cassettes, and CDs
featuring music, and video tapes, video cassettes and DVDs featuring
musical performances and dances.  First Use: 2004/09/11.  First Use In
Commerce: 2004/09/11.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Celtic" and "Records"
APART FROM THE MARK AS SHOWN.

**Filing Date**
2004/09/13

**Examining Attorney**
MARTIN,EUGENIA

**Attorney of Record**

**Print: Apr 27, 2006**                    **78482857**

Micol Cecchi

*

# CELTIC ISLE
# RECORDS

http://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?refid=1861595770
04/27/2006 11:52:43 PM



MSN Home   My MSN   Hotmail   Shopping   Money   People & Chat   **Sign In**   Web Search:

**msn**   Encarta®                                    > > Subscriber Sign In   |   Help

Home   Encyclopedia   **Dictionary**   Thesaurus   World Atlas   Multimedia   Quizzes   Top-10 Lists   Education   Upgrade your Encarta Experience

> > Click here to search all of MSN Encarta

# Dictionary

**Find**
Celtic   in   Dictionary        Click here to search all of MSN Encarta

**K-12 Success**     **College-Grad**     **Adult Learning**
K-5 Parents         College Prep        Online Degrees
Homework Help       2006 Rankings       Career Training
Test Prep           Grad & Biz          Continuing Ed

Advertisement

**Dictionary**   Thesaurus   Translations *

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

↑
cellulose
cellulose acetate
cellulose nitrate
celosia
Celsius
Celt
celt
Celtiberian
▸ **Celtic**
Celtic cross
Celtic Sea
Celticism
cembalo
cement
cement mixer
cementation
cementite
↓

Print Preview

See pronunciation key

Search for "Celtic" in all of MSN Encarta

Blog about this entry on MSN Spaces

## Celtic

🔊 Celtic

**Celt·ic** [ kéltik, séltik ]

adjective

**Definition:**

**of Celts:** relating to the Celts, or their languages or cultures

noun

**Definition:**

**1. Indo-European language group:** an Indo-European group of languages that includes Irish, Scottish Gaelic, Welsh, and Breton and has Brythonic and Goidelic subgroups. Native speakers: 1.5 million.

**2. ancestor of modern Celtic languages:** the reconstructed language that is the ancestor of modern Celtic languages

**Also on Encarta**

- 10 tips for building your English vocabulary
- Raise a child who loves to read
- Are master's degrees worth millions?
- Get a scholarship for culinary school
- SAT word of the day
- Quiz: Do you remember high school?

**Make your dreams come true with Englishtown.**

**More Links from Our Advertisers**

SAT Prep               Tutoring
Distance Learning      Online MBA
Education Online       Textbook

http://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?refid=1861595770
04/27/2006 11:52:43 PM

Download the MSN
Encarta Right-Click
Dictionary

Celtic Much of English is made up of words from other languages, and it might be expected that Celtic, the group of languages spoken by the inhabitants of the British Isles before both the Roman and Anglo-Saxon invasions, would be an important early contributor. In fact the Celtic legacy in Old English is slight: lough, the Irish word for a lake that has the same ancestor as Scottish loch, is the only significant survivor. The majority of the words of Celtic origin are of later date, and relate primarily to Scottish, Irish, and Welsh culture, history, or landscape. In the cultural sphere Scottish Gaelic has contributed, for example, caber, cairn (a pile of stones), claymore (from Gaelic *claidheamh mor* "great sword"), and pibroch (from Gaelic *piobaireachd* "art of piping," the first element of which derives from English *pipe*); and especially items of clothing such as trews and plaid. Some of these migrants have both Scottish and Irish origins, for example, brogue (via Irish and Scottish Gaelic *bròg* from Old Norse *brók* "leg covering"), ceilidh (via Irish *céilidhe* and Scottish Gaelic *ceilidh* from Old Irish *céilide* "visit"), clan (via Gaelic *clan* "offspring" from Old Irish *cland*, ultimately from Latin *planta* "sprout"), and sporran (via Scottish Gaelic from Middle Irish). Scottish Gaelic has given the world whiskey (from *usquebea, usque beatha* "water of life"). Irish culture is reflected both in terms of folklore, for example, banshee and leprechaun, and in 20th-century terms relating to the modern Irish state, for example, DáilÉireann "Irish assembly," Garda, the police force of the Republic of Ireland, and Taoiseach, the title of its prime minister. The best-known Welsh cultural migrant is probably eisteddfod, "traditional music and poetry festival."

The three main Celtic languages are well represented in terms of local geography, geology, and archaeology, but the lesser Breton and Cornish languages also make an appearance in

**Our Partners**

ClassesUSA.com: Compare online degrees

CollegeBound Teen magazine: Free issue

hq|education: Career education

Kaplan Test Prep and Admissions

The Princeton Review

Sylvan Learning

**Also on MSN**

Experience Everest on the Discovery Channel

MSN Shopping: Bargains on cool gadgets

MSN Careers: Nail that job interview

**MSN Shopping**



For your Valentine

Easy gift guide

Gourmet chocolates

Fresh flowers

Jewelry & watches



Upgrade your
Encarta Experience    Learn More

http://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?refid=1861595770
04/27/2006 11:52:43 PM

languages also make an appearance in these categories with menhir (Breton), "large single upright prehistoric stone" and vug (Cornish), "small hole in a rock or vein." Scottish Gaelic and Irish are represented by, for example, esker "long narrow ridge of sand or gravel," glen "long narrow valley," and inch "small island," as well as by loch or lough; crag is also from a Celtic language, probably Welsh *craig* or Gaelic *creagh*. From Welsh come cist "Stone Age coffin," cromlech "circle of prehistoric standing stones" and "ancient stone burial chamber," and cwm "cirque." In zoology Cornish makes its contribution with the shark, porbeagle, and fish, wrasse, Scottish Gaelic with the birds capercaillie and ptarmigan, and Welsh with the corgi dog. In botany the shamrock, of course, comes from Ireland.

Less obvious migrants of Celtic origin include bijou (immediately from French, but the French word was adopted from Breton *bizoù* "jeweled ring," from *biz* "finger"); bunny, the child's word for "rabbit," which goes back to Gaelic *bun* "stump, bottom"; galore, from Irish *go leor* "sufficiency"; pillion, an early migrant to English (15th century), from Gaelic *pillean*, Irish *pillín* "little couch"; slew, an informal word for "large quantity or number," which came in the mid-19th century from Irish *sluagh* "multitude"; slogan, originally the battle cry of a Scottish Highland clan; and trousers (from Gaelic *triubhas* "close-fitting shorts," from which trews also derives).

Encarta® World English Dictionary [North American Edition] © & (P)2006 Microsoft Corporation. All rights reserved. Developed for Microsoft by Bloomsbury Publishing Plc.

® 2006 Microsoft   *Microsoft*

http://www.m-w.com/cgi-bin/dictionary?book=Dictionary&va=Celtic    04/27/2006 11:57:11 PM



http://www.m-w.com/cgi-bin/dictionary?book=Dictionary&va=Celtic    04/27/2006 11:57:11 PM

**Ads by Google**

**Celtic Christianity**
Connecting with God using ancient insights of Celtic Christians
www.explorefaith.org

**Celtic Jewelry**
Authentic Hallmarked Irish Jewelry. Exquisite Jewelry Specially Priced.
www.celticonlinejewelry.com

**Celtic Jewelry**
Exclusive Unique Bracelets To Be Treasured Always-Makes Great Gifts!
www.Signals.com

## I want a
## Bachelor's degree in ...

Business – Administration & Mgmt. ▾

Submit

## I want a
## Master's degree in ...

Business – Administration & Mgmt. ▾

Submit

Pronunciation Symbols

degree while serving the US Military in as little as 13-18 months.

www.education-advancement.com

**Bachelor's Degree Programs for US Military Personnel**

Get a promotion, earn more money or land your dream job with a bachelor's degree from an accredited university.

www.education-advancement.com

**Earn your Associates Degree**

Click here to compare education programs and benefits for US Military personnel.

www.education-advancement.com

Products    Premium Services    Company Info    Contact Us    Advertising Info    Privacy Policy

© 2005-2006 Merriam-Webster, Incorporated

http://dictionary.cambridge.org/define.asp?key=12146&dict=CALD    04/27/2006 11:57:50 PM



CAMBRIDGE | Dictionaries Online                                        Link to us | 🛒 | Help

**Cambridge Advanced Learner's Dictionary**

[                    ]  [ Look it up ]

Select another dictionary.. ▼

We publish dictionaries for people learning English all over the world
Choose the right dictionary for you...

Resources

• Activities
• Top 20 words
• Word of the day
• Data for Language Researchers
• About the corpus

**Buy me!**

English Language Teaching from Cambridge University Press

Many more resources are available from Cambridge ELT.

A learning adventure

**Definition**

**Celtic**  Show phonetics
adjective
of an ancient European people whose modern relatives include the Irish, Scots, Welsh and Bretons, or of their language or culture:
    *Celtic art*

**(from** Cambridge Advanced Learner's Dictionary**)**

Ask.com

[          ]  [ Search ]

Cambridge Storybooks

© Cambridge University Press 2006.

The first and last word in dictionaries

http://www.bartleby.com/61/32/C0193200.html     04/27/2006 11:58:49 PM



Ads by Goooooogle

**Celtic Wedding Bands**
Gold Celtic Knot Rings,
Affordable, Two-Tone
& White Gold designs.
wedding-band-ring.com

**Get a Franklin Handheld**
Free Shipping on
electronic dictionaries
& translators.
www.franklin.com



Search Dictionary ▼ Go

Home   Subjects   Titles   Authors          Encyclopedia   Dictionary   Thesaurus   Quotations   English Usage

Reference > American Heritage® > Dictionary

Celtiberian                                                                Celtic cross

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

Celtic

SYLLABICATION:  Celt·ic

PRONUNCIATION:  kĕl'tĭk, sĕl'-

VARIANT FORMS:



VARIANT FORMS: also **Keltic** (kĕl´-)

NOUN: A subfamily of the Indo-European language family comprising the Insular and the Continental branches.

ADJECTIVE: Of or relating to the Celtic people and languages.

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

Celtiberian                                                                 Celtic cross

 [_____] Search

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2005 Bartleby.com

**amazon.com**
**Find Gifts**
▸ Shop now at Amazon.com
Privacy Information

**AARP Membership. Only $12.50.**
**Shouldn't You Be A Member?**


Whose legs are these?
○ Angelina Jolie
○ Jessica Simpson
○ Jennifer Lopez
Claim your
FREE*
PS3®!
CLICK HERE NOW

# Exhibit D

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,885,489
Registered Sep. 21, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## CELTIC CHRISTMAS

DUMBARTON CONCERTS, INC. (D.C. COR-
PORATION)
3133 DUMBARTON STREET, NW
WASHINGTON, DC 20007

FOR: ENTERTAINMENT SERVICES, NAMELY,
PROVIDING LIVE MUSICAL PERFORMANCES, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-5-1986; IN COMMERCE 12-5-1986.

SEC. 2(F).

SER. NO. 75-242,043, FILED 2-14-1997.

STEVEN BERK, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,256,333

Registered June 29, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## A CELTIC SOJOURN

WGBH EDUCATIONAL FOUNDATION (MAS-
SACHUSETTS CHARITABLE, NON-PROFIT
CORPORATION)
125 WESTERN AVENUE
BOSTON, MA 02134

FOR: EDUCATIONAL AND ENTERTAIN-
MENT SERVICES, NAMELY, AN ON-GOING
RADIO PROGRAM FEATURING CELTIC
MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND
107).

FIRST USE 11–0–1986; IN COMMERCE
11–0–1986.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CELTIC", APART FROM THE
MARK AS SHOWN.

SER. NO. 75–282,254, FILED 4–28–1997.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25, and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101, and 107

**Reg. No. 2,576,792**

# United States Patent and Trademark Office

Registered June 4, 2002

## TRADEMARK
## SERVICE MARK
### SUPPLEMENTAL REGISTER

## CELTICFUSION

APA PRODUCTIONS, INC. (CALIFORNIA COR-
PORATION)
4580 "B" ALVARADO CANYON ROAD
SAN DIEGO, CA 921204308

FOR: AUDIO DISCS; PRE-RECORDED AUDIO
TAPES, PRE-RECORDED VIDEO CASSETTES,
COMPACT DISCS, MOTION PICTURE FILM, PHO-
NOGRAPH RECORDS AND VIDEO DISCS, IN THE
FIELD OF LIVE MUSICAL AND DANCE PERFOR-
MANCES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 9-29-2000; IN COMMERCE 9-29-2000.

FOR: BAGS NAMELY MERCHANDISE, PAPER
AND PLASTIC BAGS; ENVELOPES; CARDS, NAME-
LY BUSINESS CARDS; PAPER, NAMELY LOOSE
LEAF, FIBER, NOTE, PARCHMENT, STATIONERY
AND WRITING PAPER; NOTEBOOKS; STICKERS;
BINDERS; ADDRESS BOOKS; BOOK COVERS;
MEMO PADS; PAPER IDENTIFICATION TAGS;
LABELS, NAMELY, ADDRESS, SHIPPING AND
PRINTED LABELS NOT OF TEXTILE; POSTERS;
BROCHURES IN THE FIELD OF MUSICALS; CAT-

ALOGUES FEATURING MUSICALS; SOUVENIR
PROGRAMS, PHOTOGRAPH MOUNTS AND PHO-
TOGRAPH BOOKS; PAPER FLAGS, BANNERS AND
SIGNS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 9-29-2000; IN COMMERCE 9-29-2000.

FOR: CLOTHING, NAMELY, T-SHIRTS AND
SWEATPANTS; HEADWEAR, NAMELY HATS
AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2000; IN COMMERCE 9-29-2000.

FOR: ENTERTAINMENT SERVICES IN THE
NATURE OF LIVE MUSICAL AND DANCE PER-
FORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND
107).

FIRST USE 9-29-2000; IN COMMERCE 9-29-2000.

SER. NO. 75-804,296, FILED P.R. 9-20-1999; AM. S.R.
8-9-2001.

PAM WILLIS, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,415,752

Registered Dec. 26, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

## CELTIC STORM

REZENDES, SHARON LYNN (UNITED STATES CIT-
IZEN)
9901 WEST SAHARA AVENUE, SUITE 207
LAS VEGAS, NV 89117

FOR: ENTERTAINMENT IN THE NATURE OF
DANCE PERFORMANCE; DANCE STUDIO; DANCE
SCHOOL; AND CHOREOGRAPHY SERVICES FOR
OTHERS, IN CLASS 41 (U.S. CLS. 100, 101 AND
107).

FIRST USE 1–1–1994; IN COMMERCE 2–25–1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "CELTIC", APART FROM THE MARK AS
SHOWN.

SER. NO. 75–883,073, FILED 12–30–1999.

KELLY BOULTON, EXAMINING ATTORNEY

**Int. Cls.: 9 and 41**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 107**

**Reg. No. 2,409,539**

## United States Patent and Trademark Office

**Registered Nov. 28, 2000**

---

### TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER

### COWBOY CELTIC

WILKIE, DAVID (CANADA CITIZEN)
P.O. BOX 868
TURNER VALLEY, ALBERTA, T0L 2A0, CANADA

    FOR: PRE-RECORDED COMPACT DISCS FEA-
TURING MUSICAL COMPILATIONS, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).
    FIRST USE 9–0–1995; IN COMMERCE 10–0–1995.
    FOR: ENTERTAINMENT SERVICES, LIVE PER-
FORMANCES BY A MUSICAL BAND, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

    FIRST USE 12–31–1995; IN COMMERCE
6–21–1996.
    PRIORITY CLAIMED UNDER SEC. 44(D) ON
CANADA APPLICATION NO. 815945, FILED
6–25–1996, REG. NO. TMA487290, EXPIRES
12–19–2012.

    SN 75–979,148, FILED 11–7–1996.

ESTHER A. BORSUK, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,700,460

Registered Mar. 25, 2003

### SERVICE MARK
### PRINCIPAL REGISTER



THE CELTIC DIVAS, LTD. (IRELAND COR-
PORATION)
128 LOWER KILMACUD ROAD,
STILLORGAN, COUNTRY DUBLIN, IRELAND

FOR: AUDIO RECORDING AND PRODUCTION;
ENTERTAINMENT IN THE NATURE OF LIVE
MUSIC CONCERTS, ORCHESTRA PERFORMAN-
CES AND LIVE PERFORMANCES BY GROUPS OF
SINGERS; CABLE TELEVISION PROGRAMMING;

TELEVISION AND RADIO PROGRAMMING, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-1-1999; IN COMMERCE 3-16-2002.

SER. NO. 78-116,504, FILED 3-21-2002.

MICHELE SWAIN, EXAMINING ATTORNEY