UNITED STATES DISTRICT COURT         **FILED ELECTRONICALLY**
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – –x
                                         )
CELTIC WOMAN LTD.,                 )
                                         )
      Plaintiff,                      )
                                         )    No 08-CV-0066 (TPG)
              - against -            )
                                         )
CELTIC THUNDER LTD.,             )
CELTIC MAN LTD., SHARON        )
BROWNE, WLIW LLC,               )
ALIGN ENTERTAINMENT LLC      )
and GUSTAVO SAGASTUME        )
                                           )
      Defendant.                    )
– – – – – – – – – – – – – – – – – – – – – – – – – – – – –x

## DECLARATION OF SHARON BROWNE

1.      I am a defendant in this action, and an owner and director of defendants Celtic Thunder Ltd. and Celtic Man Ltd. I make this declaration on personal knowledge in opposition to the plaintiff's motion for a preliminary injunction.

### My Creation of CELTIC WOMAN

2.      In 2003, I developed the idea for CELTIC WOMAN. At the time I owned a record label called Celtic Collections Ltd. I wanted to create a stage show to give more exposure to some of the female Irish artists signed to my label.

3.      I developed that idea into CELTIC WOMAN, a show featuring an ensemble of female singers and one violinist, costume changes, a large orchestra and intricate sets. Under my creative direction, CELTIC WOMAN became a highly

successful stage show, television program (particularly on United States public television) and line of CDs and DVDs.

4.    Throughout the development of CELTIC WOMAN and the various CELTIC WOMAN products and services, I was the person principally responsible for the creative decisions.  I brought in David Kavanagh as a financier and David Downes as music director.  Mr. Kavanagh's input was financial.  Mr. Downes worked at my direction.

5.    I was regularly credited as the "creator" and "producer" of CELTIC WOMAN, including in publicity materials issued or approved by the people who are now suing me for using those terms to describe myself.  For example, attached as Exhibit A are the CD liner notes for the original CELTIC WOMAN CD stating that I "created" the show along with Downes and Kavanagh.  Attached as Exhibit B is a copy of the original souvenir program for CELTIC WOMAN that states that I created the show with Downes. Newspaper articles about CELTIC WOMAN similarly credited me as creating the show. Attached as Exhibit C is an article from the *New York Times* dated May 13, 2007 indicating that I created the CELTIC WOMAN show along with Downes and Kavanagh. Attached as Exhibit D is an article from the *Boston Globe* dated July 24, 2005, describing CELTIC WOMAN as my "vision."  These characterizations are typical of the media coverage that I and the show received, and which the people now suing me never disputed prior to this lawsuit.

2

<u>2004 Sale of My Business; Subsequent Disputes</u>

6.      On July 27, 2004, I sold Celtic Collections Ltd. to Liffey Records, a company owned by David Kavanagh. Although I continued to work with Mr. Kavanagh for a period of time after the sale, over time I was subjected to a pattern of financial mistreatment and corporate misconduct that eventually forced me to depart.

7.      Mr. Kavanagh and I signed a share purchase agreement that transferred all the shares in Celtic Collections Ltd. to Liffey Records. A copy of the share purchase agreement is attached as Exhibit E.

8.      Mr. Kavanagh and I also signed a deal memo acknowledging the terms of our agreement. A copy of the deal memo is attached as Exhibit F. This memo stated that I would be entitled, under a second agreement, to 25 percent of the profits from the CELTIC WOMAN show. A subsequent letter agreement on January 21, 2005 confirmed that I would receive this payment. A copy of the letter agreement is attached as Exhibit G. I have never received any percentage of the profits from the CELTIC WOMAN show or merchandise. On information and belief, through March 2007 I was owed approximately US $3.9 million, and I am owed more today.

9.      As a condition of the sale of my company, I agreed to become an employee and managing director of Liffey Records. I remained in Liffey's employ until December 2006, when I left the company. During my time at Liffey, I was not paid consistently, and I discovered that irregular financial and governance practices were followed at the company. For example, I have seen corporate documents that purport to

bear my signature but which I never signed, indicating that I attended a meeting that I did not attend.  I have filed a complaint with the Irish corporation regulators regarding certain of these issues.

My Creation of CELTIC THUNDER

10.    Prior to the sale of Celtic Collections Ltd., I already had the idea to do a second show, this time with male singers, to be called CELTIC MAN.  Attached as Exhibit H is an email I sent to David Downes and Gustavo Sagastume on September 24, 2004 regarding my idea.  I never sold any rights in CELTIC MAN to Liffey Records or to anyone else.  Neither the stock purchase agreement nor the deal memo made any mention of any transfer of intellectual property rights.  At no time did I discuss with Mr. Kavanagh or anybody else a sale of rights in CELTIC MAN.

11.    When I left Liffey Records in December 2006, I started my own company, Celtic Man Ltd., and began to lay the groundwork for this second show.  My initial concept was to develop a new ensemble of male singers, to be called CELTIC MAN, and to build a show around them called CELTIC THUNDER.  I also founded a second company, Celtic Thunder Ltd.  I am the sole shareholder of Celtic Man Ltd. and a 95 percent shareholder in Celtic Thunder Ltd.

12.    I filed a United States trademark application for the CELTIC MAN mark on April 16, 2007.  A copy of this application is attached as Exhibit I.  This application is still pending before the Trademark Office.  It has not been denied.  The Trademark Office

has requested further explanation from me in regards to my application, which I provided on January 31, 2008.

13.     I am selling my house to obtain the funds to create my new show, and I spent a year developing the show under the working title CELTIC MAN IN CELTIC THUNDER. The first PBS broadcast of my new show was and is scheduled to air on WLIW in March 2008. The initial CD and DVD currently are scheduled to be released to the United States general market on or about February 26, 2008.

Voluntary Decision to Stop Using CELTIC MAN
and Limit References to CELTIC WOMAN

14.     Prior to this lawsuit being filed, I received a number of communications from Plaintiff and from EMI, a record company that I understand is a shareholder in Plaintiff. These communications expressed concern over my use of CELTIC MAN and CELTIC WOMAN. I received the first such communication from Plaintiff on April 11, 2007. Prior to this lawsuit being filed on January 11, 2008, my final contact from either Plaintiff or its affiliates regarding "Celtic Man in Celtic Thunder" came on November 2, 2007. A copy of this November 2, 2007 email is attached as Exhibit J.

15.     After becoming aware of the lawsuit, I decided that in connection with the upcoming United States rollout, I would change the name of the male singing group, the show, and all associated products and services, such as CDs, DVDs and stage shows. All are now known in the United States simply as CELTIC THUNDER. A copy of WLIW's promotional website for CELTIC THUNDER is attached as Exhibit K. No new products

or promotional materials using CELTIC MAN will be generated for the United States market in connection with the upcoming rollout. The phrase CELTIC MAN no longer appears in the show, nor does it appear on or in connection with the CD or DVD. I am committed to eliminate, as best I can, any stray references to CELTIC MAN that might still survive in any context in connection with the United States rollout.

16.     I also decided that in connection with the United States rollout I would eliminate references to myself as the "creator" of CELTIC WOMAN. On the CD and DVD that will be issued for general release, the front packaging now states "From the original producer of Celtic Woman" instead of "From the Creator of Celtic Woman." A copy of the cover art for the general release CD and DVD is attached as Exhibit L. There also are separate editions of the CD and DVD for public television donors. These do not make any reference at all to CELTIC WOMAN, on the covers or elsewhere. A copy of the artwork for the public television CD and DVD is attached as Exhibit M. I am committed to eliminate, as best I can, any stray references to myself as "creator" of CELTIC WOMAN that might still survive in any context in connection with the United States rollout.

17.     My decisions in connection with the upcoming U.S. rollout to drop CELTIC MAN, and to eliminate references to myself as "creator" of CELTIC WOMAN, are firm and irrevocable. Various packaging and promotional materials have been printed or are in the process of being printed. Public distribution of the cover art for the CD and DVD has begun. I have no plans to create or promote any show or product in the

United States, now or in the future, using the CELTIC MAN mark or by referring to myself as "creator" of CELTIC WOMAN.

18.    These were business decisions, which I made solely to promote a smooth U.S. rollout for my new show and to try and minimize any difficulties for my U.S. partners, such as public television stations and my record company. I felt compelled by Plaintiff's tactics to give up legitimate and valuable rights, both in CELTIC MAN and in my identity and reputation as creator of CELTIC WOMAN.

19.    To the best of my knowledge the plaintiff has no show or product called CELTIC MAN, and has no intention to use or develop the CELTIC MAN mark in any way except perhaps to obstruct my business. Plaintiff's website www.celticman.com has no content except a link to www.celticwoman.com, and its website www.celticman.edu has no content at all. A printout of these websites is attached as Exhibit N. Plaintiff currently is promoting a new PBS show and live tour by male Irish singers under the name THE HIGH KINGS, not CELTIC MAN. A copy of Plaintiff's online promotion for THE HIGH KINGS, including a prominent banner advertisement on the CELTIC WOMAN website, is attached as Exhibit O. Although I have no connection with THE HIGH KINGS, and no control over its content or quality, Plaintiff's promotional material falsely states that the new show comes "From the Creators & Producers of Celtic Woman" – that is, from me.

20.    I am in fact the creator of CELTIC WOMAN as well as its original producer, and in connection with my new venture it would be fair and appropriate for me to describe my past involvement with CELTIC WOMAN by using "creator," "original producer" or both.  Nonetheless, I have decided for business reasons to limit my self-description to "original producer" even though "creator" and "producer" more accurately and fully describe my true role.

[rest of page intentionally left blank; signature page follows]

07/02/2008  03:09    35312781919              S BROWNE                          PAGE  09

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Dublin, Ireland this 6th day of February, 2008.

Sharon Browne

# Exhibit A



*Celtic Woman*

Chloë
Lisa
Méav
Mairéad
Órla

1. Last Rose of Summer (Intro)/
   Walking in the Air
2. May It Be
3. Isle of Inisfree
4. Danny Boy
5. One World
6. Ave Maria
7. Send Me a Song
8. Siúil A Run (Walk My Love)
9. Orinoco Flow
10. Someday
11. She Moved Thru' the Fair
12. Nella Fantasia
13. The Butterfly
14. Harry's Game
15. The Soft Goodbye
16. You Raise Me Up

BONUS LIVE TRACKS
17. The Ashoken Farewell/The Contradiction
18. Si Do Mhaimeo i (The Wealthy Widow)

℗ & © 2004 Celtic Woman Ltd. under exclusive
license to Manhattan Records. Manhattan Records℗ is
a registered trademark of Capitol Records, Inc.
Manufactured by Manhattan Records, 150 Fifth Ave.
NY, NY 10011. All rights reserved. Unauthorized
reproduction is a violation of applicable laws.
Printed in USA. www.emdistmarecords.com

7243 8 60233 2 2



## Celtic Woman

You will not find more pure and graceful voices than those of *Celtic Woman*. Alone or united, their voices will stay with you, finding a place that cannot be forgotten.

*Celtic Woman* is the realization of a dream for Sharon Browne and Dave Kavanagh of Celtic Collections Ltd., one of Ireland's most successful independent record labels. With Composer and Musical Director David Downes, she conceived *Celtic Woman* to launch the very special talents of Chloë, Lisa, Méav, Órla, and Máiréad.

David Downes – Musical Director, Conductor, Composer, and Arranger – is a prodigious young Irish Talent. David, who had worked as musical director of *Riverdance*, gathered the forces of the Irish Film Orchestra, Aontas Choral Group, and a host of exciting Irish musicians including percussionists Ray Fean and Robbie Casserly to create what is a truly moving and inspirational show.

Sharon Browne and David Downes brought these great performers together and, with a dream to take them to the world stage, created *Celtic Woman*.

Chloë, only 15 years old, delights with angelic performances of Walking in the Air, "Ave Maria," "Nella Fantasia," and "Someday."

Lisa's stunning performances of "Send Me a Song" and "May It Be" from the *Lord of the Rings* will seduce you while her smile captures your heart.

Méav thrills with her pure soaring soprano voice in unique arrangements of "Danny Boy" and "She Moved Thru' the Fair."

Órla's haunting rendition of Harry's Game, beautifully compliments her pristine Irish Harp accompaniments in The Isle of Inisfree and Ave Maria.

Máiréad – what can you say? She is simply one of the most exciting violinists performing today. You will witness the most graceful whirlwind you can imagine!

Since the birth of Irish civilization some ten thousand years ago, a tradition of song has greeted new dawns and celebrated life. Haunting voices over mountains, valleys, and lakes, carry with them ancient tales we now cherish. This poetry of song is part of who we are. It is in our souls. We live and breathe it, and nowhere is this more true than in *Celtic Woman*.

From this Irish heritage, a coming together of the talents of Sharon Browne, Dave Kavanagh, David Downes, and these stunning artists over the past two years of planning, along with a crew of over 250 people, has resulted in *Celtic Woman*, a dramatic music show, CD, and DVD quite unlike anything else.

# Exhibit B



IN CONCERT

SOUVENIR PROGRAMME





"When I think about Celtic Woman I think... The combination of wonderful music, breathtaking vocals and an outburst of love, slaved by contemporary songwriting and traditional Irish vocal. It's a combination that will come even into live musical genius. It is simply that good."

David Munro

# Celtic Woman

## A CELEBRATION OF LIFE

### BY SIOBHAN LONG

The Celts were the mother of all storytellers. They were hell-bent on passing their traditions and sacred rituals by word of mouth. They recognised the power of the spoken word long before Macaoid bottled the precious airwaves by mastering Reiki. The Celts' playing fields included the territories of Ireland, Scotland, Wales, the Isle of Man, Cornwall and Cape Breton. They might have spoken different languages, but they shared the same linguistic roots. They were united by a fondness for natural mythologies, an independent streak that ran the envy of our modern-day wannabes, and most of all, they taught us a thing or two about celebrating life generally, and stories in particular.

These days though, some three thousand years after the Celts enjoyed their heyday (around the first millennium BC), what we understand to be Celtic is as basic as the boundaries that define the Irish traditional musical style of Sliabh Luachra... as much a spiritual inheritance as a geographical foreknowledge. It wraps its informed tunes, its polkas and slides around the hills and valleys of Ireland's mid-west and south-west, around Co Cork/Limerick/Kerry borders and according to many, its real heartland can be found in the bare townlands of Scartaglen

**CELTIC CULTURE PRE-DATED CHRISTIANITY. IT THRIVED BEFORE ANY SEEDS OF PATRIARCHY COULD BE SOWN. WOMEN PLAYED A CRUCIAL ROLE IN EVERY ASPECT OF CELTIC CULTURAL EXPRESSION**

and Knocknagree, where in Dan Connell's pub, the floorboards vibrate seven nights a week to the often manic rhythms of the local music. Celtic music is just as chaotic as the magnificent tunes of Sliabh Luachra. In fact, so the angels, Celtic traditions might stand astonied of a certain casual adaptability, for example, Celtic symbols have been used in the design of some of the best steam covers. Back in the 70s, Irish trad rockers Horslips cottoned on to the commercial potential of Celtic design, and we also Phil Lynott's Thin Lizzy as keen on theing their... the daring of the rock fraternity. Like Celtic ethos were ecstatically-charged mythologies were hijacked (and sanitised) by Christian morals, and their warfare methods were borrowed and stolen by Hollywood directors and trash reationists alike, who adored the melodrama of their stories.

Celtic culture pre-dated Christianity. It thrived before any seeds of patriarchy could be sown. Women played a crucial role in every aspect of Celtic cultural expression. Celtic goddesses played powerful roles in people's imaginations. Back then, the Celts had the good sense to focus on the life-affirming powers of Sheela na Gig. These were gloriously erotic exhibitionist female

carvings which were found mostly on the south facing walls of convents, churches and abbeys. Their unself-conscious displays of sexuality don't so much as raise a Celtic eyebrow, since they were so common back then as it too ADV video bemoli is too today.

These days the word 'Celtic' conjures up a lot of different images from the religious symbolism of the Celtic cross to the intricate patterns that decorate the Book of Kells, and from the ancient alphabet found on old Ogham stones to the epic Irish myths of Cúchulainn, the hound of Ulster, Queen Maeve and the Táin Bó Cuáilgne, or the Celtic band of Conky Irish students have been weaned on these heroic tales for generations, so it's not surprising that tracts of best style have seeped into the veins of poets, singers, storytellers and musicians, whose repertoire has benefited hugely from the rich inheritance of their Celtic brethren. Songs have been used to bolster Celtic identity too. Suantraí is an old Irish phrase that describes the three elements of ancient Irish music, namely, a lullaby, geantraí, a happy song, and goltraí, a lament. What emotional rollercoaster rides could be undertaken simply by embracing all of these aspects of musical expression!

**IT'S THIS VITALITY, THIS INSISTENCE ON MARRYING ANCIENT OF TRADITIONS WITH CONTEMPORARY ACCENTS THAT HAS GUARANTEED CELTIC MUSIC A PLACE AT THE TOP TABLE IN THE 21ST CENTURY.**

It's this vitality, this insistence on marrying ancient traditions with contemporary accents that has guaranteed Celtic music a place at the top table in the 21st century. Robert F Kennedy reminded us that "it we fail to dare, if we fail to try, then the next generation will harvest the fruits of our indifference." Celtic music heeded that message long before any public realisms gou looked it to do so. Audiences too have played a significant part in encouraging this renaissance. They experienced a wide-eyed delight in the seismic energy of this dance, that celebration of a dance form that for many years was the poor relation of the Irish tradition. They heed Riverdance's innovative interpretations of Irish jigs and reels, and their enthusiasm fuelled an international surge of interest in Celtic music.

Therefore, we live in an age when our appetites for exploration, musical and otherwise, can be sated. We have ready access to all manner of world music, all of which in other people's folk music. Celtic music offers the listener yet another glorious window to the soul, into the threads that bind the past with the present, weaving shafts of light into the future. It's the art of the possible made real.





## ORLA
### HARPIST & SINGER

Orla has a saying, "It's a long way from Knockananna to Carnegie Hall." The singer and harpist from the tiny village in the South East of Ireland ought to know because she's made the journey. She's won the international Feis Ceoil and International Pan Celtic competitions twice and has toured extensively in Europe and the USA as a soloist, performing the renditions of haunting Irish airs along with her own original compositions. Orla has performed for the Pope in the Vatican, the President of Ireland and in the Basilica of the National Shrine in Washington, DC. She has also recorded, performed and toured with groups such as Clannad, Anúna and Oísín. David Agnew, the 2000 debut CD "The Water is Wide" has earned her critical acclaim and has led to many television and radio broadcasts, including UTV's Kelly Show and RTE's Open House. The album includes many of Ireland's best-loved songs such as "She Moved Thro' The Fair', Carrickfergus' and 'Down By The Sally Gardens'. Most notably, Orla was chosen as one of the soloists in 'Celtic Woman' invited to join by musical directors Sharon Browne and David Downes who spotted her haunting voice. Orla considers the show, "the opportunity of a lifetime."

## LISA
### VOCALIST

Lisa might best be known to audiences as one of the soloists in Celtic Woman', but her background is purely steeped in the world of musical theatre. Her parents are both heavily involved in Ireland's amateur theatre community and too its right in, starring on the musical 'Bugsy Malone' at the age of 9. A talented actress as well as a singer, Lisa continued her studies in drama and was classically trained in both singing and piano. Her heart always belonged to the theatre though, where she has had principal roles as "Minnie Kelly" in Chicago, "Florence" in Chess, "Laurie" in Oklahoma and "Sandy" in Grease. She has also performed in numerous concerts in Dublin's National Concert Hall, including "The Magic of Gershwin", "The Music of Cole Porter" and "From Rainberg to Zeigfeld". She has won many awards for singing, and drama in Ireland, among them the Goal Féile Cup, the Temple Melody "Singer of the Year" and "Best Female Performer" in the Horizon Ireland Musical Awards. In 2000 she joined the cast of "Celtic Woman", the Show in which she focused her own vocal and acting talents on a professional stage.



EARTH







## MÁIRÉAD — FIDDLE

A fiddle player since the age of 6, Máiréad has capitalised on her ability to play both Irish traditional and classical music, a talent that has most recently culminated in her role as soloist in "Celtic Woman." She began her professional career with the RTÉ Concert Orchestra and has gone on to work with such illustrious acts as Nigel Kennedy, Van Morrison, Sinéad O'Connor, Clannad, Emmylou Harris, Aslan, Chris De Burgh, Jimmy Webb, and such acts as Lunny's Coolfin, Sharon Shannon, Paul Brady, Frances Black, Clooney and Begley and Jimmy McCarthy. She's played on the original soundtracks of the shows Riverdance, Lord of the Dance and Feet of Flames and subsequently performed in three world tours as the original lead fiddle in Lord of the Dance and 'Feet of Flames'. Winner of Irish Music Magazine's title of Best Traditional Female (2003), she tours with her own band and has also played and recorded with the Absolut Sound System. She has composed the original music score for the new dance show 'Invasion' to tour in 2006. Máiréad also had the honor of performing privately for HRH The Princess Royal (Princess Anne) on her recent visit to Dublin in September 2004.

## CHLOE — VOCALIST

At just 16-years-old, Chloe has done more than many performers ever dreamed. Both of her parents, Adele ("Twink") King and David Agnew are successful performers and Chloe made her stage debut at 4 weeks old and sang on her mother's TV show at the age of 6. In 1998, she won the Grand Prix at the First International Children's Song Competition in Cairo, Egypt, representing Ireland with a song called "The Friendship Tree." At 11 she recorded a single to raise money for charity and has recorded two full-length solo CDs as well. In addition to her angelic voice, Chloe is a student of piano, guitar and recorder and she couldn't be happier about being a soloist on Celtic Woman. "The show has opened up a huge new door for me," she says. "I've gotten to do things I just never dreamed I could do."












# DAWN OF A CELTIC WOMAN

by Sharon Browne

Sitting in the audience at the first performance of Celtic Woman in Dublin in 2004 we knew we were experiencing something very special. Composer David Downes and myself had set about creating a show that would bring together some of Ireland's most talented vocalists and musicians and present them on the world stage. It had been my ambition ever since I started Celtic Collections back in 1995, to devote a considerable part of the label's endeavours to developing and promoting the young female artists we were signing. Although we had a very healthy catalogue of established international artists to look after including Clannad, Altan, Phil Coulter, The Dubliners, The Fureys, and so on, I felt we could step make an impact with some of the newer young talent that was emerging.

It was an exciting time, in the aftermath of Riverdance and the success of U2, Ireland was producing some uniquely talented artists and I was determined to have them on my label. Mary Mc Masternational, Chloe Agnew, Áine Furey, Aoife, Lisa and Lisa Kelly were all signed to Celtic Collections at the young artist level and they'd gone on to make successful albums with us. I had been looking at various ways of presenting these young talents to a wider audience. At the Midem festival in Cannes, I presented the concept for a Celtic Woman show to Gerhard Sagmeister of PBS in the USA. He loved the Celtic idea and the Music and the Concept. Negotiations

|  |
| --- |
| MONTHS OF |
| HARD WORK, |
| PLANNING, |
| CREATING, |
| CHANGING, |
| RE-CREATING, |
| RESULTED IN |
| THE FILMING OF |
| CELTIC WOMAN. |

began for Celtic Collections to create and film Celtic Woman and for PBS to commit to running the show as a PBS Pledge show.

A fortuitous meeting with David Downes sealed the spirit. I was searching for I had first met David as a prodigious 17 year old working with the Corrs! I subsequently signed him and David Agnew performing as 'Fir na gCeoil' to the label. They have now several albums in the Celtic Collections catalogue including 'Hearts Quest' a great musical journey and a concept for a Celtic show created for the European market where their albums enjoyed great success. David, who had produced albums for Chloe and Lisa, was my planning our album with a project for 'Fir na gCeoil'. By the time he left, Celtic Woman was born.

Months of hard work, planning, creating, changing and re-creating resulted in the filming of Celtic Woman at The Helix in Dublin on 15th September 2004 with a fantastic Cast and Crew. My three 15 year old, following the Performance which was fantastic and certainly the highlight of my career to date, the Show was edited into a DVD and a Studio CD was recorded, mixed and mastered. Celtic Woman has developed from the success of the PBS broadcasts and DVD sales to the USA into a new Touring Show. And so it begins....

## SHARON BROWNE
### PRODUCER

Sharon Browne has been working in the music business for 20 years. Her Management buyout in 1996 of RTÉ in Ireland created what was to become Ireland's Premier Irish Music Label – Celtic Collections an independent and Irish owned label. Her focus moved to representing the catalogue of big Irish names such as Phil Coulter, The Dubliners, The Wolfe Tones, The Furey Bros. & Davy Arthur, Bagatelle, Jim McCann, Paddy Reilly to highlight but a few throughout the world. Sharon developed the label by nurturing further into more Contemporary Irish Music and World music with the likes of Clannad, Altan and Bádéara and began investing in young Irish female vocalists such as Chloe Agnew, Máire Ní Mhaoláin, Áine Furey, Aoife, Rua, Lisa Kelly and others creating a predominantly female company Sharon Browne is the Producer of the Show along side with being Managing Director of Celtic Collections Ltd. Sharon is married to Declan and they have three sons Alex, Matthew and Dudley, all of whom she adores. She is loving this new phase in her career. It is full of promise and excitement, long may it last!

## DAVID DOWNES
### COMPOSER

Performing credits include concerts at Carnegie Hall, Wembley Arena, and Capitol Hill, Washington DC, appearing with among others, James Galway, Alan Stivell, Baywatch, The Washington Symphony, Moscow, San Marcelino, Nancy Griffith Symphony and Various Symphony Orchestras. Television, film and theatre credits include The Snapman, Thou Shalt Not Kill, The Enemy Within, The Hunt for Red White and Jeff. Daniel's Escondido in the Moonlight. David has been Musical Director for the Escondido / American touring company European touring company and orchestrator of Riverdance On Broadway. He has also arranged and orchestrated for Bonnie Tyler, Charlotte Church and Secret Garden. As a producer, David has recorded several albums with David Downes, achieving Gold status in Ireland and Europe, and is the musical director and conductor of the PBS TV Special Celtic Woman in the US, which was released by EMI on CD and DVD in March this year. It also spent some 6 months at No 1 in Billboard's World Music Charts.

## DAVE KAVANAGH
### EXECUTIVE PRODUCER

Dave Kavanagh began his career in music as the entertainments officer at University College Dublin. During his career he has acted as concert promoter, agent for U2 and the Boomtown Rats and manager of Clannad during which time the band has unprecedented success all over the world. He has also been the founder and Chief Executive of a number of record labels including Celtic Heartbeat, which he founded with U2 manager Paul McGuinness. The label enjoyed the multiplatinum selling Riverdance album that was the biggest selling Irish album in history. Dave Kavanagh worked with a currently managing top Irish artists such as Clannad and in 2004 Gift he represented Celtic Collections, Ireland's leading independent music label. Also during 2004 Dave Kavanagh produced the show 'Celtic Woman' with Celtic Collections MD, Sharon Browne, and music composer, David Downes. He negotiated a deal with EMI to gather in the development of the show and in releasing the CD and DVD of the show. Celtic Woman has been broadcast on PBS in the US and will be touring the USA in 2006 and 06.

AVAILABLE NOW
ON DVD & CD

ALSO AVAILABLE
ON VHS FROM
WWW.SHOPPBS.ORG

WWW.MANHATTANRECORDS.COM

# THE MUSICAL JOURNEY

### BY DAVID DOWNES

SHARON AND
MYSELF ONE DAY
TALKED THIS SHOW
INTO EXISTENCE.

OVER A LONG
AFTERNOON
WHEN WE MET TO
DISCUSS ANOTHER
PROJECT ENTIRELY.





Celtic Woman has been one of the most popular performance programs for PBS audiences in recent times. Much of its success on PBS is owed to the great care that was taken from the beginning to create a "musical experience" for the viewer that went beyond the wonderful musical performances. The set, the costumes and the choreography to enhance the feeling of "being transported" to another world. "Celtic Woman" reinforces PBS's great tradition of bringing great new talent to an appreciative audience that always hungers for more.

GUSTAVO SAGASTUME

## CELTIC WOMAN
### TRACK LIST

**ACT ONE**

| | |
|---|---|
| The Sky, The Earth, The Sea | D. Downes / B. Graham |
| Caledonia | D. McClean |
| The Butterfly | Trad Arr. D. Downes / M. Nesbitt |
| Danny Boy | Wm Harty (Trad) Arr. Conor O'Reilly |
| Siúláir | A. Averson/S. Schwartz |
| Orinoco Flow | Ryan / Ryan / Enya |
| Siún A Rún | Trad D. Downes |
| Granuaile's Dance | D. Downes |
| The Blessing | D. Downes / B. Graham |
| Si Do Mhaimeo I | Trad Arr. D. Downes / M. Ní Mhaolchatha |
| One World | D. Downes |
| Vivaldi's Rain | Trad Arr. D. Downes |
| Somewhere | M. Nesbitt / Bernstein / Sondheim |
| My Ghost Mear | Downes / Ní Dhubhghaill / McCrea |

**ACT TWO**

| | |
|---|---|
| Walking In The Air | Blake |
| Harry's Game | Brennan / Brennan |
| Sing Movie Extra The Fair | Trad Arr. D. Downes |
| Send Me A Song | D. Downes / C. Ní Dhubhghaill |
| The Soft Goodbye | D. Downes / C. Ní Dhubhghaill |
| Nella Fantasia | D. Agnew / E. Morricone |
| At The Ceili | E. Morricone / C. Ivinne |
| Ave Maria Fantasia/The Contradiction | D. Downes / S. Healy |
| The Voice | U Singer |
| Isle of Inisfree | Trad Arr. D. Downes / M. Nesbitt |
| Sing Out | B. Graham |
| You Raise Me Up | D. Kennedy |
| Siún Le Lady | D. Downes / B. Graham |
| | R. Lørland / B. Graham |
| | Trad Arr. D. Downes |



# AVAILABLE NOW
## FROM CELTIC COLLECTIONS

CHLOE - WALKING IN THE AIR
LISA - LISA
MÉAV - MÉAV
MÁIRÉAD - RAINING UP
ÓRLA - THE WATER IS WIDE

WWW.CELTICCOLLECTIONS.COM







www.celticwoman.com

# Exhibit C

Case 1:08-cv-00066-TPG    Document 22-4    Filed 02/07/2008    Page 2 of 4

MT; path=/; domain=.nytimes.com Expires: Thu, 01 Dec 1994 16:00:00 GMT Cache-control: no-cache
Pragma: no-cache Connection: close

## The New York Times

---

May 13, 2007

TELEVISION

# The Bankable Siren Call of the Misty Isles

**By CLAIRE DEDERER**

ABOUT a year ago I started to notice something odd on those evenings when I was channel surfing. When I passed through PBS, I often caught sight of a bunch of impeccably groomed women in shiny gowns singing gorgeous harmonies with great sincerity. Every once in a while a tiny, buxom fiddler would cavort across the stage, tossing her white-blond mane. They induced in me a spacey, Groban-esquestupor. They were Celtic Woman.

I asked friends if they'd seen Celtic Woman. They always answered no. This was odd, since it seemed as if every time I turned on my TV, there they were. Then I realized I was asking the wrong question. "Have you seen these female light-classical singers on PBS?" I asked. "They're Irish? They seem kind of tarty?" And then the answer was often yes.

Celtic Woman is a strange phenomenon. Despite its PBS ubiquity, no one seems to know the name or understand whether it's a band, a show or what. Here is a little Irish shorthand: Celtic Woman is "Riverdance" with singing. And it's a powerhouse for PBS member stations at pledge time.

The first PBS Celtic Woman special, which appeared in March 2005, has been shown more than 3,400 times on 316 PBS stations. The latest special, "A New Journey," is headed for similar figures. At KCTS in Seattle, for instance, the average audience share for the new special is up 10 percent from the popular original show. Donna Sanford, director of programming and production for Rocky Mountain PBS in Denver, where it is being shown again next Saturday, said, "People just really like the program."

Fans seem to appreciate the group's element of surprise. They couch their appreciation in terms of discovery. "My wife and I were sitting there watching TV," Joseph Hunkins, 47, an Internet entrepreneur from Talent, Ore., said, "and these women came on, and they were just singing so beautifully. I don't normally like that kind of music, I'm more of a bluegrass kind of person. But it was just hugely entertaining."

PBS programmers really like Celtic Woman too, especially what it does for their bottom line. "The program has made money for us," Ms. Sanford said. "It also appealed to a slightly younger demographic, by which I mean 40s or 50s."

Supported by this strong PBS presence, Celtic Woman's record sales have been prodigious. The self-titled debut album, released in 2005, was No. 1 on the Billboard world-music charts for 82 consecutive weeks. It was bumped from that spot by the group's Christmas album. Both albums were in turn bumped by "A New Journey," which was released in January. This latest album made a crossover as well, starting at number four on the Billboard Top 200.

PBS was involved in Celtic Woman from its inception. The story begins in 2004 at Midem (Marché International de l'Édition Musicale), the international trade fair held each year in Cannes. Gustavo Sagastume, then PBS's vice president for programming, was sitting in the lobby of his hotel smoking a cigar when he overheard a woman talking about a singer with a voice like Charlotte Church's. "That perked up my ears," recalled Mr. Sagastume, who is now an independent producer.

The woman was Sharon Browne, a founder of Celtic Collections records, who was promoting some female performers. "I told her, no offense," Mr. Sagastume continued, "but girls with pretty voices from Ireland were not really a major market need for us." Ms. Browne pressed her case, and he yielded. "I said, if you can give me Charlotte Church meets Enya meets Sarah Brightman, then we can talk. She said she'd do it, but people say things late at night, especially at bars in France."

Six months later Ms. Browne called him and told him to go to Dublin. She; her fellow producer, Dave Kavanagh (who is now the chairman and chief executive of Celtic Woman); the musical director and composer David Downes; and the performers had created just what Mr. Sagastume wanted, right down to the number of cameras. "We look for programs that use 8 to 14 cameras and a crane," he said. "They had all that, along with great lighting, beautiful costumes."

What Mr. Sagastume saw in Dublin was a glossily produced group of five Irish lasses: Orla Fallon, a redhead with harp chops; Meav Ni Mhaolchatha, who adds delicious wriggles to her soprano renditions of traditional tunes; Chloe Agnew, who was 15 when the show began; Lisa Kelly, who has a background in musicals; and Mairead Nesbitt, the sexy fiddling sprite. For the latest show they were joined by Hayley Westenra, a classical phenom from New Zealand.

Charlotte Church meets Enya meets Sarah Brightman. I spent a weekend watching the DVDs of the two PBS specials to see how such a Frankenstein monster would sound once it got up from the laboratory table and started singing. Very pretty, is the answer. The show is a masterpiece of heartfelt slickness. Backed by an orchestra and a chorus, the singers perform a combination of genres: light classical, traditional Irish and hideous pop.

The singing is at times stunning. Ms. Ni Mhaolchatha has a pure soprano that shows up beautifully in traditional tunes like "She Moved Thru' the Fair." It's hard to resist Celtic Woman when it's singing Irish airs. Unfortunately power ballads like "You Raise Me Up," a song popularized by Josh Groban, are much in evidence. The exhaustingly feelingful pop repertory is countered with light classical tunes like Ennio Morricone's "Nella Fantasia," which turns into

lovely mush when sung by Ms. Agnew. And of course Enya's "Orinoco Flow" makes an appearance.

The first special was shot at the Helix, a performance hall in Dublin, with lots of sweeping, brightly colored lights. For the second, the producers took it to the next level and shot the show at Slane Castle, an ivy-covered edifice in County Meath, which the liner notes proudly boasts is the ancestral home of Lord Henry Mount Charles.

The singers themselves are gorgeous to look at and polished as gemstones. They have perfect eyebrows. Their hairdos — shag, bob, curtain — seem inspired by the various stages of Jennifer Aniston's career. Each of the singers could become a morning talk-show host if the music thing doesn't work out. Except Ms. Nesbitt, the fiddler: All she needs for her new career is a pole. In her corset-laced gown, her long hair whipping wildly, she positively gyrates around the stage. Celtic Woman's gentle sexiness tips over the edge whenever she appears.

She's a demon of a fiddler, though, and it is this tension between Celtic Woman's musical ability and the performers' tastefully on-display tartiness that makes for such a weird spectacle. The audience is shown often, full of white-hairs and their breathless granddaughters, and I must say it made me heartily uncomfortable watching the pensioners watch Ms. Nesbitt.

It's easy to make fun of Celtic Woman, but it's more interesting to ask what makes it so phenomenally popular. What call does it answer in us? I put this question to Ian Ralfini, the general manager at the group's label, Manhattan Records. Mr. Ralfini paused and then said, weighing each word, "There's a feeling of calm and peace."

This feeling may have something to do with the fact that they are Irish. Ireland is a country that does a lot of psychological heavy lifting for Americans. We've imbued the place with mysticism, greenness, quietude and rootedness. Milky-skinned maidens, singing beautiful music in front of a wall of ivy. It's the very vision of what we want Ireland to be. Or at least what PBS viewers want Ireland to be.

Copyright 2007 The New York Times Company

# Exhibit D

**boston**.com

THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

POP MUSIC

## Swept away by the sounds of Ireland's 'Celtic Woman'
### A PBS special turned tour has taken America by storm

The Boston Globe

By Steve Morse, Globe Staff | July 24, 2005

Sharon Browne had a vision. She had signed a number of young Irish women to her Dublin-based record label, Celtic Collections, but they were largely ignored by Ireland's radio and television stations. Feeling snubbed, Browne decided to make her own TV special — pooling the talents of "my girls," as she calls them, and targeting American audiences instead.

As luck would have it, Browne ran into PBS programming chief Gustavo Sagastume in a bar in Cannes, France, during an entertainment conference last year. He was hunting for new talent, and Browne had just the answer. "I was looking for a way to launch my girls," she says.

Now what began as a PBS special called "Celtic Woman" — shot in Dublin and featuring four of Browne's singers — has exploded into a phenomenon, spawning a chart-topping CD and a tour that's crisscrossing America. A concert at the Bank of America Pavilion on Tuesday is sold out. Another local date is expected to be announced for the fall.

"I had never produced a PBS show and had no idea what I was doing," Browne says. "I was making it up as I went along."

The response to "Celtic Woman" was immediate. Since debuting in March, the TV special has aired on more than 200 PBS stations (WGBH was one of the first to play it) and helped generate millions of dollars in pledges, Sagastume says. The CD has been at the top of Billboard's world music charts for five months and is approaching gold status (500,000 sales). The DVD alone has sold another 50,000 copies.

The show's theatrical production recalls "Riverdance," another touring phenomenon steeped in Celtic mythology and pageantry. But where "Riverdance" focuses on dance, "Celtic Woman" is all about singing. There are some common threads, however. Several members of the "Celtic Woman" cast worked on "Riverdance," including music director David Downes, singer Lisa Kelly, and some of the eight-member chorus now on tour.

"The spirit and how we connect to our culture and traditions is similar," Downes says. "And there's a certain excitement that we had in 'Riverdance.' "

The success of "Celtic Woman" has Browne feeling giddy — and proud that she's been able to pull off such a feat without much help from the Irish media.

"I made a decision that we were going to come back to Ireland victorious, so that's what we're doing," she says. "They wouldn't have given us a chance anyway. I haven't even released [the CD] yet in Ireland." It's slated for release in the UK and Ireland later this year.

Credit must also go to Sagastume for nurturing the vision.

"You really have to fashion a customized special for the US market," he told Browne at that bar in Cannes. "You need to have the fancifulness of a Sarah Brightman show, the innocence of a Charlotte Church special, and you need to bring the appeal and harmonic beauty of Enya's music."

He didn't mind that singers Chloe Agnew (who's 16), Lisa Kelly, Orla Fallon, and Meav Ni Mhaolchatha and fiddler Mairead Nesbitt were virtual unknowns in the United States.

"I know my market pretty well," he says. "And we try to bring the public things they don't get to see."

When Sagastume attended the taping of the special at the Helix Theatre in Dublin, he was delighted.

"It's really a mixture of Celtic music and classical crossover and new age," he says of a repertoire that includes "Ave Maria," "Nella Fantasia," the Enya hit "Orinoco Flow," Irish traditional songs like "She Moved Through the Fair," as well as some original songs, all performed with an orchestra and chorus. The singers wear shimmering gowns with colors representing air, water, earth, and fire.

"There's a strong belief in a Celtic woman being strong and being the earth and the wind and fire — just all involved in nature," Kelly says. She portrays fire, and for the new tour wears a fiery orange sash. Agnew is meant to connote water and wears an

aqua dress, while Fallon represents the earth and has a ball gown with a train with rust and champagne-colored beads. They also wear $500 Dolce & Gabbana shoes.

"We're girls -- and gowns and shoes is what we do," Browne says with a laugh. "When you've got a girly record company and a girls' cast, there's no skimping on style."

To promote the tour, PBS partnered with Clear Channel Entertainment to buy the best seats and auction them off as part of their fund-raising. PBS had exclusive rights to the tickets for a month before they went on sale to the general public. Local Clear Channel executive Dave Marsden, who books the Bank of America Pavilion, says this is the first time he can remember such a partnership in the Boston market -- and he remains pleasantly surprised by the turn of events.

"This has been one of the highlights of our summer," Marsden says. "I don't remember the last time a show that never toured anywhere before has sold out a 5,000-seat venue."

"Our instinct was that this would be new and a little bit different and would have to have the highest production values," music director Downes says. "The other important thing was that it would have the next generation of Irish stars." (That goal looks as if it may come to pass, since Browne has just licensed the singers' solo albums to Manhattan/Blue Note Records in the United States.)

High production values aren't inexpensive. The special, along with the CD and DVD, ended up costing Browne close to $1 million. But she isn't one to shrink from a difficult task. She began her career as a receptionist for K-Tel Records in Ireland. She later bought the company and turned it into Celtic Collections. But she sold part of the label to David Kavanagh (formerly U2's booking agent) to help finance her new venture.

Browne clearly has an eye for talent. Although the singers have stylistic differences and had never met one another until three days before the taping, they mesh extremely well.

"I know it sounds like a cliche to say that we're like sisters now, but we are," Kelly says. "Orla is a very traditional Irish singer. . . . And Deirdre Shannon [who replaced the pregnant Meav for this tour] is more of a classical singer. She has a lovely, big, rounded voice. And Chloe sings all the traditional classic songs . . . like 'Ave Maria.' . . . And I get the more poppy numbers."

The TV special features an orchestra, but the tour, which started in Cleveland last week, employs a six-piece band and a choir of eight.

"We want this to be more intimate," says Downes. "We had done the big orchestral thing for the DVD. I wanted to make it more for percussion and piano and guitars this time. I wanted to bring it in a slightly different direction. I think it's more exciting." ∎

© Copyright 2006 The New York Times Company

# Exhibit E

**THIS AGREEMENT is dated 27/7/04**

**PARTIES:**

(1)    **LIFFEY RECORDS LIMITED, no. 337572**, a limited liability company incorporated in Ireland whose registered office is at, 32 Lower Leeson Street Dublin 2
( the ''Purchaser''); and

(2)    **Sharon Browne**              501    Ordinary Shares or €1.27 each

       **Declan Browne**             499    Ordinary Shares or €1.27 each
                                     ------
                                     1,000

**BACKGROUND:**

(A)    The Vendors are each registered and beneficial owners of the Shares in **CELTIC COLLECTIONS LIMITED. Number 250264 of 30-32 Sir John Rogerson's Quay Dublin 2.**

(B)    The Purchase has agreed with the Vendors to purchase all of the Shares on the terms and conditions of this Agreement.

**TERMS**

The parties agree as follows:

**SALE & PURCHASE**

The consideration for the sale and purchase of the shares shall be the amount of €850,000 plus/ minus any increase/decrease in the realisation of assets and a similar plus/minus in any increase/ reduction in the liabilities of creditors.

The figures are based on the management accounts to 22/6/07 and are set out as follows

**ASSETS**

**CURRENT ASSETS**

| | | |
|---|---|---:|
| 701 | Finished Goods | 105,991 |
| 712 | Trade Debtors | 319,812 |
| | Debtors Accrual | 18,519 |
| 713 | Debtors Contra Provision | (67,926) |
| 715 | Bad Debt Provision | (15,926) |
| 716 | Tax Due 3rd Party Licensee | 25,149 |
| 732 | Other Debtors | 1,406 |
| 733 | Staff Loans | 520 |
| 736 | Vat Repayable | 223,207 |
| 751 | Prepayements | 71,266 |
| 772 | Sterling Bank Account | 61 |
| 777 | Bank Deposit Account | 1,002 |
| | | --------- |
| | | 683,081 |
| | | --------- |

**LIABILITIES**

**CURRENT LIABILITIES**

| | | |
|---|---|---:|
| 741 | Directors Current Account | 1,986 |
| 801 | Bank Overdraft | 146,185 |
| 813 | Trade Creditors | 533,191 |
| | Creditors Accruals | 63,396 |
| 814 | Creditors Contra Provision | (67,926) |
| 831 | Corporation Tax | 10,474 |
| 846 | Paye Control Account | 27,710 |
| 853 | Lease Obligations | 1,963 |
| 855 | Ulster Bank Loan a/c 83887338 | 101,269 |
| 856 | Ulster Bank Loan a/c 83887684 | 166,832 |
| 881 | Accruals | 24,910 |
| | | --------- |
| | | 1,009,990 |
| | | --------- |

**PAYMENT / TERMS**

(A)    Deposit on signing €130,000

(B)    Further payment on account €256,000 to be agreed on the 31ˢᵗ August 2004

(C)    Balance of purchase price to be agreed and a schedule commencing 1/1/05 with the total purchase price deal to be completed by 31/7/05.

## LIFFEY RECORDS LTD UNDERTAKE THE FOLLOWING:

(A)    Provide €1,000,000 to cover the shortfall in cash.

(B)    Organize accounts function from 1/8/04

(C)    Agreed 3 years package salary, bonus regarding Sharon Brown to be implements from 1/1/05.

## WARENTIES

## ACCOUNTS

(A)    The accounts given a true and fair view of state of affairs as at 22/6/04 and were prepared in accordance with Companies Act 1963 to 2003.

(B)    No unusual contracts and no litigation

(C)    Deed of Tax Indemnity

(D)    This agreement shall be Governed and construed in Accordance with the Laws of Ireland.

(E)    No Material adjustment to the management accounts as at 22/6/04 to 27/7/04.

**EXECUTED** by the parties on the date appearing at the top of page 1.

**SIGNED SEALED AND DELIVERED**
**by SHARON BROWNE**
in the presence of:

**SIGNED SEALED AND DELIVERED**
**by DECLAN BROWNE**
in the presence of:

**PRESENT** when the Common Seal
**Of LIFFEY RECORDS LIMITED**
was affixed hereto:

# Exhibit F

# DEAL MEMO

This Heads of Agreement is for the purchase of Celtic Collections Ltd of 30/32 Sir John Rogerson's Quay, Dublin 2 by Liffey Records, The Stables, 1 Burlington Road, Dublin 4.

The Deal is for Liffey Records to purchase Celtic Collections Ltd, the Company, in it's entirety. It is understood that Liffey Records is acquiring ALL of the Assets of Celtic Collections Ltd. These, for the avoidance of doubt, include all contracts in the name of K-TEL Music & Entertainment Ltd (which was the original name of the company). The Company changed its name in 2003 from K-TEL Music & Entertainment Ltd to Celtic Collections Ltd. All company numbers, Vat No's etc remained the same. It also covers any contracts currently in negotiation, including the potential PBS contract for Celtic Woman for DVD/CD/Video. The contracts for the Celtic Woman Live Show and Merchandising are not the normal trade of this company, therefore there will be a separate agreement which will give Sharon Browne 25% of the income received from this Live/Merchandising agreement.

The Deal is that Liffey Records will pay Sharon Browne € 1.3 Million (One Million Three Hundred Thousand Euro)

This deal is subject to the Balance Sheet of Celtic Collections Ltd being Solvent.

It is agreed that 10% of the €1.3 Million Euro will be paid within 30 days of the signing of the Audited Accounts for March 2004.

This Deal is subject to Sharon Browne signing an employment contract as Head of Sales/Marketing for 3 (three) years.

Sharon Browne agrees to use her best endevours to obtain three-year Employment contracts with Elaine and Olive to ensure their ongoing employment with the Company.

It is agreed that Sharon Browne will indemnify Liffey Records from all future claims that may arise from any problems, not declared, from anything prior to the date of sale to Liffey Records of Celtic Collections Ltd. This indemnity will be subject to further definition at full contract signing.

The Method of Payment of the balance is to be agreed between both companies Auditors - O'Kelly Sutton and Clifford Accounting, but will not extend beyond 12 (twelve) months.

This Deal Memo reflects the essence of the agreement between Dave Kavanagh of Liffey Records and Sharon Browne of Celtic Collections Ltd.

Signed                                              Signed

_____                      _____  3/6/04
Dave Kavanagh                                 Sharon Browne
Liffey Records                                Celtic Collections Ltd

                                             Signed

                                             _____
                                             Declan Browne
                                             Director

# Exhibit G



The Mews
31 Hatch Lane
Dublin 2, Ireland

T + 353 1 708 8476
F + 353 1 708 8403
E susan@liffeyrecords.com

January 21, 2004

Sharon Browne
32 Hatch Lane,
Dublin 2.
Re: Celtic Woman The Show

Dear Sharon,

This is to confirm our agreement with yourself regarding the show Celtic Woman and the merchandise. We confirm our agreement to pay 25% of the net receipts received by us (net receipts to mean that received by Dave Kavanagh) in regard to both the show and the merchandise sold.

This agreement will include current and any future tours under the brand Celtic Woman.

If in the event that the company (Celtic Woman Ltd) is purchased the percentage applicable to the show and the merchandise will be paid to you in the same formula (ie. 25% of the net receipts).

I trust you find the above confirms Dave Kavanagh's agreement with yourself and if so please sign same.

Yours faithfully,

LIFFEY RECORDS                                          SHARON BROWNE

Director

Correspondence Address: 32 Lower Leeson Street, Dublin 2, IRELAND.
T + 353 1 708 8400, F + 353 1 708 8403.

# Exhibit H

**From:** "Sharon Browne" <sharon@celticcollections.com>
**Date:** 24 September 2004 16:51:02 IST
**To:** "David Downes" <downesd@compuserve.com>
**Subject: My Next PBS Show - Celtic Man**

Hi don't have a breakdown straight away.

But, what do you think of the concept "Celtic Man".

We get five male artists, who can sing. We get stuff that suits them, it can be their own singer songwriter stuff or we find stuff for them. You compose all the music for the songs, orchestrate, arrange etc etc and we do a male show?

Gustavo, laughed at my speed moving to the next project. But likes the look and concept.

The image for this show is as attached. Do you like???
Sharon
----- Original Message -----
**From:** Sharon Browne
**To:** Gustavo Sagastume
**Sent:** Friday, September 24, 2004 3:23 PM
**Subject:** My Next PBS Show - Celtic Man

Hi Gustavo

My next step is to do a Celtic Man Show. Hopefully for you for March 06.

Have had this image for 2 years, waiting for the right project to use it.

Do you like the look / concept?

Sharon

Sharon Browne
Managing Director
Celtic Collections Ltd
Celtic Mews
Hatch Lane
Dublin 2
Ireland
Tel: + 353 1 7088480
Fax: + 353 1 7088484

2/4/2008

Email: sharon@celticcollections.com
Web: www.celticcollections.com



# Exhibit I

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77157668**
**Filing Date: 04/16/2007**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77157668 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT12\771\576 \77157668\xml1\APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | CELTIC MAN |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of The words CELTIC MAN are displayed in a stylized font superimposed on a dark background.. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 640 x 256 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Celtic Man Limited |
| *STREET | Scarton House, Convent Road |
| INTERNAL ADDRESS | Co Kildare |
| *CITY | Kildare |
| *COUNTRY | Ireland |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | LIMITED COMPANY |
| *STATE/COUNTRY WHERE LEGALLY ORGANIZED | Ireland |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 006 |
| DESCRIPTION | Keys, keyrings, key chains; badges; ornaments; figurines; signs; containers; money boxes; all made of common metals and their alloys. |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 005804661 |
| FOREIGN APPLICATION COUNTRY | European Community |

| FOREIGN FILING DATE | 04/02/2007 |
|---|---|

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION | Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus; video and/or sound recordings; gramophone records; compact discs; audio tapes, cassettes and cartridges; video tapes, cassettes and cartridges; magnetic tapes, discs and wires all for bearing sound or video recordings; optical discs bearing sound or video recordings; computer software; computer software and publications in electronic form supplied on-line from databases or from the Internet; CD-ROM's; DVD's; digital music, films, video, audio and graphic images (downloadable) provided from computer databases or the Internet; digital music and graphics (downloadable) provided from MP3 Internet web sites; downloadable ringtones and graphics for mobile phones; MP3 players; apparatus for recording, transmission or reproduction of sound and images; video games; apparatus for games adapted for use with television receivers and computers; computer mouses, mouse mats and mouse pads; decorative magnets; eyeglasses, sunglasses and spectacles; parts and fittings for all the aforesaid goods. |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 005804661 |
| FOREIGN APPLICATION COUNTRY | European Community |
| FOREIGN FILING DATE | 04/02/2007 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 016 |
|---|---|
| DESCRIPTION | Paper, cardboard and goods made from these materials, not included in other classes; printed matter; books; booklets; tickets; programmes; periodic publications; photographs; posters; stickers; bookbinding material; photographs; postcards; greeting cards; calendars; stationery; adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites (except furniture); instructional and teaching material (except apparatus); plastic materials for packaging (not included in other classes); printers' type; printing blocks. |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 005804661 |
| FOREIGN APPLICATION COUNTRY | European Community |
| FOREIGN FILING DATE | 04/02/2007 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 018 |
|---|---|
| DESCRIPTION | Articles made of leather or of imitation leather; rucksacks; |

| | |
|---|---|
| | backpacks; bags, cases, wallets, purses, keyholders, luggage; umbrellas and parasols. |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 005804661 |
| FOREIGN APPLICATION COUNTRY | European Community |
| FOREIGN FILING DATE | 04/02/2007 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION | Unworked or semi-worked glass (except glass used in building); glassware, beverageware, porcelain and earthenware included in class 21; coasters, removable beverage coolers (containers) for drink cans and bottles, trays. |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 005804661 |
| FOREIGN APPLICATION COUNTRY | European Community |
| FOREIGN FILING DATE | 04/02/2007 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | Clothing, footwear and headgear. |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 005804661 |
| FOREIGN APPLICATION COUNTRY | European Community |
| FOREIGN FILING DATE | 04/02/2007 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 028 |
| DESCRIPTION | Games and playthings, sporting articles (not included in other classes), toys, cuddly toys, teddy bears, dolls, hand-held electronic games. |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 005804661 |
| FOREIGN APPLICATION COUNTRY | European Community |
| FOREIGN FILING DATE | 04/02/2007 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 038 |
|---|---|
| DESCRIPTION | Telecommunications, mobile telecommunication, cellular telecommunication services; telecommunication of information (including web pages), computer programmes and any other data; electronic mail services; provision of customised display screens on telecommunications apparatus; transfer of data by telecommunications; providing telecommunications connections to the Internet or databases; providing access to digital music, films, video and audio websites on the Internet; providing access to MP3 websites on the Internet; delivery of digital music by telecommunications; provision and operation of electronic discussion groups and chat rooms; advisory and information services relating to the aforementioned services. |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 005804661 |
| FOREIGN APPLICATION COUNTRY | European Community |
| FOREIGN FILING DATE | 04/02/2007 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 041 |
|---|---|
| DESCRIPTION | Education, providing of training; entertainment; sporting and cultural activities; live performances by a vocal and/or instrumental group; sound recording and video entertainment services; television and radio entertainment services; production of video and/or sound recordings; presentation, production and performance of shows, musical shows, concerts, videos, multimedia videos and radio and television programmes; recording, film, video and television studio services; audio, film, video and television recording services; publishing; music publishing; sound recording, film and video production and distribution services; digital music, films, video, audio and graphic images (not downloadable) provided from a computer, the Internet and/or web sites on the Internet; providing on-line electronic publications (not downloadable); publication of books, magazines and other texts on-line; ticket agency, reservation, and information services for entertainment events, shows and concerts; advisory and information services relating to the aforesaid. |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 005804661 |
| FOREIGN APPLICATION COUNTRY | European Community |
| FOREIGN FILING DATE | 04/02/2007 |

## ATTORNEY INFORMATION

| NAME | Terrence J. McAllister |
|---|---|
| ATTORNEY DOCKET NUMBER | 671.0011UST1 |
| FIRM NAME | Ohlandt, Greeley, Ruggiero & Perle, LLP |
| STREET | One Landmark Square |
| INTERNAL ADDRESS | 10th Floor |
| CITY | Stamford |

| STATE | Connecticut |
|---|---|
| COUNTRY | United States |
| ZIP/POSTAL CODE | 06901 |
| PHONE | 203-327-4500 |
| FAX | 203-327-6401 |
| EMAIL ADDRESS | trademark@ogrp.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Charles N.J. Ruggiero and Paul D. Greeley |

## CORRESPONDENCE INFORMATION

| NAME | Terrence J. McAllister |
|---|---|
| FIRM NAME | Ohlandt, Greeley, Ruggiero & Perle, LLP |
| STREET | One Landmark Square |
| INTERNAL ADDRESS | 10th Floor |
| CITY | Stamford |
| STATE | Connecticut |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 06901 |
| PHONE | 203-327-4500 |
| FAX | 203-327-6401 |
| EMAIL ADDRESS | trademark@ogrp.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 9 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 2925 |

## SIGNATURE INFORMATION

| SIGNATURE | /OGRP-CNR-TJM-JMM/ |
|---|---|
| SIGNATORY'S NAME | Terrence J. McAllister |
| SIGNATORY'S POSITION | Attorney for Applicant |
| DATE SIGNED | 04/16/2007 |

## FILING INFORMATION SECTION

| SUBMIT DATE | Mon Apr 16 15:58:45 EDT 2007 |
|---|---|
| TEAS STAMP | USPTO/BAS-64.252.77.170-2 0070416155845656983-77157 668-37059f28b85b3fcb46957 5798a9a490489-DA-235-2007 0416150857395338 |

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 05 31 2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77157668**
**Filing Date: 04/16/2007**

## To the Commissioner for Trademarks:

**MARK:** CELTIC MAN (stylized and/or with design, see mark)

The literal element of the mark consists of CELTIC MAN. The mark consists of The words CELTIC MAN are displayed in a stylized font superimposed on a dark background..

The applicant, Celtic Man Limited, a LIMITED COMPANY legally organized under the laws of Ireland, having an address of Co Kildare, Scarton House, Convent Road, Kildare, Ireland, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 006: Keys, keyrings, key chains; badges; ornaments; figurines; signs; containers; money boxes; all made of common metals and their alloys.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on European Community application number, 005804661, filed 04/02/2007.15 U.S.C. Section 1126(d), as amended.

International Class 009: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus; video and/or sound recordings; gramophone records; compact discs; audio tapes, cassettes and cartridges; video tapes, cassettes and cartridges; magnetic tapes, discs and wires all for bearing sound or video recordings; optical discs bearing sound or video recordings; computer software; computer software and publications in electronic form supplied on-line from databases or from the Internet; CD-ROM's; DVD's; digital music, films, video, audio and graphic images (downloadable) provided from computer databases or the Internet; digital music and graphics (downloadable) provided from MP3 Internet web sites; downloadable ringtones and graphics for mobile phones; MP3 players; apparatus for recording, transmission or reproduction of sound and images; video games; apparatus for games adapted for use with television receivers and computers; computer mouses, mouse mats and mouse pads; decorative magnets; eyeglasses, sunglasses and spectacles; parts and fittings for all the aforesaid goods.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on European Community application number, 005804661, filed 04/02/2007.15 U.S.C. Section 1126(d), as amended.

International Class 016: Paper, cardboard and goods made from these materials, not included in other classes; printed matter; books; booklets; tickets; programmes; periodic publications; photographs; posters; stickers; bookbinding material; photographs; postcards; greeting cards; calendars; stationery; adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites (except furniture); instructional and teaching material (except apparatus); plastic materials for packaging (not included in other classes); printers' type; printing blocks.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on European Community application number, 005804661, filed 04/02/2007.15 U.S.C. Section 1126(d), as amended.

International Class 018: Articles made of leather or of imitation leather; rucksacks; backpacks; bags, cases, wallets, purses, keyholders, luggage; umbrellas and parasols.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods

and/or services and asserts a claim of priority based on European Community application number, 005804661, filed 04/02/2007.15 U.S.C. Section 1126(d), as amended.

   International Class 021: Unworked or semi-worked glass (except glass used in building); glassware, beverageware, porcelain and earthenware included in class 21; coasters, removable beverage coolers (containers) for drink cans and bottles, trays.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on European Community application number, 005804661, filed 04/02/2007.15 U.S.C. Section 1126(d), as amended.

   International Class 025: Clothing, footwear and headgear.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on European Community application number, 005804661, filed 04/02/2007.15 U.S.C. Section 1126(d), as amended.

   International Class 028: Games and playthings, sporting articles (not included in other classes), toys, cuddly toys, teddy bears, dolls, hand-held electronic games.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on European Community application number, 005804661, filed 04/02/2007.15 U.S.C. Section 1126(d), as amended.

   International Class 038: Telecommunications, mobile telecommunication, cellular telecommunication services; telecommunication of information (including web pages), computer programmes and any other data; electronic mail services; provision of customised display screens on telecommunications apparatus; transfer of data by telecommunications; providing telecommunications connections to the Internet or databases; providing access to digital music, films, video and audio websites on the Internet; providing access to MP3 websites on the Internet; delivery of digital music by telecommunications; provision and operation of electronic discussion groups and chat rooms; advisory and information services relating to the aforementioned services.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on European Community application number, 005804661, filed 04/02/2007.15 U.S.C. Section 1126(d), as amended.

   International Class 041: Education, providing of training; entertainment; sporting and cultural activities; live performances by a vocal and/or instrumental group; sound recording and video entertainment services; television and radio entertainment services; production of video and/or sound recordings; presentation, production and performance of shows, musical shows, concerts, videos, multimedia videos and radio and television programmes; recording, film, video and television studio services; audio, film, video and television recording services; publishing; music publishing; sound recording, film and video production and distribution services; digital music, films, video, audio and graphic images (not downloadable) provided from a computer, the Internet and/or web sites on the Internet; providing on-line electronic publications (not downloadable); publication of books, magazines and other texts on-line; ticket agency, reservation, and information services for entertainment events, shows and concerts; advisory and information services relating to the aforesaid.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on European Community application number, 005804661, filed 04/02/2007.15 U.S.C. Section 1126(d), as amended.

The applicant hereby appoints Terrence J. McAllister and Charles N.J. Ruggiero and Paul D. Greeley of Ohlandt, Greeley, Ruggiero & Perle, LLP, 10th Floor, One Landmark Square, Stamford, Connecticut, United States, 06901 to submit this application on behalf of the applicant. The attorney docket/reference number is 671.0011UST1.

Correspondence Information:          Terrence J. McAllister
                                     10th Floor
                                     One Landmark Square
                                     Stamford, Connecticut 06901
                                     203-327-4500(phone)
                                     203-327-6401(fax)

trademark@ogrp.com (authorized)

A fee payment in the amount of $2925 will be submitted with the application, representing payment for 9 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /OGRP-CNR-TJM-JMM/   Date Signed: 04/16/2007
Signatory's Name: Terrence J. McAllister
Signatory's Position: Attorney for Applicant
RAM Sale Number: 235
RAM Accounting Date: 04/17/2007
Serial Number: 77157668
Internet Transmission Date: Mon Apr 16 15:58:45 EDT 2007
TEAS Stamp: USPTO/BAS-64.252.77.170-2007041615584565
6983-77157668-37059f28b85b3fcb469575798a
9a490489-DA-235-20070416150857395338



# Exhibit J

**From:** "D'Urbano, David" <David.D'Urbano@bluenotelabelgroup.com>
**Date:** 2 November 2007 22:34:00 GMT
**To:** sharonbrowne@mac.com
**Cc:** "Ames, Roger" <Roger.Ames@emimusic.com>
**Subject: RE: EMI Distribution**

Sharon,

I reviewed the contracts and it is clear that this project with or
without the DVD is prohibited without CW approval for any EMI company,
including distribution companies and international affiliates.  I also
spoke to Dave about his conversations with Gustavo, and these have since
ended as CWL does not want to be involved in this project.

While we appreciate your interest in working with EMI and wish the best
for your success, EMI can not in any way be involved in this project.  I
also want to make sure you're aware that CWL and EMI will aggressively
act to protect our interests in the event that your project infinges on
the Celtic Woman trademarks, or if there is any suggestion that Celtic
Woman is promoting, presenting, supporting or otherwise connected to
your show.

Kind Regards,
Dave


-----Original Message-----
From: Ames, Roger
Sent: Tuesday, October 30, 2007 2:01 PM
To: D'Urbano, David
Subject: Fw: EMI Distribution



----- Original Message -----
From: Ames, Roger
To: 'sharonbrowne@mac.com' <sharonbrowne@mac.com>
Sent: Tue Oct 30 18:00:29 2007
Subject: Re: EMI Distribution


2/5/2008

I don't know let me ask

----- Original Message -----
From: Sharon Browne <sharonbrowne@mac.com>
To: Ames, Roger
Sent: Tue Oct 30 17:59:36 2007
Subject: EMI Distribution

Hi Roger

I'm close to finalising a deal with an equity partner in the company.
They will handle the DVD but not the CD.

Who looks after EMI Distribution?

I know DK won't clear EMI to do the equity deal with me but I wanted to
ask, Could I do a sales/distribution deal with EMI's Distribution
company in the USA?

It makes sense to me, they know the buyers, they understand the product.

Is this viable?

Regards
Sharon


Sharon Browne
Celtic Man Ltd
Scarton House
Convent Road
Kildare
Co Kildare
Ireland

Mobile Tel: + 353 87 244 2434
Fax: + 353 1 278 1919

Email: sharonbrowne@mac.com
Web: www.celticman.ie

Company Registered Number: 436821


- ----------------------------------------------------------------

2/5/2008

Music from EMI

This e-mail including any attachments is confidential and may be legally privileged. If you have received it in error please advise the sender immediately by return email and then delete it from your system. The unauthorised use, distribution, copying or alteration of this email is strictly forbidden. If you need assistance please contact us on +44 20 7795 7000.

This email is from a unit or subsidiary of EMI Group Limited.

Registered Office: 27 Wrights Lane, London W8 5SW

Registered in England No 229231.

- ------------------------------------------------------------------

# Exhibit K

Case 1:08-cv-00066-TPG     Document 22-12     Filed 02/07/2008     Page 2 of 3

WLIW21

| what's on 21 | 21video | WLIW productions | shop21 | about21 | support21 | contact21 | jobs | pressroom | station toolkit | 21kids | sitemap |

Preview Video ▶

## premieres wednesday, march 5 at 8 pm

## encore
## thursday, march 6 at 1 pm

**Celtic Thunder** is a new group and concert special featuring five Celtic male vocalists: Paul Byrom (age 28, Dublin, Ireland), George Donaldson (age 39, Glasgow, Scotland), Keith Harkin (age 20, Derry, Northern Ireland), Ryan Kelly (age 28, Moy in County Tyrone, Northern Ireland) and Damian McGinty (age 14, Derry, Northern Ireland). Taped August 2007 at the Helix in Dublin, the group's debut performance is a celebration of Celtic heritage and men—their loves, attitudes, individuality, power and strength, throughout life's journey. **Celtic Thunder** premieres nationwide on public television March 2008 (check local listings) and is distributed by WLIW New York.

From rousing ensemble numbers to solos showcasing each members' vocal style and personality, **Celtic Thunder** performs powerful ballads, popular hits, and heartwarming songs of love and loss from across the Celtic music spectrum—Irish, Scottish, traditional and contemporary. **Celtic Thunder** creator/producer Sharon Browne teamed up with legendary Irish composer Phil Coulter (Elvis Presley's "My Boy," Sandie Shaw's "Puppet on a String," the now-classic Irish ballad "The Town I Loved So Well"), to audition men all over Ireland and Scotland for the group, and craft a representative set list. The eclectic mix of music includes traditional songs ("Mountains of Mourne," "Come by the Hills," "Love Thee Dearest"), pop classics (Paul Anka's "Puppy Love," the Eagles' "Desperado," The Moody Blues' "Nights in White Satin") and Coulter originals (Irish Rugby Football Union anthem "Ireland's Call," "The Old Man," "Steal Away"), accompanied by The Celtic Concert Orchestra, a full band, bagpipes and monks. Choreography, dramatic lighting, visual effects, and a set resembling ancient stone steps and paths enhance the musical production.

**Song List**
"Heartland" – Celtic Thunder (written by Phil Coulter)
"Mountains of Mourne" – Keith Harkin (traditional)
"Raggle Taggle Gypsy" – Celtic Thunder (traditional)
"Ride On" – Ryan Kelly (written by Jimmy MacCarthy)
"The Old Man" – George Donaldson (written by Phil Coulter)
"Love Thee Dearest" – Paul Byrom (traditional)
"Heartbreaker" – Ryan Kelly (written by Phil Coulter)
"Nights in White Satin" – Paul Byrom (written by Justin Hayward of The Moody Blues)
"Come by the Hills" – Damian McGinty (traditional)
"The Voyage" – George Donaldson (written by Johnny Duhan)
"The Island" – Keith Harkin (written by Paul Brady)
"Mull of Kintyre" – Celtic Thunder (written by Paul McCartney and Denny Laine of Wings)
"Puppy Love" – Damian McGinty (written by Paul Anka)
"Lauren & I" – Keith Harkin (written by Keith Harkin)
"Steal Away" – Celtic Thunder (written by Phil Coulter)
"My Boy" – George Donaldson (written by Phil Coulter)
"Desperado" – Ryan Kelly (written by Glenn Frey and Don Henley of the Eagles)
"Ireland's Call" – Celtic Thunder (written by Phil Coulter)
"That's A Woman" – Paul Byrom, Ryan Kelly and Zara Curtis (written by Phil Coulter)
"She" – Paul Byrom (written by Charles Aznavour and Herbert Kretzmer)
"Remember Me, Recuerde Me" – Paul Byrom (written by Phil Coulter)
"I Want to Know What Love Is" – Keith Harkin (written by Mick Jones of Foreigner)
"Caledonia" – Celtic Thunder (written by Dougie MacLean)

**About Celtic Thunder:**

**Paul Byrom** – Born 1979 and raised in Dublin, Ireland, the tenor has been singing professionally since his teens, recording as a boy soprano at the age of 14. Byrom released his first solo album "Velvet," a collection of songs from the American Matinee era in 2005, and has performed all over the world.

**George Donaldson** – A well-established singer in the vibrant Glasgow and West of Scotland folk scene, the Scotsman has performed in folk sessions for BBC Scotland, Glasgow's own Celtic Connections, the Glasgow West End Festival and at the famed Glasgow Barrowlands. A self-taught musician, Donaldson plays guitar, flute, mandolin, bodhrán and banjo, and has played

alongside folk artists including Jim McCann and the Dubliners, across Europe, America and Canada.

**Keith Harkin** – The singer/songwriter/guitarist from Derry, Northern Ireland has been singing since he was 4 years old. Harkin played the lead in BBC's "Dhá Theanga" (2006) and also composed and recorded songs for the show, and has supported John Martyn and David Kitt in concert. Harkin is has his own album in the works and plays frequently in London.

**Ryan Kelly** – Hailing from the Moy village in County Tyrone, Northern Ireland, Kelly began singing at the age of seven in choirs. Actively involved in amateur dramatics, he played the lead in a production of "Blood Brothers" and Judas Iscariot in "Jesus Christ Superstar." Kelly performed alongside Simply Red in the BBC televised "Children in Need" charity concert at the Odyssey in Belfast, and finished second in the BBC television "Country Cool" competition in 2003.

**Damian McGinty** – The youngest member of the group at age 14, McGinty lives and attends grammar school in Derry, Northern Ireland. Winning his first singing competition at the age of six, McGinty recently recorded a gospel CD, and performs in the City of Derry Choir, his local church choir, and the drama society. He has recorded a 14-track charity CD and performed at concerts for the Red Cross.

Additional Performers: Phil Coulter (conductor); Zara Curtis (dancer); Megan Sherwood (cello); Brendan Monaghan (whistles, pipes, guitar, bodhrán); Dave Cooke (keyboards); Neil Byrne (guitar, backing vocals); Nigel Wheatley (bass, backing vocals); Rory McCarron (drums); Audrey Bridgeman (percussion); The Celtic Concert Orchestra led by Niccola Sweeney; Bagpipes/Drums: Andrew Carlisle, Shane Culleton, Chris Mc Nicholl, David Stone, Mark Wilson; Monks: Alex Browne, Ian McKinley, Greg Howie, Killian Buckley, Andy Lawler.

Producer: Sharon Browne. Composer/Musical Director: Phil Coulter. Director: Julia Knowles. Musical Arrangement: Phil Coulter, Dave Gold and Michael Keeney. Presented nationally by WLIW New York. ST and CC.

For related products, go to **SUPPORT 21**.

# Exhibit L



FROM THE ORIGINAL PRODUCER OF CELTIC WOMAN

CELTIC THUNDER
THE SHOW

CELTIC THUNDER - THE SHOW

CMDVD 001

1. Heartland
2. Mountains of Mourne
3. Raggle Taggle Gypsy
4. Ride On
5. Come By The Hills (Buachaill on Eirne)
6. The Old Man
7. Love Thee Dearest
8. Heartbreaker
9. Nights in White Satin
10. A Bird Without Wings
11. The Voyage
12. The Island
13. Brothers In Arms
14. Mull of Kintyre
15. Puppy Love
16. Lauren & I
17. Steal Away
18. Remember Me (Recuerdame)
19. My Boy
20. Desperado
21. Ireland's Call
22. That's a Woman
23. She
24. Young Love
25. I Want To Know What Love Is
26. Cal/Local Hero
27. Caledonia

BONUS TRACK
28. Yesterday's Men

DECCA
RECORDS

© & ℗ Celtic Thunder Limited

DAMIAN    GEORGE    KEITH    PAUL    RYAN

0 2498 61156 2



**CELTIC THUNDER**
THE SHOW

**HEARTLAND** *(Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**THE MOUNTAINS OF MOURNE** *(arr.Coulter) Celtic Thunder Ltd.*
Keith

**RAGGLE TAGGLE GYPSY** *(arr.Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**RIDE ON** *(McCarthy) Universal-Polygram Int. Publ. Inc. o/b/o*
*Universal Music Publ. Ltd. (ASCAP)*
Ryan

**COME BY THE HILLS
(BUACHAILL ON EIRNE)** *(arr.Coulter) Celtic Thunder Ltd.*
Damian

**THE OLD MAN** *(Coulter) Four Seasons Publishing (PRS)*
George

**LOVE THEE DEAREST** *(Music PD arr. Coulter/Italian Lyric Const*
*Musker & Robello) Celtic Thunder Ltd.*
Paul

**HEARTBREAKER** *(Coulter) Celtic Thunder Ltd.*
Ryan

**NIGHTS IN WHITE SATIN** *(Hayward) Essex Music, Inc. (ASCAP)*
Paul

**A BIRD WITHOUT WINGS** *(Coulter/Chapman)*
*Mike Chapman Publishing Enterprises (ASCAP)/Four Seasons Publishing (PRS)*
Damian, George

**THE VOYAGE** *(Duhan) Johnny Duhan Songs*
George

**THE ISLAND** *(Brady) Sandyford Songs admin. By Ten Ten (ASCAP)*
Keith

**BROTHERS IN ARMS** *(Knopfler) Almo Music Corp o/b/o*
*Chariscourt Ltd. (ASCAP)*
Ryan

**MULL OF KINTYRE** *(arr.Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**PUPPY LOVE** *(Anka) Chrysalis Standards, Inc. (BMI)*
Damian

**LAUREN & I** *(Harkin) Celtic Thunder Ltd.*
Keith

**STEAL AWAY** *(Coulter) Four Seasons Publishing (PRS)*
Damian, George, Keith, Paul, Ryan

**REMEMBER ME (RECUERDAME)** *(Coulter)*
*Four Seasons Publishing (PRS)*
Paul

**MY BOY** *(Boutgeon/Francois/Grassa (Martin/Coulter)*
*Colgems-EMI Music, Inc/EMI Music Publishing France SA/*
*CopyrightControl*
George

**DESPERADO** *(Henley/Frey)*
*Cass County Music/ Red Cloud Music (BMI)*
Ryan

**IRELAND'S CALL** *(Coulter) Four Seasons Publishing (PRS)*
Damian, George, Keith, Paul, Ryan

**THAT'S A WOMAN** *(Coulter) Celtic Thunder Ltd.*
Paul, Ryan

**SHE** *(Kanesour/Kretzmer) Essex Music, Inc. (ASCAP)*
Paul

**YOUNG LOVE** *(Cartey/Joyner)/ Sony/ATV Songs LLC (BMI)*
Damian

**I WANT TO KNOW WHAT LOVE IS** *(Jones)*
*Somerset Songs Publishing, Inc. (ASCAP)*
Keith

**LOCAL HERO** *(Knopfler)*
*Almo Music Corp o/b/o Chariscourt Ltd. (ASCAP)*
Orchestral

**CALEDONIA** *(arr. Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**YESTERDAY'S MEN** *(Coulter/Martin) Four Seasons Publishing (PRS)*
George





# Exhibit M



CELTIC THUNDER - THE SHOW

CTDVD 001P

**Public Television Limited Edition** presented by

New York **WLIW**

1. Heartland
2. Mountains of Mourne
3. Raggle Taggle Gypsy
4. Ride On
5. Come By The Hills (Buachaill ón Éirne)
6. The Old Man
7. Love Thee Dearest
8. Heartbreaker
9. Nights in White Satin
10. A Bird Without Wings
11. The Voyage
12. The Island
13. Brothers in Arms
14. Mull of Kintyre
15. Puppy Love
16. Lauren & I
17. Steal Away
18. Remember Me (Recuerdame)
19. My Boy
20. Desperado
21. Ireland's Call
22. That's a Woman
23. She
24. Young Love
25. I Want To Know What Love Is
26. Cal/Local Hero
27. Caledonia

**Bonus Tracks**

28. Yesterday's Men
29. Christmas 1915

DAMIAN    GEORGE    KEITH    PAUL    RYAN

6  02498 61156  2



**CELTIC THUNDER**
THE SHOW

**HEARTLAND** *(Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**THE MOUNTAINS OF MOURNE** *(arr.Coulter) Celtic Thunder Ltd.*
Keith

**RAGGLE TAGGLE GYPSY** *(arr.Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**RIDE ON** *(McCarthy) Universal-MCA Music Publishing*
Ryan

**COME BY THE HILLS
(BUACHAILL ÓN ÉIRNE)** *(arr.Coulter) Celtic Thunder Ltd.*
Damian

**THE OLD MAN** *(Coulter) Four Seasons Publishing (PRS)*
George

**LOVE THEE DEAREST** *(Music PD arr. Coulter/traditon.Iyric Grant Mussker & Kobolda) Celtic Thunder Ltd.*
Paul

**HEARTBREAKER** *(Coulter) Celtic Thunder Ltd.*
Ryan

**NIGHTS IN WHITE SATIN** *(Hayward) Essex Music, Inc. (ASCAP)*
Paul

**A BIRD WITHOUT WINGS** *(Coulter/Chapman) Mike Chapman Publishing Enterprises (ASCAP)/Four Seasons Publishing (PRS)*
Damian, George

**THE VOYAGE** *(Duhan) Johnny Duhan Songs*
George

**THE ISLAND** *(Brady) Sonofford Songs admin. By Ten Tunes (ASCAP)*
Keith

**BROTHERS IN ARMS** *(Knopfler) Almo Music Corp o/b/o Charscourt Ltd. (ASCAP)*
Ryan

**MULL OF KINTYRE** *(arr.Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**PUPPY LOVE** *(Anka) Chrysalis Standards, Inc. (BMI)*
Damian

**LAUREN & I** *(Hankin) Celtic Thunder Ltd.*
Keith

**STEAL AWAY** *(Coulter) Four Seasons Publishing (PRS)*
Damian, George, Keith, Paul, Ryan.

**REMEMBER ME (RECUERDAME)** *(Coulter) Four Seasons Publishing (PRS)*
Paul

**MY BOY** *(Boutayre/Francois/Dassas /Martin/Coulter) Colgems-EMI Music, Inc./EMI Music Publishing France SA/ Copyright Control*
George

**DESPERADO** *(Henley/Frey) Cass County Music / Red Cloud Music (BMI)*
Ryan

**IRELAND'S CALL** *(Coulter) Four Seasons Publishing (PRS)*
Damian, George, Keith, Paul, Ryan

**THAT'S A WOMAN** *(Coulter) Celtic Thunder Ltd.*
Paul, Ryan

**SHE** *(Aznavour/Kretzmer) Essex Music, Inc. (ASCAP)*
Paul

**YOUNG LOVE** *(Cartey/Joynell) Sony/ATV Songs LLC (BMI)*
Damian

**I WANT TO KNOW WHAT LOVE IS** *(Jones) Somerset Songs Publishing, Inc. (ASCAP)*
Keith

**LOCAL HERO** *(Knopfler) Almo Music Corp o/b/o Charscourt Ltd. (ASCAP)*
Orchestral

**CALEDONIA** *(arr. Coulter) Celtic Thunder Ltd.*
Damian, George, Keith, Paul, Ryan

**YESTERDAY'S MEN** *(Coulter/Martin) Four Seasons Publishing (PRS)*
George

**CHRISTMAS 1915** *(McConnell) Copyright Control*
Damian, George, Keith, Paul, Ryan









# Exhibit M







CD INLAY
(INSIDE TRAY)



# Exhibit N

# Welcome to CelticMan.com

**CLICK HERE TO VIEW CELTIC WOMAN**

 # You are not authorized to view this page

You might not have permission to view this directory or page using the credentials you supplied.

If you believe you should be able to view this directory or page, please try to contact the Web site by using any e-mail address or phone number that may be listed on the www.celticman.eu home page.

You can click 🔍 Search to look for information on the Internet.

HTTP Error 403 - Forbidden
Internet Explorer

# Exhibit O





HOME

 
CLICK HERE TO VIEW THE CATALOGUE

Watch part 2 of Maireads video diary – watch for part 2 of Orla's diary next week.

**Celtic Woman wish to thank all their fans as they celebrate their most successful year to date**
**Check out the latest press cuttings...**

U.S. spring tour dates starting shortly!


New U.S. Tour Dates
Click here for details



**TOUR DATES**

U.S. Tour Dates

International Tour Dates

Tour Diary

**NEWS HEADLINES**

»Check out the latest press cuttings...

»New Alex photos



A CHRISTMAS CELEBRATION


amazon.com

musictoday
EMPOWERING FAN CONNECTION

Click here to watch the watch Celtic Woman perform on the Happy Christmas show, recorded in Kyoto during their December Japanese tour.

**iTunes individual track download now available**


From the creators of Celtic Woman comes:
**THE HIGH KINGS**
CLICK HERE TO SEE THEIR NEW WEBSITE

www.thehighkings.com

© Celtic Woman 2006 | Company No: 391870 | Advertiser Login | Contact Us