**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELTIC WOMAN LTD.,

    Plaintiff,

                - against -

CELTIC THUNDER LTD.,  
CELTIC MAN LTD., SHARON  
BROWNE, WLIW LLC,  
ALIGN ENTERTAINMENT LLC  
and GUSTAVO SAGASTUME

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FILED ELECTRONICALLY**

No 08-CV-0066 (TPG)

### DISCLOSURE STATEMENT OF CELTIC THUNDER LTD. AND CELTIC MAN LTD. PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Celtic Thunder Ltd. and Celtic Man Ltd., private non-governmental parties, that Celtic Thunder Ltd. and Celtic Man Ltd. have no parent corporation and no publicly-held corporation owns 10% or more of their stock.

[remainder of page intentionally left blank; signature page follows]

22664298v2

| | |
|---|---|
| Dated: New York, New York<br>February 6, 2008 | DEBEVOISE & PLIMPTON LLP<br><br>By: /s/ Jeremy Feigelson<br>    Jeremy Feigelson (JF-4963)<br>    Susan A. McMahon (SM-4709)<br><br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br><br>*Attorneys for Defendants Celtic Thunder Ltd. and Celtic Man Ltd.* |

22664298v2