| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | | **FILED ELECTRONICALLY** |

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              )
CELTIC WOMAN LTD.,                                            )
                                                              )
         Plaintiff,                                           )
                                                              )    No 08-CV-0066 (TPG)
                  - against -                                 )
                                                              )
CELTIC THUNDER LTD.,                                          )
CELTIC MAN LTD., SHARON                                       )
BROWNE, WLIW LLC,                                             )
ALIGN ENTERTAINMENT LLC                                       )
and GUSTAVO SAGASTUME                                         )
                                                              )
         Defendant.                                           )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DISCLOSURE STATEMENT OF WLIW LLC**
**PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to WLIW LLC, a private non-governmental party, that WLIW LLC has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

[remainder of page intentionally left blank; signature page follows]

| | |
|---|---|
| Dated: New York, New York<br>February 6, 2008 | DEBEVOISE & PLIMPTON LLP<br><br>By: /s/ Jeremy Feigelson<br>    Jeremy Feigelson (JF-4963)<br>    Susan A. McMahon (SM-4709)<br><br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br><br>*Attorneys for Defendant WLIW LLC* |