UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CELTIC WOMAN LTD.,

        Plaintiff,

  -against-

CELTIC THUNDER LTD., CELTIC MAN LTD.,
SHARON BROWNE, WLIW LLC, ALIGN
ENTERTAINMENT GROUP LLC, AND
GUSTAVO SAGASTUME,

        Defendants.

------------------------------------------------------------ x

08 CV 0066 (TPG)

STIPULATION AND ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

    WHEREAS, the parties previously submitted a stipulation and order that set February 1, 2008 as the date for defendant WLIW LLC to answer the complaint and the date for defendants Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne, and WLIW LLC to respond to plaintiff Celtic Woman Ltd.'s motion for a preliminary injunction; and

    WHEREAS, the parties now wish to extend the time for defendant WLIW LLC to answer the complaint and the time for defendants Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne, and WLIW LLC to respond to plaintiff Celtic Woman Ltd.'s motion for a preliminary injunction;

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

    1.    The date for defendant WLIW LLC to appear, answer, move or otherwise respond to the complaint is extended through and including February 6, 2008.

27891/000/816891.1

2. The date for defendants Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne, and WLIW LLC to respond to plaintiff Celtic Woman Ltd.'s motion for a preliminary injunction is extended through and including February 6, 2008.

COWAN, LIEBOWITZ & LATMAN, P.C.

By: *[signature]*
Richard S. Mandel (RM-4884)

1133 Avenue of the Americas
New York, NY 10036
Tel: (617) 345-9000

Attorneys for Plaintiff Celtic Woman Ltd.

DEBEVOISE & PLIMPTON LLP

By: *[signature]*
Jeremy Feigelson (JF-4963)

919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000

Attorney for Defendants Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne and WLIW LLC

Of Counsel:

HINCKLEY, ALLEN & SNYDER LLP
Peter A. Herbert (PH-2581)
Deborah L. Benson
Eric D. Levin
Amy B. Spagnole
28 State Street
Boston, MA 02109
(617) 345-9000

SO ORDERED

*[signature: Thomas P. Griesa]*
U.S.D.J.

2/7/08

27891/000/816891.1

2