UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

CELTIC WOMAN LTD.

                    Plaintiff,

     -against-

CELTIC THUNDER LTD., CELTIC MAN
LTD., SHARON BROWNE, WLIW LLC,
ALIGN ENTERTAINMENT GROUP LLC,
and GUSTAVO SAGASTUME

                  Defendants.

-------------------------------------------------------------- x

08 Civ. 0066 (TPG)

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

WHEREAS, the parties previously submitted a stipulation and order setting February 6, 2008 as the date for defendants WLIW LLC, Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne and WLIW LLC to respond to plaintiff Celtic Woman Ltd.'s motion for a preliminary injunction to February 6, 2008; and

WHEREAS, the parties now wish to (a) conform the answer date for said defendants to the response date for oppositions to the preliminary injunction, and (b) specify the answer and preliminary injunction response dates for defendant Gustavo Sagastume, who via this stipulation is appearing in the case;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1.     The date for defendants WLIW LLC, Celtic Thunder Ltd., Celtic Man Ltd. and Sharon Browne to appear, answer, move or otherwise respond to the complaint and to respond to plaintiff's motion for a preliminary injunction is extended through and including February 6, 2008.

22663872v1

2.  Defendant Gustavo Sagastume acknowledges service of the complaint and of plaintiff's motion for a preliminary injunction. The date for Mr. Sagastume to to appear, answer, move or otherwise respond to the complaint and to respond to plaintiff's motion for a preliminary injunction is extended through and including February 12, 2008.

3.  Defendants reserve all rights, and by this stipulation do not waive any rights, to raise any and all defenses to the complaint, substantive or procedural.

Dated: New York, New York
February 5, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Richard S. Mandel (RM-4884)

1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200

*Attorneys for Celtic Woman Ltd.*

Of Counsel:

HINCKLEY, ALLEN & SNYDER LLP
Peter A. Herbert (PH-2581)
Deborah L. Benson
Eric D. Levin
Amy B. Spagnole
28 State Street
Boston, MA 02109
(617) 345-9000

DEBEVOISE & PLIMPTON LLP

By: _____
Jeremy Feigelson (JF-4963)

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants Celtic Thunder Ltd., Celtic Man Ltd., Sharon Browne, WLIW LLC and Gustavo Sagastume*

SO ORDERED:

_____
U.S.D.J.
2/7/08

22663872v1