UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| CELTIC WOMAN LTD., | ) | |
| | ) | **FILED ELECTRONICALLY** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-0066 (TPG) (HP) |
| CELTIC THUNDER LTD., | ) | |
| CELTIC MAN LTD., SHARON | ) | |
| BROWNE, WLIW LLC, | ) | |
| ALIGN ENTERTAINMENT GROUP LLC, | ) | |
| and GUSTAVO SAGASTUME, | ) | |
| | ) | |
| Defendants. | ) | |

_____

## DECLARATION OF PETER A. HERBERT

1.      I am a partner of Hinckley, Allen & Snyder LLP, attorneys for Plaintiff Celtic

Woman Ltd.  I submit this declaration on personal knowledge and in further support of

Plaintiff's Motion for Preliminary Injunction.

2.      Attached ad Exhibit 1 is a true and accurate copy of Sharon Browne's

biographical material contained on the Celtic Thunder website bearing the date January 31, 2008.

3.      Attached as Exhibit 2 is a true and accurate copy of a Borders website page 1

bearing the date February 7, 2008.

4.      Attached as Exhibit 3 is a true and accurate copy of YAHOO website pages 1-2

bearing the date January 31, 2008.

5.      Attached as Exhibit 4 is a true and accurate copy of CD Universe website

pages 1-3 bearing the date February 13, 2008.

6.     Attached as Exhibit 5 is a true and accurate copy of CD Universe website pages 1-2 bearing the date February 13, 2008.

7.     Attached as Exhibit 6 is a true and accurate copy of Elderly.com website page 1 bearing the date February 4, 2008.

8.     Attached as Exhibit 7 is a true and accurate copy of Amazon.com website pages 1-5 bearing the date January 30, 2008.

9.     Attached as Exhibit 8 is a true and accurate copy of Amazon.ca website pages 1-3 bearing the date February 4, 2008.

10.     Attached as Exhibit 9 is a true and accurate copy of Amazon.co.jp website   pages 1-4 bearing the date February 4, 2008.

11.     Attached as Exhibit 10 is a true and accurate copy of Reuters.com website pages 1-3 bearing the date January 31, 2008.

12.     Attached as Exhibit 11 is a true and accurate copy of Regorecords.com website pages 1-6 bearing the date February 13, 2008.

13.     Attached as Exhibit 12 is a true and accurate copy of Amazon.com website pages 1-4 bearing the date January 30, 2008.

14.     Attached as Exhibit 13 is a true and accurate copy of Regorecords.com website pages 1-3 bearing the date February 13, 2008.

15.     Attached as Exhibit 14 is a true and accurate copy of the outer packaging of the videocassette (VHS) of the theatrical performance entitled "Riverdance."

16.     Attached as Exhibit 15 is a true and accurate copy of the outer packaging of the DVD entitled "The Best of Riverdance," featuring among others, the star Michael Flatley.

17.     Attached as Exhibit 16 is a true and accurate copy of the outer packaging of the DVD of the performance of Michael Flatley's subsequent theatrical production entitled "Lord of the Dance."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2008.

_____

Peter Herbert



### Creatives

The Show
Tv Broadcasts
Products
Tour Dates
Shop Online
Downloads
Discussion
Celtic Thunder
Creatives
Photos
Media

Sharon Browne has been working in the music business for 20 years. Her management buy in 1996 of K-Tel in Ireland created what was to become Ireland's Premier Irish Music Label – Celtic Collections, an independent and Irish owned label.

Her focus moved to representing the catalogues of big Irish names such as Phil Coulter, The Dubliners, The Wolfetones, The Furey Bros & Davey Arthur, Bagatelle, Paddy Reilly, Jim Mc Cann etc. throughout the world.





Sharon further developed the label by venturing into more Contemporary Irish music and World music releasing albums of Clannad, Altan and Bohinta and began investing in young Irish female vocalists such as Chloe, Meav, Lisa, Aine Furey, Aoife, Rua and others.

Sharon Browne is the Creator and Producer of CELTIC WOMAN. She has loved the change in her career, moving into creating and producing Television Shows and Live Tours along with the CD's and DVD's she was used to working on. Sharon is married to Declan and they have 3 sons, Alex, Matthew and Dudley.

**All Content Copyright Celtic Thunder Ltd. © 2007**
Home | Links | Contact Us | Site Map

Case 1:08-cv-00066-PPS   Document 35-3   Filed 02/13/2008   Page 1 of 1

# BORDERS.

Feb 07, 2008 17:44:02

## Celtic Man: From the Producers of Celtic Woman Celtic Thunder

no image available

CELTIC MAN

$19.99

**Not Yet Published**

Prices may vary by store. See your local store for the most up-to-date pricing.

DVD

February 2008

Avg Customer Rating:
★ ★ ★ ★ ★
Be the first to rate this item

**about this edition**

UPC: 602517624511
BINC: 9419122
Original Release Date: February 2008

 

Yahoo! My Yahoo! Mail    Make Y! your home page        Search: [                    ]  Web Search

YAHOO! FINANCE    Sign In          Finance Home - Help           PR Newsw
                  New User? Sign Up

 

[ GET QUOTES ]    Finance Search

TD AMERITRADE    100 FREE TRADES    Scottrade
                 E*TRADE Securities LLC   Member FINRA/SIPC

ADVERTISEMENT



**Press Release**                          Source: Celtic Thunder Limited

# Creator of Best-Selling Irish Musical Phenomenon 'Celtic Woman' Launches Brand-New Show

Tuesday December 11, 11:13 am ET

## SINGING SENSATION "CELTIC MAN" TO BE FEATURED ON PUBLIC TELEVISION SPECIAL, CELTIC THUNDER, AIRING IN MARCH 2008

NEW YORK, Dec. 11 /PRNewswire/ -- Sharon Browne, creator and former producer of the chart-topping Irish musical ensemble Celtic Woman, will introduce her brand-new show, entitled Celtic Man in Celtic Thunder, which features five male vocalists, collectively called Celtic Man, to U.S. audiences with a public television special to be broadcast nationally in March 2008. The special will be distributed by WLIW New York.

(Photo: http://www.newscom.com/cgi-bin/prnh/20071211/NYTU068 )

*Source: Celtic Thunder Limited*



· Celtic Man in Celtic Thunder.
· Click Here to Download Image

For Celtic Thunder, Browne has teamed up with Grammy-nominated Irish songwriting and composing veteran Phil Coulter to produce a show that includes an eclectic mix of songs ranging from the traditional "Mountains of Mourne" and "Come By the Hills" to international hits such as "Brothers in Arms" and "Desperado," as well as original compositions by Coulter, who has written hits for Elvis Presley ("My Boy") and the Bay City Rollers, and performed with Van Morrison, Tom Jones, and the Rolling Stones. The ensemble numbers in Celtic Thunder reflect the power of the soloists, who range in age from 14 to 40, and feature songs that celebrate a common Celtic heritage.

**Top Stories**

· Wall Street Falls Amid Economic Worries - AP (10:33 am)
· MBIA Loses $2.3 Billion on Write-Downs - AP (10:08 am)
· Consumer Spending Slowed i December - AP (10:14 am)
· P&G Lifts Outlook on Strong 2nd Quarter - AP (10:51 am)

More

Most-viewed articles

"My concept for Celtic Man was to feature real men of different ages from Ireland and Scotland," says Browne. "The guys -- Damien McGinty, Keith Harkin, Ryan Kelly, Paul Byrom, and George Donaldson -- are a real range of Celts. These men are good-looking in a not-too-pretty way, strong, silent, quietly powerful, and just a little threatening. There are enough boy bands out there -- it's time for some real men!"

Browne is a 20-year music business veteran who, prior to Celtic Thunder, launched Ireland's premier music label Celtic Collections in 1996, and developed and produced the phenomenally successful Celtic Woman show, which featured five stunning female soloists.

Celtic Man in Celtic Thunder was filmed in the Helix in Dublin in August 2007. A CD/DVD of the show will be distributed in the U.S. by Universal's Decca label beginning February 26th, 2008. In addition, a 50-city tour is scheduled for Fall 2008. Celtic Man in Celtic Thunder, will air on local public television stations beginning March 2008, and viewers who support the stations during their fundraising campaign will have the first opportunity to get tickets for the Fall tour, as well as a special edition of the CD and DVD with bonus material.

```
www.celticman.net

For more information, please contact:
Pamela Murphy at Align Entertainment Group
Office 646.596.8700
Cell 917.498.0802
pamela@aligneg.com
```

Source: Celtic Thunder Limited

✉ Email Story        📠 Set News Alert        🖨 Print Story

[ Search News ]

Sponsor Results

Trade Forex Online
Free Forex Software & One-on-One Training. Try GFT risk-free now.
www.GFTforex.com

Countrywide® Home Loans
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

Car Insurance Quotes Online
Compare auto insurance quotes from top companies online.
www.insurance.com
                    (What's This?)

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

HACKER SAFE
TESTED DAILY  13-FEB

# cd Universe

MUSIC  MOVIES  GAMES

» Search   Title

View Cart  Order Status  Wish List  Help Center

**Browse**

- Action/Adventure
- Animation
- Box Sets
- Childrens
- Comedy
- Drama
- Family
- Horror
- In Theatres
- Mature
- Music Video
- Mystery
- Recommended
- Romance
- Science Fiction
- TV on DVD

**Movie Features & More**

- Audiobooks
- Blu-Ray
- HD DVD
- UMD Video
- Bargain Bin
- Best Sellers
- Box Office Top 10




Large Front

▶ **Detailed Information**

## Celtic Thunder - From The Producers Of Celtic Woman Celtic Thunder DVD
Celtic Thunder

Regular Price:  $16.29
Sale Price:  **$14.79**  Sale

PREORDER NOW   ADD TO WISH LIST

Scheduled to release Tuesday, March 04, 2008
Place your order today and be one of the first to receive this product when it arrives.

Format:  ⊙ DVD

✉ Email a Friend

| | |
|---|---|
| List Price | $19.98 (You save $5.19) |
| Category | Pop Music Videos, Concert, Classical, Music Video, Music (General), World, Celtic |
| Studio | Universal Music & Video Distribution |
| CD Universe Part# | 7616976 |
| Catalog# | 1 |
| Discs | 1 |
| Street Date | Mar 04, 2008 |
| Rating | Not Rated |
| Movie Details | Color |

**Current Top Sellers**

1. Assassination Of Jesse James
2. Portrait In Black/Madame X Widescreen
3. Tammy And The Bachelor/ Tammy Tell Me True/ Tammy
4. Jeff Dunham - Spark Of Insanity Widescreen
5. Elizabeth: The Golden Age

› All Time Top Sellers

**New Releases**

This Week

1. In The Shadow Of The Moon
2. Wwe - Stone Cold Steve Austin's Life & Legacy  Full Frame
3. Tyler Perry's What's Done In The Dark
4. Why Did I Get Married  Widescreen

# Celtic Thunder - From The Producers Of Celtic Woman Celtic Thunder DVD Movie

> 2008's Hot Movies
> Future Releases
> Recent Releases
> Top Movie Charts

**Browse Music**

> Alt/Indie
> Classical
> Heavy Metal
> Jazz
> Movie Soundtracks
> Rap/Hip Hop
> Rock/Pop

▲ **Notes**

Dolby Digital 5.1 Re

▲ **Description**

Singer/songwriter Phil Coulter and CELTIC WOMAN producer Sharon Browne team up for this celebration of song. Some powerful vocalists bring classic tracks such as Dire Straits' "Brothers in Arms" and "Nights in White Satin" by the Moody Blues to life. The tracklisting also includes standards such as "The Raggle Taggle Gypsy" and "Come By the Hills."

cdu4asppld movie 7616976 cdu4pldall cdu4pls7 ver2l2cdu cdu4all 2/13/2008 11:35:28 AM

5. Why Did I Get Married  Full Frame

Next Week

1. American Gangster Widescreen Unrated

2. La Fea Mas Bella

3. MR. Warmth – The Don Rickles Project Unrated

4. Lust, Caution

5. For The Bible Tells Me So

**Top Future Releases**

1. In The Shadow Of The Moon

2. American Gangster Widescreen Unrated

3. La Fea Mas Bella

4. MR. Warmth – The Don Rickles Project Unrated

5. Firm - Balance Trainer

Featured **Bargain**



**Mr. Bean's Holiday**

**Our Price:** ⊙DVD **$19.23**

You Save: $10.75

> More Bargains

Special Features

Policies

Help

---

---

Celtic Thunder - From The Producers Of Celtic Woman Celtic Thunder DVD Movie

> General Shipping Information
> Help Section
> Order Status
> FAQs
> How to Order Demo

> Safe Shopping Guarantee
> Privacy Policy
> Contact Us
> About Us

> Affiliate Program
> Gift Certificates
> Wish List






©1996 - 2008 CD Universe; Portions copyright 1981 - 2008 Muze Inc.
For personal non-commercial use only. All rights reserved.

To link directly to this page: http://www.cduniverse.com/productinfo.asp?pid=7616976

http://www.cduniverse.com/productinfo.asp?pid=7616976

Celtic Thunder CD








**HACKER SAFE**
TESTED DAILY  13-FEB

cd Universe

MUSIC  MOVIES  GAMES

» Search  Artist

View Cart  Order Status  Wish List  Help Center




Large Front

## Celtic Thunder CD
Celtic Thunder

**Regular Price:** $15.05
**Sale Price:** **$14.80** Sale

**PRE-ORDER NOW**  ADD TO WISH LIST





**Scheduled to release Tuesday, March 04, 2008**
Place your order today and be one of the first to receive this product when it arrives.

**Format:** CD

Email a Friend

▲ **Detailed Information**

| | |
|---|---|
| **List Price** | $18.98 (You save $4.18) |
| **Category** | Rock/Pop, Rock, International, Vocal, World, Celtic |
| **Label** | Decca (USA) |
| **Orig Year** | 2008 |
| **CD Universe Part#** | 7612214 |
| **Catalog#** | 1 |
| **Discs** | 1 |
| **Street Date** | Mar 04, 2008 |
| **Studio/Live** | Studio |
| **Mono/Stereo** | Stereo |
| **Recording Time** | 51 minutes |

▲ **Track Listing**

| | **Song Title** |
|---|---|
| 1. | Heartland |
| 2. | Mountains Of Mourne |

## Browse

> Alternative
> Blues
> Box Sets
> Classical
> Country
> Dance
> Heavy Metal
> International
> Jazz
> Latin
> Live Performance
> Oldies
> R & B
> Rap/Hip Hop
> Rock/Pop
> Soundtrack

**Music Features & More**

> Accessories
> Audiobooks
> DVD Audio
> Enhanced CD
> Super Audio CD
> Calendars

> Bargain Bin
> Radio Top 20
> Top Music Charts

**Browse Movies**

> Action/Adventure
> Comedy
> Drama
> Horror

## Current Top Sellers

1. Sleep Through The Static
   Jack Johnson
2. Detours
   Sheryl Crow
3. Symphony
   Sarah Brightman
4. Hardcastle 5
   Paul Hardcastle
5. The Scarecrow
   Avantasia
> All Time Top Sellers

## New Releases

This Week

1. Phenomenon
   UFO
2. Thriller (25th Anniversary Edition)
   Michael Jackson
3. Force It
   UFO
4. The Phlorescent Leech & Eddie/Flo & Eddie
   Flo & Eddie
5. No Heavy Petting
   UFO

Next Week

1. Led Zeppelin - Song Remains The Same
   Led Zeppelin
2. Song Remains The Same

## Celtic Thunder CD

› Music Videos
› TV on DVD



3. Voyage, The
4. Come By The Hills
5. Remember Me, Recuerde Me
6. Desperado
7. Steal Away
8. Island, The
9. Old Man, The
10. Brothers In Arms
11. Cal/Local Hero
12. Lauren & I
13. She
14. Ireland's Call
15. Puppy Love

### Featured Bargain



**Go Girl Crazy**
The Dictators

**Our Price:** CD $4.42
You Save: $5.56

› More Bargains

3. Led Zeppelin
3. Song Remains The Same
   Led Zeppelin
4. Johnny B. Goode: His Complete '50S Chess Recording
   Chuck Berry
5. Dancing Sessions
   Maynard Ferguson

### Top Future Releases

1. Plastic Green Head (Re-Mastered)
   Trouble
2. Dog Eat Dog World
   Chris Hicks
3. Backwoods Barbie
   Dolly Parton
4. The Orchard
   Lizz Wright
5. Renacer
   Kevin Ceballo

cdu4asppid music 7612214 cdu4pidall cdu4pls0 ver212cdu cdu4all 2/13/2008 11:57:56 AM

## Help

› General Shipping Information
› Help Section
› Order Status
› FAQs
› How to Order Demo

## Policies

› Safe Shopping Guarantee
› Privacy Policy
› Contact Us
› About Us

## Special Features

› Affiliate Program
› Gift Certificates
› Wish List

©1996 - 2008 CD Universe; Portions copyright 1948 - 2008 Muze Inc. For personal non-commercial use only. All rights reserved.

To link directly to this page: http://www.cduniverse.com/productinfo.asp?pid=7612214



**Search:** (tips)                                    Go

| Home | Sale | Events | Shop by Brand | Recent | Cart |

| Vintage & Used | New Instruments | Accessories & Gear | Books |
| Videos & DVDs | CDs |

contact us.. | help / policies
showroom info | email lists
get catalogs | gift certificates
toll-free in USA
888-473-5810

Videos > **Celtic and British Performance & Documentary**

*from our* Celtic Department

# CELTIC MAN IN CELTIC THUNDER, THE SHOW

..to our complete listing of Videos - Celtic and British Performance & Documentary *or* ..to our complete listing of Videos - DVD-Format Videos

*also see* **Celtic and British...**

Recordings |

Scottish and British Songbooks |

Irish Songbooks |

*DVD* - **CELTIC MAN IN CELTIC THUNDER, THE SHOW**

From the producer of "Celtic Woman," Sharon Browne. She has teamed up with Phil Coulter to produce a show with an eclectic mix of songs, from the traditional "Mountains of Mourne," to "Desperado," along with some of Coulter's originals. The vocal ensemble ranges in age from 14 to 40. These songs celebrate a common Celtic heritage. As seen on PBS. Release date 02/26/2008
*on order, expected arrival date 02/14/08*
DECCA-DVD1 .. list $19.98 ours **$17.55**

Buy

> **Related items:**
> Recordings Department: *Various artists* - CELTIC MAN IN CELTIC THUNDER, THE SHOW (Irish Anthologies)

---

help / policies  showroom 517-372-7880  fax 517-372-5155|
toll-free: (USA only) 888-473-5810

privacy          mailorder 517-372-7890

Email: web@elderly.com

Case 1:08-cv-00066-TPG    Document 35-8    Filed 02/15/2008    Page 1 of 5

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com          Today's Deals          Gifts & Wish Lists          Gift Cards                          Your Account | Help

| DVD |

**Movies & TV**          Advanced Search    Browse Genres    New Releases    Bestsellers    DVD Deals    TV Central    High-Def 101    Video Downloads

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in.



See larger image

**From the Producers of Celtic Woman, Celtic Thunder (2008)**
Starring: Celtic Thunder Rating UNRATED

No customer reviews yet. Be the first.

**List Price:** ~~$19.98~~
**Price:** **$17.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
**You Save:** $1.99 (10%)
Special Offers Available
Pre-order Price Guarantee. Details

**Availability:** This title will be released on February 26, 2008. Pre-order now! Ships from and sold by **Amazon.com**. Gift-wrap available.

Quantity: 1

 Pre-order this item today
or
Sign in to turn on 1-Click ordering.

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Format: DVD

---

## Special Offers and Product Promotions

- Pre-order Price Guarantee! Order now and if the Amazon.com price decreases between your order time and release date, you'll receive the lowest price. Here's how (restrictions apply)
- **Valentine's Day:** No matter how you feel about the holiday, you can *save up to 35%* on the movies that mean Valentine's to you.

---

## Product Details

**Actors:** Celtic Thunder
**Format:** NTSC, Dolby
**Language:** English
**Region:** Region 1 (U.S. and Canada only. Read more about DVD formats.)
**Number of discs:** 1
**Rating** UNRATED
**Studio:** Celtic Thunder Ltd
**DVD Release Date:** February 26, 2008
**Average Customer Review:** No customer reviews yet. Be the first.
**ASIN:** B0012RLWU2
**Amazon.com Sales Rank:** #59,168 in Movies & TV (See Bestsellers in Movies & TV)
Popular in these categories: (What's this?)
   #5 in Movies & TV > Music Video & Concerts > Artists > **Celtic Woman**
   #97 in Movies & TV > Sports > Basketball > Teams > **Boston Celtics**

(Studios: Improve Your Sales)

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

For more information about "From the Producers of Celtic Woman, Celtic Thunder" **visit the Internet Movie Database (IMDb)**

---

⊞ **Theatrical Release Information**

## Editorial Reviews

**Product Description**
THE ORIGINAL PRODUCER OF CELTIC WOMAN BRING US CELTIC THUNDER For Celtic Thunder, Sharon Browne (Producer of the original Celtic Woman show) has teamed up with Grammy-nominated Irish songwriting and composing veteran Phil Coulter to produce a show that includes an eclectic mix of songs ranging from the traditional "Mountains of Mourne" and "Come By the Hills" to international hits such as "Brothers in Arms" and "Desperado," as well as original compositions by Coulter, who has written hits for Elvis Presley ("My Boy") and the Bay City Rollers, and performed with Van Morrison, Tom Jones, and the Rolling Stones. The ensemble numbers in Celtic Thunder reflect the power of the vocalists, who range in age from 14 to 40, and feature songs that celebrate a common Celtic heritage.

## Tags customers associate with similar products (What's this?)

Click on a tag to find related items, discussions, and people.

celtic (70)

celtic christmas (48)

celtic music (142)

celtic woman (217)

celtic women (72)

christmas music (44)

hayley westenra (39)

angelic voices (29)

a similar to mehdi (31)

irish folk (31)

chloe (26)

**Search Products Tagged with**
[          ] GO!

> See most popular Tags

**Your tags:** Add your first tag

**Help others find this product – tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

## Rate this item to improve your recommendations

Sign in to rate this item
⭐⭐⭐⭐⭐ | I own it

## Customer Reviews

**There are no customer reviews yet.**   [ Create your own review ]

Video reviews



**New feature!** Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.

 **Shoot Anything. Share Everything with Flip Video**
For the easiest way to shoot Amazon video reviews or life's everyday moments, try the Flip Video camcorder.


ADVERTISEMENT
SEARCH JOBS   monster®
Your calling is calling.™
Make your move.

## Customer Discussions Beta (What's this?)
New! See recommended Discussions for You

**This product's forum** (0 discussions)

Discussion                          Replies    Latest Post

**Related forums**

celtic music (4 discussions)

No discussions yet

Ask questions, Share opinions, Gain insight

**Start a new discussion**

Topic: [_____]

**Active discussions in related forums**

| Discussion | Replies | Latest Post |
|---|---|---|
| celtic music<br>☑ Have You Seen A Christmas Celebration DVD yet? | 5 | 5 days ago |
| celtic music<br>☑ Favorite Celtic Woman artist | 18 | 15 days ago |

# Product Information from the Amapedia Community Beta (What's this?)

Be the first person to add an article about this item at Amapedia.com.

› See featured Amapedia.com articles

# Listmania!

Top 25 Female "Live" Concert DVD's: A list by K. Ellis "kjjcellis"

Irish Music on DVD: A list by David Horiuchi

If You Like Celtic Woman...: A list by David Horiuchi

Create a Listmania! list

Search Listmania! [GO]

# So You'd Like to...

Embrace Ireland---literally or figuratively: A guide by tendays komyathy

find 2005 BEST BOOKS, FILMS & MUSIC: A guide by A Music Fan

Have a look at the Alternative World: A guide by Gregg Strand

Create a guide

Search Guides [GO]

# Look for Similar Items by Category

DVD > DVD
DVD > Music Video & Concerts > Artists > Celtic Woman
DVD > Music Video & Concerts > General

DVD > Music Video & Concerts > International
DVD > Music Video & Concerts > Pop > General
DVD > Sports > Basketball > Teams > Boston Celtics
International > Celtic > General
International > General

---

**Movies Are Better with Popcorn**



Stock up on your favorite popcorn. Orders over $25 ship free with Super Saver Shipping.

› More in Grocery

**Got Your Neti Pot?**



Give your sinuses a bath with one of the many neti pots in our Health & Personal Care Store.

› See more

**Beautiful Valentine's Gifts**



Find fragrances, bath sets, and more lovely gifts for Valentine's Day in our Beauty Store.

› See Valentine's gifts in Beauty

**Super-Low Price on Garmin nüvi 660**



Get the nüvi 660 GPS with Bluetooth, real street names, traffic, and an FM transmitter for just $349.99 from Amazon while supplies last.

› Shop now

**Shop and Win**



Pay online using your checking account and be entered to win a $500 Amazon.com Gift Certificate. Using your checking account at Amazon.com is easy. NO PURCHASE NECESSARY. See official rules.

---

ADVERTISEMENT



Hot Deals, Hot Colors. Save up to 50% Limited time only

---

**Feedback**
▸ If you need help or have a question for Customer Service, contact us.
▸ Would you like to update product info or give feedback on images? (We'll ask you to sign in so we can get back to you)
▸ Is there any other feedback you would like to provide? Click here

---

**Where's My Stuff?**
Track your recent orders.
View or change your orders in Your Account.

**Shipping & Returns**
See our shipping rates & policies.
Return an item (here's our Returns Policy).

**Need Help?**
Forgot your password? Click here.
Redeem or buy a gift certificate/card.
Visit our Help department.

Search  Amazon.com   GO!

---

**Your Recent History** (What's this?)

**You have no recently viewed items.**

After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.

Loading Recommendations...

**Recent Searches**
"celtic thunder" (All Products)

› **View & edit Your Browsing History**

**amazon.com®**   Amazon.com Home   |   Directory of All Stores

International Sites:  Canada   |   United Kingdom   |   Germany   |   Japan   |   France   |   China

Help   |   View Cart   |   Your Account   |   Sell Items   |   1-Click Settings

Investor Relations   |   Press Release   |   Careers at Amazon   |   Join Associates   |   Join Advantage   |   Join Honor System   |   Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

Case 1:08-cv-00068-TPG    Document 35-9    Filed 02/15/2008    Page 1 of 3



VIEW CART
VOTRE PANIER | WISH LIST
VOS ENVIES CADEAUX | YOUR ACCOUNT
VOTRE COMPTE | HELP
AIDE

WELCOME | YOUR STORE | BOOKS | MUSIC | DVD | VIDEO | SOFTWARE | COMPUTER & VIDEO GAMES | GIFTS | NOS BOUTIQUES FRANCOPHONES

SEARCH | BROWSE GENRES | BESTSELLERS | NEW & FUTURE RELEASES | TELEVISION CENTRAL | EN FRANÇAIS | JOIN ASSOCIATES | USED DVDS

Search DVD [                    ]    GO!



See larger image

## Celtic Man: From the Producers of Celtic Woman Celtic Thunder (2008)

No customer reviews yet. Be the first.

--------------------------------------------------

**List Price:** ~~CDN$ 20.04~~

**Price:** **CDN$ 14.04**
& eligible for **FREE Super Saver Shipping** on orders over CDN$ 39. Details

**You Save:** CDN$ 6.00 (30%) Pre-order Price Guarantee. Details

**Availability:** This title will be released on February 26, 2008. Pre-order now! Ships from and sold by **Amazon.ca**. Gift-wrap available.

Vous voulez voir cette page en français ? Cliquez ici.

**Price: CDN$ 14.04**
Available for Pre-order
Ships from and sold by
**Amazon.ca**

Quantity: 1



Pre-order this item today

or

Sign in to turn on 1-Click ordering.

Add to Wish List

Tell a friend

--------------------------------------------------

## Product Promotions

Pre-order Price Guarantee! Order now and if the Amazon.ca price decreases between your order time and the release date, you'll receive the lowest price. Here's how (restrictions apply)

--------------------------------------------------

## Product Details

**Format:** Import, NTSC
**Language:** English
**DVD Release Date:** Feb 26 2008

Case 1:08-cv-00066-TPG        Document 35-9        Filed 02/15/2008        Page 2 of 3

**Average Customer Review:** No customer reviews yet. <u>Be the first.</u>
**ASIN:** B0012RLWU2

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

---

## Customer Reviews

Share your thoughts with other customers:    [ Write your own review ]

---

## Look for similar items by category

<u>DVD Blowouts</u> > <u>$10 - $19.99</u>

<u>Genres</u> > <u>En français</u> > <u>Spectacles, Musique et Humour</u> > <u>DVD musicaux par genres</u> > <u>Musique du monde</u> > <u>Celtique</u>

<u>Genres</u> > <u>En français</u> > <u>Spectacles, Musique et Humour</u> > <u>DVD musicaux par genres</u> > <u>Musique du monde</u> > <u>World</u>

<u>Genres</u> > <u>Music Video & Concerts</u> > <u>Artists</u> > <u>Celtic Woman</u>

<u>Genres</u> > <u>Music Video & Concerts</u> > <u>General</u>

<u>Genres</u> > <u>Music Video & Concerts</u> > <u>International</u>

<u>Genres</u> > <u>Music Video & Concerts</u> > <u>Pop</u> > <u>General</u>

<u>Genres</u> > <u>Musicals & Performing Arts</u> > <u>World Music</u>

<u>Styles</u> > <u>International</u> > <u>Celtic</u> > <u>General</u>

<u>Styles</u> > <u>International</u> > <u>Europe</u> > <u>British Isles</u> > <u>Celtic</u> > <u>General</u>

<u>Styles</u> > <u>International</u> > <u>General</u>

---

## Look for similar items by subject

- [ ] <u>Celtic/Irish</u>
- [ ] <u>Int'l & World Music</u>
- [ ] <u>Pop</u>

[ Find DVDs matching ALL checked subjects ]
i.e., each DVD must be in subject 1 AND subject 2 AND ...

---

## Feedback

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

**Where's My Stuff?**        **Delivery & Returns**        **Need Help?**

Track your recent orders

Use Your Account to view or change your orders

See our shipping rates & policies

Return an item (here's our Returns Policy)

Forgot your password? Click here.

Buy or redeem a gift certificate

Visit the Help Desk

**Search** | All Products                          | **GO!**

Search | Browse Genres | Bestsellers | New & Future Releases | Television Central | En français | Join Associates | Used DVDs

International Sites: United States | United Kingdom | Germany | France | Japan | China

Contact Us | Help | View Cart | Your Account

Join Associates

Conditions of Use | Privacy Notice   © 2008 Amazon.com, Inc. and its affiliates. All rights reserved. Amazon.ca is a trademark of Amazon.com, Inc.

# amazon.co.jp

カートを見る
VIEW CART    ウ

| ようこそ | マイストア | 本 | 洋書 | エレクトロニクス | ホーム&キッチン | ミュージック | DVD | ソフトウェア | ゲーム | おもちゃ&ホビー | スポーツ&アウトドア | ヘルプ・ビュー |

詳細サーチ | ジャンル | AMAZON.CO.JP ランキング | ニューリリース・予約 | DVD化トップリクエスト | ミュージックDVD | バーゲンコーナー | AMAZON.CO.JP で売ろう！

サーチ DVD [                    ] GO!

Amazon Primeに会員登録すると、通常配送が無料になります。会員登録はお済みでしょうか？サインイン。



イメージを拡大

## From Orig Producer of Celtic Woman Celtic Thunder (2008)

出演: Celtic Thunder

まだカスタマーレビューはありません。今すぐどうぞ。

------------------------------------

価格: ￥ 2,233 （税込）この商品は1500円以上国内配送料無料を利用して配送されます。詳細

ポイント: 22pt (1%) 詳細はこちら

「予約商品の価格保証」対象商品。Pre-order Price Guarantee. 詳細

在庫状況（詳しくはこちら）：発売予定日は2008年2月26日です。ただいま予約受付中です。この商品は、Amazon.co.jp が販売、発送します。ギフト包装を利用できます。

この商品のURLをメールで携帯に送る

Would you like to see this page in English ? Click here.

価格: ￥ 2,233

ポイント: 22pt (1%)

近日発売 予約可

この商品の販売、発送：
**Amazon.co.jp**

数量: 1


この商品を今日予約注文する

または

1-Clickで注文する場合は、サインインをしてください。

ウィッシュリストに追加する。

お友だちに知らせる

形式: DVD

予約注文・限定版／初回版・特典に関する注意

予約商品をあわせてご注文されますと、それらの商品のうち、最長の発送可能時期（発売日）にまとめて発送されますので、単品でのご注文をおすすめします。

## プロモーション情報

「予約商品の価格保証」では、お客様が対象商品を予約注文した時点から発送手続きに入る時点、または発売
日のいずれか早い時点までの期間中のAmazon.co.jp の最低販売価格が、お支払いいただく金額となります。
予約商品の価格保証について詳しくはヘルプページをご覧ください。 Pre-order Price Guarantee! 詳細はこ
ちら (細則もこちらからご覧いただけます)

## 商品の詳細

出演: Celtic Thunder

形式: Import

言語 英語

リージョンコード: リージョン1 (アメリカ合衆国およびカナダ このDVDは、他の国では再生できない可能性
があります。詳細についてはこちらをご覧ください DVDの仕様。)

DVD発売日: 2008/02/26

おすすめ度: まだカスタマーレビューはありません。 今すぐどうぞ。

ASIN: B0012RLWU2

カタログ情報を更新するまたはイメージに対するお問い合わせ

## 商品の説明

**Video Description**
THE ORIGINAL PRODUCER OF CELTIC WOMAN BRING US CELTIC THUNDER For Celtic Thunder,
Sharon Browne (Producer of the original Celtic Woman show) has teamed up with Grammy-nominated Irish
songwriting and composing veteran Phil Coulter to produce a show that includes an eclectic mix of songs
ranging from the traditional "Mountains of Mourne" and "Come By the Hills" to international hits such as
"Brothers in Arms" and "Desperado," as well as original compositions by Coulter, who has written hits for
Elvis Presley ("My Boy") and the Bay City Rollers, and performed with Van Morrison, Tom Jones, and the
Rolling Stones. The ensemble numbers in Celtic Thunder reflect the power of the vocalists, who range in age
from 14 to 40, and feature songs that celebrate a common Celtic heritage.

## カスタマーレビュー

他のカスタマーにあなたの意見を伝えましょ
う: レビューを書く

··· AD ···



---

## この商品について語る ベータ版 (詳細)

※ 「この商品について語る」では、「この商品について語る」ガイドライン等に基づき、評価の高低等にかかわらず、お客様の自由な投稿を掲載しています。商品のご購入の際はお客様自身でご判断下さい。

### この商品のトピック一覧 (0件のトピック)

| トピック | 返答 | 最新の投稿 |
|---|---|---|
| まだトピックはありません | | |

質問や意見を交換しましょう

新しいトピックを作成する

トピックのタイトル: _____

---

## フィードバック

カタログ情報を更新するまたはイメージに対するお問い合わせ

---



観終わったDVD

DVD売るならアマゾンで。参加費無料で今すぐ始められる。アマゾンペイメントを使えば代金回収も心配無用。今すぐ売ろう！



出店企業続々！
マーチャント@amazon.co.jp

··· A D ···

目が離せない！ **江東区特集** HOME'S 新築分譲マン
古き良き江戸の情緒と、パワーアップするニュートーキョーの2つの魅力。
生活実感ランキングでも上位に選ばれた、江東区の注目マンションを特集します。

**注文した商品はどこ？**

<u>最近の注文状況を見る</u>

<u>アカウントサービス</u>を使用して、注文を確認または変更してください。

**配送と返品について**

<u>配送料と配送情報</u>

<u>商品を返品する</u>

**ヘルプデスク**

<u>パスワードを忘れた場合</u>

<u>Amazonギフト券</u>

<u>ヘルプデスク</u>をご覧ください。

サーチ DVD  GO!

<u>詳細サーチ</u> ｜ <u>ジャンル</u> ｜ <u>AMAZON.CO.JP ランキング</u> ｜ <u>ニューリリース・予約</u> ｜ <u>DVD化 トップリクエスト</u> ｜ <u>ミュージック DVD</u> ｜ <u>バーゲンコーナー</u> ｜ <u>Amazon.co.jp で売ろう！</u>

**amazon.co.jp®** <u>Amazon.co.jp ホーム</u>

インターナショナルサイト： <u>米国</u> ｜ <u>イギリス</u> ｜ <u>ドイツ</u> ｜ <u>フランス</u> ｜ <u>カナダ</u> ｜ <u>中国</u>

<u>お問い合わせはこちら</u> ｜ <u>ヘルプ</u> ｜ <u>カートを見る</u> ｜ <u>アカウントサービス</u> ｜ <u>マーケットプレイスで出品</u> ｜ <u>1-Click 設定を表示</u>

<u>Amazon.co.jp について</u> ｜ <u>プレスリリース</u> ｜ <u>スタッフ募集</u> ｜ <u>アソシエイト・プログラム（アフィリエイト）に参加する</u> ｜ <u>e託販売サービスに登録する</u>

<u>利用規約</u> ｜ <u>プライバシー規約</u> ©2000-2008, Amazon.com, Inc. and its affiliates



**LATEST NEWS** 🔲🔲 KILLING OF KENYAN MP OVERSHADOWS MEDIATION EFFORTS



**Reuters Oddly Enough**
Strange-but-true stories from around the world.
Subscribe

↗ "The experts say you can't beat the m
↗ Makes you wonder what the

You are here:    Home > News > Article

# Creator of Best-Selling Irish Musical Phenomenon 'Celtic Woman' Launches Brand-New...

Tue Dec 11, 2007 11:13am EST

Email |   Print |   Share|   Reprints |    Single Page | Recommend (-)

Creator of Best-Selling Irish Musical Phenomenon 'Celtic Woman' Launches
Brand-New Show
SINGING SENSATION "CELTIC MAN" TO BE FEATURED ON PUBLIC TELEVISION SPECIAL,
CELTIC THUNDER, AIRING IN MARCH 2008

    NEW YORK, Dec. 11 /PRNewswire/ -- Sharon Browne, creator and former
producer of the chart-topping Irish musical ensemble Celtic Woman, will
introduce her brand-new show, entitled Celtic Man in Celtic Thunder, which
features five male vocalists, collectively called Celtic Man, to U.S.
audiences with a public television special to be broadcast nationally in March
2008.  The special will be distributed by WLIW New York.
    (Photo: www.newscom.com/cgi-bin/prnh/20071211/NYTU068 )
    For Celtic Thunder, Browne has teamed up with Grammy-nominated Irish
songwriting and composing veteran Phil Coulter to produce a show that includes
an eclectic mix of songs ranging from the traditional "Mountains of Mourne"
and "Come By the Hills" to international hits such as "Brothers in Arms" and
"Desperado," as well as original compositions by Coulter, who has written hits
for Elvis Presley ("My Boy") and the Bay City Rollers, and performed with Van
Morrison, Tom Jones, and the Rolling Stones. The ensemble numbers in Celtic
Thunder reflect the power of the soloists, who range in age from 14 to 40, and
feature songs that celebrate a common Celtic heritage.
    "My concept for Celtic Man was to feature real men of different ages from
Ireland and Scotland," says Browne. "The guys -- Damien McGinty, Keith Harkin,
Ryan Kelly, Paul Byrom, and George Donaldson -- are a real range of Celts.
These men are good-looking in a not-too-pretty way, strong, silent, quietly
powerful, and just a little threatening. There are enough boy bands out
there -- it's time for some real men!"
    Browne is a 20-year music business veteran who, prior to Celtic Thunder,
launched Ireland's premier music label Celtic Collections in 1996, and
developed and produced the phenomenally successful Celtic Woman show, which
featured five stunning female soloists.
    Celtic Man in Celtic Thunder was filmed in the Helix in Dublin in August
2007. A CD/DVD of the show will be distributed in the U.S. by Universal's
Decca label beginning February 26th, 2008. In addition, a 50-city tour is
scheduled for Fall 2008. Celtic Man in Celtic Thunder, will air on local
public television stations beginning March 2008, and viewers who support the
stations during their fundraising campaign will have the first opportunity to
get tickets for the Fall tour, as well as a special edition of the CD and DVD
with bonus material.
    www.celticman.net

    For more information, please contact:
    Pamela Murphy at Align Entertainment Group
    Office 646.596.8700
    Cell 917.498.0802
    pamela@aligneg.com

SOURCE  Celtic Thunder Limited

Pamela Murphy, of Align Entertainment Group, +1-646-596-8700,
pamela@aligneg.com

© Reuters 2008 All rights reserved

**SHARE:**    Del.icio.us      Digg      Mixx      My Web      Facebook      Newsvine

## GLOBAL MARKETS NEWS

UPDATE 1-Newell Rubbermaid cuts '08 sales forecast

UPDATE 1-Carbo Ceramics Q4 profit falls on costs

Nasdaq Stock Market profit rises 25 pct

Sprint sees substantial impairment charge

More Global Markets News...

## ALSO ON REUTERS







Tango makes a comeback for tourists in Argentina

**Slideshow:** Astronauts take a six-hour space walk

**Video:** NASA unveils new pictures of Mercury

**Ads by Google**  What's This?

Fed Killing the Dollar?
Learn How to Profit From the Credit Crisis! Multiply Money up to 30x
MoneyAndMarkets.com

Vanderbilt Mortgage
Mobile home lender. Nationwide. Parks, Land/Home, for sale by owner
www.vmf.com

The VA Mortgage Center
$0 Down and up to $417,000. Veterans, see if you Qualify Online
www.VaMortgageCenter.com

Home Mortgage
Close in 12 Days - Bad Credit OK Lowest Rates & Highest Loan Amounts
MoneyNowUSA.com

Celtic Woman ON SALE

*Derek Warfield & The Young WolfeTones - The Night Is...Young - Coming February 19th!*

The Best Prices Anywhere!
On Celtic Woman / Man Merch
Recommended By Celtic Wom
We Are The World's Olde
Irish Music Seller
FOUNDED SEPTEMBER 15,



### The High Kings  –DVD

**The High Kings -DVD**
DVD-EMD-2134494  List : $19.99   REGO LOW PRICE: **$16.49**    Bu



### The High Kings   CD

**The High Kings CD**
CD-EMD-2134357  List : $18.98   REGO LOW PRICE: **$14.98**    Buy



### Celtic Thunder DVD

Nationwide PBS Special.
This item will ship on 2/26/08

DVD-CM-001  List : $19.99   PRE RELEASE PRICE **$14.99**    Buy This Ite

### Celtic Thunder CD

March 2008 PBS Nationwide Special.
Best Price Here



CD-CM-001  List : $18.99   PRE RELEASE PRICE **$14.99**    Buy This

2/13/2008

http://www.regorecords.com/celticwoman.html

Celtic Woman ON SALE




### Celtic Woman – A New Journey CD
**Extremely Popular**

CD-CW-Journey_basic  List : $18.98   **REGO LOW Price $12.98**   Buy This [E]

### Celtic Woman A New Journey Live at Slane Castle DVD

As Seen on PBS - On Special

### Celtic Woman A New Journey Live at Slane Castle DVD
DVD-CW-Slane  List : $19.99  **REGO LOW Price $14.99**   Buy This I

### A New Journey (Deluxe CD Package w/Bonus Tracks & I
Now Shipping!: As Seen on PBS

A New Journey (Deluxe CD Package w/Bonus Tracks & Irish Cha
**CD-CW-Slane   List : $24.99   Our Low Price $19.99**   Buy This Item

### Celtic Woman DVD
The DVD of The PBS Special

DVD-EMD-44604B   List : $19.99   REGO LOW PRICE: **$15.49**   Buy This Ite

### Celtic Woman CD DVD
**LOW PRICE Combo**
Save Big - Buy The Combo

### Celtic Woman CD DVD
**LOW PRICE Combo**

CD-WEA-CW3   List : $38.98   REGO LOW PRICE: **$27.99**   Buy This Item

### Celtic Woman CD
The CD - As Seen On PBS for much less!

### Celtic Woman CD
CD-EMD-60233   List : $18.98   REGO LOW PRICE: **$14.99**   Buy Th

### The New Celtic Woman Solo CD Five Pack



http://www.regorecords.com/celticwoman.html

Celtic Woman ON SALE

Get All Five Save Almost $22.00US
That's Real Money

**The New Celtic Woman Solo CD Five Pack**
CD-REGO-CW5  List : $89.95   REGO LOW PRICE: **$67.99**

CD1: Meav
CD2: Orla
CD3: Chloe
CD4: Lisa
CD5: Mairead

[ Buy This Item ]

## The Ultimate Celtic Woman Collection

7 CDs and both DVDs Save $47.91

**The Ultimate Celtic Woman Collection**
CDDVD-REGO-CWU  List : $172.91  REGO LOW PRICE: **$125.00**

[ Buy This Item ]

### Meav – A Celtic Journey
Meav From Celtic Woman Fame

CD-EMD-42957  List : $17.98   REGO LOW PRICE: **$13.98**

[ Buy Th ]

### Mairead – Raining Up
From Celtic Woman

CD-EMD-42974  List : $17.99   REGO LOW PRICE: **$13.98**

### Chloe – Walking In The Air
Chloe from the Hit Show Celtic Woman

**Chloe - Walking In The Air**
CD-EMD-42961  List : $17.99   REGO LOW PRICE: **$13.98**

[ Buy Th ]

## Celtic Woman Solo CDs Pick Any 3



2/13/2008

http://www.regorecords.com/celticwoman.html

Celtic Woman Solo CDs

**Celtic Woman Solo CDs Pick Any 3**
CD-REGO-CW3  List : $53.97  REGO LOW PRICE: **$39.99**

CD1: Meav
CD2: Orla
CD3: Chloe

[ Buy This Item ]

### Orla – The Water Is Wide



From the American PBS show Celtic Woman comes Orla and this new

CD-EMD-42966  List : $17.99  REGO LOW PRICE: **$13.98**   [ Buy Th ]

### Lisa – Lisa

From the Celtic Woman ensemble comes Lisa

CD-EMD-42964  List : $17.99  REGO LOW PRICE: **$13.98**   [ Buy Th ]

### Hayley Westenra – Celtic Treasure

A natural extension of Hayley Westenra's work with the Celtic Woman excellent showcase for Westenra's resonant, clear-as-a-bell voice.



CD-UM-58531  **$18.98**

### Hayley Westenra – Odyssey

This record which encapsulates Hayley's growth from a budding teena mature young woman. Her wonderful voice retains its crystal-clear pu singing is now richer and more rounded than before.



CD-UM-5440  **$18.98**

### Hayley Westenra – Pure

Her debut album that made her famous.



CD-UM-1866  **$18.98**   [ Buy This Item ]

### Celtic Woman  A Christmas Celebration

Celtic Woman ON SALE

An Irish Christmas Phenomenon!

**Celtic Woman A Christmas Celebration**
CD-EMD-70124  List : $18.98  REGO LOW PRICE: $14.57    Buy This Item

**Celtic Woman – A Chistmas Celebration w/ Special Chris**    Buy Th
Includes a collector Christmas Ornament

**Celtic Woman - A Chistmas Celebration w/ Special Christmas Or**
CD-EMD-75104  List : $26.99  REGO LOW PRICE: $18.99    Buy This It

**Celtic Woman – A Christmas Celebration DVD – Live From**
**They Very Latest from Celtic Woman**

DVD-EMD-02809  List : $19.99  REGO LOW PRICE: $13.98



Subscribe to Reg
Records New Rel

x

**About Rego & Shipping Info**
© 1996 - 2007 Irish Music Corporation. All rights reserved. Any republication or reproduction, use of content or images
in whole or in part, without the express written consent of Irish Music Corporation is strictly prohibited and punishable
by international treaty and US federal law.

WHOLESALE INQUIRES TO
wholesale@eIrish.com Serving Irish Music Retailers Since 1916

e-commerce by
YAHOO!
e-commerce platform

Orders shipped from our New York warehouses daily.
We Accept MASTERCARD - VISA - AMEX & PAYPAL TOO
We accept GoogleCheckOut at our Sister Site Rego Irish Records
NOTE: Rego Irish Records takes every precaution to protect your privacy. We utilize Yahoo's most advanced systems. If you are not comfortable wit
line please call our friendly Customer Service staff

Rego Irish Records

2/13/2008

http://www.regorecords.com/celticwoman.html

Celtic Woman ON SALE

1-800-854-ERIN(3746) North America
1-800-458-REGO(7346)North America
1-518-266-0765 Worldwide
Dublin - 1-657-1961
Belfast - 028-9002-5020

Home
Index
Rego Site Search
DVD Selection from Rego
Video Selection from Rego
Celtic Woman ON SALE
Artists A thru D
Artists E thru J
Artists K thru N
Artists O thru R
Artists S thru Z
Christmas Music ON SALE
Irish Comedy
Keltic Music
Copies Records
DOWNLOADS
Derek Warfield
Paddy Noonan
Andy Cooney
Irish Wedding
Irish Dance
Inspirational
Books and Sheet Music
Various Artists CDs
Rego Print-Out Order Form
Classic Cassettes Bargains Page
About / Shipping / Privacy
Email
View Cart

http://www.regorecords.com/celticwoman.html

2/13/2008

Case 1:08-cv-00066-TPG    Document 35-13    Filed 02/15/2008    Page 1 of 4

Hello. Sign in to get personalized recommendations. New customer? Start here.

| Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help |

**Movies & TV**

Celtic Woman

| Advanced Search | Browse Genres | New Releases | Bestsellers | DVD Deals | TV Central | High-Def 101 | Video Downloads |

**More in Celtic Woman Bestsellers**

Hot New Releases

Most Gifted

Most Wished For

**Narrow by Category**

‹ Any Category
  ‹ Movies & TV
    ‹ Music Video & Concerts
      ‹ Artists

ABBA
AC DC
Aerosmith
Aguilera, Christina
Alice in Chains
Armstrong, Louis
Backstreet Boys
The Band
Basie, Count
Beach Boys
Beastie Boys
The Beatles
Bee Gees
Blakey, Art
The Blues Brothers
Bocelli, Andrea
Bon Jovi
Borge, Victor
Bowie, David
Brightman, Sarah
Brooks, Garth
Buble, Michael
Buena Vista Social Club
Carey, Mariah
Carpenters
Carter, Aaron
Cash, Johnny
**Celtic Woman**
Chicago
Church, Charlotte
Clapton, Eric
Coldplay
Collins, Phil
Coltrane, John

## Bestsellers in Movies & TV

Any Category › Movies & TV › Music Video & Concerts › Artists › Celtic Woman

The most popular items in Celtic Woman. Updated hourly.

1. 
   ### Celtic Woman - A New Journey: Live at Slane Castle, Ireland
   DVD ~ Chloe Agnew
   ★★★★★ ☑ (272 customer reviews) | 1 customer discussion
   In Stock

   List Price: $18.98
   **Price: $9.99**
   You Save: $8.99 (47%)
   53 used & new from $8.98

   
   Add to cart
   Add to Wish List

2. 
   ### Celtic Woman
   ★★★★★ ☑ (229 customer reviews)
   In Stock

   List Price: $18.98
   **Price: $9.99**
   You Save: $8.99 (47%)
   67 used & new from $7.50

   Add to cart
   Add to Wish List

3. ### Celtic Woman Presents Chloe: Walking in the Air
   DVD ~ Johann Sebastian Bach
   ★★★★☆ ☑ (12 customer reviews)
   In Stock

   **Price: $18.98**
   38 used & new from $13.60

   Add to cart
   Add to Wish List

4. 
   ### Celtic Woman Complete Collection (DVD)
   DVD ~ Celtic Woman
   ★★★★☆ ☑ (3 customer reviews)
   In Stock

   List Price: $75.92
   **Price: $67.99**
   You Save: $7.93 (10%)

   
   Add to cart
   Add to Wish List

5. 
   ### From the Producers of Celtic Woman, Celtic Thunder
   DVD ~ Celtic Thunder

Cooper, Alice

Cream

Creedence Clearwater Revival

Crosby, Stills & Nash

Crow, Sheryl

Davis, Miles

Deep Purple

Denver, John

Dion, Celine

The Doors

Dr. Dre

Dream Theater

Dylan, Bob

Eagles

Ellington, Duke

Emerson, Lake & Palmer

Eminem

Estefan, Gloria

Eurythmics

Fleetwood Mac

Fogerty, John

Gabriel, Peter

Genesis

Gillespie, Dizzy

Gilmour, David

Godsmack

Grateful Dead

Groban, Josh

Haggard, Merle

Hendrix, Jimi

Holiday, Billie

Il Divo

Iron Maiden

Jackson, Janet

Jackson, Michael

Jarrett, Keith

Joel, Billy

John, Elton

Johnson, Jack

Johnson, Robert

Jones, George

Jones, Norah

Journey

The Judds

KISS

Kelly, R.

King, B.B.

King, Carole

Krauss, Alison

Ma, Yo-Yo

Madonna



Release Date: February 26, 2008
Available for Pre-order

List Price: $19.98
**Price: $17.99**
You Save: $1.99 (10%)



Add to Wish List

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1-5

These lists, updated hourly, contain bestselling, non-accessory items.

**RSS Feed**

Subscribe to: **Bestsellers > Movies & TV > Music Video & Concerts > Artists > Celtic Woman**

Learn more about RSS feeds for Bestsellers

## Customer Discussions about these Bestsellers

| Discussion | Replies | Latest Post |
|---|---|---|
| **Celtic Woman - A New Journey: Live at Slane Castle, Ireland forum** <br> fiery fiddler Mairead;? | 1 | August 2007 |

Manilow, Barry
Marley, Bob
Martin, Ricky
Matthews, Dave
Mayer, John
McLachlan, Sarah
Megadeth
Metallica
Metheny, Pat
Mingus, Charles
Monk, Thelonious
Morrissey & The Smiths
Motley Crue
N Sync
Nelson, Willie
Osbourne, Ozzy
Parker, Charlie
Pink Floyd
Presley, Elvis
Prince
Queen
Queensryche
Reed, Lou
Rice, Damien
Rich, Buddy
Rieu, Andre
Riverdance
Rock, Chris
The Rolling Stones
Roxy Music
Roy Orbison
Rush
Santana
Shakur, Tupac
The Shins
Simon, Paul
Snoop Dogg
Spears, Britney
Springsteen, Bruce
Stephen Lynch
Stewart, Rod
Sting
Streisand, Barbra
Talking Heads
Taylor, James
The Temptations
Tenacious D
Too Short
Tool
Turner, Tina
Twain, Shania

Amazon.com Movies & TV Bestsellers: The most popular items in Celtic Woman. Updat...    page 4 of 4

Case 1:08-cv-00066-TPG    Document 35-13    Filed 02/15/2008    Page 4 of 4

U2

Valli, Frankie

Van Halen

Vaughan, Stevie Ray

Waters, Muddy

Weird Al

The Who

Yes

Young, Neil

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate/card.
- Visit our Help department.

**Search** Amazon.com  | 

## Your Recent History (What's this?)

**Recently Viewed Products**

 From the Producers of Celtic Woman, Celtic... DVD ~ Celtic Thunder

Loading Recommendations...

**Recent Searches**
"celtic thunder" (All Products)

› **View & edit Your Browsing History**

**amazon.com**®    Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

Celtic Thunder DVD

*Derek Warfield & The Young WolfeTones - The Night Is...Young - Coming February 19th!*



North America 1-800-458-
Dublin 01 657
Belfast 028 9002

IRISHRECORDS.COM

irishmersupport@regorisrecord

The World's Oldest Producer, Manufacturer & Distributor of Iri

## Celtic Thunder DVD

**This is a PRE ORDER ITEM That will ship on 2/26/08**

Celtic Thunder is a PBS Pledge Drive Item for March 08




DVD Listing

Heartland All Mountains of Mourne Keith Harkin

Raggle Taggle Gypsy All
Ride On Ryan Kelly
Come By The Hills Damian Mc Ginty
The Old Man George Donaldson
Love Thee Dearest Paul Byrom
Heartbreaker Ryan Kelly
Nights in White Satin Paul Byrom
-A Bird Without Wings Damian Mc Ginty
The Voyage George Donaldson
The Island Keith Harkin
Brothers In Arms Ryan Kelly
Mull of Kintyre All
Puppy Love Damian Mc Ginty
Lauren & I Keith Harkin
Steal Away All
Remember Me Paul Byrom
My Boy George Donaldson
Desperado Ryan Kelly

http://www.regorecords.com/cemanceth.html

2/13/2008

Celtic Thunder DVD

Ireland's Call All
That's a Woman Paul / Ryan
She Paul Byrom
Young Love Damian Mc Ginty
I Wanna Know what Love Is Keith Harkin
Cal/Local Hero Orchestra
Caledonia All

BONUS TRACKS
Yesterday's Men George Donaldson

From Famed Producer Sharon Browne Comes
**Celtic Thunder**

**Damian McGinty**
He has loved singing from a young age and won his first singing competition at the ag

**Keith Harkin**
Keith is a talented Songwriter and excellent Guitar player as well as an amazing sing

**Ryan Kelly**
Ryan has performed alongside Westlife, Girls Aloud and Simply Red in the televised "
Need Live Charity Concert" at the Odyssey in Belfast to an audience of over 8,000

**Paul Byrom**
Two years ago Paul got to record the album of his dreams with a 54 piece orchestra.
Velvet and covered songs from the American Matinee era. Much to his delight it reacl
the classical charts.

**George Donaldson**
George has played alongside many folk musicians and singers, including Jim McCan
from the Dubliners and has performed at the famous Glasgow Barrowlands.

DVD-CM-001  List : $19.99  PRE RELEASE PRICE **$14.99**   [ Buy This Item ]

2/13/2008

2/13/2008

Celtic Thunder DVD



Need Help? Click to Chat

## About Rego & Shipping Info

© 1996 - 2007Irish Music Corporation. All rights reserved. Any republication or reproduction, use of content or images in whole or in part, without the express written consent of Irish Music Corporation is strictly prohibited and punishable by international treaty and US federal law.

WHOLESALE INQUIRIES TO
wholesale@eIrish.com Serving Irish Music Retailers Since 1916



e-commerce by
YAHOO!

Orders shipped from our New York warehouses daily.
We Accept MASTERCARD - VISA - AMEX & PAYPAL TOO
We accept GoogleCheckOut at our Sister Site Rego Irish Records

NOTE: Rego Irish Records takes every precaution to protect your privacy. We utilize Yahoo's most advanced systems. If you are not comfortable with please call our friendly Customer Service staff.

Rego Irish Records
1-800-854-ERIN(3746) North America
1-800-458-REGO(7346)North America
1-518-266-0765 Worldwide
Dublin - 1-657-1961
Belfast - 028-9002-5020

- Home
- Index
- Rego Site Search
- DVD Selection form Rego
- Video Collection from Rego
- Celtic Woman ON SALE
- Artists A thru D
- Artists E thru I
- Artists J thru N
- Artists O thru R
- Artists S thru Z
- Christmas Music ON SALE
- Irish Comedy
- Kells Music
- Copley Records
- DON TOATs
- Derek Warfield
- Padhy Noonan
- Andy Cooney
- Irish Wedding
- Irish Dance
- Inspirational
- Books and Sheet Music
- Various Artists CDs
- Rego Print Out Order Form
- Classic Cassetes Bargains Page
- About / Shipping / Privacy
- Email
- View Cart

Subscribe
Records
[x]

THE MAGIC, ENERGY AND PASSION ...





**THE STORY BEHIND
THE MUSIC AND DANCE
PHENOMENON THAT IS RIVERDANCE**

# RIVERDANCE - A JOURNEY

Something magical happened at The Point Theatre in Dublin on April 30th 1994, when a 7 minute interval performance piece for the Eurovision Song Concert astonished the World.

RIVERDANCE - A JOURNEY has captured the magic, the energy and the passion of what has gone on to become the music and dance phenomenon of the decade.

Offering a unique insight into the story behind the creation and making of RIVERDANCE, this special video follows the show from its beginnings in Dublin, on to London and then all the way to New York as the show becomes an enormous International box office hit.

Featuring all the passion, power and intrigue both on and off the stage, you will be entertained and enthralled by this magical experience.



Colour : PAL
Length: 73 mins approx



5 14138 06563





A Tyrone Production for
Abann Productions
© Tyrone Productions 1996
Design by: Image Now/Doran
Packaging © 1996 VCI 7 -74
Dean Street London W1V 5HB

WARNING: This videogram is protected by copyright and your retention is drawn to the copyright warning at the beginning of the programme



Exempt from Certification



# THE BEST OF

## Riverdance™

### FEATURING

**MICHAEL FLATLEY**    **JEAN BUTLER**
**COLIN DUNNE**    **JOANNE DOYLE**
**BREANDÁN DE GALLAÍ**

COMPOSED BY BILL WHELAN
PRODUCED BY MOYA DOHERTY
DIRECTED BY JOHN MCCOLGAN





KULTUR

DVD
VIDEO

THE BEST OF



ISBN: 0-7697-7836-4

0  32031 29829  3



*"Of all of the performances to emerge from Ireland in the past decade in rock, music, theatre and film – nothing has carried the energy, the sensuality and the spectacle of Riverdance."*

Includes 18 of the all-time best performances of *Riverdance* from its extraordinary beginnings at the Point Theatre, Dublin, with original stars Michael Flatley and Jean Butler, through its phenomenal success in Radio City Music Hall, New York to its latest live recording in Geneva. *Riverdance* boasts an international cast featuring the remarkable Riverdance Irish Dance Troupe, the cream of Irish musicians in the Riverdance Band and a spectacular array of talent from Spain, Russia and America, performing to the magic of Bill Whelan's music. More electrifying than ever, this DVD is a treasure for Riverdance fans worldwide!



## -SPECIAL FEATURES INCLUDE-

### RIVERDANCE – The Ten Years
All new 65 minute documentary, celebrating the Riverdance phenomenon over the first 10 years. Features all of the passion, power and intrigue of the show backstage. Introduced by Gabriel Byrne.

### RIVERDANCE – Behind the Scenes
Never before seen footage of the Riverdance backstage crew in action

### RIVERDANCE
Performance at the Special Olympics Opening Ceremony

Produced by Tyrone Productions

© Abhann Marketing Ltd. & Tyrone Productions Ltd. / Designed by Rattigan at Zeus Creative Dublin

| Region | Format | Picture | Sound | Language |
|---|---|---|---|---|
| All | N SC | 16:9 Anamorphic Widescreen | Dolby Digital 2.0/5.1 | English |

**KULTUR®**
Visit Our Web Site:
**www.kultur.com**

**KULTUR**
195 Highway 36
West Long Branch, NJ 07764
(732) 229-2343



**TYRONE**
PRODUCTIONS

Color
Running Time:
113 Minutes

DOLBY
DIGITAL

DVD

This film is exclusively distributed by KULTUR International Films, Ltd., 195 Highway 36, West Long Branch, NJ 07764
(732) 229-2343. The Copyright propreitor has licensed the picture contained in the program for private use only,
and prohibits any other use, reproduction or performance in public, in whole or part. PRINTED IN USA





ISBN 0-7832-3796-0

0 2519-20681-2 6

Filmed at the Point Theatre in Dublin, 'Lord of the Dance' takes Irish dancing to spectacular new heights. Orchestrated and conducted by Anne Dudley, inspiring original music by Ronan Hardiman and exhilarating dance starring the sensational Michael Flatley with supporting characters Bernadette Flynn, Daire Nolan, Gillian Norris, Helen Egan and Anne Buckley — 'Lord of the Dance' is a rare and magical experience.

Michael Flatley takes to the stage in a stunning Celtic dance spectacular which retells Irish folk legend in a dazzling and updated style.

Join us when time stood still and Erin was goddess of all.... The stories had all been written and everyone knew their parts. But the ancient clans, sitting in their stone circles, heard mumblings and the spirits dream was troubled. A new dark power had emerged to challenge the Lord of the Dance.

EXECUTIVE FILM PRODUCERS: MICHAEL FLATLEY / BILL TENNANT
FILM DIRECTOR: DAVID MALLET
PRODUCER: ANDY PICHETA
A VVL PRODUCTION FOR UNICORN ENTERTAINMENT LTD
© 1996 UNICORN ENTERTAINMENT LD. ALL RIGHTS RESERVED.

**KEY FEATURES:**
- Behind-the-Scenes • Cast Biographies
- Digitally Mastered

NO RATED

| LANGUAGE | English | 1.33:1 FULL FRAME | Dolby Digital soundtracks contain up to 5.1 channels of discrete audio. Dolby Surround soundtracks contain up to 4 channels of encoded audio. Playback from 2 channel DVD outputs is compatible with stereo and Dolby Pro Logic reproduction. | | | |
|---|---|---|---|---|---|---|
| DOLBY DIGITAL | 2.0 STEREO | | | | | |
| CAPTIONS SUBTITLES | | COLOR | Single Layer | 1 Hour 33 Minutes | 20681 | |

10 Universal City Plaza, Universal City, CA 91608. © 1999 Universal Studios. All Rights Reserved. Printed in USA. WARNING: For private home use only. Unauthorized public performance, broadcasting or copying is a violation of applicable laws. Dolby and the Double-D symbol are trademarks of Dolby Laboratories Licensing Corporation.

 

THIS DISC IS COMPATIBLE WITH ALL DVD PLAYERS DISPLAYING THESE SYMBOLS. AUTHORIZED USE IN THE U.S. AND CANADA.

DVD VIDEO