UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELTIC WOMAN LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELTIC THUNDER, LTD., )<br>CELTIC MAN LTD., SHARON )<br>BROWNE, WLIW LLC, )<br>ALIGN ENTERTAINMENT GROUP LLC, )<br>and GUSTAVO SAGASTUME, )<br>)<br>Defendants. )<br>) | Civil Action No. 08-CV-0066<br><br>**SUPPLEMENTAL DECLARATION**<br>**OF DAVID KAVANAGH** |

David Kavanagh, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declares:

1.    I am the Chief Executive Officer of plaintiff, Celtic Woman Ltd., and submit this declaration to formally deny the allegations of defendant Sharon Browne that I have deliberately refused to honor a contractual obligation to pay her 25% of the net profits from tour and merchandising activity relating to the "CELTIC WOMAN" show as provided under the express terms of a letter agreement between us dated January 21, 2005 (incorrectly referenced as 2004) (the "Letter Agreement") (see Browne Decl., Exh. G).

2.    In December, 2005, at the end of the first CELTIC WOMAN tour, we informed Ms. Browne that the tour had lost money and that therefore there were no net profits to be distributed from the tour. Ms. Browne's response was to declare that her share was to be calculated based on "gross" box office and merchandise receipts from the tour.

3.    Ms. Browne interpretation of the Letter Agreement is incorrect. The agreement calls for her to receive a percentage of my personal share of the net profits from tours and merchandise generated during the period of Ms Browne's employment. Moreover, any amounts

to be paid under the Letter Agreement may be affected by other contractual issues between us. This contractual dispute, like others between Ms. Browne and me, has been and is continuing to be discussed between the parties' legal representatives in Ireland, and will be resolved as in the past either through negotiation or in the Irish courts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2008.

                                              David Kavanagh

#714520v2