UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CELTIC WOMAN LTD.,   )
　　　　　　　　　　　)
　　Plaintiff,　　　　)
　　　　　　　　　　　)
v.　　　　　　　　　　)
　　　　　　　　　　　)   Civil Action No. 08-CV-0066
CELTIC THUNDER, LTD.,　)
CELTIC MAN LTD., SHARON　)   **ORDER FOR ADMISSION**
BROWNE, WLIW LLC,　　)   **PRO HAC VICE**
ALIGN ENTERTAINMENT GROUP LLC, )   **ON WRITTEN MOTION**
and GUSTAVO SAGASTUME,　)
　　　　　　　　　　　)
　　Defendants.　　　)

Upon the motion of Peter A. Herbert, attorney for Celtic Woman, Ltd. and said sponsor attorney's affidavit in support thereof;

IT IS HEREBY ORDERED that

　　　　Amy B. Spagnole
　　　　Hinckley, Allen & Snyder, LLP
　　　　28 State Street
　　　　Boston, MA 02109
　　　　(617) 345-9000
　　　　(617) 345-9020

is admitted to practice pro hac vice as counsel for Celtic Woman, Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 20, 2008
New York, New York:

　　　　　　　　　　　　　　　　　Loretta A. Preska
　　　　　　　　　　　　　　　　　United States District/Magistrate Judge