**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x   **FILED ELECTRONICALLY**

CELTIC WOMAN LTD.,

    Plaintiff,

                               - against -

CELTIC THUNDER LTD.,
CELTIC MAN LTD., SHARON
BROWNE, WLIW LLC,
ALIGN ENTERTAINMENT LLC
and GUSTAVO SAGASTUME

    Defendants.
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x
CELTIC THUNDER LTD., CELTIC MAN LTD. and
SHARON BROWNE,

                  Counterclaim Plaintiffs,

                               - against -

CELTIC WOMAN LTD.,

                  Counterclaim Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

No. 08-CV-0066 (TPG)

**DEFENDANTS CELTIC THUNDER LTD.,
CELTIC MAN LTD. AND SHARON BROWNE'S
<u>NOTICE OF ADDITIONAL AUTHORITIES</u>**

      Defendants Celtic Thunder Ltd., Celtic Man Ltd. and Sharon Browne

("Defendants") hereby give notice that, in addition to the authorities cited in their

memoranda of law in opposition to plaintiff's application for a preliminary injunction, Defendants rely upon:

1. *Groden v. Random House*, 61 F.3d 1045, 1052 (2d Cir. 1995) (First Amendment considerations limit the reach of the Lanham Act as applied to expressive statements, including those that "advertise" a product (citing *Rogers v. Grimaldi*, 875 F.2d 994 (2nd Cir. 1989)).

2. *Cairns v. Franklin Mint Co.*, 292 F.3d 1139, 1151 (9th Cir. 2002) ("[A] nominative fair use analysis [] replaces the likelihood of customer confusion analysis. . . .  The nominative fair use analysis is appropriate where a defendant has used the plaintiff's mark to describe the plaintiff's product, even if the defendant's ultimate goal is to describe his own product.").

Dated:  New York, New York            Respectfully submitted,
        February 25, 2008

                                     DEBEVOISE & PLIMPTON LLP

                                     By:   /s/  Jeremy Feigelson_____
                                           Jeremy Feigelson (JF-4963)
                                           Susan A. McMahon (SM-4709)

                                     919 Third Avenue
                                     New York, New York 10022
                                     (212) 909-6000

                                     *Attorneys for Defendants-Counterclaimants Celtic Thunder Ltd., Celtic Man Ltd. and Sharon Browne and for Defendants WLIW LLC and Gustavo Sagastume*