**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELTIC WOMAN LTD.,

    Plaintiff,

          - against -

CELTIC THUNDER LTD.,
CELTIC MAN LTD., SHARON
BROWNE, WLIW LLC,
ALIGN ENTERTAINMENT LLC
and GUSTAVO SAGASTUME

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELTIC THUNDER LTD., CELTIC MAN LTD. and
SHARON BROWNE,

          Counterclaim Plaintiffs,

          - against -

CELTIC WOMAN LTD.,

          Counterclaim Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FILED ELECTRONICALLY**

No 08-CV-0066 (TPG)

**Second Supplemental Declaration of Sharon Browne**

    1.    I am a defendant in this action, and an owner and director of defendants

Celtic Man Ltd. and Celtic Thunder Ltd.  I make this declaration on personal knowledge

in further support of the opposition to Plaintiff's motion for a preliminary injunction.

    2.    Attached as Exhibit A is a true and correct copy of the art from the 2002

album "The Best of Celtic Woman," which I released through my record company, Celtic



Collections in 2002.

3.     Attached as Exhibit B is a true and correct copy of an excerpt from a souvenir program from the original Celtic Woman live show.  This exhibit was previously submitted as Exhibit B to the Declaration of Sharon Browne and is included here for ease of reference.  I am twice listed as a producer in this program.

4.     Attached as Exhibit C is a true and correct copy of a business card given to me by Plaintiff while I was affiliated with Celtic Woman.  My title on the card is "Producer."

5.     Attached as Exhibit D is a true and correct copy of a press release publicizing the launch of Celtic Woman in the United States.  The release names me as the artistic director/producer of Celtic Woman.

6.     Attached as Exhibit E are true and correct copies of screenshots taken yesterday from Celtic Woman's online store.  These pages, which sell DVDs and CDs from the original Celtic Woman show that I produced, indicate that my work as a producer is still available to consumers.  The original Celtic Woman television show also continues to appear on public television in the United States.

7.     Attached as Exhibit F is a true and correct copy of an article that appeared in the Evening Herald, a large Irish newspaper, on August 22, 2007.  This article describes my plan to take my new male show, then called Celtic Man, to the United States market.  This indicates that Plaintiff knew not later than August 2007 that I would bring my show to the United States, yet it did not file this lawsuit for another five months.

2

8.    Attached as Exhibit G is a true and correct copy of a transcript of a radio interview I gave in Ireland on April 12, 2007, well before this lawsuit was filed. The transcript accurately quotes me as saying: "[insert tk]. I am not with Celtic Woman anymore, I have moved on and I am ready for a new challenge." This demonstrates that I have never sought to associate myself or my new show with Celtic Woman, except to refer truthfully to my role as producer of Celtic Woman, which is central to my professional history and my commercial identity.

9.    Attached as Exhibit H is a true and correct copy of an archived page from the Celtic Woman website. This copy is taken from the website archive.org, which maintains historical copies of many websites. This web page appeared on the website in 2005, prior to my parting ways with Plaintiff. The web page describes the history of the show and states that I "conceived Celtic Woman," indicating that Celtic Woman did originally credit me with creating and producing the show.

10.    Attached as Exhibit I is a true and correct copy of a screenshot of the current Celtic Woman website. This page describes the history of the show and states that it was "[c]reated by Composer and Musical Director David Downes and Executive Producer David Kavanagh in 2004." There is no reference to me, contrary to many past acknowledgments by Plaintiff of my role as creator and producer. This revision of the Celtic Woman story indicates that Plaintiff intends to rewrite the history of the show to eliminate the record of my involvement.

[rest of page intentionally left blank; signature page follows]

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 25th day of February, 2008.

_____
Sharon Browne

22677475v1

# Exhibit A



CCCD330

1. FROM A DISTANCE — JULIE GOLD
2. I DREAMT I DWELT IN MARBLE HALLS — MÉAV
3. SHE MOVED THROUGH THE FAIR — RUA
4. DANNY BOY — AOIFE FERRY
5. THE LASS OF GLENSHEE — ALTAN
6. WALKING IN THE AIR — CHLOË AGNEW
7. CALEDONIA — AOIFE FERRY
8. AILEEN DUINN — MÉAV
9. SEND ME A SONG — LISA
10. GARDEN OF GRAVES — RUA
11. RIPPLES OF HOPE — ORLA SWEENEY
12. SWEETEST SUMMER RAIN — AINE FUREY
13. SIUIL A RUN — LISA
14. LOVERS HEART — D'GOYA
15. YOU BROUGHT ME UP — MÉAV
16. HAND IN YOUR HAND — AINE FUREY BOHINTA
17. THEN YOU'LL REMEMBER ME — DE DANNEN
18. WEDDING SONG — AINE FUREY BOHINTA
19. THE LAST ROSE OF SUMMER — CHLOË AGNEW



1.  FROM A DISTANCE – JULIE GOLD
    *Julie Gold (4.22)*

2.  I DREAMT I DWELT IN MARBLE HALLS – MÉAV
    *Trad. Arr. David Downes/Cap Con (3.46)*

3.  SHE MOVED THRU THE FAIR – RUA
    *Trad. Tracks Arr. Rua (3.57)*

4.  DANNY BOY – AOIFE FERRY
    *Trad. Arr. Four Seasons Music Ltd (4.18)*

5.  THE LASS OF GLENSHEE – ALTAN
    *Trad. Arr. Altan/MCPS (4.29)*

6.  WALKING IN THE AIR – CHLOË AGNEW
    *Howard Blake (3.22)*

7.  CALEDONIA – AOIFE FERRY
    *MacLean/Limetree Arts and Music (4.30)*

8.  AILEIN DUINN – MÉAV
    *Trad. Arr. Capercaillie/Sony Music Publishing (4.09)*

9.  SEND ME A SONG – LISA KELLY
    *David Downes/Caitríona Ní Dhubhghaill/MCPS (4.48)*

10. GARDEN OF GRAVES – RUA
    *Rua Music & Lyrics Composed & Arranged by Rua (3.11)*

11. RIPPLES OF HOPE – ORLA SWEENEY
    *Orla Sweeney/Eadec (Deerpark Music/Vixen Music) (3.58)*

12. SWEETEST SUMMER RAIN – ÁINE FUREY
    *Martin Furey Music Banshee Music Ltd (3.26)*

13. SIÚIL A RÚN – LISA
    *Trad. Arr. David Downes /MCPS (3.18)*

14. LOVERS HEART – D'GOYA
    *Andy M Stewart/Phil Cunningham/Bracken Music Services (4.28)*

15. YOU BROUGHT ME UP – MÉAV
    *Music – John Spillane (Arr. Conor O'Reilly) Words Louis de Paor (4.38)*

16. HAND IN YOUR HAND – ÁINE FUREY BOHINTA
    *Composed by Martin Furey Music Banshee Music Ltd (5.34)*

17. THEN YOU'LL REMEMBER ME – DE DANANN
    *Cap Con (2.24)*

18. WEDDING SONG – ÁINE FUREY BOHINTA
    *Composed by Martin Furey Music Banshee Music Ltd (4.14)*

19. THE LAST ROSE OF SUMMER – CHLOË
    *Trad. Arr. David Downes (3.20)*

DESIGNED BY ZION CREATIVE

# Exhibit B

# Celtic Woman

## IN CONCERT

SOUVENIR PROGRAMME



# ONE WORLD

DAVID DOWNES/SHAY HEALY

We're all a part of One World
We all can share the same dream
And if you jusat reach out to me
Then you will find
Deep down inside I'm just like you

Loud voices raised in anger
Speak harsh words,
Such cruel words
Why do they speak so selfishly
When we have got so much we can share

So let your hearts be open
And reach out with all your love
There are no strangers now
They are our brothers now
And we are one

We're all a part of One World
We all can share the same dream
And if you jusat reach out to me
Then you will find
Deep down inside I'm just like you





# DAWN OF A CELTIC WOMAN

BY SHARON BROWNE

Sitting in the audience at the first performance of Celtic Woman in Dublin in 2004 we knew we were experiencing something very special. Composer David Downes and myself had set about creating a show that would bring together some of Ireland's most talented vocalists and musicians and present them on the world stage. It had been my intention ever since I started Celtic Collections back in 1996, to devote a considerable part of the label's endeavors to developing and promoting the young female artists we were signing. Although we had a very healthy catalogue of established international artists to look after including Clannad, Altan, Phil Coulter, The Dubliners, The Fureys, and so on, I felt we could also make an impact with some of the newer young talent that was emerging.

MONTHS OF

HARD WORK,

PLANNING,

CREATING,

CHANGING,

RE-CREATING

RESULTED IN

THE FILMING OF

CELTIC WOMAN

began for Celtic Collections to create and film Celtic Woman and for PBS to commit to running the show as a PBS Pledge show.

A fortuitous meeting with David Downes created the spark I was searching for. I had first met David as a prodigious 17 year old working with Phil Coulter. I subsequently signed him and David Agnew, performing as 'Fir na Ceol' to the label. They have now several albums in the Celtic Collections catalogue including 'Hearts Quest' a great musical journey and a concept for a Celtic show created for the European market where their albums enjoyed great success. David, who had produced albums for Chloe and Lisa, and was planning our album with Orla Fallon had come to meet me to discuss a new project for 'Fir na Ceol'. By the time he left, Celtic Woman was born.

It was an exciting time. In the aftermath of Riverdance and the success of U2, Ireland was producing some uniquely talented artists and I was determined to have them on my label. Méav Ní Mhaolchatha, Chloë Agnew, Áine Furey Aoife, Rua and Lisa Kelly were all signed to Celtic Collections. All of these young artists have gone on to make successful albums with us. I had been looking at various ways of presenting these young talents, to a wider audience. At the Midem festival in Cannes, I presented the concept for a Celtic Woman show to Gustavo Sagastume of PBS in the USA. He loved the Girls, the Music and the Concept. Negotiations

Months of hard work, planning, creating, changing and re-creating resulted in the filming of Celtic Woman at The Helix in Dublin on 15th September 2004 with a fantastic Cast and Crew. My thanks to you all. Following the Performance which was fantastic and certainly the highlight of my career to date, the Show was edited into a DVD and a Studio CD was recorded, mixed and mastered. Celtic Woman has developed from the success of the PBS broadcasts and EMI sales in the USA, into a new Touring Show. And so it begins...,

# CELTIC WOMAN CREDITS

**CREATORS**
| | |
|---|---|
| Composer: | David Downes |
| Producer: | Sharon Browne |
| Executive Producer: | Dave Kavanagh |

**CREATIVE TEAM**
| | |
|---|---|
| Musical Director: | David Downes |
| Stage Director: | Michael Scott |
| Production Sound Director: | Andrew Boland |
| Set / Lighting Design: | Peter Barnes |
| Fashion Designer: | Synan O'Mahony |
| Orchestra/ Male Ensemble: | Geoff Coughlan |
| Costumes: | At Boutique Homme |
| Choreographer (At The Ceili): | Belinda Murphy |
| Creative Director: | Paul Rattigan |
| Vocal Coach: | Mary Brennan |
| Make Up Artist: | Zoe Clark **dermalogica** |
| | Cosmetic make-up sponsored by and achieved using Dermalogica range of skincare products |
| Hair Stylist: | Tony McIvany |
| | Stephen Montgomery |

**ARTISTS**
| | |
|---|---|
| Vocal Soloist: | Chloe Agnew |
| | Orla Fallon |
| | Lisa Kelly |
| | Mairead Nesbitt |
| | (Solo violin sponsored by Thomastik Infeld Strings) |
| Solo Fiddle : | |
| Vocal Soloist: | Meav Ni Mhaolchatha |
| | Deirdre Shannon |

**BAND**
| | |
|---|---|
| Percussionist: | Ray Fean |
| | Percussionist sponsored by Paiste cymbals, Regal Drumsticks and Meinl Percussion |
| Percussionist: | Nicky Bailey |
| | Nicky Bailey is proudly by Evans, EMAD II, Drums and Yamaha Drum Corners |
| Bass Guitar: | Eoghan O'Neill |
| Guitars: | Des Moore |
| Uileann Pipes: | John O'Brien |
| Piano & Keyboards: | David Downes |

**CHOIR**
| | |
|---|---|
| Choral Director: | Rosemary Collier |
| Chorus: | Roisin Dempsey |
| | Mary O'Sullivan |
| | Eunan Mc Donald |
| | Paul McGough |
| | Jeremy Morgan |
| | Andrew Nangle |
| Chorus Alternative: | Daire Halpin |
| | Lorraine Cotter |

**TOUR PRODUCTION**
| | |
|---|---|
| The Production Office: | Beaminster, Dorset DT8 3EF |
| Production Director: | Chris Vaughan |
| Production & Accounts: | Keely Myers |
| Tour Manager: | Annie Bloom |
| Hospitality: | Rachel Davis |

**SOUND**
| | |
|---|---|
| Sound Designer: | Colin Boland |
| Monitor Engineer: | Andreas Linde-Buchner |
| PA Rigger: | Guy Gillen |
| PA Crew: | Jason McCarrick |
| Sound Company: | Masque Sound |
| Masque Sound: | Lucas 'Rico' Corrubia |
| In Ear Monitors: | Hand Held Audio |

**LIGHTING**
| | |
|---|---|
| Creative Stage Lighting: | James Martin |
| | George |
| Lighting Crew Chief: | Paul Mundrick |
| Lighting Operator: | Katherine B. Johnston |
| Lighting Crew: | David Masten |

**WARDROBE**
| | |
|---|---|
| Wardrobe: | Caroline Simpson |

**BACKLINE**
| | |
|---|---|
| Backline Tech: | Paul Bradman |

**SET / RIGGING**
| | |
|---|---|
| Set Carpenter: | Glenn Binley |
| | George Osborne |

**SPECIAL EFFECTS**
| | |
|---|---|
| MTFX: | Mark Turner |

**SET CONSTRUCTION**
| | |
|---|---|
| Brilliant Stages: | John Gittins |

**VISUALS**
| | |
|---|---|
| Windmill Lane Studios | |
| Video Director: | Jim Mc Guirk |
| Editor: | Iseult Howlett |

**RUNNERS**
| | |
|---|---|
| Runner: | Alex Browne |
| | Luke Kavanagh |

**MERCHANDISE**
| | |
|---|---|
| Bravado New York: | Tom Bennett |
| Merchandiser: | Scott Porter |

**FREIGHT**
| | |
|---|---|
| Rock It Cargo: | Chris Wright |
| | Matt Wright |

**TRUCKING**
| | |
|---|---|
| Upstaging: | Brian Higgins |
| | Greg Regan |

**AIR TRAVEL**
| | |
|---|---|
| American Airlines: | Bernie Willett |
| | Anne Costello |

**BUSES**
| | |
|---|---|
| Florida Coaches: | Caleb Calhoun |

**ACCOUNTANTS**
| | |
|---|---|
| Clifford Desmond Ltd. | |
| Managing Director: | Maurice Clifford |
| Accounts Assistant: | Elaine O'Neill |

**BOOKING AGENCY**
| | |
|---|---|
| William Morris Agency | |
| Executive VP: | Clint Mitchell |
| Exec Asst To Clint Mitchell: | Tracey Sayed |

**PROMOTER**
| | |
|---|---|
| Clear Channel Inc | |
| Executive VP: | Jonathan Hockwald |
| Exec Assistant To Mc Hockwald: | Maggie Seidel |
| Press & Marketing Director: | Amy Wiggler |

**PBS**
| | |
|---|---|
| Vice President Programming: | Gustavo Sagastume |
| Thanks to | Vicki Wright |

**EMI MUSIC**
| | |
|---|---|
| Chairman & CEO: | Alain Levy |
| Vice Chairman: | David Munns |
| COO: | Ivan Gavin |
| President, Jazz & Classical: | Bruce Lundvall |
| Sr.V.P. GM - Manhattan Records: | Ian Ralfini |
| Product Manager, Jazz/classical: | Tara Chiari |
| VP Marketing, Jazz & Classical: | Zach Hochkeppel |
| VP Publicity, Jazz & Classical: | JR Rich |
| Sr.VP Sales - EMI Music Marketing: | Ronn Werre |
| VP Sales, Jazz & Classical: | Saul Shapiro |
| International, Jazz & Classical: | Sharon Russell |

**PR / PUBLICITY**
| | |
|---|---|
| PFA Media: | Paul Freundlich |
| Clancy Londra Promotions: | Jean Clancy |
| Daly Communications: | Anita Daly |

**HOTELS**
| | |
|---|---|
| Hotels: | Carlson Hotels Worldwide |
| Director, Group Sales: | Lisa Stephens |

**REHEARSALS**
| | |
|---|---|
| Venue: | The Factory |

**ITINERARIES**
| | |
|---|---|
| Smart Art: | Lon Porter |
| | Donna Hair |

**PASSES**
| | |
|---|---|
| Cube Services: | Kiersten Holland |

**ORIGINAL CELTIC WOMAN RECORDING ACKNOWLEDGEMENTS**
| | |
|---|---|
| Music Produced & Conducted By: | David Downes |

**CELTIC COLLECTIONS**
| | |
|---|---|
| Managing Director: | Sharon Browne |
| Chief Executive: | Dave Kavanagh |
| Manager: | Declan Browne |
| International Sales: | Elaine Massey |
| Domestic Sales: | Olive White |
| Project Manager: | Alexa Smith |
| PA To Dave Kavanagh: | Susan O'Connell |
| PA To Sharon Browne: | Caroline McCabe |
| USA Office: | Rachel Davis |

**PRODUCTION COMPANY**
| | |
|---|---|
| Silverapples Media Ltd | |
| 119, Geraldine Road, | |
| London SW18 2NR | |
| Director: | John Comiskey |
| Producer/ Stage Director: | Avril McRory |
| Producer: | Lucie Conrad |
| | Andy Hudson |
| Executive Producer: | Sharon Browne |
| | Dave Kavanagh |
| Stage Designer: | Alan Farquharson |
| Lighting Designer: | Eugene O'Connor |
| Production Sound Director: | Andrew Boland |
| Sound Designer: | Colin Boland |
| Vocal Soloist: | Chloe |
| Vocal Soloist: | Lisa |
| Vocal Soloist: | Meav |
| Vocal Soloist: | Orla |
| Solo Fiddle : | Mairead |
| Guest Artist: | David Agnew |
| Choir: | Aontas Choral Group |
| Choral Director: | Rosemary Collier |
| Orchestra: | The Irish Film Orchestra |
| Orchestral Manager: | Caitriona Walsh |
| Orchestral Leader: | Alan Smale |
| Percussion: | Ray Fean |
| | Robbie Casserly |
| Guitars: | Des Moore |
| Uileann Pipes/whistle: | John O'Brien |
| Bass Guitar: | Eoghan O'Neill |
| Classical Harpist: | Andrea Malir |
| Orchestrations: | David Downes |
| Studio Conductor: | John Page |
| Fashion Designer: | Synan O'Mahony |
| Wardrobe: | Pat Perry |
| | Rose |
| Make Up: | Evelyn Lunny |
| | Shelagh Cullen |
| Lighting Cameraman: | Enda O'Looney |
| Cameras: | Tony Byrne |
| | Aidan Keyes |
| | Fionn Mac Giolla Chuda |
| | Francis Nic Ruaidhri |
| | Ben Eglinton |
| | Frank Hughes |
| | Keith Killane |
| | Joe O'Byrne |
| | Paul Hope |
| Gaffer: | Johnny McCullagh |
| Stage Sound: | Mick O'Gorman |
| | Kevin McGing |
| Front Of House Sound: | Paul Ashe Brown |
| O.B. Facilities: | Television Mobiles |
| Unit Manager: | Bart Arnold |
| P.A.: | Marie McCabe |
| Vision Mixer: | Tina O'Donnell |
| Technical Supervisor: | Eoin Coakley |
| Rigging Supervisor: | Dave Behan |
| VT: | Joe Hannifin |
| Studio Manager: | Maggie Fitzgerald |
| Assistant Stage Manager: | Marie Arnold |
| Runners: | Sam Griffin |
| | Emma O'Riordan |
| Filmed On Location At : | The Helix Centre |
| Technical Manager: | Tim Buckley |
| Senior Electrician: | John Reynolds |
| Music Publishing : | Ross Fitzsimmons |
| | Johnny Lappin |
| Graphic Design: | Zeus Creative |
| Opening Title Sequence: | Allen Sillery |
| Editor - Screen Scene: | Julie Hennessy |
| On Line Editor - Screen Scene: | Warren Dowling |
| Colourist - Screen Scene: | Linzi Kan |
| Interview Editor: | Gretta Ohle |
| DVD Editing, Authoring & Mastering | Windmill Lane Studios |



www . c e l t i c w o m a n . c o m

DESIGNED & PRODUCED BY ZEUS CREATIVE, DUBLIN, IRELAND

**Exhibit C**

*Celtic Woman*

SHARON BROWNE
PRODUCER

CELTIC WOMAN LIMITED
CELTIC MEWS,
HATCH LANE,
DUBLIN 2.

TEL: 353 1 708 8480
FAX: 353 1 708 8484
MOBILE 1 (917) 774-1451
EMAIL: sharon@celticcollections.com

# Exhibit D

From: Merle Frimark
212-819-1133
merle@merlefrimarkpr.com

**FOR IMMEDIATE RELEASE
AND LISTINGS, PLEASE**

September 27, 2005

## *"CELTIC WOMAN* IS A PHENOMENON!" – Boston Globe
## DIRECT FROM IRELAND!



## TO PLAY NEW YORK'S CARNEGIE HALL

## TUESDAY, NOVEMBER 8 -- ONE SHOW ONLY!  7:30 PM

## TICKETS ON SALE NOW!

### BOTH CD AND DVD CERTIFIED GOLD!
### #1 WORLD MUSIC ALBUM FOR 25 WEEKS!

---

Direct from Ireland, **CELTIC WOMAN** has arrived on our shores and has been bringing audiences to their feet on its first U.S. tour!  First introduced to American audiences with the release of their debut CD/DVD (Manhattan Records/EMI), and following their critically-acclaimed PBS-TV special, these five incredibly talented women bring their show to New York's Carnegie Hall (57th Street and Seventh Avenue), for one night only, Tuesday, November 8 at 8:00 PM.  Tickets for CELTIC WOMAN are on sale now.

This intimate concert evening features 5 beautiful women; 4 gifted vocalists – Chloë, Lisa, Deirdre and Orla and Máiréad – a brilliant fiddler. Their individual talents are featured in ensemble as well as solo performances, led by musical director/composer David Downes.

The ethereal sound of CELTIC WOMAN is unique and inspirational, and lends itself to contemporary songs such as "Orinoco Flow," "May It Be (the theme from "Lord of the Rings") ", "The Voice"  as well as their own versions of traditional Irish songs ("She Moved Thru' the Fair"), timeless classics ("Ave Maria," "Somewhere") and spellbinding original songs ("The Sky, The Dawn & The Sun", "The Blessing") -- all with new and exciting arrangements.

CELTIC WOMAN has literally become an overnight success! Both the CD and DVD have been certified gold. The CD has been the #1 World Music Album for 25 weeks! Tickets on their first US tour have been selling out.  With the tremendous response to CELTIC WOMAN's live performances and soaring sales of their CD and DVD, Manhattan/EMI Records has released a single to Adult Contemporary Radio this month – their rendition of Enya's "Orinoco Flow."

CELTIC WOMAN is the realization of a dream for Sharon Browne, Artistic Director/Producer; David Downes, Musical Director/Composer of original material, and Dave Kavanagh, Executive Producer.

Don't miss CELTIC WOMAN!  Tickets are on sale now and prices range from $65 to $95.   To order tickets call CarnegieCharge at 212-247-7800, online at carnegiehall.org or visit the Carnegie Hall box office.

www.celticwoman.com

# Exhibit E





# Exhibit F

**20** WEDNESDAY 22 AUGUST 2007 **EVENING HERALD**

# DUBLINERS' DIARY

WITH MELANIE FINN, RICHIE TAYLOR AND AOIFE ANDERSON
email: ehdiary@independent.ie



# It's reigning men



ON SONG: New Celtic Man outfit (from left) Keith Harkin, Paul Byrom, George Donaldson, Damian McGinty and Ryan Kelly

## CELTIC MAN: Singers to wow the women

FIRST there was Celtic Woman — the Irish show that took the US by storm.

But now it's time for the guys to get in on the act -- and Celtic Man is about to be unleashed on an unsuspecting American public.

The new show is the brainchild of Irish woman Sharon Browne, who masterminded the rise of Celtic Woman, which spends much of the year in America and has sold over three million CDs to date.

Sharon hooked up with composer Phil Coulter for the new production and they carried out auditions around the country to find the right five guys for the group.

"We were looking for guys aged from 18-45, and we wanted real blokey men. I told Phil I actually wanted "a rugby team that can sing.

"And I think we found it. I also wanted them to be passionate and family-oriented, and real normal blokes."

Last weekend the show was filmed and recorded in the Helix and will be transmitted by the giant PBS network in America to literally millions of viewers next March.

Sharon, Phil and others are now editing and mixing the results. And 28 songs have already been recorded for their first album, to be released around the start of February.

### BIGGER

"The guys won't be too busy until just after Christmas when promotion work will start in the US. They will all be signed to a contract by then and the work will really start. I predict that it will actually be bigger than Celtic Woman.

"It's very energetic, very male and the audience in the Helix last weekend just loved it. It's very dramatic and theatrical.

"There were all these grown women screaming.

"Phil has written a lot of new songs for it, but there are also plenty of covers including The Island, Nights In White Satin and Brothers In Arms. I had to sell my house in order to put this together," said Sharon.

The five singers are **Paul Byrom, Keith Harkin, Ryan Kelly, George Donaldson** and **Damien McGinty**.

Paul is the best known because of his own solo career and appearances on Celebrity Jigs And Reels and Fair City, and Damien is only 14.

-RT

# Exhibit G

# TRANSCRIPT

| | |
|---|---|
| **Station:** | **Q102** |
| **Programme:** | **QT Show** |
| **Date:** | **12.04.07** |
| **Time:** | **5pm** |
| **Ref:** | **Celtic Woman – Gerry Lundberg** |

## Scott Williams

We have all heard of Celtic Woman, a hugely successful show and now finally in this world which is woman obsessed and this world which is really designed truly for the benefit of girls, we have a new show. They are putting together a new show called Celtic Man, and the creator and producer of that is Sharon Brown, who we have here in the studio. Good evening Sharon and thank you for coming into the studio. Celtic Woman a huge success, you are doing it with the guys, we are glad to see the gender balance, you are dealing with that, what exactly do you intend for the show, is this a stage show, a TV show or what?

## Sharon Brown

It is going to be both, basically I have worked with Celtic Woman for over two years and we have done two television shows and several tours of America, I am not with Celtic Woman anymore, I have moved on and I am ready for a new challenge and a new project and that new project is men, loads of them.

## Scott

I want to ask you about that, this will be an all male act, yeah?

## Sharon Brown

Oh this will be all men.

## Scott

Okay so guys, now I heard your adverts for people who want to be considered for auditions for the show and you are saying guys between 18 and 45, I mean hairy men at 45 Sharon…

## Sharon

What do you mean hairy men of 45 Scott.

## Scott

Well a lot of guys at 45 have no hair, is that cool too?

## Sharon

Well some of them are very sexy as well.

1

**Scott**

Well what exactly are you looking for?

**Sharon**

What I am looking for is real men, I am sort of sick of the whole boy band thing and I want to represent a wide variety of men and a wide variety of ages in men. The concept for the show is that we want to get away from the industry norm, where to be successful or to be signed you have to be a teenager, you have to be pretty, squeaky clean and all the rest. Talent is very important there is no getting away from that but as Phil was saying, when he was giving an interview about this the other day, talent is a crucial component for the guys coming for auditions, but it is not enough to make the cut in Celtic Man, the main ingredient the guys need to have shining through in their stage presence is manliness, manliness is manliness, it is a trait in men that has diminished quite a bit in recent times with all the politically correct 'new man' stuff about being in touch with your inner child and men being in touch with their feelings and in touch with their feminine side and I have had enough of it, I am sick to the back teeth of it, I want some real men.

**Scott**

You don't want blokes then who can stand up and say, I am in touch with by feminine side and I love to crochet and all that kind of stuff, you want...

**Sharon**

No, I will run screaming from those.

**Scott**

So if this somebody who have lived a bit then, is that it?

**Sharon**

Well as I said, it will be a broad range of people, actually we have done some of the auditions already, we were down in Galway and we have one guy I am pretty sure is going to be in the show, he doesn't know yet so I can't say anything, and we have a couple of others that are going to get call backs, and then I went up to Derry, I had to go to Derry, Phil Coulter is my Musical Director...

**Scott**

We should mention that, Phil Coulter is the composer and musical Director, well known to the show.

**Sharon**

Legendary men, and he was with me so of course we had to do auditions in Derry, which was great, Derry is a great place and we had great fun up there. I

2

got two guys that I am absolutely definite about in Derry, one of them he is just *gorgeous, as I say what I am looking for*, a hairy 45 year man as well, *this* young man, I can say his name because he does know about it, is Damien McGinty and he sent a demo into Phil because he wanted to be involved said he was 17, Phil was impressed and he sent me the demo, I was impressed with his voice, a good big voice there, sounds like we were going in the right direction, *but when Phil spoke to him it was like, there is no way he is 17 years old and he* went, can we speak to your Dad, because you are a minor and the Dad also comes on the phone and explains that our young Damien McGinty is 14 years old. So we were like, okay..

**Scott**

It smacks a bit of when Nadine Coyle tried to get onto the show.

**Sharon**

Oh absolutely, so we said okay, stick him up against the wall in the living room, against the radiator with the curtains and the whole thing and take a picture and email it down to us, so he did all of that and he looks about 10, he is gorgeous and Phil said, this is not what we are looking for Sharon this is totally against the *brief, and I said, I don't know Phil this kid has something, how can something* that tiny have a voice like that, it comes from his toes and I said let's see him when we got to Derry. So he turned up at the audition in Derry and he is a little man, he is not choir boy pretty, he is not a perfect sweet little thing, he is a terror, he has got mischief written all over him and his eyes dance, and he was the most confident guy that walked through the door of any audition we held, he has oodles of attitude and personality, he is just amazing, so as I said it is still about men and for that again I had an auditionee come in in Glasgow and he was 73 years old, just a touch over 45, he was very sweet, I don't think he would make it, hack it on the road..

**Scott**

Was his name Sean Connery, he must be 73 or close to it.

**Sharon**

I would still take him, in a heart beat, anyway so this gentleman came in, he was lovely, he was really, really lovely and he sang two old sort of swing numbers and I am quite open when it comes to the auditions, I was sort of *saying, well actually I can see how to a certain extent, he was very charming, he* was very debonair, he had a lovely voice and he was really a nice guy, but again he was definitely a man in the old school…

**Scott**

Okay, we know what you are talking about. Now there are auditions in Dublin, people want to know what are the arrangements, it is the factory in Barrow Street tomorrow..

**Scott**

Yes it is indeed, from one o'clock.

**Scott**

From one to eight, those that want to go, you are open for business till eight, you are open over lunch hour at one o'clock if people want to get into you. When they turn up must they bring anything, must they have a Polaroid, sheet music, recording, video of themselves?

**Sharon**

No, not a lot, we like to make it as easy as possible, it would be great if they could bring a recent photograph and we mean recent, not just your favourite photography from ten years ago…

**Scott**

So birth certs of passports to show how much under 18 you are or how much over 45 you are?

**Sharon**

No, not a bit. As I said we are not looking for boy bands, they will get weeded out very quickly, if that is what they are looking for, but no, the guys when they turn up they will fill out a registration form, we will be taking a photograph of them so we will be able to identify them later, if they have a photography with them that is fantastic, they will come in and they will perform a number of acts, no accompaniment, nothing like that going on, I want to see that you can sing, I don't like manufactured pop, the basic voice, the talent has to be there.

**Scott**

Right, and no girls allowed, that is between one and eight tomorrow, at The Factory in Barrow Street, for Celtic Man and Sharon is going to cast that show. I *wish you the best of luck with it, it will be interesting to see, you heard how she* got on in Derry, you heard how she got in on Scotland, so surely we have enough talent in Dublin to stock this for her..

**Sharon**

Well there has to be some real men out there.

**Scott**

Turn up there tomorrow, any time between one and eight, and good luck with it. Thanks very much for coming in Sharon, Sharon Brown the creator and producer of the new show that she is just casting, it is called Celtic Man.

**** 

4

# Exhibit H



- home
- Reviews
- news
- pbs
- press releases
- contact us

**THE SHOW**

You will not find more pure and graceful voices than those of Celtic Woman. Alone or united, their voices will stay with you, finding a place that cannot be forgotten.

Celtic Woman is the realisation of a dream for Sharon Browne and Dave Kavanagh of Celtic Collections Ltd - One of Ireland's most successful independent Record Labels. With Composer and Musical Director David Downes, She conceived Celtic Woman to launch the very special talents of Chlöe, Lisa, Méav, Órla and Máiréad.

David Downes, Musical Director, Conductor, Composer and Arranger is a prodigious young Irish Talent. David, who had worked as musical director of Riverdance, garnered the forces of the Irish Film Orchestra, Aontas Choral Group, and a host of exciting Irish musicians including percussionists Ray Fean and Robbie Casserly to create what is a truly moving and inspirational show.

Sharon Browne and David Downes brought these great performers together, and with a dream to take them to the world stage, created CELTIC WOMAN.

Chlöe, only 15 years old, delights with angelic performances of Walking in the Air, Ave Maria, Nella Fantasia and Someday.

Lisa's stunning performances of Send Me A Song and May It Be from the Lord of the Rings will seduce you while her smile captures your heart.

Méav thrills with her pure soaring soprano voice in unique arrangements of Danny Boy and She Moved Thru' the Fair.

Órla's haunting rendition of Harry's Game, beautifully compliments her pristine Irish Harp accompaniments in The Isle of Inisfree and Ave Maria.

Máiréad - what can you say? She is simply one of the most exciting violinists performing today. You will witness the most graceful whirlwind you can imagine!

Since the birth of Irish civilisation, some ten thousand years ago, a tradition of song has greeted new dawns and celebrated life. Haunting voices over mountains, valleys and lakes, carry with them ancient tales we now cherish. This poetry of song is part of who we are. It is in our souls. We live and breathe it and nowhere is this more true than in Celtic Woman today.

From this Irish Heritage, a coming together of the talents of Sharon Browne, Dave Kavanagh, David Downes and these stunning Artists over the past two years of planning, along with a crew of over 250 people has resulted in Celtic Woman, a dramatic music show, CD and DVD quite unlike anything else.

For further information on when the show is airing in your area please click here
and link to - www.pbs.org/tvschedules

All Content Copyright © Celtic Woman Ltd. 2004, 2005
Celtic Woman Ltd., Celtic Mews, Hatch Lane, Dublin 2, Ireland
Tel: + 353 1 7088480, Fax: + 353 1 7088484, Email: info@celticwoman.com

# Exhibit I



HOME | THE JOURNEY | THE SHOW | THE MUSIC | MEMBERS AREA | SITE STORE | GALLERY | VIDEO | LINKS

TOUR DATES

U.S. Tour Dates

International Tour Dates

Tour Diary

NEWS HEADLINES

>>Check out the latest press cuttings...

## THE JOURNEY

Created by Composer and Musical Director David Downes and Executive Producer Dave Kavanagh in 2004, Celtic Woman's story has, from the very beginning, been one of overwhelming success. Between their self-titled debut, their Christmas CD 'A Christmas Celebration' and 'A New Journey' CD Celtic Woman has held the Number 1 position on the Billboard World Music Charts for a record-breaking 95 consecutive weeks. Their CDs and DVDs have gone platinum in the U.S. and South Africa, as well as going gold as far a field as Australia and Japan.

To date, they have completed four triumphantly successful U.S. tours, selling out such exalted venues as New York's Radio City Music Hall and Carnegie Hall, Boston's Opera House and L.A.'s Greek Theatre. Celtic Woman's PBS special has also been a runaway hit, airing an incredible 3,400 times and 316 different PBS stations since its debut in March of 2005. They have also dazzled network television audiences with appearances on The Today Show with Regis & Kelly, The Megan Mullaly Show and on Brian Boitano's NBC Skating Spectacular on New Year's Day 2007.

The group's live TV special, A New Journey: Live at Slane Castle, premiered on December 6 2006 on PBS with more than 90% of all PBS stations on board to broadcast the special during the December pledge period, exceeding previous successes on PBS. The concert was filmed at Slane Castle, Co, Meath, on the banks of the Boyne River' the home of Ireland's ancient High Kings and the wellspring of Celtic culture.



Be more  PBS

Boitano's NBC Skating Spectacular on New Year's Day 2007.

Be more **PBS**

The group's live TV special, A New Journey: Live at Slane Castle, premiered on December 6 2006 on PBS with more than 90% of all PBS stations on board to broadcast the special during the December pledge period, exceeding previous successes on PBS. The concert was filmed at Slane Castle, Co. Meath, on the banks of the Boyne River' the home of Ireland's ancient High Kings and the wellspring of Celtic culture.



**Celtic Woman's following in the United States – where they have performed in the White House to celebrate St. Patrick's Day** ' is now being rivalled by the group's popularity in rest of the world. Tours in Japan, Germany, South Africa and Canada have all been hugely successful. The numbers keep getting higher and the Celtic Woman name keeps getting bigger. Still, despite the many recent triumphs for this uniquely Irish success story, the best is definitely yet to come...

## TOUR DATES

U.S. Tour Dates

International Tour Dates

Tour Diary

## NEWS HEADLINES

»Check out the latest press cuttings...

»New Alex photos added

»Announcing new Celtic Woman!

Ads by Google

**Celtic Woman Tickets**
Celtic Woman Tickets On Sale Now. Secure Concert Ticket Marketplace.
www.CelticWoman.Ticke

**Hear Celtic Thunder**
From the Original Producer of Celtic Woman. In Stores 3/4!
www.CelticThunder.com