GRIESA, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FILED ELECTRONICALLY

CELTIC WOMAN LTD.,

    Plaintiff,

No 08-CV-0066 (TPG)

    - against -

CELTIC THUNDER LTD.,
CELTIC MAN LTD., SHARON
BROWNE, WLIW LLC,
ALIGN ENTERTAINMENT LLC
and GUSTAVO SAGASTUME

    Defendants.

RECEIVED MAR 25 2008

------------------------------------------------------------x
CELTIC THUNDER LTD., CELTIC MAN LTD. and
SHARON BROWNE,

    Counterclaim Plaintiffs,

    - against -

CELTIC WOMAN LTD.,

    Counterclaim Defendant.
------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Celtic Woman Ltd. and Defendants Sharon Browne, Celtic Man Ltd. and Celtic Thunder Ltd. (the "Browne Defendants") that Plaintiff's time to respond to the counterclaims asserted

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

22696338v1

by the Browne Defendants in their Amended Answer and Counterclaims is hereby extended from March 25, 2008 to April 1, 2008.

Dated: New York, New York
March 24, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Richard S. Mandel (RM-4884)

1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200

Peter Herbert, Esq.
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
(617) 345-9000

Attorneys for Plaintiff

DEBEVOISE & PLIMPTON LLP

By: _____
Jeremy Feigelson (JF-4963)

919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Defendants-Counterclaimants Celtic Thunder Ltd., Celtic Man Ltd. and Sharon Browne and Defendants Gustavo Sagastume and WLIW LLC

SO ORDERED this 25th day of March, 2008

_____
U.S.D.J.

22698338v1