$F$-$1161A15$

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 4/25/08                  │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

CELTIC WOMAN LTD.

                   Plaintiff,

      -against-

CELTIC THUNDER LTD., CELTIC MAN
LTD., SHARON BROWNE, WLIW LLC,
ALIGN ENTERTAINMENT GROUP LLC,
and GUSTAVO SAGASTUME

                   Defendants.

------------------------------------------------- x

CELTIC THUNDER LTD., CELTIC MAN
LTD. and SHARON BROWNE,

            Counterclaim Plaintiffs,

      -against-

CELTIC WOMAN LTD.,

            Counterclaim Defendant.

------------------------------------------------- x

08 Civ. 0066 (TPG)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and among the parties

through their undersigned counsel, that:

        1.    Plaintiff's motion for a preliminary injunction hereby is withdrawn.

22589217v3

2.    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims against defendant WLIW LLC and defendant Gustavo Sagastume hereby are dismissed without prejudice and without costs to any party.

Dated: New York, New York
       April 17, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.

By _____
    Richard S. Mandel (RM-4884)

1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200

*Attorneys for Plaintiff Celtic Woman Ltd.*


Of Counsel:

HINCKLEY, ALLEN & SNYDER LLP
Peter A. Herbert (PH-2581)
Eric D. Levin
Amy Spagnole
28 State Street
Boston, MA 02109

(617) 345-9000

DEBEVOISE & PLIMPTON LLP

By: _____
    Jeremy Feigelson (JF-4963)

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants and
Counterclaimants Celtic Thunder
Ltd., Celtic Man Ltd. and Sharon
Browne, Defendant WLIW LLC and
Defendant Gustavo Sagastume*

SO ORDERED: 4/25/08

_____
Thomas P. Griesa
United States District Judge

2