UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELTIC WOMAN LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELTIC THUNDER LTD., CELTIC MAN LTD., SHARON BROWNE, WLIW LLC, ALIGN ENTERTAINMENT LLC and GUSTAVO SAGASTUME, <br><br> Defendants. | CASE NO. 08-CV-0066 (TPG) <br><br> **NOTICE OF APPEARANCE** |
| CELTIC THUNDER LTD., CELTIC MAN LTD. and SHARON BROWNE, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> CELTIC WOMAN LTD., <br><br> Counterclaim Defendant. | |

PLEASE TAKE NOTICE that the law firm of Mitchell Silberberg & Knupp LLP hereby notices its appearance as counsel on behalf of the Plaintiff/Counterclaim Defendant Celtic Woman Ltd. in the above-referenced action.

Dated: New York, New York
August 13, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Christine Lepera
Christine Lepera (CL 9311)
Jeffrey M. Movit (JM 6725)
12 East 49th Street, 30th Floor
New York, New York 10017
212.509.3900 (telephone)
212.509.7239 (fax)

1928725.1

TO:  Counsel of Record

*Attorneys for Plaintiff/Counterclaim Defendant
Celtic Woman Ltd.*

1928725.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELTIC WOMAN LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELTIC THUNDER LTD., CELTIC MAN LTD., SHARON BROWNE, WLIW LLC, ALIGN ENTERTAINMENT LLC and GUSTAVO SAGASTUME, <br><br> Defendants. | CASE NO. 08-CV-0066 (TPG) <br><br> **CERTIFICATE OF SERVICE** |
| CELTIC THUNDER LTD., CELTIC MAN LTD. and SHARON BROWNE, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> CELTIC WOMAN LTD., <br><br> Counterclaim Defendant. | |

I, Jeffrey M. Movit, hereby certify that on August 13, 2008, a true and correct copy of the Notice of Appearance in the above-captioned proceeding was served via United States mail upon:

> Jeremy Feigelson, Esq.
> Debevoise & Plimpton, LLP
> 919 Third Avenue
> 31st Floor
> New York, NY 10022

3

1928725.1

DATED: New York, New York
       August 13, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Jeffrey M. Movit
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

4

1928725.1