AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 08-CV-0066 (TPG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff/Counterclaim Defendant Celtic Woman Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/13/2008 | [signature] |
| Date | Signature |
| | Jeffrey M. Movit (jmm@msk.com)     JM-6725 |
| | Print Name     Bar Number |
| | Mitchell Silberberg & Knupp LLP, 12 E. 49th St., 30th Floor |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 509-3900     (212) 509-7239 |
| | Phone Number     Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELTIC WOMAN LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELTIC THUNDER LTD., CELTIC MAN LTD., SHARON BROWNE, WLIW LLC, ALIGN ENTERTAINMENT LLC and GUSTAVO SAGASTUME, <br><br> Defendants. | CASE NO. 08-CV-0066 (TPG) <br><br> **CERTIFICATE OF SERVICE** |
| CELTIC THUNDER LTD., CELTIC MAN LTD. and SHARON BROWNE, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> CELTIC WOMAN LTD., <br><br> Counterclaim Defendant. | |

I, Jeffrey M. Movit, hereby certify that on August 13, 2008, a true and correct copy of the Notice of Appearance in the above-captioned proceeding was served via United States mail upon:

> Jeremy Feigelson, Esq.
> Debevoise & Plimpton, LLP
> 919 Third Avenue
> 31st Floor
> New York, NY 10022

3

DATED: New York, New York
August 13, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Jeffrey M. Movit
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

1928725.1