UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/27/08
```

CELTIC WOMAN LTD., )

    Plaintiff, )

v. )

                        )

CELTIC THUNDER, LTD., )
CELTIC MAN LTD., SHARON )
BROWNE, WLIW LLC, )
ALIGN ENTERTAINMENT GROUP LLC, )
and GUSTAVO SAGASTUME, )

    Defendants. )

Civil Action No. 08-CV-0066

**PLAINTIFF CELTIC WOMAN
LTD.'S MOTION TO ADMIT
ERIC D. LEVIN PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Peter A. Herbert, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of the

following counsel:

> Eric D. Levin
> Hinckley, Allen & Snyder, LLP
> 28 State Street
> Boston, MA 02109
> (617) 345-9000
> (617) 345-9020

Eric D. Levin is a member in good standing of the Bar of the States of Massachusetts and

Rhode Island. See attached Exhibit A.

There are no pending disciplinary proceedings against Eric. D. Levin in any State or

Federal court.

PLEASE TAKE NOTICE that, in accordance with the provisions of Local Civil Rule

6.1(b) of the Southern District of New York, any opposing affidavits and answering memoranda

of law shall be served within ten (10) business days after service of the moving papers, and any

reply affidavits and memoranda of law shall be served within five (5) business days after service

of the answering papers.

Dated:   January 11, 2008

Respectfully submitted,

CELTIC WOMAN LTD.

By its attorneys,

Peter Herbert (PH-2581)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Tel: (617) 345-9000
Fax: (617) 345-9020

Richard S. Mandel (RM-4884)
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-9200
Fax: (212) 575-0671

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **February** A.D. **1999** , said Court being the highest Court of Record in said Commonwealth:

### Eric D. Levin

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **January** in the year of our Lord **two thousand and eight.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# RHODE ISLAND SUPREME COURT

Office of the Clerk

www.courts.state.ri.us



Licht Judicial Complex
250 Benefit Street
Providence, RI 02903
401-222-3272
Fax: 401-222-3599

ERIC C. LEVIN
HINCKLEY ALLEN & SNYDER LLP
28 STATE STREET
BOSTON, MA 02109

      This certifies that ERIC C. LEVIN of BOSTON, MASSACHUSETTS, is an

Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such

was on 28-NOV-2007 admitted to practice in all the Courts of said State, as appears of

record in this the office of the clerk of the Supreme Court of said State and is in good

standing and qualified to practice in said Courts. The Supreme Court is the highest Court

in the State.

      Given under my hand and the seal of said Supreme Court

at Providence, on January 28, 2008.

_Jean Maggiacomo_
Clerk

SU_CERT_GD_STD
June 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CELTIC WOMAN LTD., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-CV-0066 |
| CELTIC THUNDER, LTD., | ) |
| CELTIC MAN LTD., SHARON | ) **AFFIDAVIT OF PETER A. HERBERT** |
| BROWNE, WLIW LLC, | ) **IN SUPPORT OF** |
| ALIGN ENTERTAINMENT GROUP LLC, | ) **PLAINTIFF CELTIC WOMAN** |
| and GUSTAVO SAGASTUME, | ) **LTD.'S MOTION TO ADMIT** |
|  | ) **ERIC D. LEVIN PRO HAC VICE** |
| Defendants. | ) |

I, Peter A. Herbert, being duly sworn, hereby depose and say as follows:

1.    I am a Partner of Hinckley, Allen & Snyder, LLP and am counsel for Plaintiff in the

above captioned action. I am familiar with the proceedings in this case. I make this

statement based on my personal knowledge of the facts set forth herein and in support of

Plaintiff's Motion to admit Eric D. Levin as counsel pro hac vice to represent Plaintiff in

this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to

practice law IN THE State of New York in 1965. I am also admitted to the bar of the

United States District Court for the Southern District of New York, and am in good

standing with this Court.

3.    I have known Eric D. Levin since May 2007.

4.    Mr. Levin is a Partner at Hinckley, Allen & Snyder, LLP

5.     I have found Mr. Levin to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure and the Local Rules of the United States District Court of the Southern District of New York.

6.     Accordingly, I am pleased to move the admission of Eric. D. Levin, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of Eric D. Levin, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Eric D. Levin, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 22, 2008.

_____
Peter Herbert

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|                                               |     |                                      |
| CELTIC WOMAN LTD.,                            | )   |                                      |
|                                               | )   |                                      |
|     Plaintiff,            | )   |                                      |
|                                               | )   |                                      |
| v.                                            | )   |                                      |
|                                               | )   | Civil Action No. 08-CV-0066          |
| CELTIC THUNDER, LTD.,                         | )   |                                      |
| CELTIC MAN LTD., SHARON                       | )   | **ORDER FOR ADMISSION**              |
| BROWNE, WLIW LLC,                             | )   | **PRO HAC VICE**                     |
| ALIGN ENTERTAINMENT GROUP LLC,                | )   | **ON WRITTEN MOTION**                |
| and GUSTAVO SAGASTUME,                        | )   |                                      |
|                                               | )   |                                      |
|     Defendants.           | )   |                                      |

---

Upon the motion of Peter A. Herbert, attorney for Celtic Woman, Ltd. and said sponsor

attorney's affidavit in support thereof;

IT IS HEREBY ORDERED that

        Eric D. Levin
        Hinckley, Allen & Snyder, LLP
        28 State Street
        Boston, MA 02109
        (617) 345-9000
        (617) 345-9020

is admitted to practice pro hac vice as counsel for Celtic Woman, Ltd. in the above captioned

case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. Counsel shall forward the pro hac vice fee to the Clerk of

Court.

Dated: *August 27, 2008*
New York, New York:

                                   *Thomas P. Griesa*
                                 United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I, Maryann E. Penney, being a member of the Bar of this Court, certify that on February 4, 2008, I caused a true copy of the foregoing *Plaintiff Celtic Woman LTD.'s Motion to Admit Eric D. Levin Pro Hac Vice* and supporting papers, to be served upon the Defendants WLIW LLC, Gustavo Sagastume, and Sharon Browne by First Class Mail addressed to Defendants' counsel at:

> Jeremy Feigelson, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York 10022

Dated: New York, New York
February 4, 2008

Maryann Penney (MP-0741)

27891/000/818769.1