GRIESA/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELTIC WOMAN LTD.,

    Plaintiff,

v.

CELTIC THUNDER LTD., CELTIC MAN LTD., SHARON BROWNE, WLIW LLC, ALIGN ENTERTAINMENT GROUP LLC, and GUSTAVO SUGASTUME,

    Defendants.

CELTIC THUNDER LTD., CELTIC MAN LTD., SHARON BROWNE,

    Counterclaim Plaintiffs,

v.

CELTIC WOMAN LTD.,

    Defendant.

CASE NO. 08 CV 0066 (TPG)

STIPULATION AND ORDER
SUBSTITUTING COUNSEL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

IT IS HEREBY STIPULATED AND AGREED, by and between the firms of Hinckley, Allen & Snyder LLP and Cowan Liebowitz & Latman and the firm of Mitchell Silberberg & Knupp LLP, pursuant to Local Civil Rule 1.4, that Mitchell Silberberg & Knupp LLP be substituted as counsel for Plaintiff and Counterclaim Defendant Celtic Woman Ltd., and that Hinckley, Allen & Snyder LLP and Cowan Liebowitz & Latman shall withdraw as attorneys of record and be relieved of all further responsibility on behalf of said Plaintiff and Counterclaim Defendant in the above-captioned action, effective upon entry of the Court's order approving this Stipulation.

1765396.1

06/08/2008 15:35   35317088475   LIFFEY RECORDS   PAGE 03/11

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and that facsimile copies shall be originals for filing same with the Court.

DATED: New York, New York
July __, 2008

HINCKLEY, ALLEN & SNYDER LLP

By: _____

28 State Street
Boston, Massachusetts 02109
Telephone: (617) 345-9000
Facsimile: (617) 345-9020

Attorneys for Plaintiff and Counterclaim
Defendant Celtic Woman Ltd.

COWAN LIEBOWITZ & LATMAN

By: _____

1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 790-9200
Facsimile: (212) 575-0671

Attorneys for Plaintiff and Counterclaim
Defendant Celtic Women Ltd.

MITCHELL SILBERBERG & KNUPP LLP

By: Christine Lepera
Christine Lepera
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Proposed Substituted Attorneys for Plaintiff
and Counterclaim Defendant Celtic Woman Ltd.

2

1768386.1

Consented to:

*/s/* _____
Celtic Woman Ltd.

SO ORDERED:

*/s/ Thomas P. Griesa* _____
U.S.D.J.

Sept. 4, 2008

3

1765386.1